UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-vs-                                                                   **NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE**

COREY KRUG,                                                    Docket No. 15-CR-157-A

              Defendant.
_____

| | |
|---|---|
| **MOTION BY:** | Defendant, **COREY KRUG**, by his attorneys, **CONNORS LLP and LIPSITZ GREEN SCIME CAMBRIA LLP**. |
| **DATE, TIME & PLACE:** | At a date & time to be determined by the Hon. Richard J. Arcara, Senior United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral Argument is requested. |
| **SUPPORTING PAPERS:** | Declaration of Terrence M. Connors, Esq., with accompanying exhibit, and all prior pleadings and proceedings in this matter. |
| **GROUNDS FOR RELIEF:** | Federal Rules of Evidence 403, 404, 408, and 701. |
| **RELIEF REQUESTED:** | An Order of this Court precluding the government from offering evidence or testimony from any witness regarding Internal Affair Division Complaints or any other prior bad act evidence. |
| **REPLY PAPERS**: | Officer Krug reserves the right to file and serve reply papers no later than three (3) days before the return date set by this Court. |

DATED:   Buffalo, New York
         January 7, 2019

/s/Terrence M. Connors
Terrence M. Connors, Esq.
Nicholas A. Romano, Esq.
**CONNORS LLP**
*Attorneys for Defendant*
  *COREY KRUG*
1000 Liberty Building
Buffalo, New York  14202
(716) 852-5533
tmc@connorsllp.com
nar@connorsllp.com

and

Herbert L. Greenman, Esq.
**LIPSITZ GREEN SCIME**
  **CAMBRIA LLP**
*Attorneys for Defendant*
  *COREY KRUG*
42 Delaware Avenue
Buffalo, New York 14202
(716) 849-1333
hgreenman@lglaw.com

TO:   John D. Fabian, Esq.
      Aaron J. Mango, Esq.
      Assistant United States Attorneys
      **UNITED STATES ATTORNEY'S OFFICE**
      Federal Centre
      138 Delaware Avenue
      Buffalo, New York  14202
      john.fabian@usdoj.gov
      aaron.mango@usdoj.gov