# EXHIBIT A

GOVERNMENT
EXHIBIT
1

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: December 11, 2014

NAME: KRUG, COREY R.
RANK: POLICE OFFICER
UNIT: HOUSING UNIT
ADDRESS: Redacted
PHONE: Redacted
DOB: Redacted 75
DOA:  1/25/2001 / 7/21/2000
BADGE#: 3504
EMPLOYEE#: 528100
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
SO 2000-169 APPOINTED TO THE POSITION OF CONTINGENT PERMANENT PROBATIONARY
POLICE OFFICER AND ASSIGNED TO THE POLICE TRAINING ACADEMY EFFECTIVE 0001
HOURS 7/21/2000. SO 2001-011 TRANSFERRED FROM THE POLICE TRAINING ACADEMY TO "E"
DISTRICT EFFECTIVE 0001 HOURS 1/12/2001. SO 2001-028 APPOINTED TO THE POSITION OF
PERMANENT PROBATIONARY POLICE OFFICER EFFECTIVE 0001 HOURS 1/25/2001. SO 2001-168
TRANSFERRED FROM "E" DISTRICT TO "A" DISTRICT EFFECTIVE 0001 HOURS 7/11/2001.  2002-
205 APPROVED EFF. 9/30/02 TO CONTINGENT PERMANENT POLICE OFFICER.  SO 2007-44
TRANSFERRED FROM "A" TO MRU EFF., 3/10/07.  SO 2010-69 EFF., 6/9/10 TRANSFERRED FROM
THE MRU TO THE HOUSING UNIT.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2001-047 | 3/29/2011 | DISCOURTESY-POOR SERVICE | EXONERATED 9/05/01 | |
| 2002-071 | 08/13/2002 | ILLEGAL SEARCH | CHIEF CONF. CLOSED 2/26/03 | N |
| 2003-005 | 01/14/2003 | USE OF FORCE | 9/24/03, NOT SUSTAINED | |
| 2004—025 | 2/25/2004 | USE OF FORCE | DPC CONF. 10/19/04 | |
| 2004-088 | 7/13/2004 | USE OF FORCE OFF DUTY | 8/18/04, NOT SUSTAINED | Y |
| 2006-053 | 04/07/2006 | USE OF FORCE | 7/27/06, NOT SUSTAINED | Y |
| 2006-151 SEE #2006-156 | 12/06/2006 | USE OF FORCE | 8/22/07, NOT SUSTAINED | |
| 2006-156 | 12/07/2006 | USE OF FORCE | 8/22/07, NOT SUSTAINED | |
| 2010-270 | 9/10/2010 | USE OF FORCE | 7/27/11, NOT SUSTAINED | |
| 2011-192 | 7/26/2011 | USE OF FORCE | 07/25/11, NOT SUSTAINED | N/A |
| EF2013-051 | 10/22/13 | CONDUCT | 12/4/13, NOT SUSTAINED | Y |

| | | | OTHER, DPC CONF. | |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: December 11, 2014

NAME:  KRUG, COREY R.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2013-228 | 12/12/2013 | PROCEDURES CITY INV. ACC. | 12/4/13, NOT SUSTAINED OTHER, DPC CONF. | Y |

Alert     Page: 1

**Incident type Alert**

     Alert no.:   Date of alert: 05/12/2004

     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

     **Alert description:**

     Use of force has triggered an alert.

     As of 11/26/2003, 5 Use of force incidents are linked to Officer Cory KRUG
     that have occurred since 11/26/2002.

     4 or more Use of force incidents during a 12 month period indicates that
     the officer may need to be reviewed for a potential problem.

     **Action(s) taken in response to alert:**

              User alerted/making original entry:   Detective Ann Fraterrigo on May
12, 2004

GOVERNMENT
EXHIBIT
8

00001210

008 / 1

**Overall Alert**

Alert no.:   Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: : Use of force has triggered an alert.

As of 11/26/2003, 5 incidents are linked to Officer Cory KRUG that have
occurred since 11/26/2002.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

**Incident type Alert**

Alert no.:   Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Use of force has triggered an alert.

As of 11/02/2003, 4 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 11/02/2002.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

00001212

**Overall Alert**

Alert no.:   Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: : Use of force has triggered an alert.

As of 11/02/2003, 4 incidents are linked to Officer Cory KRUG that have occurred since 11/02/2002.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:   Detective Ann Fraterrigo on May 12, 2004

**Incident type Alert**

     Alert no.:   Date of alert: 05/26/2004

     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

     **Alert description:**

     IA number: 04-107-0016: Use of force has triggered an alert.

     As of 04/16/2004, 8 Use of force incidents are linked to Officer Cory KRUG
     that have occurred since 04/16/2003.

     4 or more Use of force incidents during a 12 month period indicates that
     the officer may need to be reviewed for a potential problem.

     **Action(s) taken in response to alert:**

          User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

**Overall Alert**

Alert no.:    Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-107-0016: Use of force has triggered an alert.

As of 04/16/2004, 8 incidents are linked to Officer Cory KRUG that have occurred since 04/16/2003.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on May 26, 2004

**Incident type Alert**

Alert no.:   Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-092-0077: Use of force has triggered an alert.

As of 04/01/2004, 7 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 04/01/2003.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

**Overall Alert**

Alert no.:   Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-092-0077: Use of force has triggered an alert.

As of 04/01/2004, 7 incidents are linked to Officer Cory KRUG that have
occurred since 04/01/2003.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

00001217

**Incident type Alert**

    Alert no.:   Date of alert: 07/06/2004

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    IA number: A03-304-1227: Use of force has triggered an alert.

    As of 10/31/2003, 4 Use of force incidents are linked to Officer Cory KRUG
    that have occurred since 10/31/2002.

    4 or more Use of force incidents during a 12 month period indicates that
    the officer may need to be reviewed for a potential problem.

    **Action(s) taken in response to alert:**


        User alerted/making original entry:  Detective Ann Fraterrigo on Jul
06, 2004

00001218

**Overall Alert**

Alert no.:   Date of alert: 07/06/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: A03-304-1227: Use of force has triggered an alert.

As of 10/31/2003, 4 incidents are linked to Officer Cory KRUG that have occurred since 10/31/2002.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on Jul 06, 2004

**Overall Alert**

Alert no.:   Date of alert: 07/21/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 2004-090: External has triggered an alert.

As of 07/14/2004, 9 incidents are linked to Officer Cory KRUG that have occurred since 07/14/2003.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Cedric Holloway on Jul 21, 2004

**Overall Alert**

    Alert no.:   Date of alert: 02/23/2005

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    IA number: 2004-049: Excessive Force has triggered an alert.

    As of 04/06/2004, 10 incidents are linked to Officer Cory KRUG [3504/] that
have occurred since 04/06/2003.

    4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

    **Action(s) taken in response to alert:**


        User alerted/making original entry:  Officer Cedric Holloway on Feb
23, 2005

00001221

**Incident type Alert**

Alert no.:   Date of alert: 09/20/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA number: A06-199-1033: Use of force has
triggered an alert.

As of 09/20/2006, 4 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 09/20/2005.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

Organizational-specific theshold override alert criteria for  .

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Cedric Holloway on Sep
20, 2006

00001222

**Overall Alert**

Alert no.:    Date of alert: 09/20/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: A06-199-1033: Use of force has triggered an alert.

As of 09/20/2006, 5 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 09/20/2005.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Cedric Holloway on Sep 20, 2006

00001223

**Overall Alert**

Alert no.:   Date of alert: 12/06/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: Excessive Force has triggered an alert.

As of 12/06/2006, 6 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 12/06/2005.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Cedric Holloway on Dec 06, 2006

00001224

**Incident type Alert**

     Alert no.:   Date of alert: 03/22/2007

     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

     **Alert description:**

     Incident type specific alert: IA number: A06-365-0104: Use of force has
triggered an alert.

     As of 03/22/2007, 4 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 03/22/2006.

     4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

     Organizational-specific theshold override alert criteria for  .

     **Action(s) taken in response to alert:**

        User alerted/making original entry:  Officer Chiquita Foster on Mar
22, 2007

**Overall Alert**

      Alert no.:    Date of alert: 03/22/2007

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA number: A06-365-0104: Use of force has triggered an alert.

      As of 03/22/2007, 6 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 03/22/2006.

      4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

      **Action(s) taken in response to alert:**

      User alerted/making original entry:  Officer Chiquita Foster on Mar 22, 2007

00001226

**Incident type Alert**

      Alert no.:   Date of alert: 03/22/2007

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA number: A06-344-0030: Use of force has
triggered an alert.

      As of 03/22/2007, 5 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 03/22/2006.

      4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

      Organizational-specific theshold override alert criteria for  .

      **Action(s) taken in response to alert:**

                User alerted/making original entry:  Officer Chiquita Foster on Mar
22, 2007

**Overall Alert**

    Alert no.:   Date of alert: 03/22/2007

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Overall Alert: IA number: A06-344-0030: Use of force has triggered an alert.

    As of 03/22/2007, 7 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 03/22/2006.

    4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

    **Action(s) taken in response to alert:**

        User alerted/making original entry:  Officer Chiquita Foster on Mar 22, 2007

00001228

Alert     Page: 1

**Incident type Alert**

Alert no.:   Date of alert: 05/17/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA number: M07-106-0888: Use of force has
triggered an alert.

As of 05/17/2007, 6 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 05/17/2006.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

Organizational-specific theshold override alert criteria for  .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on May
17, 2007

00001229

**Overall Alert**

Alert no.:    Date of alert: 05/17/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: M07-106-0888: Use of force has triggered an alert.

As of 05/17/2007, 7 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 05/17/2006.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on May 17, 2007

**Incident type Alert**

      Alert no.:    Date of alert: 12/08/2007

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA number: MRU07-234-1036: Use of force has
triggered an alert.

      As of 12/08/2007, 4 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 12/08/2006.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**


                User alerted/making original entry:  Officer Chiquita Foster on Dec
08, 2007


   Incidents that caused this alert

      Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

      Mar 22, 2007  Use of force  A06-365-0104    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-A-MP5

      Mar 22, 2007  Use of force  A06-344-0030    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-A-MP5

      May 17, 2007  Use of force  M07-106-0888    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-MRU-MP3

      Dec 08, 2007  Use of force  MRU07-234-1036    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP3

00001231

Alert    Page: 1

**Overall Alert**

Alert no.:    Date of alert: 12/08/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: MRU07-234-1036: Use of force has triggered an alert.

As of 12/08/2007, 4 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 12/08/2006.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Dec 08, 2007

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Mar 22, 2007 | Use of force | A06-365-0104 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-A-MP5 |
| Mar 22, 2007 | Use of force | A06-344-0030 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-A-MP5 |
| May 17, 2007 | Use of force | M07-106-0888 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP3 |
| Dec 08, 2007 | Use of force | MRU07-234-1036 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP3 |

Alert     Page: 1

**Overall Alert**

Alert no.:   Date of alert: 02/06/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: MRU09-357-0846: Use of force has triggered an
alert.

As of 12/23/2009, 3 incidents of any type are linked to Officer Cory KRUG
[3504] that have occurred since 12/23/2008.

3 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Feb
06, 2010

Incidents that caused this alert

Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

Apr 28, 2009  External    I/O 2009-071    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-MRU-MP4

Oct 24, 2009  Use of force   MRU09-242-0063    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

Dec 23, 2009  Use of force   MRU09-357-0846    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

00001233

Alert     Page: 1

**Overall Alert**

Alert no.:   Date of alert: 09/08/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: 2010-263: Excessive Force has triggered an alert.

As of 09/02/2010, 3 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 09/02/2009.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Sep 08, 2010

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Oct 24, 2009 | Use of force | MRU09-242-0063 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4 |
| Dec 23, 2009 | Use of force | MRU09-357-0846 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4 |
| Sep 02, 2010 | Excessive Force | 2010-263 | 10-241-1127 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |

00001234

**Overall Alert**

Alert no.:   Date of alert: 09/16/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: 2010-270   Case No: 10-241-1127: Excessive Force has triggered an alert.

As of 09/10/2010, 4 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 09/10/2009.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Sep 16, 2010

Incidents that caused this alert

Dt Rec'd.      Type     IA No     Incident #:   Assign @ time of alert

Oct 24, 2009  Use of force    MRU09-242-0063     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Dec 23, 2009  Use of force    MRU09-357-0846     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Sep 02, 2010  Excessive Force   2010-263   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Sep 10, 2010  Excessive Force   2010-270   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001235

**Incident type Alert**

Alert no.:   Date of alert: 12/16/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H10-241-1127: Use of force has triggered an alert.

As of 08/29/2010, 3 Use of force incidents are linked to Officer Cory KRUG [3504/] that have occurred since 08/29/2009.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Debra Perry on Dec 16, 2010

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Oct 24, 2009 [001078 / P3504] | Use of force Patrol-MRU-MP4 | | MRU09-242-0063 | KRUG, Corey R. Police Officer |
| Dec 23, 2009 [001078 / P3504] | Use of force Patrol-MRU-MP4 | | MRU09-357-0846 | KRUG, Corey R. Police Officer |
| Aug 29, 2010 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H10-241-1127 | KRUG, Corey R. Police Officer [001078 |

**Overall Alert**

      Alert no.:   Date of alert: 12/16/2010

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA No: H10-241-1127: Use of force has triggered an alert.

      As of 08/29/2010, 3 incidents of any type are linked to Officer Cory KRUG [3504/] that have occurred since 08/29/2009.

      3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

      **Action(s) taken in response to alert:**


           User alerted/making original entry:  Officer Debra Perry on Dec 16, 2010


   Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Oct 24, 2009 | Use of force [001078 / P3504] | | MRU09-242-0063 | KRUG, Corey R. Police Officer Patrol-MRU-MP4 |
| Dec 23, 2009 | Use of force [001078 / P3504] | | MRU09-357-0846 | KRUG, Corey R. Police Officer Patrol-MRU-MP4 |
| Aug 29, 2010 | Use of force [001078 / P3504] | | H10-241-1127 | KRUG, Corey R. Police Officer Patrol-Housing Unit-MP4 |

00001237

Alert     Page: 1

**Incident type Alert**

      Alert no.:  Date of alert: 11/01/2011

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H11-222-0242: Use of force has
triggered an alert.

      As of 08/22/2011, 3 Use of force incidents are linked to Officer Cory R.
KRUG [P3504/001078] that have occurred since 08/22/2010.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**

                    User alerted/making original entry:  Officer Debra Perry on Nov 01,
2011

    Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Aug 29, 2010 | Use of force | | H10-241-1127 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Jul 18, 2011 | Use of force | | H11-199-1036 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Aug 22, 2011 | Use of force | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |

00001238

**Overall Alert**

    Alert no.:   Date of alert: 11/01/2011

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Overall Alert: IA No: H11-222-0242: Use of force has triggered an alert.

    As of 08/22/2011, 6 incidents of any type are linked to Officer Cory R. KRUG [P3504/001078] that have occurred since 08/22/2010.

    5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

    **Action(s) taken in response to alert:**


            User alerted/making original entry:  Officer Debra Perry on Nov 01, 2011


  Incidents that caused this alert

    Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

    Sep 02, 2010  Excessive Force   2010-263   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Sep 10, 2010  Excessive Force   2010-270   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Aug 29, 2010  Use of force   H10-241-1127    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Jul 26, 2011  External   2011-192    KRUG, Corey R. Police Officer [001078 / P3504] Patrol-Housing Unit-MP4

    Jul 18, 2011  Use of force   H11-199-1036    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Aug 22, 2011  Use of force   H11-222-0242    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001239

Alert     Page: 1

**Incident type Alert**

Alert no.:   Date of alert: 03/18/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H12-046-0585: Use of force has triggered an alert.

As of 02/15/2012, 3 Use of force incidents are linked to Officer Cory R. KRUG [P3504/001078] that have occurred since 02/15/2011.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Mar 18, 2012


Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jul 18, 2011 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H11-199-1036 | KRUG, Corey R. Police Officer [001078 |
| Aug 22, 2011 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 |
| Feb 15, 2012 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H12-046-0585 | KRUG, Corey R. Police Officer [001078 |

00001240

**Incident type Alert**

    Alert no.:   Date of alert: 09/09/2012

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA No: H12-157-0742: Use of force has
    triggered an alert.

    As of 06/05/2012, 4 Use of force incidents are linked to Police Officer
    Corey R. KRUG [P3504/001078] that have occurred since 06/05/2011.

    3 or more Use of force incidents during a 12 month period indicates that
    the officer's performance may need to be reviewed.

    Organizational-specific theshold override alert criteria for : .

    **Action(s) taken in response to alert:**

            User alerted/making original entry:  Officer Chiquita Foster on Sep
09, 2012

    Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jul 18, 2011 | Use of force<br>/ P3504]   Patrol-Housing Unit-MP4 | | H11-199-1036 | KRUG, Corey R. Police Officer [001078 |
| Aug 22, 2011 | Use of force<br>/ P3504]   Patrol-Housing Unit-MP4 | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 |
| Feb 15, 2012 | Use of force<br>/ P3504]   Patrol-Housing Unit-MP4 | | H12-046-0585 | KRUG, Corey R. Police Officer [001078 |
| Jun 05, 2012 | Use of force<br>/ P3504]   Patrol-Housing Unit-MP4 | | H12-157-0742 | KRUG, Corey R. Police Officer [001078 |

00001241

**Overall Alert**

      Alert no.:   Date of alert: 09/09/2012

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA No: H12-157-0742: Use of force has triggered an alert.

      As of 06/05/2012, 5 incidents of any type are linked to Police Officer
      Corey R. KRUG [P3504/001078] that have occurred since 06/05/2011.

      5 or more incidents during a 12 month period indicates that the officer's
      performance may need to be reviewed.

      **Action(s) taken in response to alert:**

               User alerted/making original entry:  Officer Chiquita Foster on Sep
09, 2012

   Incidents that caused this alert

     Dt Rec'd.      Type     IA No     Incident #:    Assign @ time of alert

      Jul 26, 2011  External    2011-192    KRUG, Corey R. Police Officer [001078 / P3504]
Patrol-Housing Unit-MP4

      Jul 18, 2011  Use of force    H11-199-1036    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

       Aug 22, 2011  Use of force    H11-222-0242    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

       Feb 15, 2012  Use of force    H12-046-0585    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

       Jun 05, 2012  Use of force    H12-157-0742    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

00001242

Alert     Page: 1

**Incident type Alert**

      Alert no.:   Date of alert: 09/19/2012

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H12-208-0923: Use of force has
triggered an alert.

      As of 07/26/2012, 4 Use of force incidents are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 07/26/2011.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**

            User alerted/making original entry:  Officer Chiquita Foster on Sep
19, 2012

    Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Aug 22, 2011 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 |
| Feb 15, 2012 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H12-046-0585 | KRUG, Corey R. Police Officer [001078 |
| Jun 05, 2012 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H12-157-0742 | KRUG, Corey R. Police Officer [001078 |
| Jul 26, 2012 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H12-208-0923 | KRUG, Corey R. Police Officer [001078 |

**Overall Alert**

Alert no.:   Date of alert: 09/19/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H12-208-0923: Use of force has triggered an alert.

As of 07/26/2012, 5 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 07/26/2011.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

Capt Roberts states he spoke with this officer re: Alert and reminded him
to continue to fill out P-1374.

User alerted/making original entry:  Officer Chiquita Foster on Sep
19, 2012

Incidents that caused this alert

Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

Jul 26, 2011  External   2011-192   KRUG, Corey R. Police Officer [001078 / P3504]
Patrol-Housing Unit-MP4

Aug 22, 2011  Use of force   H11-222-0242    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

Feb 15, 2012  Use of force   H12-046-0585    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

**Incident type Alert**

   Alert no.:   Date of alert: 02/25/2013

   **Officer: Police Officer Corey R. KRUG [P3504/001078]**

   **Alert description:**

   Incident type specific alert: IA No: H12-300-0376  Incident #:: 12-300-
   0376: Use of force has triggered an alert.

   As of 10/26/2012, 4 Use of force incidents are linked to Police Officer
   Corey R. KRUG [P3504/001078] that have occurred since 10/26/2011.

   3 or more Use of force incidents during a 12 month period indicates that
   the officer's performance may need to be reviewed.

   Organizational-specific theshold override alert criteria for : .

   **Action(s) taken in response to alert:**


            User alerted/making original entry:  Officer Chiquita Foster on Feb
25, 2013


   Incidents that caused this alert

      Dt Rec'd.     Type    IA No    Incident #:   Assign @ time of alert

      Feb 15, 2012  Use of force   H12-046-0585    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

00001245

Alert     Page: 1

**Incident type Alert**

Alert no.:   Date of alert: 04/01/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H13-054-0562  Incident #:: 13-054-0562: Use of force has triggered an alert.

As of 02/23/2013, 4 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 02/23/2012.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Apr 01, 2013

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jun 05, 2012 | Use of force | H12-157-0742 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Jul 26, 2012 | Use of force | H12-208-0923 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Oct 26, 2012 | Use of force | H12-300-0376 | 12-300-0376 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Feb 23, 2013 | Use of force | H13-054-0562 | 13-054-0562 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |

00001246

**Overall Alert**

>    Alert no.:   Date of alert: 05/14/2013

>    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

>    **Alert description:**

>    Overall Alert: IA No: EC2013-049: External has triggered an alert.

>    As of 05/14/2013, 5 incidents of any type are linked to Police Officer
>    Corey R. KRUG [P3504/001078] that have occurred since 05/14/2012.

>    5 or more incidents during a 12 month period indicates that the officer's
>    performance may need to be reviewed.

>    **Action(s) taken in response to alert:**


>                   User alerted/making original entry:  Officer Debra Perry on May 14,
> 2013

>   Incidents that caused this alert

>        Dt Rec'd.     Type    IA No     Incident #:   Assign @ time of alert

>        May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 /
> P3504]   Patrol-Housing Unit-MP4

>        Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078
> / P3504]   Patrol-Housing Unit-MP4

>        Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078
> / P3504]   Patrol-Housing Unit-MP4

>        Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>        Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001247



## BUFFALO POLICE DEPARTMENT
# TRAINING BULLETIN

| ROCCO J. DIINA<br>COMMISSIONER OF POLICE | 03/22/02 |
| --- | --- |

TRAINING BULLETIN NO. 2002-01

<u>**USE OF FORCE**</u>

> **GOVERNMENT EXHIBIT**
> **2**

### PURPOSE

The use of force by a Police Officer in the performance of duty, especially the use of deadly physical force, has traditionally been one of the most controversial aspects of police work. National and statewide attention has again recently focused on the issues of Police Officer use of force and abuse of force. It is incumbent upon all professional Police Officers and agencies to have a clear understanding of the permissible use of force by Officers in the performance of their duties. It is the purpose of this Training Bulletin to once again call attention to this issue and to reinforce the policy of the Buffalo Police Department regarding the use of force.

### POLICY

Law Enforcement Officers are authorized to use force in pursuit of legitimate law enforcement objectives. Those objectives include making lawful arrests, achieving and maintaining control of resistive subjects and defending themselves and others.

**IT IS THE POLICY OF THE BUFFALO POLICE DEPARTMENT THAT ITS OFFICERS USE ONLY THE AMOUNT OF FORCE THAT IS REASONABLY NECESSARY TO ACHIEVE LEGITIMATE LAW ENFORCEMENT OBJECTIVES. EXCESSIVE OR UNREASONABLE FORCE SHALL NOT BE USED. ANY FORCE USED MUST BE CONSISTENT WITH FEDERAL CONSTITUTIONAL AND NEW YORK STATE STATUTORY STANDARDS.**

### DEFINITIONS

- **DEADLY FORCE**: Any use of force which, under the circumstances in which it is used, is readily capable of causing death or other serious physical injury.

- **NON-DEADLY FORCE**: Any use of force other than deadly force. This includes any physical effort used to control or restrain another, or to overcome the resistance of another, as well as the use of chemical agent projector.

- **OBJECTIVELY REASONABLE**: This term means that, in determining the necessity for force and the appropriate level of force, Officers should evaluate each situation in light of all known circumstances confronting them (*"the totality of the circumstances"*). The reasonableness of their decisions about force will be judged from the perspective of a reasonable Officer on the scene without regard to underlying intent or motivation. In other words, objective factors, not the Officer's good or bad motives in using force, determine what is reasonable and lawful.

### USE OF FORCE IN GENERAL/USE OF NON-DEADLY FORCE

**1. Federal Standard**

In *Graham v. Connor*, 490 US 386, the United States Supreme Court held that, in order to be constitutional, use of force by an Officer must be "**OBJECTIVELY REASONABLE**" given the

00001471

situation confronting the Officer.  The factors that enter into a determination as to whether force used is "reasonable" include:

    a.  the severity of the alleged crime at issue;

    b.  whether the suspect poses an imminent threat to the safety of Officers and/or others; and

    c.  whether the suspect is actively resisting or attempting to evade arrest by flight.

In making a determination as to the reasonableness of force, courts recognize that Law Enforcement Officers have to make split-second decisions and react quickly in rapidly evolving circumstances.  Those necessities are taken into consideration in judging whether force is objectively reasonable.

**2.  New York State Penal Law Standard**

Penal Law §35.30 codifies New York law on use of force.  With respect to <u>non-deadly</u> physical force, §35.30(1) provides:

> *"A police officer or a peace officer, in the course of effecting or attempting to effect an arrest, or of preventing or attempting to prevent the escape from custody, of a person whom he **<u>reasonably</u>** believes to have committed an offense, may use physical force when and to the extent he **<u>reasonably</u>** believes such to be necessary to effect the arrest, or to prevent the escape from custody, or to defend himself or a third person from what he **<u>reasonably</u>** believes to be the use or imminent use of physical force…"*

Accordingly, a Police Officer having reasonable cause to believe that a person has committed an offense, may, in order to arrest the suspect, use as much force, short of the deadly variety, as the Officer **<u>reasonably</u>** believes **<u>necessary</u>** to effect the arrest and maintain custody of the suspect.  An Officer may also use such force as is **<u>reasonably necessary</u>** to protect the Officer or any other person from the use or imminent use of force.

**<u>USE OF DEADLY FORCE</u>**

A police officer may be confronted with a decision as to whether to use deadly force in two circumstances:  (1) to apprehend or prevent the escape of a suspect; or (2) to defend the Officer or others.

**1.  Use of Deadly Physical Force to Apprehend a Suspect or Prevent the Escape of a Suspect**

    A.  <u>New York Penal Law Standard</u>

    New York Penal Law §35.30(1), subsections (a) and (b), set forth the circumstances in which the use of <u>deadly</u> physical force by Police Officers is permitted to apprehend a suspect or prevent his/her escape:

> *"A police officer or a peace officer, in the course of effecting or attempting to effect an arrest, or of preventing or attempting to prevent the escape from custody, of a person whom he reasonably believes to have committed an offense, may use physical force when and to the extent he reasonably believes such to be necessary to effect the arrest, or to prevent the escape from custody, or to defend himself or a third person from what he reasonably believes to be the use or imminent use of physical force; except that **<u>he may use deadly physical force for such purposes only when he reasonably believes that:</u>***
>
>     *a)  The offense committed by such person was:*
>        *(i)  a felony or an attempt to commit a felony involving the use or attempted use or threatened imminent use of physical force against a person; or*
>        *(ii)  kidnapping, arson, escape in the first degree,*

> *burglary in the first degree or any attempt to commit such a crime; or*
>
> *b)  The offense committed or attempted by such person was a felony and that, in the course of resisting arrest therefor or attempting to escape from custody, such person is __armed with a firearm or deadly weapon…__"*

New York Penal Law §35.30(2) places one further restriction on the use of deadly force to apprehend suspects or prevent their escape.  That section provides:

> *"The fact that a police officer or a peace officer is justified in using deadly physical force under circumstances prescribed in paragraphs (a) and (b) of subdivision one does not constitute justification for reckless conduct by such police officer or peace officer amounting to an offense against or with respect to innocent persons whom he is not seeking to arrest or retain in custody."*

As a result, an Officer's right to use deadly force to arrest or prevent an escape,  even though otherwise justified under state and federal law, is qualified and superseded by his/her duty to avoid injuring innocent persons by reckless or criminally negligent use of deadly force, such as a firearm.

B.  US Constitutional Limitation on Penal Law §35.30(1) (a) and (b) – the "Fleeing Felon" Rule.

The authority to use deadly force to apprehend suspects or prevent escape set forth in Penal Law §35.30(1) (a) and (b), above, has been limited by the Supreme Court's decision in *Tennessee v. Garner*, 471 US 1.  That case held that an Officer is justified in using deadly force to apprehend a suspect or prevent his/her escape only if:  (1) that degree of force is necessary (the Necessity Component); AND, (2) the officer has probable cause to believe the suspect poses a significant threat of death or serious physical injury to the officer or others (the Dangerousness Component).  The Dangerousness Component is satisfied if the suspect threatens the officer or others with a deadly weapon OR the suspect has committed a crime involving the infliction or threatened infliction of serious bodily harm.  Before using deadly force, the Officer must also warn the suspect of the intended use of deadly force, if feasible.

**As a result of the *Tennessee v. Garner* decision, an officer's use of deadly force to apprehend a suspect or prevent an escape must satisfy New York State Penal Law §35.30 standards AND the "fleeing felon" rule.**

2.  **Use of Deadly Force in Self-defense or Defense of Others**

New York Penal Law §35.30(1), subsection (c) governs the use of deadly force by a Police Officer in defense of self or other persons.  That subsection authorizes the use of deadly force whenever:

> *"Regardless of the particular offense which is the subject of  the arrest or attempted escape, the use of deadly physical force is necessary to defend the police officer or peace officer or another person from what the officer __reasonably__ believes to be the use or imminent use of deadly physical force."*

Under federal law, the test is whether the use of deadly force is "objectively reasonable" given the totality of the circumstances.

**DEPARTMENTAL RULES**

This authority to use reasonable force and only reasonable force, whether deadly or non-deadly, has been reinforced and supplemented in this Department by the enactment of Rules 3.6 and 3.27, which state:

> **Rule 3.6:**  *"Members shall not use unnecessary force or violence toward any person, but shall use __only__ such force as may be __necessary__ to accomplish their lawful purpose and in conformity with existing law."*

3

**Rule 3.27:** *"Employees shall use force <u>only as necessary</u> and in accordance with current law and directives."*

**THE SERIOUSNESS WITH WHICH THS DEPARTMENT VIEWS THE USE OF DEADLY PHYSICAL FORCE UNDER ANY CIRCUMSTANCES AND THE USE OF FIREARMS SPECIFICALLY IS EVIDENT BY THE OTHER RESTRICTIONS IMPOSED BY THE DEPARTMENT ITSELF PROHIBITING THE INDISCRIMINATE DISPLAY AND USE OF FIREARMS) AND REQUIRING THAT OFFICERS USE THE UTMOST DISCRETION IN DISCHARGING A FIREARM (RULE 3.28). EVERY MEMBER OF THIS DEPARTMENT SHOULD ALSO PERIODICALLY REVIEW THE APPLICABLE SECTIONS (3.6.12, 3.6.15, 3.6.18) OF THE MANUAL OF PROCEDURES TO ENSURE FAMILIARITY AND COMPLIANCE WITH ALL PROVISIONS GOVERNING USE AND DISPLAY OF FIREARMS.**

<u>**USE OF FORCE OPTIONS AND CONTINUUM**</u>

A Use of Force Continuum is a progression of force options available to an Officer to control a situation. The control/force options available to BPD Officers are as follows:

| | |
|---|---|
| LEVEL 1 | Officer Presence and/or Verbal Commands |
| LEVEL 2 | Empty-Hand Controlling Techniques (excluding Pain Compliance Holds) |
| LEVEL 3 | Pain Compliance Holds and/or Chemical Agent |
| LEVEL 4 | Physical Skills, Physical Tactics and/or Impact Weapons |
| LEVEL 5 | Deadly Force |

It is expected that an Officer will almost always first try to establish and maintain control of a subject or situation through use of presence and verbal dialogue or commands before progressing to use of the higher levels of force. However, it is permissible for an Officer to escalate quickly through the force options or skip steps, depending on a tactical evaluation of the situation. In other words, this continuum can be viewed as an elevator, as well as a ladder, and an Officer may go directly to any level of force on the continuum, <u>providing that the Force Option(s) selected is reasonable.</u>

An Officer also has the option to disengage from physical contact with the subject and/or escalate to a higher level in the Use of Force continuum in order to employ the proper level of force as the encounter continues. An Officer may decide to disengage either temporarily or entirely, depending on circumstances. In fact, it may sometimes be necessary to disengage <u>in order to</u> escalate and gain control.

Also, keep in mind that proper police action need not always consist of some form or physical engagement, even if the subject's actions would justify it. OFFICER SAFETY IS ALWAYS A KEY PRIORITY. Use of movement, cover and concealment are keys to Officer safety during confrontations or potential confrontations – particularly those in which a subject has or may have a firearm or other potentially dangerous weapon.

Once control of a subject or subjects has been established, an Officer should de-escalate to a force level sufficient to maintain that control. Once the situation is under control, an Officer has a responsibility to ensure the safety of all persons involved in the encounter and to provide appropriate custodial care for any subject(s) involved in the incident.

Selection of a reasonable force option under pressure is one of the most difficult aspects of a Law Enforcement Officer's job. The Department and the law recognize that Officers are expected to make split-second decisions in rapidly evolving circumstances and that the amount of time available to evaluate and respond to a situation may impact on the Officer's decision. The Department also recognizes that there is no one hard and fast formula or equation to determine appropriate use of force. However, the Department has developed a graphic version of the Use of Force Continuum as a training tool to provide guidance to Officers in making use of force decisions. The continuum shows types of subject actions commonly encountered by Police, categorized as **"Compliant/Cooperative", "Passive/Verbal Resistance", "Active Resistance", "Physical Resistance", and "Deadly Resistance"**, coupled with generally permissible force level options.

While the chart below focuses on the subject's actions to select a force option, a number of other factors should be taken into consideration as part of the "totality of the circumstances". These factors are not necessarily reflected in the chart below but may legitimately affect the

4

Officer's selection of a force level option, <u>either up or down the continuum</u>.  These Escalation/De-escalation factors include, but are not limited to:

- Officer/Subject Factors *(e.g., relative age, size, strength or skill level, injury/exhaustion, number of Officers versus number of subjects)*
- Influence of Drugs or Alcohol
- Presence/proximity of Weapons
- Other Tactical Factors *(e.g., position of advantage, cover, time for decision)*
- Availability of Other Options

In the final analysis, no graph or chart can substitute or eliminate the need for an Officer's reasoned decision about use of force based on training, experience, common sense and good judgment.  Each Officer has an individual legal responsibility to ensure that the force used is reasonable and justified under current law and should act accordingly.

# USE OF FORCE CONTINUUM

| _SUBJECT'S ACTION_ | | _OFFICER'S REACTION_ |

**COMPLIANT/COOPERATIVE**

SUBJECT IS COOPERATIVE AND COMPLIES WITH OFFICER REQUESTS OR COMMANDS.



USUALLY THERE ARE NOT MANY USE OF FORCE CONCERNS IF A SUBJECT COMPLIES WITH THE OFFICER'S COMMANDS. ROUTINE ARREST AND HANDCUFFING PROCEDURES ARE TO BE FOLLOWED.

## LEVEL 1

**PASSIVE/VERBAL RESISTANCE**

SUBJECT DOES NOT PHYSICALLY RESIST THE OFFICER BUT REFUSES TO COMPLY WITH THE OFFICER'S VERBAL COMMANDS _OR_ SUBJECT IS VERBALLY ABUSIVE, INSULTING OR TAUNTING (BUT IS NOT VERBALLY THREATENING TO CAUSE IMMINENT HARM TO THE OFFICER) AND REFUSES TO COMPLY WITH THE OFFICER'S VERBAL COMMANDS



THE OFFICER SHALL USE VERBAL TECHNIQUES AIMED AT ACHIEVING VOLUNTARY COMPLIANCE. ONCE VERBAL TECHNIQUES HAVE BEEN ATTEMPTED AND NO VOLUNTARY COMPLIANCE IS FORTHCOMING, OFFICER IS AUTHORIZED TO USE EMPTY–HAND CONTROLLING TECHNIQUES, EXCEPT PAIN COMPLIANCE HOLDS, AS REASONABLY NEEDED TO GAIN CONTROL.

## LEVELS 1-2

**ACTIVE RESISTANCE**

SUBJECT IS MAKING PHYSICALLY EVASIVE MOVEMENTS (e.g., BRACING, TENSING OR MOVING AWAY) TO DEFEAT THE OFFICER'S ATTEMPT TO CONTROL SUBJECT _OR_ SUBJECT IS VERBALLY THREATENING TO CAUSE IMMINENT PHYSICAL HARM TO THE OFFICER OR ANOTHER _OR_ THE SUBJECT VERBALLY SIGNALS AN INTENTION NOT TO BE TAKEN INTO OR RETAINED IN CUSTODY, **PROVIDED THE SUBJECT'S INTENTION TO PHYSICALLY RESIST THE OFFICER IS CLEAR.**



THE OFFICER IS AUTHORIZED TO USE THE AMOUNT OF FORCE **REASONABLY NECESSARY** TO OVERCOME THIS BEHAVIOR BY USING EMPTY-HAND CONTROLLING TECHNIQUES, INCLUDING PAIN COMPLIANCE HOLDS AND/OR DEPARTMENT-ISSUED CHEMICAL AGENT.

## LEVELS 1-3

**PHYSICAL RESISTANCE**

SUBJECT ENGAGES, OR IS ABOUT TO ENGAGE, IN BEHAVIOR BEYOND ACTIVE RESISTANCE, SUCH AS GRABBING, PUSHING, PUNCHING, KICKING, BITING, THROWING OBJECTS OR ANY OTHER BEHAVIOR IN WHICH THE OFFICER, OR ANOTHER, BECOMES THE OBJECT OF THE SUBJECT'S RESISTANCE OR AGGRESSION.



THE OFFICER IS AUTHORIZED TO USE THE AMOUNT OF FORCE **REASONABLY NECESSARY** TO OVERCOME THIS RESISTANCE OR AGGRESSION BY USING EMPTY-HAND CONTROLLING TECHNIQUES, INCLUDING PAIN COMPLIANCE HOLDS, DEPARTMENT-ISSUED CHEMICAL AGENT, PHYSICAL TACTICS AND SKILLS AND/OR IMPACT WEAPONS.

## LEVELS 1-4

**DEADLY RESISTANCE**

SUBJECT ENGAGES OR IS ABOUT TO ENGAGE IN ACTIONS THAT THE OFFICER REASONABLY BELIEVES CONSTITUTE DEADLY FORCE UNDER THE NEW YORK STATE PENAL LAW. THIS INCLUDES ATTEMPTS TO RENDER THE OFFICER UNCONSCIOUS, GRABBING FOR THE OFFICER'S SERVICE FIREARM, BLOWS TO VITAL ORGANS, STABBING, SHOOTING OR ANY OTHER ACTION THAT WOULD CREATE A LIKELIHOOD OF CAUSING THE OFFICER SERIOUS INJURY OR DEATH. ALSO INCLUDES THE SUBJECT WHO AN OFFICER REASONABLY BELIEVES IS USING OR IS ABOUT TO USE DEADLY PHYSICAL FORCE AGAINST ANOTHER PERSON.

OFFICER IS AUTHORIZED TO USE THE AMOUNT OF FORCE **REASONABLY NECESSARY TO** PRESERVE THE OFFICER'S OR ANOTHER'S LIFE OR TO PREVENT SERIOUS PHYSICAL INJURY, UP TO AND INCLUDING THE USE OF DEADLY PHYSICAL FORCE.

## LEVELS 1-5

| ESCALATION/DE-ESCALATION FACTORS (EXAMPLES) | |
| --- | --- |
| Officer/subject factors | Availability of other control options |
| Influence of drugs or alcohol | Seriousness of Offense |
| Presence/proximity to weapons | Tactical Options |

This Training Bulletin is for internal departmental use only, and violations of the procedures outlined in this Training Bulletin may form the basis for Departmental administrative sanctions. This document is not intended for third-party use or benefit. No criminal or civil duty or standard of care is intended to be, or is, created by the issuance of this Training Bulletin.

6

00001476



| **BUFFALO POLICE DEPARTMENT** |
| **TRAINING BULLETIN** |

| H. MCCARTHY GIPSON | NOVEMBER 9, 2007 |
| **COMMISSIONER OF POLICE** | |

## TRAINING BULLETIN NO. 2007-04 - USE OF FORCE REPORT (P-1374)

*(Training Bulletin No. 2002-02) Revised November 9, 2007*

> **GOVERNMENT EXHIBIT**
> **3**

### USE OF FORCE REPORT (P-1374)
### REVISED

### PURPOSE

The purpose of this training bulletin is to familiarize officers with the guidelines pertaining to the Use of Force Report, form P-1374.

There are three primary reasons for the implementation of this reporting requirement.

- When properly filled out, the report serves as a good descriptive record of an incident that indicates specifically why and what force was used. The facts contained in this report can also aid the Officer and the City of Buffalo in refuting false claims of unjustified or excessive uses of force.

- Use of this report in conjunction with proper supervisory review can help to identify and deter improper use of force by Officers.

- To identify and assess training needs.

### USE OF FORCE REPORTING REQUIREMENT

The Use of Force Report will be filled out every time a Police Officer uses a **"Reportable Use of Force"** as defined below:

**Reportable Use of Force** is the use on a subject of:

A. whenever (s)he

1. Applies any level of physical force as defined in the M.O.P. 3/ 6.9 on a person; or.
2. uses chemical spray on or affecting a person;
3. Charge a subject with resisting arrest in violation of the NYS Penal Law Section 205.30.

1

00001115

003 / 1

    a. When a member of the Department charges a subject with resisting arrest in violation of the NYS Penal Law Section 205.30, that member shall promptly notify their immediate on duty supervisor. The on-duty Supervisor shall as soon as practical, and in any event prior to the end of their tour of duty, conduct an investigation into the circumstances of the arrest and enter their findings on the subordinate's P-1374.

B. In addition to a P-1374, a member of the Department shall prepare a written report on an Intra-Departmental Memorandum (form P-73) whenever the member:

    1. discharges his/her firearm for other than training or recreational purposes (refer to M.O.P. 3/6.33);

    2. takes any law enforcement action that results in, or is alleged to have resulted in serious physical injury or death to another person

**Reportable Use of Force does not include:**
    1. empty-hand controlling techniques short of pain compliance holds;
    2. customary handcuffing techniques when used as a restraint for arresting or transporting a subject who offers no or minimal resistance;
    3. display only of a weapon (vs. its use).

Each individual Officer who uses a Reportable Use of Force during an incident shall complete and forward a Use of Force Report through the Chain of Command. For example, if three Officers each use reportable force during a single arrest, all three are required to fill out a separate report using the same incident number.

***The Use of Force Report shall be filled out for any Reportable Use of Force occurring while an Officer is acting in an official law enforcement capacity. This includes both uniformed and plainclothes Officers acting in an official capacity while either on or off duty.***

The Use of Force Report shall be filled out in its entirety. Any area that is not applicable shall be marked as such (N/A). Upon completion of the Use of Force report, the Officer must sign it and submit the report to be reviewed upward through his/her respective Chain of Command.

## Command Responsibilities

The Immediate Supervisor shall:

Review the report and shall identify/interview witnesses to the use of force and document the scene of the incident. The on duty supervisor shall make comments on the P- 1374 and fax it to the Professional Standards Division at extension 5229 prior to the end of their tour of duty. If a fax is not possible, due to equipment failure, the on duty supervisor shall immediately leave a voice message with the Professional Standards Division at extension 4557. The voice message shall contain the supervisor's name, subordinate's name, incident number, and the reason for not faxing the P-1374.

Each member of the chain of command shall review the report for completeness and accuracy and conformity with the Department's Use of Force policy. Each member of the chain of command, up to rank of Chief, shall prepare a P-73, through their chain of command and directed to the Professional Standards Division. All reports must be completed and submitted to the Professional Standards Division within 10 days of the incident. Determine whether use of force is justified in light of the facts reported and known to the supervisor and make appropriate recommendations as to the disposal of the incident.

2

00001116

The original copy shall be forwarded to the Professional Standards Division. Professional Standards shall then review all Use of Force Reports to determine adherence to the Rules, Regulations, Policies and Procedures of the Buffalo Police Department.

## COMPLETING THE REPORT

Each section of the Use of Force Report has been reproduced below and shall be completed according to the following instructions:

## INCIDENT INFORMATION

1. Fill in incident date and time in military hours.
2. Fill in the CAD assigned incident number.
3. Fill in the District and Sector in which the incident occurred and the unit number (e.g., B220, 1271, etc).
4. Fill in the Reporting Officer's assignment (e.g., E District, SOS, Traffic).
5. Fill in incident address.
6. Check whether incident occurred on or off duty.
7. Check where incident occurred.
8. Check how contact was initiated with subject; if other, fill in.
9. Fill in type of call/investigation that initiated contact.

---

**BUFFALO POLICE DEPARTMENT**
**USE OF FORCE REPORT**

**INCIDENT INFORMATION**

**1.**
Incident Date: ___/___/___          **1.**
Incident time: _____          **2.**
CD#_____

**3.**
District/Unit _____          **4.**
Assignment: _____

**5.**
Incident Address: _____

**6.**                                        **7.**
Incident Occurred:                      Incident Site:
On Duty ☐        Off Duty ☐              Indoor ☐      Outdoor ☐      In Vehicle ☐

**8.**
How contact was initiated with Subject:

Radio Call ☐      Traffic Stop ☐      Inquiry/Stop ☐          Service/Execution of Warrant ☐          Investigation ☐
Other ☐    _____

**9.**
Type of call or investigation _____

---

3

00001117

## SUBJECT INFORMATION

1. Fill in name, date of birth, age of subject.
2. Fill in subject's home address.
3. Check gender of subject; fill in subject's race, height and weight
4. Check condition of subject at the time of encounter; if other fill in.
5. Check type of custody, (e.g., MHL = picked up on mhl warrant or 9.41); If other, fill in.
6. Fill in agency file number (the central booking assigned number).
7. Fill in charges.
8. Check whether summons issued; if so, fill in summons number.

---

### SUBJECT INFORMATION

**1.**
Name:_____ DOB: _____ Age:_____

**2.**
Address: _____

**3.**
Male ☐   Female ☐   Race: _____ Height _____ Weight:_____

**4.**
**Condition of Subject:**

Sober ☐   Alcohol Influence ☐   Drug ☐   Emotional Disturbance ☐   Other ☐_____

**5.**                                                          **6.**
Type of Custody:       Arrest ☐   MHL ☐   Other _____   Agency File# _____

**7.**
Charges  1) _____   Additional Charges:_____
         2) _____                    _____
         3) _____   **8. Summons Issued:** Yes ☐   No☐
         4) _____       Summons # _____

---

4

00001118

003 / 4

## USE OF FORCE/ METHOD

1. Check whether verbal commands were used or attempted before force was used.
2. Tactics used – check all appropriate boxes and whether each specific tactic used was effective.  If "other", fill in tactic(s) used in space provided and check whether effective or not. **Note: If firearm is used, form BPD-1 must also be completed and forwarded through the Chain of Command.**
3. If CAP is used, fill in the number of bursts, length of time of each respective burst, distance from subject when sprayed and area of subject's body that received spray. Also, check whether subject was decontaminated and, if so, by what method. **Note: Any subject who has been CAP sprayed should be decontaminated.**

---

### USE OF FORCE/METHOD

**1.**
BEFORE ENGAGING IN USE OF FORCE, WERE VERBAL COMMANDS USED OR ATTEMPTED?        YES  ☐        NO  ☐

**2.**
**TACTICS USED**
**(Check all that apply)**

| Yes | No | | Effective Yes | No | |
|-----|-----|-----|-----|-----|-----|
| ☐ | ☐ Pain Compliance Hold | | ☐ | ☐ | |
| ☐ | ☐ CAP Spray | | ☐ | ☐ | |
| ☐ | ☐ Physical Skills or Tactics | | ☐ | ☐ | |
| ☐ | ☐ Impact Weapons | | ☐ | ☐ | |
| ☐ | ☐ Firearm (must also complete BPD-1) | | ☐ | ☐ Type: _____ | |
| ☐ | ☐ Other:_____ | | ☐ | ☐ | |

**3.**
　　Fill out only if Chemical Agent used.

Number of Bursts_____　　Distance from Subject_____

Length of time of Burst(s)_____　　Area of Body Sprayed_____

Decontamination  Yes ☐　No ☐　　Water ☐　　Bioshield ☐

---

5

00001119

## REASON FORCE WAS APPLIED

1. Check reason force was used; if "other", fill in.
2. Provide detail as to what actions on the part of the subject caused Officer to use force (e.g., subject threw punch at Officer, subject pulled knife).
3. Provide detail as to Officer's response to subject's actions, how Officer applied force and to what areas of the subject's body force was applied (e.g., Officer ducked punch, and CAP sprayed in subject's face).

---

**REASON FORCE WAS APPLIED**

**1.**
Reason Force Used:
Terminate Unlawful Conduct ☐   Restrain ☐   Protection of ☐ (name)_____
Overcome Resistance to Arrest ☐   Prevent Escape ☐   Other ☐ _____

**NARRATIVE**
**2.**
Subject's Actions – Describe what caused Officer to use force
_____
_____
_____

**3.**
Officer's Actions – Describe how and to where force was applied _____
_____
_____
_____

---

## INJURY/MEDICAL

1. Check whether subject was injured and, if so, fill in nature of injury. Check whether subject received medical treatment and, if so, fill in name of treating facility. ***Note: Any subject receiving or complaining of an injury should be taken promptly for medical treatment.***
2. Check whether any Police Officer(s) was injured during the incident and, if so, check whether Officer(s) was treated and fill in name, rank, District or Assignment of injured Officer(s), nature of injury and name of treating facility.

---

**INJURY/MEDICAL**

**1.**
Was Subject Injured?  Yes ☐   No ☐   Nature of Injury: _____
Was Subject Treated? Yes ☐   No ☐   If yes, at what facility?_____
**2.**
Was any Police Officer injured as a result of this incident?  Yes ☐   No ☐   Nature of Injury:_____

Who? (Rank, Name, District) _____

Was the Officer(s) Treated?   Yes ☐   No ☐   If so, at what facility?_____

---

00001120

003 / 6

## WITNESS INFORMATION

1. List the name, rank, command and badge# of all Officers who witnessed the incident, whether or not the witness Officer(s) also used force.  Any witness Officer(s) who also used force must complete a separate P-1374.  Check box if witness Officer did complete a separate P-1374. If more space is needed for additional witness Officers, attach a Departmental P-73 with the specified information.  The incident number and date of incident shall appear on the P-73 in order to reference the information correctly.
2. List the name, phone number and address of all Civilian witnesses.  If more space is needed for additional witnesses, attach a Departmental P-73 with the specified information. The incident number and date of incident shall appear on the P-73 in order to reference the information correctly.

| WITNESS INFORMATION  (if additional information, attach a supplemental P-73) | | |
|---|---|---|
| **1.** Police Officer (Rank, Name, Command, Badge#) | Yes ☐ | No ☐ |
| Police Officer (Rank, Name, Command, Badge#) | Yes ☐ | No ☐ |
| **2.** Civilian Name | Tel# Day, Tel# Night | |
| Address | | |
| Civilian  Name | Tel# Day, Tel# Night | |
| Address | | |

## OFFICER REPORTING/REVIEW OF CHAIN OF COMMAND

1. Officer reporting print name and badge number legibly then sign and date.
2. Immediate Supervisor reviewing; print name legibly, sign and date.  Write comments legibly.
3. Next Level in Chain of Command reviewing; review, sign and date
4. Next Level in Chain of Command reviewing; review, sign and date.

**1.** Officer Reporting/Badge #_____  _____  Date_____
      (Print name)    (Badge#)    (Signature)

**2.** Immediate Supervisor Reviewing:_____  _____  Date_____
      (Print name)    (Signature)

Immediate Supervisor Comments:_____

_____

_____

_____

**3.** Member in Chain of Command Reviewing: _____  _____
      (Rank)    (Print Name)

_____  Date_____
    (Signature)

**4.** Member in Chain of Command Reviewing: _____  _____
      (Rank)    (Print Name)

_____  Date_____
    (Signature)

00001121

## ADDITIONAL INFORMATION

Should the need arise to submit additional information regarding the incident, two copies of a supplemental report via Interdepartmental Correspondence Form P-73 shall be attached to the Use of Force Report P-1374.   The incident number and date of incident shall appear on the P-73 in order to reference the information correctly.

## DISTRIBUTION OF REPORT

The completed report shall be distributed as follows:

Original Copy - to be forwarded to the Professional Standards Division
Copy          - to be filed at Command
Copy          - to be forwarded to the Training Academy.

8

00001122

003 / 8

GOVERNMENT
EXHIBIT

4

MANUAL OF PROCEDURES
CHAPTER 3 : ARRESTS

6.0   **USE OF FORCE**

6.3   POLICY
It is the policy of the Buffalo Police Department to use only that amount of
physical force that is *reasonably* necessary *to achieve a legitimate law
enforcement objective, including protecting a person from the imminent use of
physical force, effecting an arrest or preventing an escape from custody. Any
force used must be consistent with the Fourth Amendment of the United States
Constitution and Article 35 of the New York State Penal Law. Excessive or
unreasonable force shall not be used.*

6.6   USE OF FORCE - GENERALLY
A. Members of the Department must be familiar with Article 35 of the NYS Penal
Law which outlines the legal parameters for the use of physical force and the use
of deadly physical force.

B. Physical force shall only be used when no other viable option is available.

C. When force is used, only *that* amount of force that is *reasonably* necessary to
overcome *a   subject's* resistance *or aggression* shall be employed.

D. The use of force must be reasonable and can never be reckless.

E.  During an encounter in which force has become necessary, the level of
resistance *or aggression displayed by the subject* may vary at different points in
the encounter. The level of force used by the Officer *shall* be adjusted to change*s*
in the suspect's *level of* resistance *or aggression.*

6.9   USE OF FORCE CONTINUUM
A. Members of the Department may use no more than the amount of force
*reasonably* necessary to achieve a legitimate law enforcement objective. *In most
cases, the degree of resistance or aggression displayed by a subject will be the
primary factor in determining what level(s) of force by the Officer is reasonable
and authorized. A subject's reaction to an Officer's attempts at control or
restraint may be broadly classified into five categories. Those categories,
together with the generally authorized Officer force response options, are set
forth below:*
    1. *Compliant/ Cooperative*
    The *subject* generally complies with the commands of the Officer and
    offers no resistance. In this instance the use of force is not authorized, *but
    customary handcuffing and escort techniques are authorized.*

**2. _Passive/Verbal Resistance_**
The subject passively resists the Officer's attempts to gain compliance or

*is*

verbally abusive, insulting or taunting and refuses to comply with the
Officer's commands, but is not verbally threatening to cause imminent
physical harm to the Officer or another person. The Officer shall use
verbal techniques to achieve compliance and if those techniques are
unsuccessful, is authorized to take physical control of the subject by
grabbing, holding, and /or using customary handcuffing techniques on
the subject.

**3. _Active Resistance_**
The subject makes physically evasive movements to defeat an Officer's
attempt at control (e.g. bracing, tensing, moving away) or verbally
threatens imminent harm to the Officer or another person or verbally
signals an intention not to be taken into or retained in custody,
providing the subject's intent to physically resist is clear. The Officer is
authorized to physically restrain and take control of the subject by
grabbing, holding forcibly handcuffing and/or using pain compliance
holds and/or chemical agent on the subject.

**4. _Physical Resistance_**
The subject engages in or is about to engage in resistance or aggression
that is aimed directly at the Officer. This includes grabbing, pushing,
punching, kicking, biting, throwing objects or any behavior in which the
Officer becomes the object of the subject's actions. Physical resistance
also includes that situation in which an Officer reasonably believes that
the subject is using or is about to use the above degree of physical force
against another person. The Officer is authorized to use the amount of
force reasonably necessary to overcome the resistance or aggression by
using chemical agent, physical skills, physical tactics or impact
weapons, or any appropriate lesser means of force.

**5. _Deadly Resistance_**
The subject engages or is about to engage in such an escalated level of
resistance or aggression that the Officer reasonably believes the
subject's actions constitute "deadly physical force." "Deadly physical
force" means physical force that, under the circumstances in which it is
used, is readily capable of causing death or other serious physical
injury. It may include attempts to render the Officer unconscious,
grabbing for the Officer's service firearm, blows to vital organs,
stabbing, shooting, or any other action that would create a likelihood of
causing the Officers serious physical injury or death. This category also
includes a subject who an Officer reasonably believes is using or is
about to use deadly physical force on another person. This level of
resistance or aggression authorizes the Officer to use the amount of
force reasonably necessary to preserve life or prevent serious physical
injury and includes the use of deadly physical force.

***B. Although a subject's level of resistance or aggression is usually the primary factor that determines what level of force is reasonable and authorized, there may be other factors present that may reasonably cause an Officer to escalate or de-escalate the level of force used during an encounter. These factors include, but are not limited to:***

1. ***Officer/Subject Factors (e.g. relative age, size, strength, skill level, injury/exhaustion, number of Officers versus number of subjects);***
2. ***Influence of drugs or alcohol;***
3. ***Presence/proximity of weapons;***
4. ***Other tactical factors (e.g. position of advantage, cover, time for decision);***
5. ***Availability of other viable force options.***

6.12   **USE OF DEADLY PHYSICAL FORCE**

A. Members of the Department may use deadly physical force but only when it is necessary to defend the Officer or third person from what the Officer reasonably believes to be the use or imminent use of deadly physical force.

B. Even if the use of deadly physical force is authorized, the Officer may not be reckless in its use.

C. Depending upon the circumstances in which they are utilized, the use of the night stick, restraining holds, police vehicles, as well as service firearms, may be construed as the use of deadly physical force.

6.15   **USE OF FIREARMS**

A. Members of the Department shall discharge their firearms at a person only in those circumstances in which it is necessary to defend the Officer or another person from what the Officer reasonably believes to be the imminent use of deadly physical force. In attempting to take a suspect into custody, members of the Department shall discharge their firearms only in those circumstances in which the member reasonably believes that the use of deadly physical force by the suspect is imminent.

B. Members shall not discharge their firearms at or from a moving vehicle unless the member reasonably believes that the use of deadly physical force is necessary to protect the member or another person from the imminent use of deadly physical force by the suspect. Members shall not discharge their firearms at or from a moving vehicle when the consequences of so doing will jeopardize the safety of other members of the Department or innocent bystanders.

C. In those circumstances in which members of the Department are justified in discharging their firearms, they are not allowed to do so recklessly.

D. Warning shots are prohibited.

00001126

004 / 3

E.  Members of the Department may use their firearms for target practice or competition at an approved range. Dry firing or other forms of practice on any Departmental property, except under the personal direction of a firearms instructor, is strictly prohibited.

F. Members of the Department may use their firearms to incapacitate wild, vicious or rabid animals consistent with the guidelines set forth in M.O.P. 2/10.12C.

6.18   DRAWING  WEAPONS
A. A member of the Department is authorized to remove his/her firearm from its holster or gun mount and have it ready for immediate use, in any circumstance in which the member reasonably believes his/her life or safety may be in danger.

B. A member of the Department may point his/her firearm at a person when the officer reasonably believes that the person poses an immediate risk of death or serious physical injury to any other person.

6.21   REPORTING REQUIREMENTS - USE OF FORCE OR INJURIES TO CIVILIANS
A. A member of the Department shall *promptly* prepare a *"Use of Force Report" (form P1374) whenever (s)he:*
*1. applies any level of physical force as defined in 6.9 A3,4.or 5 above on a person; or.*
*2. uses chemical spray on or affecting a person.*

*A.  In addition to a P-1374, a member of the Department shall prepare a written report on an Intra-Departmental Memorandum (form P-73) whenever the member:*
*1.  discharges his/her firearm for other than training or recreational purposes (refer to M.O.P. 3/6.33);*
*2.  takes any law enforcement action that results in, or is alleged to have resulted in, serious physical injury or death to another person.*

*C.  All reports submitted pursuant to subdivision "A" and "B" above shall be forwarded through the chain of command to the Professional Standards Division.  Each member of the chain of command shall review the report for completeness and accuracy and conformity with the Department's use of force policy.  Immediate supervisors shall make comments on the P-1374.  Higher members in the chain of command shall prepare a P-73 directed to the Professional Standards Divisions with recommendations as to the disposal of the incident.  The Professional Standards Division shall provide the Director of the Training Academy with a copy of each P-1374 so that (s)he can determine if there are any training issues involved*

00001127

004 / 4

**D.**   In the event that the member is incapacitated and unable to prepare the proper
reports,
the member's immediate Supervisor shall cause the reports to be prepared in the
member's behalf.

**E.**   The Professional Standards Division shall review all such reports and make
recommendations to the Commissioner. In addition, the Professional Standards
Division shall make an annual review of all such incidents and report any patterns
or trends that may necessitate additional or modified training, or that may require
alterations in policy.

6.24   <u>PERSONS INJURED RESULTING FROM THE USE OF FORCE</u>
In all circumstances in which a person is injured by a member of the Department
as a result of the use of force other than deadly physical force :
A. the member shall have the injured person taken for medical treatment;

B. notify his/her immediate supervisor;

C. prepare form P-1261 (Request For Medical Attention of Injured Prisoner).

6.27   <u>USE OF CHEMICAL SPRAY</u>
A. <u>The Product</u>
The only chemical agent projector (C.A.P.) to be used by an on duty member of
the Buffalo Police Department is the Department issued Freeze + P. In addition to
the active ingredients that are designed to cause a temporarily debilitating
physical condition, it also contains an ultra-violet dye which is detectable for a
period of up to forty-eight (48) hours on any person sprayed.

B. <u>Issuance</u>
The Department issues authorized chemical agent projectors to those Officers
trained in its use. The chemical agent projector issued by the Department is for on
duty use only and it is not to be used or carried while the member is off-duty or
while employed outside the Department.

C. <u>Replacement</u>
Requests for replacement of empty or malfunctioning chemical agent projectors
shall be submitted on an Intra-Departmental Memorandum which shall include an
explanation of the necessity for the replacement. When an Officer requests
replacement of an empty container, a check will be made  to determine if the
appropriate number of reports (P-1125) have been submitted to reflect why the
chemical agent container is empty. If an appropriate number of reports have not
been submitted, the Officer will not be issued a replacement chemical agent.
1. Although chemical agent containers are stamped with a date on the
canister, the chemical agent is effective as long as the product is able to be
discharged from the canister.
2. If an issued chemical agent projector is lost by any member of the

Department, the member must immediately report the loss in writing. The report shall detail the circumstances of the incident and shall be forwarded to the Training Academy through the chain of command.

### D. *Use*

**1.  In General**
*Chemical agent projector spray is a use of force and shall be used only in conformity with the Departmental policy on use of force.*
*Accordingly, chemical agent projector spray may be used only when its use is reasonably necessary to achieve a legitimate law enforcement objective.  As a general rule, chemical agent projector spray is authorized for use on a subject when an Officer encounters "Active Resistance" or "Physical Resistance", as those terms are defined in the Department's Use Of Force Continuum.*

**2. Special Policy for Use in Cell Block**
*Chemical agent projector spray may be used in the Cell Block only in conformity with (1) above, but with further limitations.  Chemical agent projector spray may be used in the Cell Block when a detainee is attempting to injure himself, a cell block attendant, police officer or another person or when the detainee is attempting to escape custody. Alternative "lesser" means of force should be used first, unless to do so would create an unreasonable risk of injury to a police officer, a Cell Block attendant, the detainee or another person.  "Lesser means of force" for this purpose means verbal compliance techniques, grabbing and basic "come along" holds.  When a detainee is confined to a cell, chemical agent projector spray may be used if the detainee is attempting to cause substantial property damage and entering the cell would create an unreasonable risk of injury for any person.  Absent exceptional circumstances, a supervisory officer of the rank of Lieutenant or above should be contacted and present when chemical agent  is used on a detainee confined to  a cell.  Chemical agent projector sray shall not be used on a person confined to a restraint chair.*

### E. Officer Accidentally Sprayed With A Chemical Agent

In the event that an Officer is accidentally sprayed with a chemical agent, or is intentionally sprayed by another person, the safety of that Officer becomes paramount. The attempted apprehension of the suspect must be abandoned if the safety of the sprayed Officer is unduly jeopardized. Decontaminant spray has been issued to the Patrol Division and shall be used in such cases.

### F. Decontamination

*1. The arresting Officer is responsible for the decontamination of any prisoner sprayed with  a chemical agent.. Decontamination will be accomplished prior to booking the prisoner.  The Officer will decontaminate the prisoner by:*

00001129

   a. *assisting the prisoner in using the eyewash unit located in the first floor restroom near Central Booking Bureau or the eye wash unit in the cellblock; or*
   b. *if the prisoner cannot be decontaminated with water within twenty (20) minutes, by using Department issued Bioshield or by transporting the prisoner to the nearest hospital*

   *2.* If the chemical agent is used indoors, occupants are to be advised to air out the room where the chemical agent was used, for at least one hour before using the room.

G. Reporting

   1. The " Use of Force Report" (form P-1374) must be completed any time a member of the Department discharges a chemical agent, *except those discharges occurring during testing, training, a malfunction, a use against an animal or an*
   *accidental discharge with no person affected. A P-1374 shall be completed by each Officer using the chemical agent..*
   *2. Accidental discharges with no person affected or uses against animals require an Intra- Departmental Memorandum with explanation directed to the Training Academy.*
   *3. Command Officers must complete a P-1374 in every instance in which the chemicals in a command pack are discharged.*

6.30   PERSONS KILLED OR SERIOUSLY INJURED RESULTING FROM THE USE OF DEADLY PHYSICAL FORCE

A. While on duty

 In all circumstances in which a person is killed or seriously injured by an on duty member of the Department and is the result of the use of deadly physical force:

   1. the member shall call for medical attention if the person is still alive;
   2. the member shall immediately notify his/her immediate supervisor who shall

   notify the *Shift Office, whom will notify the Commissioner*
   3. the *Major Crimes Unit* shall conduct the investigation.
   4. members shall follow the guidelines set out in M.O.P. 17/17.0.

B. While off duty

In all circumstances in which a person is killed or seriously injured by an off duty member of the Department and is the result of the use of deadly physical force:

   1. the member shall immediately notify the law enforcement agency in the jurisdiction in which the incident occurred and shall request medical attention if the person is still alive;
   2. the member shall immediately notify his/her commanding officer, or in the commanding officer's absence, the *Shift Officer*;
   3. the member shall follow the guidelines set out in M.O.P. 17/17.0;
   4. and if the incident occurred outside of the city, the *Shift Officer* shall send Buffalo Police personnel to investigate.

6.33   DISCHARGE OF FIREARMS - REPORTING REQUIREMENTS
   A. BPD Firearms Report - Intra-Departmental Memorandum - E-Mail Message
Whenever a member discharges a firearm(s) while on duty, other than in practice
or at a firearms range, (s)he shall immediately report the incident to the
Supervisor on duty in the District in which the incident occurred, except that if the
discharge occurred in the headquarters building, the Shift Officer shall be
notified. The member must also immediately report the incident to his/her own
Supervisor. The member's command will be responsible for obtaining an event
number and transmitting an E-Mail message   reporting the incident. The member
shall prepare a report on an Intra-Departmental Memorandum prior to reporting
off duty, relating the details of the incident. The Intra-Departmental Memorandum
shall be addressed to the Commissioner, attention to the appropriate Commanding
Officers in the chain of command. The member shall also prepare a Firearms Use
Report (BPD-1) according to the instructions on that form and before the member
reports off duty.

   B. Investigation by Commanding Officer - Intra-Departmental Memorandum
The Commanding Officer of the member discharging the firearm shall conduct a
complete investigation of the incident and file a report on an Intra-Departmental
Memorandum. The report shall be addressed to the Commissioner, attention the
appropriate District/Division Commanding Officer in the chain of command.

Distribution: Original and copy of form BPD-1, the member's Intra-Departmental
Memorandum and the Commanding Officer's Investigation Report on an Intra-
Departmental Memorandum shall be sent to   the appropriate District/Division
Inspector; third copy to command files.

   C. Action by the Division Inspector
   The District/Division Inspector shall carefully examine all reports. (S)he shall
make further inquiry as (s)he deems appropriate. The Inspector shall make
recommendations concerning training, discipline, approval of the member's
action, or other appropriate action on an Intra-Departmental Memorandum.

   D. Incidents Occurring While Off Duty
      1. If a member discharges a firearm while off duty, whether intentionally
      or accidentally, the member shall notify the police authorities in the
      jurisdiction in which the incident occurred, and (s)he shall also be
      responsible for submitting a Firearms Use Report (Form BPD-1) and an
      Intra-Departmental Memorandum to his/her commanding officer, except
      that no such notification or report need be made if the officer was
      legitimately engaged in target practice or hunting.
      2. If a member intentionally or accidentally discharges a firearm while off
      duty and the result is an injury to himself, or injury or death to another, the
      member shall immediately contact the law enforcement authorities in the
      jurisdiction in which the incident occurred. Medical attention shall be

00001131

requested and the scene of the incident preserved (refer M.O.P. 17/17.0). The member must immediately contact his/her Commanding Officer, or in the Commanding Officer's absence, the *Shift Officer*, and shall as soon as practicable there after, complete a Firearms Use Report and an Intra-Departmental Memorandum.

E. Investigating Incidents Occurring Outside the City

Whenever a member of the Department intentionally or accidentally   discharges his/her firearm while outside the city, other than when legitimately involved in hunting or target practice, the *Shift Officer* will determine whether a member of the Buffalo Police Department will respond to the incident based on the following:

     1. the apparent surrounding circumstances;
     2. the severity of the injuries, if any;
     3. the possibility of criminal conduct by the member;
     4. the distance from the City.

6.36   ADMINISTRATIVE DUTY

At the discretion of the Police Commissioner or his/her designee, any member involved in a shooting or any other incident resulting in death or serious physical injury to another, may be temporarily assigned to administrative duty. Administrative duty, for purposes of this section, is any assignment that does not ordinarily require the making of arrests. Assignment to administrative duty is in no way a punitive measure and shall be used when it tends to advance the mission and goals of the Department.

6.39   ANNUAL INSTRUCTION ON USE OF FORCE

All members of the Department authorized to carry weapons shall receive a copy of the Department's use of force policies as established in this section and shall receive instruction on these policies during their annual firearms qualification at the Firearms Unit.

00001132

GOVERNMENT
EXHIBIT
5



BUFFALO POLICE DEPARTMENT

# TRAINING BULLETIN

| | |
|---|---|
| ROCCO J. DIINA<br>COMMISSIONER<br>11/22/99 | REISSUED |

**TRAINING BULLETIN 95-04**                                                    9/5/95

### BUFFALO POLICE PURSUIT POLICY

**PURSUIT DEFINED:**

An attempt by a police officer, while driving a marked police vehicle, to arrest a suspect who is driving a motor vehicle and who is attempting to avoid capture by the use of evasive driving tactics which violate the law, thereby willfully and knowingly failing to yield to the officer's use of emergency lights and siren.

**DECISION TO INITIATE PURSUIT:**

The decision to pursue shall only be made after a careful consideration of all of the following relevant factors:

> 1. Nature of the offense.
> 2. Time of day.
> 3. Weather conditions
> 4. Geographic location/population density.
> 5. Familiarity with the area.
> 6. Vehicle capability and reliability.

Pursuit **will not be initiated** if the reason for the attempted stop is only for VTL violations, misdemeanors, or other non-violent felonies. This specifically prohibits pursuits for UUV's, possession of stolen property (MV) or Grand Larceny of a motor vehicle

In all pursuits it is required to use Sirens and Emergency Lights. The use of Sirens shall be used in a manner that will not interfere with communications.

Unmarked motor vehicles or motor cycles will not engage in pursuits, they may follow until marked units arrive, then they will yield and not participate, in the chase until vehicle is apprehended. they shall not violate VTL in unmarked vehicles or on motor cycles

**DEPARTMENTAL GUIDE LINES: PURSUIT TACTICS**

1.      The unit that initiates the pursuit shall be the "Primary Unit" and shall broadcast all pertinent information regarding the pursuit.

2.      The dispatcher is responsible for limiting the number of cars cleared to assist to primary and secondary units only, other units may monitor from their assigned sectors. Only the primary unit will communicate with dispatch. These two units, along with a Supervisor, shall be the only units to engage in the pursuit. A Supervisor or the Dispatcher may specifically authorize additional units to follow parallel the pursuit to the termination point if:

> A. The crime involved in the pursuit is of sufficient gravity, and
> B. The additional authorized units follow at a safe distance and do not participate directly in the pursuit.

3. Units that are not actively involved in the pursuit shall monitor the pursuit and be prepared to provide assistance if directed to do so, while remaining in their patrol sectors.

4. The use of firearms in a pursuit shall be governed by official Departmental shooting policy.  (See 9/8.0 MP)

5. Under no circumstances will officers shoot from a moving vehicle.

6. Officers shall not bump or ram the suspect vehicle to terminate a pursuit.  Barricading a roadway may not be        done unless the suspect is being pursued for an offense that allows for the use of deadly physical force and officers must obtain permission from a Superior Officer   Under no circumstances will a roadway be barricaded by occupied vehicles

7. Officers must clear intersections before proceeding through them

**ABANDONMENT OF PURSUIT**

It should be emphasized that the primary purpose of a motor vehicle pursuit is to arrest fleeing suspects with the least amount of force necessary and to minimize the risk of harm to persons and property.  Therefore, officers who are involved in a pursuit must continuously question whether the seriousness of the violation reasonably warrants continuation of the pursuit.

The decision to engage in pursuit is not irreversible and it is the intelligent officer who knows when to call off the chase.  Officers must continually question whether the seriousness of the crime justifies continuing the pursuit.  The immediate apprehension of a violator is never more important than the safety of innocent motorists and of the officers themselves.  A pursuit shall be abandoned:

1. Immediately upon the orders of a Superior Officer to terminate the pursuit.  (First Line Supervisors are required to respond and monitor pursuits.)
2. When Officers lose visual contact with the suspect vehicle.
3. When there is a clear and unreasonable danger to the officer and other users of the highway. clear danger exists when speeds dangerously exceed the normal flow of traffic or when vehicular or pedestrian traffic necessitates dangerous maneuvering exceeding the performance capabilities of the police car or driver.
4. When the violator can be identified to the point where an apprehension can be more safely made at a later time.

Upon termination of pursuit, pursuit vehicles will acknowledge termination of pursuit, will notify dispatch of location, and return to assigned sectors.

**REPORT REQUIRED:**

In all pursuits, the Duty Officer will cause an investigation to be made and will report the results of the investigation with his/her recommendations to the Commissioner of Police.  Officers initiating a pursuit will be required to file a pursuit form, prior to the end of their tour of duty.  (Said form to be developed by A>I>U>)

**PURSUITS INTO THE CITY OF BUFFALO BY OUTSIDE AGENCIES**

1. Buffalo Police Dispatch may assign **one** unit to assist outside agencies pursuing into Buffalo in accordance with our Pursuit Policy.

2. The First Line Supervisor will respond immediately to the termination point of the pursuit.

**THIS POLICY WILL NOT BE DISSEMINATED OUTSIDE THE DEPARTMENT.**

The only authorized deviation from this policy is:  if due to extenuating circumstances a superior officer can justify a pursuit and does so over the air.  This superior office will file a P-73 showing justification attached to the pursuit form.

Alert      Page: 1

**Incident type Alert**

Alert no.:   Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Use of force has triggered an alert.

As of 11/26/2003, 5 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 11/26/2002.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


       User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

GOVERNMENT
EXHIBIT

8

**Overall Alert**

Alert no.:    Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: : Use of force has triggered an alert.

As of 11/26/2003, 5 incidents are linked to Officer Cory KRUG that have occurred since 11/26/2002.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


        User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

00001211

**Incident type Alert**

Alert no.:    Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Use of force has triggered an alert.

As of 11/02/2003, 4 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 11/02/2002.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

**Overall Alert**

Alert no.:   Date of alert: 05/12/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: : Use of force has triggered an alert.

As of 11/02/2003, 4 incidents are linked to Officer Cory KRUG that have
occurred since 11/02/2002.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on May
12, 2004

**Incident type Alert**

      Alert no.:   Date of alert: 05/26/2004

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      IA number: 04-107-0016: Use of force has triggered an alert.

      As of 04/16/2004, 8 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 04/16/2003.

      4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

      **Action(s) taken in response to alert:**


          User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

00001214

008 / 5

**Overall Alert**

Alert no.:    Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-107-0016: Use of force has triggered an alert.

As of 04/16/2004, 8 incidents are linked to Officer Cory KRUG that have occurred since 04/16/2003.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on May 26, 2004

**Incident type Alert**

Alert no.:   Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-092-0077: Use of force has triggered an alert.

As of 04/01/2004, 7 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 04/01/2003.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

00001216

**Overall Alert**

Alert no.:   Date of alert: 05/26/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 04-092-0077: Use of force has triggered an alert.

As of 04/01/2004, 7 incidents are linked to Officer Cory KRUG that have
occurred since 04/01/2003.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on May
26, 2004

00001217

**Incident type Alert**

Alert no.:   Date of alert: 07/06/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: A03-304-1227: Use of force has triggered an alert.

As of 10/31/2003, 4 Use of force incidents are linked to Officer Cory KRUG
that have occurred since 10/31/2002.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on Jul
06, 2004

00001218

**Overall Alert**

Alert no.:    Date of alert: 07/06/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: A03-304-1227: Use of force has triggered an alert.

As of 10/31/2003, 4 incidents are linked to Officer Cory KRUG that have
occurred since 10/31/2002.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Detective Ann Fraterrigo on Jul
06, 2004

00001219

**Overall Alert**

Alert no.:    Date of alert: 07/21/2004

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 2004-090: External has triggered an alert.

As of 07/14/2004, 9 incidents are linked to Officer Cory KRUG that have
occurred since 07/14/2003.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Cedric Holloway on Jul
21, 2004

**Overall Alert**

Alert no.:   Date of alert: 02/23/2005

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

IA number: 2004-049: Excessive Force has triggered an alert.

As of 04/06/2004, 10 incidents are linked to Officer Cory KRUG [3504/] that have occurred since 04/06/2003.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Cedric Holloway on Feb 23, 2005

00001221

**Incident type Alert**

Alert no.:   Date of alert: 09/20/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA number: A06-199-1033: Use of force has triggered an alert.

As of 09/20/2006, 4 Use of force incidents are linked to Officer Cory KRUG [3504] that have occurred since 09/20/2005.

4 or more Use of force incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

Organizational-specific theshold override alert criteria for  .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Cedric Holloway on Sep 20, 2006

00001222

**Overall Alert**

Alert no.:   Date of alert: 09/20/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: A06-199-1033: Use of force has triggered an
alert.

As of 09/20/2006, 5 incidents of any type are linked to Officer Cory KRUG
[3504] that have occurred since 09/20/2005.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Cedric Holloway on Sep
20, 2006

00001223

**Overall Alert**

Alert no.:   Date of alert: 12/06/2006

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: Excessive Force has triggered an alert.

As of 12/06/2006, 6 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 12/06/2005.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


                User alerted/making original entry:  Officer Cedric Holloway on Dec
06, 2006

Alert     Page: 1

**Incident type Alert**

Alert no.:   Date of alert: 03/22/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA number: A06-365-0104: Use of force has triggered an alert.

As of 03/22/2007, 4 Use of force incidents are linked to Officer Cory KRUG [3504] that have occurred since 03/22/2006.

4 or more Use of force incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

Organizational-specific theshold override alert criteria for  .

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Mar 22, 2007

00001225

**Overall Alert**

Alert no.:    Date of alert: 03/22/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: A06-365-0104: Use of force has triggered an
alert.

As of 03/22/2007, 6 incidents of any type are linked to Officer Cory KRUG
[3504] that have occurred since 03/22/2006.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Mar
22, 2007

**Incident type Alert**

Alert no.:   Date of alert: 03/22/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA number: A06-344-0030: Use of force has
triggered an alert.

As of 03/22/2007, 5 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 03/22/2006.

4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

Organizational-specific theshold override alert criteria for  .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Mar
22, 2007

**Overall Alert**

Alert no.:    Date of alert: 03/22/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: A06-344-0030: Use of force has triggered an alert.

As of 03/22/2007, 7 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 03/22/2006.

4 or more incidents during a 12 month period indicates that the officer may need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Mar 22, 2007

**Incident type Alert**

    Alert no.:   Date of alert: 05/17/2007

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA number: M07-106-0888: Use of force has
triggered an alert.

    As of 05/17/2007, 6 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 05/17/2006.

    4 or more Use of force incidents during a 12 month period indicates that
the officer may need to be reviewed for a potential problem.

    Organizational-specific theshold override alert criteria for  .

    **Action(s) taken in response to alert:**

        User alerted/making original entry:  Officer Chiquita Foster on May
17, 2007

00001229

**Overall Alert**

Alert no.:   Date of alert: 05/17/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: M07-106-0888: Use of force has triggered an
alert.

As of 05/17/2007, 7 incidents of any type are linked to Officer Cory KRUG
[3504] that have occurred since 05/17/2006.

4 or more incidents during a 12 month period indicates that the officer may
need to be reviewed for a potential problem.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on May
17, 2007

00001230

**Incident type Alert**

    Alert no.:   Date of alert: 12/08/2007

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA number: MRU07-234-1036: Use of force has
triggered an alert.

    As of 12/08/2007, 4 Use of force incidents are linked to Officer Cory KRUG
[3504] that have occurred since 12/08/2006.

    3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

    Organizational-specific theshold override alert criteria for : .

    **Action(s) taken in response to alert:**


              User alerted/making original entry:  Officer Chiquita Foster on Dec
08, 2007


    Incidents that caused this alert

      Dt Rec'd.      Type     IA No      Incident #:   Assign @ time of alert

      Mar 22, 2007  Use of force  A06-365-0104    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-A-MP5

      Mar 22, 2007  Use of force  A06-344-0030    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-A-MP5

      May 17, 2007  Use of force  M07-106-0888    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-MRU-MP3

      Dec 08, 2007  Use of force  MRU07-234-1036    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP3

00001231

**Overall Alert**

Alert no.:   Date of alert: 12/08/2007

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: MRU07-234-1036: Use of force has triggered an alert.

As of 12/08/2007, 4 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 12/08/2006.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Dec 08, 2007


  Incidents that caused this alert

    Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

      Mar 22, 2007  Use of force  A06-365-0104    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-A-MP5

      Mar 22, 2007  Use of force  A06-344-0030    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-A-MP5

      May 17, 2007  Use of force  M07-106-0888    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP3

      Dec 08, 2007  Use of force  MRU07-234-1036   KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP3

00001232

Alert    Page: 1

**Overall Alert**

Alert no.:    Date of alert: 02/06/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA number: MRU09-357-0846: Use of force has triggered an alert.

As of 12/23/2009, 3 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 12/23/2008.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Feb 06, 2010


Incidents that caused this alert

Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

Apr 28, 2009  External   I/O 2009-071    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Oct 24, 2009  Use of force    MRU09-242-0063     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Dec 23, 2009  Use of force    MRU09-357-0846     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

00001233

**Overall Alert**

    Alert no.:    Date of alert: 09/08/2010

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Overall Alert: IA No: 2010-263: Excessive Force has triggered an alert.

    As of 09/02/2010, 3 incidents of any type are linked to Officer Cory KRUG
[3504] that have occurred since 09/02/2009.

    3 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

    **Action(s) taken in response to alert:**


          User alerted/making original entry:  Officer Chiquita Foster on Sep
08, 2010


   Incidents that caused this alert

    Dt Rec'd.      Type     IA No     Incident #:   Assign @ time of alert

      Oct 24, 2009  Use of force   MRU09-242-0063    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

      Dec 23, 2009  Use of force   MRU09-357-0846    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

      Sep 02, 2010  Excessive Force   2010-263   10-241-1127 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001234

**Overall Alert**

Alert no.:    Date of alert: 09/16/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: 2010-270   Case No: 10-241-1127: Excessive Force has triggered an alert.

As of 09/10/2010, 4 incidents of any type are linked to Officer Cory KRUG [3504] that have occurred since 09/10/2009.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Sep 16, 2010

Incidents that caused this alert

Dt Rec'd.     Type    IA No      Incident #:    Assign @ time of alert

Oct 24, 2009  Use of force   MRU09-242-0063    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Dec 23, 2009  Use of force   MRU09-357-0846    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-MRU-MP4

Sep 02, 2010  Excessive Force   2010-263   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Sep 10, 2010  Excessive Force   2010-270   10-241-1127 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Alert     Page: 1

**Incident type Alert**

      Alert no.:   Date of alert: 12/16/2010

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H10-241-1127: Use of force has
triggered an alert.

      As of 08/29/2010, 3 Use of force incidents are linked to Officer Cory KRUG
[3504/] that have occurred since 08/29/2009.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**

                  User alerted/making original entry:  Officer Debra Perry on Dec 16,
2010

    Incidents that caused this alert

      Dt Rec'd.      Type      IA No      Incident #:   Assign @ time of alert

      Oct 24, 2009  Use of force   MRU09-242-0063    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

      Dec 23, 2009  Use of force   MRU09-357-0846    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-MRU-MP4

      Aug 29, 2010  Use of force   H10-241-1127     KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

00001236

**Overall Alert**

Alert no.:    Date of alert: 12/16/2010

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H10-241-1127: Use of force has triggered an alert.

As of 08/29/2010, 3 incidents of any type are linked to Officer Cory KRUG [3504/] that have occurred since 08/29/2009.

3 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**



            User alerted/making original entry:  Officer Debra Perry on Dec 16, 2010

   Incidents that caused this alert

      Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert
         Oct 24, 2009  Use of force   MRU09-242-0063    KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-MRU-MP4

         Dec 23, 2009  Use of force   MRU09-357-0846    KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-MRU-MP4

         Aug 29, 2010  Use of force   H10-241-1127    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Alert     Page: 1

**Incident type Alert**

      Alert no.:   Date of alert: 11/01/2011

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H11-222-0242: Use of force has
triggered an alert.

      As of 08/22/2011, 3 Use of force incidents are linked to Officer Cory R.
KRUG [P3504/001078] that have occurred since 08/22/2010.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**


            User alerted/making original entry:  Officer Debra Perry on Nov 01,
2011

   Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Aug 29, 2010 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H10-241-1127 | KRUG, Corey R. Police Officer [001078 |
| Jul 18, 2011 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H11-199-1036 | KRUG, Corey R. Police Officer [001078 |
| Aug 22, 2011 / P3504] | Use of force Patrol-Housing Unit-MP4 | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 |

00001238

008 / 29

**Overall Alert**

       Alert no.:    Date of alert: 11/01/2011

       **Officer: Police Officer Corey R. KRUG [P3504/001078]**

       **Alert description:**

       Overall Alert: IA No: H11-222-0242: Use of force has triggered an alert.

       As of 08/22/2011, 6 incidents of any type are linked to Officer Cory R.
KRUG [P3504/001078] that have occurred since 08/22/2010.

       5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

       **Action(s) taken in response to alert:**

                            User alerted/making original entry:  Officer Debra Perry on Nov 01,
2011

   Incidents that caused this alert

     Dt Rec'd.     Type    IA No     Incident #:   Assign @ time of alert

       Sep 02, 2010  Excessive Force   2010-263    10-241-1127 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Sep 10, 2010  Excessive Force   2010-270   10-241-1127 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Aug 29, 2010  Use of force   H10-241-1127    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

       Jul 26, 2011  External   2011-192    KRUG, Corey R. Police Officer [001078 / P3504]
Patrol-Housing Unit-MP4

       Jul 18, 2011  Use of force   H11-199-1036    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

       Aug 22, 2011  Use of force   H11-222-0242    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

00001239

**Incident type Alert**

    Alert no.:   Date of alert: 03/18/2012

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA No: H12-046-0585: Use of force has triggered an alert.

    As of 02/15/2012, 3 Use of force incidents are linked to Officer Cory R. KRUG [P3504/001078] that have occurred since 02/15/2011.

    3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

    Organizational-specific theshold override alert criteria for : .

    **Action(s) taken in response to alert:**

             User alerted/making original entry:  Officer Chiquita Foster on Mar 18, 2012

   Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jul 18, 2011 | Use of force | | H11-199-1036 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Aug 22, 2011 | Use of force | | H11-222-0242 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Feb 15, 2012 | Use of force | | H12-046-0585 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |

**Incident type Alert**

Alert no.:   Date of alert: 09/09/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H12-157-0742: Use of force has triggered an alert.

As of 06/05/2012, 4 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 06/05/2011.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Sep 09, 2012

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jul 18, 2011 | Use of force | H11-199-1036 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Aug 22, 2011 | Use of force | H11-222-0242 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Feb 15, 2012 | Use of force | H12-046-0585 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Jun 05, 2012 | Use of force | H12-157-0742 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |

**Overall Alert**

Alert no.:   Date of alert: 09/09/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H12-157-0742: Use of force has triggered an alert.

As of 06/05/2012, 5 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 06/05/2011.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Sep
09, 2012

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Jul 26, 2011 | External | 2011-192 | | KRUG, Corey R. Police Officer [001078 / P3504] Patrol-Housing Unit-MP4 |
| Jul 18, 2011 | Use of force | H11-199-1036 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Aug 22, 2011 | Use of force | H11-222-0242 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Feb 15, 2012 | Use of force | H12-046-0585 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Jun 05, 2012 | Use of force | H12-157-0742 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |

00001242

**Incident type Alert**

Alert no.:   Date of alert: 09/19/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H12-208-0923: Use of force has triggered an alert.

As of 07/26/2012, 4 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 07/26/2011.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Sep 19, 2012

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Aug 22, 2011 | Use of force | H11-222-0242 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Feb 15, 2012 | Use of force | H12-046-0585 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Jun 05, 2012 | Use of force | H12-157-0742 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |
| Jul 26, 2012 | Use of force | H12-208-0923 | KRUG, Corey R. Police Officer [001078 / P3504] | Patrol-Housing Unit-MP4 |

00001243

**Overall Alert**

Alert no.:   Date of alert: 09/19/2012

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H12-208-0923: Use of force has triggered an alert.

As of 07/26/2012, 5 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 07/26/2011.

5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

Capt Roberts states he spoke with this officer re: Alert and reminded him to continue to fill out P-1374.

            User alerted/making original entry:  Officer Chiquita Foster on Sep 19, 2012

   Incidents that caused this alert

      Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

      Jul 26, 2011  External   2011-192    KRUG, Corey R. Police Officer [001078 / P3504]
Patrol-Housing Unit-MP4

      Aug 22, 2011  Use of force   H11-222-0242     KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Feb 15, 2012  Use of force   H12-046-0585     KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Jun 05, 2012  Use of force   H12-157-0742     KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

      Jul 26, 2012  Use of force   H12-208-0923     KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

00001244

**Incident type Alert**

     Alert no.:   Date of alert: 02/25/2013

     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

     **Alert description:**

     Incident type specific alert: IA No: H12-300-0376  Incident #:: 12-300-0376: Use of force has triggered an alert.

     As of 10/26/2012, 4 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 10/26/2011.

     3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

     Organizational-specific theshold override alert criteria for : .

     **Action(s) taken in response to alert:**

              User alerted/making original entry:  Officer Chiquita Foster on Feb 25, 2013

    Incidents that caused this alert

      Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

        Feb 15, 2012  Use of force   H12-046-0585    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

        Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

        Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

        Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001245

Alert     Page: 1

**Incident type Alert**

     Alert no.:   Date of alert: 04/01/2013

     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

     **Alert description:**

     Incident type specific alert: IA No: H13-054-0562  Incident #:: 13-054-
0562: Use of force has triggered an alert.

     As of 02/23/2013, 4 Use of force incidents are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 02/23/2012.

     3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

     Organizational-specific theshold override alert criteria for : .

     **Action(s) taken in response to alert:**

          User alerted/making original entry:  Officer Chiquita Foster on Apr
01, 2013

   Incidents that caused this alert

     Dt Rec'd.    Type    IA No    Incident #:   Assign @ time of alert

     Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

     Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

     Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

     Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001246

**Overall Alert**

Alert no.:   Date of alert: 05/14/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: EC2013-049: External has triggered an alert.

As of 05/14/2013, 5 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 05/14/2012.

5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry: Officer Debra Perry on May 14, 2013

Incidents that caused this alert

Dt Rec'd.      Type     IA No     Incident #:   Assign @ time of alert

May 14, 2013  External    EC2013-049    KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Oct 26, 2012  Use of force   H12-300-0376    12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

**Incident type Alert**

      Alert no.:   Date of alert: 05/27/2013

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H13-099-0677  Incident #:: 13-099-0677: Use of force has triggered an alert.

      As of 04/09/2013, 5 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 04/09/2012.

      3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**

                  User alerted/making original entry:  Officer Chiquita Foster on May 27, 2013

   Incidents that caused this alert

     Dt Rec'd.      Type    IA No      Incident #:   Assign @ time of alert

      Jun 05, 2012  Use of force  H12-157-0742     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 26, 2012  Use of force  H12-208-0923     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Oct 26, 2012  Use of force  H12-300-0376   12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001248

**Overall Alert**

>     Alert no.:   Date of alert: 05/27/2013

>     **Officer: Police Officer Corey R. KRUG [P3504/001078]**

>     **Alert description:**

>     Overall Alert: IA No: H13-099-0677   Incident #:: 13-099-0677: Use of force
>     has triggered an alert.

>     As of 04/09/2013, 5 incidents of any type are linked to Police Officer
>     Corey R. KRUG [P3504/001078] that have occurred since 04/09/2012.

>     5 or more incidents during a 12 month period indicates that the officer's
>     performance may need to be reviewed.

>     **Action(s) taken in response to alert:**


>               User alerted/making original entry:  Officer Chiquita Foster on May
27, 2013


  Incidents that caused this alert

>       Dt Rec'd.     Type    IA No     Incident #:   Assign @ time of alert

>         Jun 05, 2012  Use of force   H12-157-0742    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

>         Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

>         Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>         Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>         Apr 09, 2013  Use of force   H13-099-0677   13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001249

**Overall Alert**

    Alert no.:    Date of alert: 05/29/2013

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Overall Alert: IA No: EC2013-055: External has triggered an alert.

    As of 05/28/2013, 7 incidents of any type are linked to Police Officer
    Corey R. KRUG [P3504/001078] that have occurred since 05/28/2012.

    5 or more incidents during a 12 month period indicates that the officer's
    performance may need to be reviewed.

    **Action(s) taken in response to alert:**


                  User alerted/making original entry:  Officer Chiquita Foster on May
29, 2013


   Incidents that caused this alert

    Dt Rec'd.        Type      IA No      Incident #:   Assign @ time of alert

    May 14, 2013  External    EC2013-049     KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

    May 28, 2013  External    EC2013-055    13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

    Jun 05, 2012  Use of force   H12-157-0742     KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

    Jul 26, 2012  Use of force   H12-208-0923     KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

    Oct 26, 2012  Use of force   H12-300-0376    12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Apr 09, 2013  Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001250

**Overall Alert**

       Alert no.:   Date of alert: 08/15/2013

       **Officer: Police Officer Corey R. KRUG [P3504/001078]**

       **Alert description:**

       Overall Alert: IA No: IC2013-156: Internal has triggered an alert.

       As of 08/15/2013, 6 incidents of any type are linked to Police Officer
       Corey R. KRUG [P3504/001078] that have occurred since 08/15/2012.

       5 or more incidents during a 12 month period indicates that the officer's
       performance may need to be reviewed.

       **Action(s) taken in response to alert:**


               User alerted/making original entry:  Captain Barbara Lark on Aug 15,
2013

  Incidents that caused this alert

    Dt Rec'd.       Type    IA No    Incident #:   Assign @ time of alert

    May 14, 2013   External    EC2013-049     KRUG, Corey R. Police Officer [001078 /
P3504]    Patrol-Housing Unit-MP4

     May 28, 2013   External   EC2013-055  13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

     Aug 15, 2013   Internal    IC2013-156  131350643 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4-Internal complaint

     Oct 26, 2012   Use of force   H12-300-0376    12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

     Feb 23, 2013   Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

     Apr 09, 2013   Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

00001251

**Incident type Alert**

Alert no.:   Date of alert: 08/19/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H13-135-0643   Incident #:: 13-135-0643: Use of force has triggered an alert.

As of 05/15/2013, 6 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 05/15/2012.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Aug 19, 2013

Incidents that caused this alert

    Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

       Jun 05, 2012  Use of force   H12-157-0742     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Jul 26, 2012  Use of force   H12-208-0923     KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       Apr 09, 2013  Use of force   H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

       May 15, 2013  Use of force   H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

**Overall Alert**

Alert no.:    Date of alert: 08/19/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H13-135-0643   Incident #:: 13-135-0643: Use of force has triggered an alert.

As of 05/15/2013, 7 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 05/15/2012.

5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Aug 19, 2013

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|

May 14, 2013  External   EC2013-049   KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Jun 05, 2012  Use of force   H12-157-0742   KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Jul 26, 2012  Use of force   H12-208-0923   KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Apr 09, 2013  Use of force   H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

May 15, 2013  Use of force   H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001253

**Incident type Alert**

    Alert no.:   Date of alert: 08/28/2013

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA No: EC2013-098: External has triggered an alert.

    As of 08/28/2013, 3 External incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 08/28/2012.

    3 or more External incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

    Organizational-specific theshold override alert criteria for : .

    **Action(s) taken in response to alert:**


        User alerted/making original entry:  Officer Debra Perry on Aug 28, 2013


  Incidents that caused this alert

    Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

    May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    May 28, 2013  External   EC2013-055   13-145-0930 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

    Aug 28, 2013  External   EC2013-098    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

**Overall Alert**

Alert no.:   Date of alert: 08/28/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: EC2013-098: External has triggered an alert.

As of 08/28/2013, 8 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 08/28/2012.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry: Officer Debra Perry on Aug 28,
2013

Incidents that caused this alert

Dt Rec'd.     Type     IA No     Incident #:   Assign @ time of alert

May 14, 2013  External    EC2013-049     KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

May 28, 2013  External    EC2013-055   13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]  Patrol-Housing Unit-MP4

Aug 28, 2013  External    EC2013-098     KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

Aug 15, 2013  Internal    IC2013-156   131350643 KRUG, Corey R. Police Officer
[001078 / P3504]  Patrol-Housing Unit-MP4-Internal complaint

Oct 26, 2012  Use of force  H12-300-0376   12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

May 15, 2013  Use of force  H13-135-0643   13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001255

**Incident type Alert**

Alert no.:   Date of alert: 09/05/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H13-183-0714: Use of force has triggered an alert.

As of 07/02/2013, 6 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 07/02/2012.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Debra Perry on Sep 05, 2013

Incidents that caused this alert

Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

Jul 26, 2012  Use of force   H12-208-0923    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Oct 26, 2012  Use of force   H12-300-0376   12-300-0376 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Apr 09, 2013  Use of force   H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

May 15, 2013  Use of force   H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Jul 02, 2013  Use of force   H13-183-0714    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

00001256

**Overall Alert**

>    Alert no.:   Date of alert: 09/05/2013

>    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

>    **Alert description:**

>    Overall Alert: IA No: H13-183-0714: Use of force has triggered an alert.

>    As of 07/02/2013, 8 incidents of any type are linked to Police Officer
>    Corey R. KRUG [P3504/001078] that have occurred since 07/02/2012.

>    5 or more incidents during a 12 month period indicates that the officer's
>    performance may need to be reviewed.

>    **Action(s) taken in response to alert:**


>                 User alerted/making original entry:  Officer Debra Perry on Sep 05,
> 2013


>  Incidents that caused this alert

>     Dt Rec'd.     Type    IA No     Incident #:   Assign @ time of alert

>     May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 /
> P3504]   Patrol-Housing Unit-MP4

>     May 28, 2013  External   EC2013-055   13-145-0930 KRUG, Corey R. Police Officer
> [001078 / P3504]   Patrol-Housing Unit-MP4

>     Jul 26, 2012  Use of force   H12-208-0923     KRUG, Corey R. Police Officer [001078
> / P3504]   Patrol-Housing Unit-MP4

>     Oct 26, 2012  Use of force   H12-300-0376    12-300-0376 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>     Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>     Apr 09, 2013  Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>     May 15, 2013  Use of force   H13-135-0643    13-135-0643 KRUG, Corey R. Police
> Officer [001078 / P3504]   Patrol-Housing Unit-MP4

>     Jul 02, 2013  Use of force   H13-183-0714     KRUG, Corey R. Police Officer [001078
> / P3504]   Patrol-Housing Unit-MP4

**Overall Alert**

Alert no.:   Date of alert: 10/22/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: EF2013-051: Excessive Force has triggered an alert.

As of 10/22/2013, 10 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 10/22/2012.

5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry: Captain Barbara Lark on Oct 22, 2013

Incidents that caused this alert

| Dt Rec'd. | Type | IA No | Incident #: | Assign @ time of alert |
|---|---|---|---|---|
| Oct 22, 2013 | Excessive Force | EF2013-051 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-External complaint |
| May 14, 2013 | External | EC2013-049 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| May 28, 2013 | External | EC2013-055 | 13-145-0930 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Aug 28, 2013 | External | EC2013-098 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Oct 26, 2012 | Use of force | H12-300-0376 | 12-300-0376 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Feb 23, 2013 | Use of force | H13-054-0562 | 13-054-0562 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Apr 09, 2013 | Use of force | H13-099-0677 | 13-099-0677 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| May 15, 2013 | Use of force | H13-135-0643 | 13-135-0643 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Jul 02, 2013 | Use of force | H13-183-0714 | | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4 |
| Aug 15, 2013 | Vehicle pursuit | VP2013-005 | 13-135-0643 | KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-Internal complaint |

00001258

**Incident type Alert**

      Alert no.:   Date of alert: 11/08/2013

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Incident type specific alert: IA No: H13-227-1016: Use of force has
triggered an alert.

      As of 08/15/2013, 6 Use of force incidents are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 08/15/2012.

      3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

      Organizational-specific theshold override alert criteria for : .

      **Action(s) taken in response to alert:**

                User alerted/making original entry:  Officer Chiquita Foster on Nov
08, 2013

    Incidents that caused this alert

      Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

      Oct 26, 2012  Use of force  H12-300-0376   12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 15, 2013  Use of force  H13-135-0643   13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 02, 2013  Use of force  H13-183-0714    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force  H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

**Overall Alert**

Alert no.:    Date of alert: 11/08/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H13-227-1016: Use of force has triggered an alert.

As of 08/15/2013, 9 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 08/15/2012.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**


            User alerted/making original entry:  Officer Chiquita Foster on Nov
08, 2013


   Incidents that caused this alert

      Dt Rec'd.     Type    IA No    Incident #:   Assign @ time of alert
      May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

      May 28, 2013  External   EC2013-055   13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Oct 26, 2012  Use of force   H12-300-0376    12-300-0376 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 15, 2013  Use of force   H13-135-0643    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 02, 2013  Use of force   H13-183-0714    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force   H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Vehicle pursuit   VP2013-005    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4-Internal complaint

**Overall Alert**

      Alert no.:   Date of alert: 12/12/2013

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA No: IC2013-228   Incident #:: 13-3450746: Internal has triggered an alert.

      As of 12/12/2013, 11 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 12/12/2012.

      5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

      **Action(s) taken in response to alert:**

              User alerted/making original entry:  Lieutenant Norman Hartmann on Dec 12, 2013

  Incidents that caused this alert

    Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

      Oct 22, 2013  Excessive Force   EF2013-051    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-External complaint

      May 14, 2013  External    EC2013-049    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 28, 2013  External    EC2013-055  13-145-0930 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 28, 2013  External    EC2013-098    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Internal    IC2013-228  13-3450746 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 15, 2013  Use of force  H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 02, 2013  Use of force  H13-183-0714    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force  H13-227-1016    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Vehicle pursuit   VP2013-005  13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-Internal complaint

00001261

**Overall Alert**

Alert no.:   Date of alert: 12/23/2013

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: VA2013-102: Vehicle accident has triggered an alert.

As of 12/12/2013, 12 incidents of any type are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 12/12/2012.

5 or more incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Dec 23, 2013

Incidents that caused this alert

Dt Rec'd.      Type     IA No     Incident #:   Assign @ time of alert

Oct 22, 2013  Excessive Force  EF2013-051    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-External complaint

May 14, 2013  External    EC2013-049    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

May 28, 2013  External    EC2013-055   13-145-0930 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Aug 28, 2013  External    EC2013-098    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Dec 12, 2013  Internal    IC2013-228   13-3450746 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

May 15, 2013  Use of force  H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Jul 02, 2013  Use of force  H13-183-0714    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Aug 15, 2013  Use of force  H13-227-1016    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Dec 12, 2013  Vehicle accident  VA2013-102    KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4

Aug 15, 2013  Vehicle pursuit   VP2013-005   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]   Patrol-Housing Unit-MP4-Internal complaint

00001262

**Incident type Alert**

Alert no.:   Date of alert: 02/10/2014

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H13-325-0733: Use of force has triggered an alert.

As of 11/21/2013, 6 Use of force incidents are linked to Police Officer Corey R. KRUG [P3504/001078] that have occurred since 11/21/2012.

3 or more Use of force incidents during a 12 month period indicates that the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Feb 10, 2014

Incidents that caused this alert

Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

Feb 23, 2013  Use of force   H13-054-0562   13-054-0562 KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Apr 09, 2013  Use of force   H13-099-0677   13-099-0677 KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

May 15, 2013  Use of force   H13-135-0643   13-135-0643 KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Jul 02, 2013  Use of force   H13-183-0714   KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Aug 15, 2013  Use of force   H13-227-1016   KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

Nov 21, 2013  Use of force   H13-325-0733   KRUG, Corey R. Police Officer [001078 / P3504]    Patrol-Housing Unit-MP4

00001263

**Overall Alert**

Alert no.:    Date of alert: 02/10/2014

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H13-325-0733: Use of force has triggered an alert.

As of 11/21/2013, 11 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 11/21/2012.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

          User alerted/making original entry:  Officer Chiquita Foster on Feb
10, 2014

  Incidents that caused this alert

    Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

    Oct 22, 2013  Excessive Force   EF2013-051    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4-External complaint

    May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 /
P3504]    Patrol-Housing Unit-MP4

    May 28, 2013  External   EC2013-055   13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

    Aug 28, 2013  External   EC2013-098    KRUG, Corey R. Police Officer [001078 /
P3504]    Patrol-Housing Unit-MP4

    Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

    Apr 09, 2013  Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

    May 15, 2013  Use of force   H13-135-0643    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4

    Jul 02, 2013  Use of force   H13-183-0714    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

    Aug 15, 2013  Use of force   H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

    Nov 21, 2013  Use of force   H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

    Aug 15, 2013  Vehicle pursuit   VP2013-005   13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4-Internal complaint

**Incident type Alert**

    Alert no.:   Date of alert: 03/04/2014

    **Officer: Police Officer Corey R. KRUG [P3504/001078]**

    **Alert description:**

    Incident type specific alert: IA No: H14-019-0537: Use of force has
triggered an alert.

    As of 01/19/2014, 7 Use of force incidents are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 01/19/2013.

    3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

    Organizational-specific theshold override alert criteria for : .

    **Action(s) taken in response to alert:**

            User alerted/making original entry:  Officer Debra Perry on Mar 04,
2014

   Incidents that caused this alert

    Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

      Feb 23, 2013  Use of force  H13-054-0562   13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force  H13-099-0677   13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 15, 2013  Use of force  H13-135-0643   13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 02, 2013  Use of force  H13-183-0714    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force  H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Nov 21, 2013  Use of force  H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jan 19, 2014  Use of force  H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

00001265

**Overall Alert**

      Alert no.:   Date of alert: 03/04/2014

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA No: H14-019-0537: Use of force has triggered an alert.

      As of 01/19/2014, 14 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 01/19/2013.

      5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

      **Action(s) taken in response to alert:**

              User alerted/making original entry:  Officer Debra Perry on Mar 04,
2014

  Incidents that caused this alert

      Dt Rec'd.      Type     IA No     Incident #:   Assign @ time of alert

      Oct 22, 2013  Excessive Force   EF2013-051    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-External complaint

      May 14, 2013  External   EC2013-049    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

      May 28, 2013  External   EC2013-055   13-145-0930 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 28, 2013  External   EC2013-098    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Internal   IC2013-228   13-3450746 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Feb 23, 2013  Use of force   H13-054-0562    13-054-0562 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Apr 09, 2013  Use of force   H13-099-0677    13-099-0677 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      May 15, 2013  Use of force   H13-135-0643    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4

      Jul 02, 2013  Use of force   H13-183-0714    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force   H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Nov 21, 2013  Use of force   H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jan 19, 2014  Use of force   H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Vehicle accident   VA2013-102    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

Aug 15, 2013  Vehicle pursuit    VP2013-005    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]    Patrol-Housing Unit-MP4-Internal complaint

00001267

**Incident type Alert**

Alert no.:   Date of alert: 08/05/2014

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Incident type specific alert: IA No: H14-190-0917  Incident #:: 141900917:
Use of force has triggered an alert.

As of 07/10/2014, 4 Use of force incidents are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 07/10/2013.

3 or more Use of force incidents during a 12 month period indicates that
the officer's performance may need to be reviewed.

Organizational-specific theshold override alert criteria for : .

**Action(s) taken in response to alert:**

User alerted/making original entry:  Officer Chiquita Foster on Aug
05, 2014

Incidents that caused this alert

Dt Rec'd.      Type    IA No    Incident #:   Assign @ time of alert

Aug 15, 2013  Use of force   H13-227-1016    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Nov 21, 2013  Use of force   H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Jan 19, 2014  Use of force   H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Jul 10, 2014  Use of force   H14-190-0917   141900917 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

00001268

**Overall Alert**

Alert no.:    Date of alert: 08/05/2014

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: H14-190-0917   Incident #:: 141900917: Use of force
has triggered an alert.

As of 07/10/2014, 9 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 07/10/2013.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Officer Chiquita Foster on Aug
05, 2014

  Incidents that caused this alert

    Dt Rec'd.     Type    IA No    Incident #:   Assign @ time of alert

      Oct 22, 2013  Excessive Force  EF2013-051    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-External complaint

      Aug 28, 2013  External    EC2013-098    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Internal    IC2013-228    13-3450746 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Use of force    H13-227-1016     KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Nov 21, 2013  Use of force    H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jan 19, 2014  Use of force    H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jul 10, 2014  Use of force    H14-190-0917    141900917 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Vehicle accident    VA2013-102    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 15, 2013  Vehicle pursuit    VP2013-005    13-135-0643 KRUG, Corey R. Police
Officer [001078 / P3504]   Patrol-Housing Unit-MP4-Internal complaint

**Overall Alert**

>  Alert no.:    Date of alert: 08/26/2014

>  **Officer: Police Officer Corey R. KRUG [P3504/001078]**

>  **Alert description:**

>  Overall Alert: IA No: IC2014-127: Internal has triggered an alert.

>  As of 08/26/2014, 8 incidents of any type are linked to Police Officer
>  Corey R. KRUG [P3504/001078] that have occurred since 08/26/2013.

>  5 or more incidents during a 12 month period indicates that the officer's
>  performance may need to be reviewed.

>  **Action(s) taken in response to alert:**



>                User alerted/making original entry:  Officer Debra Perry on Aug 26,
2014


>   Incidents that caused this alert

>       Dt Rec'd.       Type    IA No     Incident #:   Assign @ time of alert

>       Oct 22, 2013  Excessive Force    EF2013-051    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-External complaint

>       Aug 28, 2013  External    EC2013-098    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

>       Dec 12, 2013  Internal    IC2013-228    13-3450746 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

>       Aug 26, 2014  Internal    IC2014-127    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

>       Nov 21, 2013  Use of force   H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

>       Jan 19, 2014  Use of force   H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

>       Jul 10, 2014  Use of force   H14-190-0917   141900917 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

>       Dec 12, 2013  Vehicle accident   VA2013-102    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

00001270

**Overall Alert**

      Alert no.:   Date of alert: 09/02/2014

      **Officer: Police Officer Corey R. KRUG [P3504/001078]**

      **Alert description:**

      Overall Alert: IA No: EF2014-047: Excessive Force has triggered an alert.

      As of 09/02/2014, 8 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 09/02/2013.

      5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

      **Action(s) taken in response to alert:**

                    User alerted/making original entry:  Lieutenant Robert Rosenswie on
Sep 02, 2014

    Incidents that caused this alert

      Dt Rec'd.     Type    IA No     Incident #:   Assign @ time of alert

      Oct 22, 2013  Excessive Force   EF2013-051    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-External complaint

      Sep 02, 2014  Excessive Force   EF2014-047    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-Physical force

      Dec 12, 2013  Internal   IC2013-228   13-3450746 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 26, 2014  Internal   IC2014-127    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4

      Nov 21, 2013  Use of force   H13-325-0733    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jan 19, 2014  Use of force   H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jul 10, 2014  Use of force   H14-190-0917   141900917 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Dec 12, 2013  Vehicle accident   VA2013-102    KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

**Overall Alert**

Alert no.:   Date of alert: 12/11/2014

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: EF2014-051: Excessive Force has triggered an alert.

As of 12/11/2014, 7 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 12/11/2013.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**

User alerted/making original entry:  Lieutenant Stacy Lewis on Dec 11,
2014

Incidents that caused this alert

Dt Rec'd.      Type      IA No      Incident #:    Assign @ time of alert

Sep 02, 2014  Excessive Force   EF2014-047    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4-Physical force

Dec 11, 2014  Excessive Force   EF2014-051    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Dec 12, 2013  Internal    IC2013-228    13-3450746 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

Aug 26, 2014  Internal    IC2014-127     KRUG, Corey R. Police Officer [001078 /
P3504]    Patrol-Housing Unit-MP4

Jan 19, 2014  Use of force   H14-019-0537    KRUG, Corey R. Police Officer [001078
/ P3504]    Patrol-Housing Unit-MP4

Jul 10, 2014  Use of force   H14-190-0917    141900917 KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

Dec 12, 2013  Vehicle accident   VA2013-102     KRUG, Corey R. Police Officer
[001078 / P3504]    Patrol-Housing Unit-MP4

00001272

**Overall Alert**

Alert no.:   Date of alert: 07/08/2015

**Officer: Police Officer Corey R. KRUG [P3504/001078]**

**Alert description:**

Overall Alert: IA No: EC2015-037: External has triggered an alert.

As of 07/08/2015, 5 incidents of any type are linked to Police Officer
Corey R. KRUG [P3504/001078] that have occurred since 07/08/2014.

5 or more incidents during a 12 month period indicates that the officer's
performance may need to be reviewed.

**Action(s) taken in response to alert:**


User alerted/making original entry:  Lieutenant Stacy Lewis on Jul 08,
2015


  Incidents that caused this alert

   Dt Rec'd.      Type    IA No     Incident #:   Assign @ time of alert

      Sep 02, 2014  Excessive Force   EF2014-047    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4-Physical force

      Dec 11, 2014  Excessive Force   EF2014-051    KRUG, Corey R. Police Officer [001078
/ P3504]   Patrol-Housing Unit-MP4

      Jul 08, 2015  External   EC2015-037   14-0180018 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-A-MP5

      Jul 10, 2014  Use of force   H14-190-0917  141900917 KRUG, Corey R. Police Officer
[001078 / P3504]   Patrol-Housing Unit-MP4

      Aug 26, 2014  Internal   IC2014-127    KRUG, Corey R. Police Officer [001078 /
P3504]   Patrol-Housing Unit-MP4