# EXHIBIT B

**ERIE COUNTY**
**CENTRAL POLICE SERVICES**
**FORENSIC LABORATORY**

45 Elm Street
Buffalo, New York 14203-2600
(716) 858-7409

## REQUEST FOR LABORATORY EXAMINATION

SUBMITTING AGENCY: BPD
PCT./BUREAU: Housing
INVESTIGATING OFFICERS:
1.) C. Krug
2.)

SUBMISSION DATE: 2/5/11
CASE NUMBER:
CD NUMBER: 11-0350993

BUSINESS PHONE:
E-MAIL ADDRESS:

CHARGES: PhL 3245
DATE & TIME OF OCCURRENCE: 2/4/11 2255

CHECK IF APPLICABLE: ( ) SALE OF CONTROLLED SUBSTANCES   (✓) POSSESSION *ONLY* OF CONTROLLED SUBSTANCES

CONTROLLED SUBSTANCE(S) suspected to be: ~~Soft~~ UNKNOWN

DEFENDANT(S): (last name, first name)
1. Roshado, Daniel, A
2.
3.
4.

COMPLAINANT/VICTIM(S): (last name, first name)
1. SONY
2.
3.
4.

**GOVERNMENT EXHIBIT 34A**

| ITEM NO. | DESCRIPTION OF EVIDENCE: | WHERE OBTAINED: | CPS NO. |
|---|---|---|---|
| ① | (1) Blue, oval shaped pill | (1) Def's pocket | 1 / 2/7/11 KD |
| ② | (2) Blue, oval shaped pill | (2) By ECHC Deps, on def's person | |

ANALYSIS REQUESTED: Unsure what is inside pills, unable to ascertain at the time of arrest

**DO NOT WRITE IN SHADED AREAS**

COMMENTS:

**THIS SIDE TO BE COMPLETED BY THE SUBMITTING OFFICER**

SUBMITTED BY: W. [signature]
PRINT NAME: W. Rezobek
LOCKER NO.: 036
DATE/TIME SUBMITTED: 2/5/11 0015

*By signing this form you acknowledge that the laboratory will select the appropriate methods of analysis.*

**THIS SIDE FOR LABORATORY USE ONLY**

RECEIVED: ☒ Sealed envelope
☐ Unsealed
☒ Received with cross outs
DATE/TIME REC'D: 020511 0944
RECEIVED BY: CPS LAB
LAB. NO.: 1100897
SUBMISSION #: I    PAGE #: 1 OF 1

DCPSL-2
Issued by John P. Simich, Ph.D.
Issue date: April 17, 2010

CPS-F-378
Revision 10-00
Page 1 of 1

034A / 1

GOVERNMENT EXHIBIT 34B

**Erie County Central Police Services**

**Forensic Laboratory - Analysis Report**

Agency :  Buffalo Police Department          Pct./Bureau: Housing

Case Names : Roshado, Daniel A - Defendant

Lab. No. : 11-00897            Case No.: 11-0350993

Date Received : 2/5/2011       REF NO. :

Date of Report : 2/7/2011      Inv. Officer(s) : C. Krug

Report Number 1

**Item 1**     One submitted sealed envelope with capsule(s) or caplet(s). Received 2 capsules imprinted ZOLLER.
Submitted as BPD Item #1&2.

### Tests/Conclusions

The physical and design characteristics of the submitted exhibit(s) were compared versus labels and/or reference sources. Pharmaceutical information indicates that no controlled substances are present.
Pharmaceutical information indicates that the exhibit(s) contain caffeine, herbs, and niacin, non-controlled substances.

This report may contain the conclusions, opinions and/or interpretations of the analyst whose signature appears on the report.

This report does not constitute the entire case record, which may include worksheets, images, analytical data, and other documents.

I affirm that I conducted the analysis described herein.

_Kaitlin Drollette_
Forensic Chemist II
Kaitlin Drollette

CC: ADA M. Smith, BCC
    Docket#11ER1775M
    Needed by 02/24/11

GOVERNMENT EXHIBIT 34

B/M   BPD

# SHERIFF'S DEPARTMENT

## ERIE COUNTY HOLDING CENTER
## BUFFALO, NEW YORK

Redacted 73   240436

### PRISONER'S PROPERTY RECEIPT

CELL NO.: _____   DATE: 2-4, 20 11

NAME: RASHADA DANIEL A

CASH ON DEPOSIT: ZERO   $ 0

ARTICLES:

HAT
IPOD W/ HEADPHONES
CELL PHONE W/ CASE
TRANSIT MSS W/ SCHEDULE
ID TAG
KEYS
WATCH
NECKLACE
BELT

Permission to open my mail is hereby-granted.

X _____ INMATE

SEARCHED: SS _____ DEPUTY

APPROVED: 14 _____ DEPUTY

FS-3150 ECHC (Rev. 3/06)



**RICI #:** 10132154
**Caution Indicator:** /S/7
**BUFFALO POLICE DEPARTMENT**
**ARRESTING/BOOKING REPORT**

**Agency Case #:** 11-01333-18 (A)
**Report Date:** 02/05/2011 02:41
**Report Printed By:** LAWSON, MARGARET

--- PERSON INFORMATION ---

**NAME:** RASHADA, Daniel A
**DOB:** Redacted 1973 **AGE:** 38 **SEX:** Male **RACE:** Black
**HEIGHT:** 6'01 **WEIGHT:** 200 **BUILD:** Medium **ETHNICITY:** Non-Hispanic **SS #:** Redacted 3715
**HAIR COLOR:** Bald **HAIR TYPE:** Bald **EYE COLOR:** Brown
**EYE DEFECTS:** **FACE:** Full **SKIN TONE:** Dark
**FACIAL FEATURES:** Moustache **DISABILITY:**
**SCARS/MARKS/TATTOOS:**
**ADDRESS:** Redacted NY US
**HOME TELEPHONE:** Redacted 0151 **MARITAL STATUS:** Single (never married)
**EDUCATION:** 02 **CITIZEN OF:** US **PLACE OF BIRTH:**
**RELIGION:** Protestant **DRIVERS LICENSE #:** **LICENSE STATE:**
**NYSID #:** 09828354-N **FBI #:** **MUG #:** 285503

--- ARREST/OFFENSE INFORMATION ---

**INCIDENT #:** 11-0350993 **ARREST TYPE:** CIP - Crime in Progress **ARRESTING AGENCY:** BUF
**STATUS AT ARREST:** Held **ARREST DATE/TIME:** 02/04/2011 23:00
**CONDITION AT ARREST:**
**ARRESTING OFFICER:** KRUG, COREY
**ASSISTING OFFICER:** REZABEK, William
**ADDRESS OF ARREST:** 68 BISSIELL, BUFFALO NY US
**PRIMARY ARREST CHARGE:** PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND AM **ATT:** N

--- BOOKING INFORMATION ---

**CJTN #:** 64645918-Y **BOOKING STATUS:** Normal **BAIL:**
**BOOKING START DATE/TIME:** 02/04/2011 23:35 **BOOKING END DATE/TIME:** 02/05/2011 00:08
**ITEM(S) SEIZED AT ARREST:**
**ARRAIGNMENT COURT:** NY014011J CITY OF BUFFALO
**BOOKING COMMENTS:** def matched description of suspect with a gun

**F/P'S TAKEN BY:** GOULD, Robert **DATE:** 02/04/2011
**NCIC CLASS. BY:** **DATE/TIME:**

**ARRESTEE SIGNATURE:** [signature]

**Rolled Right Thumb**
**NCIC CLASS:**

| Arrest Charges: | Att. | Incident #: | Warrant #: | Summons #: |
|---|---|---|---|---|
| PL 195.05 OBSTRUCT GOVERNMENTL ADMIN-2ND | N | 11-0350993 | | |
| PHL 3345 CONTR SUBS IN NON ORIG CONTNR V | N | 11-0350993 | | |
| PL 205.20 CONTRABAND TO PRISONERS-2ND AM | N | 11-0350993 | | |
| PL 220.03 CRIM POSS CONTRL SUBST-7TH AM | N | 11-0350993 | | |

Form 330 ADM (CC) (4/01)

State of New York
COMMISSION OF CORRECTION
Office of Mental Health

## SUICIDE PREVENTION SCREENING GUIDELINES

| DETAINEE'S NAME: Kashada, Dank | SEX: M | DATE OF BIRTH: 1/13/73 | MOST SERIOUS CHARGE(S): 195.05 | DATE: 2/4/11 | TIME: 2335 |
|---|---|---|---|---|---|

NAME OF FACILITY: **ERIE COUNTY HOLDING CENTER**

NAME OF SCREENING OFFICER: [signature]

DETAINEE SHOWED SERIOUS PSYCHIATRIC PROBLEMS DURING PRIOR INCARCERATION?  YES ☐  NO ☒

*Check appropriate column for each question*

GOVERNMENT EXHIBIT 39A

| | COLUMN A YES | COLUMN B NO | GENERAL COMMENTS / OBSERVATIONS ALL "YES" ANSWERS REQUIRE NOTE TO DOCUMENT |
|---|---|---|---|
| **OBSERVATIONS OF ARRESTING / TRANSPORTING OFFICER** 1. Arresting or transporting officer believes detainee may be a suicide risk. If YES, notify supervisor. | | X | |
| **PERSONAL DATA** 2. Detainee lacks support of family or friends in the community. | NO FAMILY FRIENDS | X | |
| 3. Detainee has experienced a significant loss within the last 6 months (e.g. loss of job, loss of relationship, death of close family member) | | X | |
| 4. Detainee is very worried about major problems other than legal situation (e.g. serious financial or family problems, a medical condition or fear of losing job) | | X | |
| 5. Detainee's family member or significant other (spouse, parent close friend, lover) has attempted or committed suicide. | | X | |
| 6. Detainee has history of drug or alcohol abuse. (Note drug and when last used.) | | X | |
| 7. Detainee has history of counseling or mental health evaluation / treatment (Note current psychotropic medications and name of most recent treatment agency.) | | X | |
| 8. Detainee expresses extreme embarrassment, shame or feelings of humiliation as a result of charge/incarceration (consider detainee's position in community and shocking nature of crime.) If YES, notify supervisor. | | X | |
| 9. Detainee is thinking about killing himself. If YES, notify supervisor. | | X | |
| 10a. Detainee has previous suicide attempt (Explore method and check for scars). | | X | |
| b. Attempt occurred within the last month. If YES, notify supervisor. | | X | |
| 11. Detainee is expressing feelings of hopelessness (nothing to look forward to). If YES, notify supervisor. | | X | |
| 12. This is detainee's first incarceration in lockup / jail. | X | | 1st time in jail |
| **BEHAVIOR / APPEARANCE** 13. Detainee shows signs of depression (e.g. crying, emotional flatness). | | X | |
| 14. Detainee appears overly anxious, panicked, afraid or angry. | | X | |
| 15. Detainee is acting and / or talking in a strange manner. (e.g. cannot focus attention; hearing or seeing things which are not there). | | X | |
| 16a. Detainee is apparently under the influence of alcohol or drugs. | | X | |
| b. If YES, is detainee incoherent, or showing signs of withdrawal or mental illness? If YES to both a & b, notify supervisor. | | X | |

TOTAL Column A ___1___

Deputy's Comments / Impressions

**ACTION**
If total checks in Column A are eight or more, or any shaded box is checked, or you feel it is necessary, notify supervisor and institute constant watch.
Supervisor Notified: YES ☐  NO ☒    Constant Supervision Instituted: YES ☐  NO ☒

Detainee referred to Medical / Mental Health: YES ☐  NO ☒    If YES:   EMERGENCY      NON-EMERGENCY
Medical ☐        Medical ☐
Mental Health ☐  Mental Health ☒

[signature]
Signature and Badge Number of Screening Deputy

Medical / Mental Health Personnel Actions: (To be completed by Medical / MH Staff)

Ø

00001495

039A / 1


GOVERNMENT EXHIBIT 38

# CITY OF BUFFALO POLICE DEPARTMENT
## CENTRAL BOOKING BUREAU
## CASE HISTORY

DEFENDANT: DANIEL RASHADA
AFN # 11 - 01333 - 18

THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITMES OF AN EVIDENTARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVLOVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.

THE FOLLOWING SUMMARY REPERESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF ARRESTING OFFICER: P.O. CORY KRUG
FUNCTIONS PERFORMED: INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST AND DID RECOVER EVIDENCE

NAME OF ASSISTING OFFICER: P.O. WILLIAM RESABEK
FUNCTIONS PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST, AND DID SUBMIT ALL EVIDENCE

NAME OF ASSISTING OFFICER  P.O. ANN DEVANEY - C - DIST
FUNCTIONS PERFORMED    ASSISTED WITH INVESTIGATION AND ARREST

OFFICER PRINTED NAME: P.O. CORY KRUG

OFFICER SIGNATURE: _(signature)_

DATE: 2/7/11

00001296

038 / 1

**GOVERNMENT EXHIBIT 37**

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**

Docket No. _____
CD No.  11-03509 93
AFN    11-01333-18

## NOTICE TO DEFENDANT OF INTENTION TO OFFER EVIDENCE AT TRIAL (CPL 710.30 AND 700.70)

**PEOPLE OF THE STATE OF NEW YORK**
     -VS-

DEFENDANT: DANIEL RASHADA       DOB: 1/13/1973       Date of Arrest: 2/04/2011

Officer in charge of case: P.O. CORY KRUG       Assignment: HOUSING

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I.   STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO A **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐ 1. Written statement (attach copy)
☐ 2. What was said by the defendant at the time of arrest? (specify: date, place, content and to whom)
☒ 3. No statements were made     **Arresting Officers Initials** _____

**IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME)     P.O. CORY KRUG

Date 02 / 04 / 2011       Place SCENE

☒ Showup Identification
☐ Photograph Identification
☐ Line-up
☐ Observation of defendant upon some other occasion **relevant** to case
☐ Other (specify) _____

00001298

037 / 1

GOVERNMENT EXHIBIT 35

**City Of Buffalo – Department Of Police**
**Central Booking Bureau**
**Defendant Information**

P-32

Docket No. _____
CD No. 1103509 93
AFN 11-01333-18

DEFENDANT: DANIEL RASHADA     DOB: [Redacted] 1973     Date Of Arrest: 2/04/2011

Co-DEFENDANTS:

| | DOB: |
|---|---|
| 1. | |
| 2. | |
| 3. | |

1. Officer in charge of case: P.O. CORY KRUG      Assignment: HOUSING

| Victim(s) / Witness(es) | Date / Chg'd | Purpose | Notice | Date / Initial |
|---|---|---|---|---|
| 2. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 3. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 4. Name | | | | |
| Address | | | | |
| Phone | | | | |
| 5. Name | | | | |
| Address | | | | |
| Phone | | | | |

**Erie County District Attorney – Buffalo City Court Disposition Form**

| Arraign Date: | Defense Attorney | Type | Bail Status | Judge | ADA |
|---|---|---|---|---|---|
| Disp. Date: | | | | | |

| Charges | PL 20 | Disposition | Disp. Code | Sentenced to: |
|---|---|---|---|---|
| 1. 220.03-2CTS | | | | |
| 2. 205.20 | | | | |
| 3. 195.05 | | | | |
| 4. PHL3345-2CTS | | | | |
| 5. | | | | |
| 6. | | | | |

710.30 ( )      Lab ( )      Local/NYSISS ( )      MV-104 ( )
Supporting Dep. ( )      Medicals ( )      DMV ( )      Readiness ( )
Forensic Req. ( )      Breath Documents ( )      Albany ( )      **Domestic Violence** ( )

00001300

035 / 1

P-163 (Rev. 3/08)
ORI # 1501

# BUFFALO POLICE DEPARTMENT
## ARREST DATA FORM

DISTRICT OF ARREST: _____
PROPERTY: YES / NO (YES circled)
MONEY $ _____ 0

DATE 2/4/11  INCIDENT NUMBER 11-035-0593  RICI # _____  AFN 11-0333-18

DEFENDANT'S NAME  Rashada  Daniel  A
(LAST) (FIRST) (M)

DATE OF BIRTH [Redacted]/73  AGE 37

ARRESTING OFFICER C. Mang  ASSISTING OFFICER W. Aeahal

DIST. C  ASSIGNMENT 1440  ARREST DATE 2/4/11  ARREST TIME 2300

ADDRESS OF ARREST 68 Bissiell

CHARGES PL195.05, PL220.03, AHL3345, PL205.20

NARRATIVE: Det was stopped on Bissiell matching — I did refuse to allow oficer Pat him Down — Discription of suspect that just ran from police w/ poss weapon. Def did agree w/ TC & tried to push of ves & run. Def did slip & fall on ice & was cuffed by ofc. found in poss of 1 unknown Blue capsule in Rt pants Pocket. 3 unknown Blue Pills in jacket pocket @ ECHC

DEFENDANT'S STREET NAME/ALIASES _____

DEFENDANT'S ADDRESS [Redacted]

CITY Bflo  STATE NY  ZIP CODE 14211  US CITIZEN ☒ YES ☐ NO

SOCIAL SECURITY NUMBER [Redacted]-3795  MARITAL STATUS _____  OCCUPATION _____

DEFENDANT'S SEX M  HEIGHT 6'1"  WEIGHT 200  BUILD med  EYE COLOR BN

HAIR COLOR BLK  SKIN TONE Dark  RACE BLK  ETHNICITY BLK

SCARS, MARKS, TATTOOS _____

WARRANTS ☐ YES ☒ NO (IF YES, ATTACH COPY)  DEPUTY INITIALS _____  SATISFACTORY ID ☐ YES ☐ NO

COMPLAINANT'S NAME Gang  RELATIONSHIP _____

COMPLAINANT'S ADDRESS 312 Perry

CITY Bflo  STATE NY  ZIP CODE 14210  PHONE NUMBER [Redacted]6845

HAS A CHEMICAL AGENT BEEN USED UPON PRISONER? ☐ YES ☒ NO
IF YES, NAME OF THE OFFICER ADMINISTERING THE CHEMICAL AGENT _____

VEHICLE TO BE IMPOUNDED? ☐ YES ☒ NO  PLATE # _____  LOCATION _____

TO BE ASKED BY THE PROCESSING DEPUTY (TO BE ASKED IN PRESENCE OF ARRESTING OFFICERS)
1. Are you injured? ☒ YES ☒ NO  LEFT CHEEK. / RT CHEEK.
   If yes, describe injury, any bandages, stitches etc. _____
   If yes, when were you injured? (date and time) _____
2. Have you received medical attention since your arrest? ☐ YES ☒ NO
   (If yes, Arresting Officers are responsible for completing P-1261)

PROCESSING DEPUTY _____ 1133.  BADGE # _____

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C, AND DCPS-L-1)

00001301

033 / 1

# City Court of Buffalo – Department of Police
## Central Booking Bureau

MISDEMEANOR/VIOLATION INFORMATION

State of New York, County of Erie, City Court of Buffalo

1517

GOVERNMENT EXHIBIT 36

**THE PEOPLE OF THE STATE OF NEW YORK**

| DEFENDANT(S) | DOB | CASE NO. |
|---|---|---|
| VS  DANIEL RASHADA | Redacted 1973 | 11-01333-18 |
| VS ____ | ____ | ____ |
| VS ____ | ____ | ____ |
| VS ____ | ____ | ____ |

I, P.O. CORY KRUG accuse the above named defendant(s) in this action, that on or about FEB 4, 2011 AT APROX 2300 HRS in the City of Buffalo, did intentionally, knowingly and unlawfully commit the misdemeanor/violation of CRIMINAL POSSESSION OF A CONTROLLED SUB IN 7TH DEGREE/ PROMOTING PRISON CONTRABAND IN 2ND DEGREE / OBSTRUCT GOVERN ADMIN IN 2ND DEGREE / POSSESSION OF CONTROLLED SUB OUT OF ORIG CONTAINER Contrary to the provision of 220.03/205.20-1/195.05/PHL 3345 of the [X] Penal Law [ ] Vehicle and Traffic Law [ ] ____ Law of the State of New York [ ] Ordinances of the City of Buffalo.

The facts upon which this accusation is based are [X] of my own knowledge [ ] on information and belief.

220.03 - CRIMINAL POSSESSION OF A CONTROLLED SUB IN 7TH DEGREE 2 CTS
IN THAT THE DEFENDANT, WHILE AT 58 BISSELL, DID KNOWINGLY AND UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE, TO WIT; BLUE UNMARKED CAPSUL, IN THAT THE DEFENDANT DID HAVE IN HIS POSSESSION AND UNDER HIS CONTROL A BLUE UNMARKED CAPSULE WHICH WAS RECOVERED IN THE DEFENDANTS RIGHT PANTS POCKET BY P.O. CORY KRUG, IN THAT THE DEFENDANT DID WHILE POLICE OFFICERS WERE ASSISTING POLICE OFFICERS ON A FOOT CHASE, DEFENDANT WAS STOPPED ON BISSELL MATCHING DESCRIPTION OF POSSIBLE SUSPECT, DEFENDANT DID REFUSE TO GIVE NAME AND DID REFUSE PAT DOWN FOR OFFICER SAFETY, UPON FURTHER INVESTIGATION DEFENDANT WAS FOUND TO BE IN POSSESSION OF 1 BLUE UNMARKED CAPSULE RECOVERED IN RIGHT PANTS POCKET BY P.O. CORY KRUG, SAID EVIDENCE SUBMITTED BY P.O. W. RESABEK.

205.20-1 - PROMOTING PRISON CONTRABAND IN THE SECOND DEGREE
IN THAT THE DEFENDANT, WHILE AT 40 DELAWARE AVENUE, DID KNOWINGLY AND UNLAWFULLY INTRODUCE CONTRABAND, TO WIT; BLUE UNMARKED CAPSULE, INTO A DETENTION FACILITY, KNOWN AS THE ERIE COUNTY HOLDING CENTER, IN THAT THE DEFENDANT DID BRING INTO THE ERIE COUNTY HOLDING CENTER, 1 BLUE UNMARKED CAPSULE, WHICH WAS RECOVERED IN THE DEFENDANTS JACKET POCKET BY DEPUTY, WHILE BEING SEARCHED IN THE ERIE COUNTY HOLDING CENTER. P.O. WILLIAM REZABEK DID SUBMIT ALL EVIDENCE.

195.05 - OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE
IN THAT THE DEFENDANT, WHILE AT 68 BISSELL, DID INTENTIONALLY ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION BY MEANS OF INTERFERENCE, IN THAT THE DEFENDANT DID DEFENDANT DID REFUSE TO GIVE NAME AND DID REFUSE PAT DOWN FOR OFFICER SAFETY, DEFENDANT DID PUSH OFF POLICE VEHICLE AND DID PUSH INTO P.O. CORY KRUG AND DID ATTEMPT TO FLEE SCENE AND DID SLIP AND FALL, DEFENDANT WAS THEN ABLE TO BE APPREHENDED BY POLICE OFFICERS.

3345 - POSSESSION OF A CONTROLLED SUBSTANCE OUT OF IT'S ORIGINAL CONTAINER - 2CTS IN THAT THE DEFENDANT, DID POSSESS A CONTROLLED SUBSTANCE, TO WIT; 2 BLUE UNMARKED CAPSULE , WHICH WAS OUTSIDE OF IT'S ORIGINAL CONTAINER IN WHICH IT WAS DISPENSED, SAID POSSESSION NOT BEING FOR THE PURPOSE OF CURRENT USE BY THE PERSON FOR WHOM SAID SUBSTANCE WAS PRESCRIBED OR DISPENSED, IN THAT THE DEFENDANT DID POSSESS A BLUE UNMARKED CAPSULE WHICH WAS RECOVERED IN DEFENDANT'S RIGHT PANTS POCKET AND 1 UNMARKED BLUE CAPSULE RECOVERED IN DEFENDANTS JACKET POCKET BY DEPUTIES AT ERIE COUNTY HOLDING CENTER, ALL EVIDENCE SUBMITTED BY P.O. W. REZABEK.

PLEASE TAKE NOTICE TO CPL 710.30 OF THE PEOPLE'S INTENT TO OFFER AT TRAIL EVIDENCE OF DEFENDANT'S STATEMENT TO A PUBLIC SERVANT AS REFERENCED ABOVE.

Please take notice, pursuant to CPL 710.30, of the People's intent to offer at trial, evidence of defendant's statements to a public servant as referenced above.

Relationship:. NONE

NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

| Officer's\Complainant's Signature | Rank/Assignment | Date |
|---|---|---|
| [signature] | P.O./HOUSING | 2/04/2011 |

Supporting Deposition(s) Attached?    Yes [ ]    No [X]