1

**UNITED STATES DISTRICT COURT**
2               **WESTERN DISTRICT OF NEW YORK**

3

4   UNITED STATES OF AMERICA,        )
                                     ) Case No. 1:15-CR-00157
5                                    )              (RJA)(HKS)
                    Plaintiff,       )
6                                    )
    vs.                              ) February 6th, 2019
7                                    )
    COREY KRUG,                      )
8                                    )
                    Defendant.       )
9

10

       **TRANSCRIPT OF JURY TRIAL TESTIMONY OF BRYANT MUNOZ**
11         **BEFORE THE HONORABLE RICHARD J. ARCARA**
             **SENIOR UNITED STATES DISTRICT JUDGE**
12

13

    APPEARANCES:
14
    For the Plaintiff:    JAMES P. KENNEDY, JR.
15                        UNITED STATES ATTORNEY
                          BY:  JOHN D. FABIAN, ESQ.
16                             AARON J. MANGO, ESQ.
                          ASSISTANT UNITED STATES ATTORNEYS
17                        138 Delaware Avenue
                          Buffalo, NY 14202
18
    For the Defendant:    CONNORS, LLP
19                        BY:  TERRANCE M. CONNORS, ESQ.
                               NICHOLAS A. ROMANO, ESQ,
20                        1000 Liberty Building
                          Buffalo, NY 14202
21
                          LIPSITZ GREEN SCIME CAMBRIA LLP
22                        BY:  HERBERT L. GREENMAN, ESQ.
                          42 Delaware Avenue, Suite 300
23                        Buffalo, NY 14202

24  Court Reporter:       MEGAN E. PELKA, RPR
                          Robert H. Jackson Courthouse
25                        2 Niagara Square
                          Buffalo, NY 14202

1

1          <u>**I N D E X**</u>

2     WITNESSES                                          PAGE

3     GOVERNMENT

4     BRYANT MUNOZ
           Direct Examination by Mr. Fabian              2
5          Cross-Examination by Mr. Connors             13
           Redirect Examination by Mr. Fabian           32
6          Recross-Examination by Mr. Connors           34

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

09:40AM   1   (The jury entered the room at 9:44 a.m.)

09:44AM   2           THE CLERK:  All rise.  You may be seated.

09:44AM   3           THE COURT:  We're all set.  Okay, Mr. Fabian.

09:46AM   4           MR. FABIAN:  Your Honor, the government calls Bryant

09:46AM   5   Munoz, government witness number 25.

09:46AM   6           THE CLERK:  Please state your full name and spell

09:46AM   7   your last name for the record.

09:46AM   8           THE WITNESS:  Bryant Munoz, M-U-N-O-Z.

09:46AM   9           THE CLERK:  First name?

09:46AM  10           THE WITNESS:  B-R-Y-A-N-T.

09:47AM  11   (The witness was sworn at 9:47 a.m.)

09:47AM  12

09:47AM  13                     DIRECT EXAMINATION

09:47AM  14

09:47AM  15   BY MR. FABIAN:

09:47AM  16   Q.  Good morning.

09:47AM  17   A.  Good morning.

09:47AM  18   Q.  Please tell the jury your name.

09:47AM  19   A.  Bryant Munoz.

09:47AM  20   Q.  Mr. Munoz, where did you live; in what city?

09:47AM  21   A.  Cheektowaga.

09:47AM  22   Q.  How long have you lived in Cheektowaga?

09:47AM  23   A.  Almost two years.

09:47AM  24   Q.  And where did you live before Cheektowaga?

09:47AM  25   A.  Lake View.

09:47AM  1   Q.  And how long have you been in the Buffalo -- greater

09:47AM  2   Buffalo area?

09:47AM  3   A.  Since 2002.

09:47AM  4   Q.  And how old are you, Mr. Munoz?

09:47AM  5   A.  Twenty-eight.

09:47AM  6   Q.  Are you currently employed?

09:48AM  7   A.  Yes.

09:48AM  8   Q.  Where at?

09:48AM  9   A.  Ford.  Ford Stamping Plant.

09:48AM  10  Q.  What do you do there?

09:48AM  11  A.  I'm an inspector.

09:48AM  12  Q.  And how long have you been with Ford?

09:48AM  13  A.  Almost four years.

09:48AM  14  Q.  And what did you do before that?

09:48AM  15  A.  I was working for this company called Care Cores Bar.  It

09:48AM  16  was like, a construction company.  I was a shop boy.

09:48AM  17  Q.  How long did you do that?

09:48AM  18  A.  Few months.

09:48AM  19  Q.  Did you ever work in restaurants?

09:48AM  20  A.  Yes.

09:48AM  21  Q.  Let me direct your attention to the night before

09:48AM  22  Thanksgiving into the morning of Thanksgiving 2014, that

09:48AM  23  would be November 26th into November 27th.  Do you recall

09:48AM  24  that night?

09:48AM  25  A.  I do.

| | | |
|---|---|---|
| 09:48AM | 1 | Q.  What did you do that night? |
| 09:48AM | 2 | A.  Went out with friends, had a few drinks. |
| 09:48AM | 3 | Q.  Where did you go? |
| 09:48AM | 4 | A.  We went to a bar called JP Fitzgerald's in Hamburg. |
| 09:48AM | 5 | Later on that night, we went to Indulge. |
| 09:48AM | 6 | Q.  Where is Indulge? |
| 09:48AM | 7 | A.  Downtown.  Chippewa. |
| 09:49AM | 8 | Q.  And you said you were with friends.  Who were you with? |
| 09:49AM | 9 | A.  I was with my girlfriend at the time and two of her |
| 09:49AM | 10 | friends and one of my friends. |
| 09:49AM | 11 | Q.  Okay.  Were you with a -- was there a male with you? |
| 09:49AM | 12 | A.  Yes. |
| 09:49AM | 13 | Q.  And who was that? |
| 09:49AM | 14 | A.  My friend, Rolando. |
| 09:49AM | 15 | Q.  And how did you know Rolando? |
| 09:49AM | 16 | A.  Worked with him at this call center. |
| 09:49AM | 17 | Q.  Okay.  And had you had plans to go out with him? |
| 09:49AM | 18 | A.  It was a last-minute thing with him.  He kind of texted |
| 09:49AM | 19 | me and asked me what I was doing that night and I told him my |
| 09:49AM | 20 | plans. |
| 09:49AM | 21 | Q.  Okay.  And so, you started out in Hamburg at JP |
| 09:49AM | 22 | Fitzpatrick's? |
| 09:49AM | 23 | A.  Yeah.  I think it's Fitzgerald. |
| 09:49AM | 24 | Q.  Then, you went downtown to Chippewa? |
| 09:49AM | 25 | A.  Yes. |

09:49AM    1    Q.  And you went to Indulge?

09:49AM    2    A.  Correct.

09:49AM    3    Q.  And what -- why did you leave Indulge?

09:49AM    4    A.  My friend got into an altercation and he got kicked out.

09:50AM    5    So, I went out there to see what was going on.

09:50AM    6           THE COURT:  What time are we talking about?

09:50AM    7           THE WITNESS:  I'm sorry?

09:50AM    8           THE COURT:  What time was it?

09:50AM    9           THE WITNESS:  I do not recall what time it was.

09:50AM   10           THE COURT:  Was it --

09:50AM   11           THE WITNESS:  It was --

09:50AM   12           THE COURT:  -- eight o'clock, nine o'clock?

09:50AM   13           THE WITNESS:  It was later in the night, close to

09:50AM   14    midnight, I believe.

09:50AM   15    BY MR. FABIAN:

09:50AM   16    Q.  Was it close to the bar's closing time?

09:50AM   17    A.  No.  It wasn't -- no.

09:50AM   18    Q.  Okay.  Did you -- so, your friends -- which friend got in

09:50AM   19    an altercation at Indulge?

09:50AM   20    A.  Rolando.

09:50AM   21    Q.  And did you witness that altercation inside Indulge?

09:50AM   22    A.  I did not.

09:50AM   23    Q.  Okay.  So, when he got kicked out, did you go outside

09:50AM   24    also?

09:50AM   25    A.  Yeah.

09:50AM  1  Q.  And what, if anything, happened outside Indulge?

09:50AM  2  A.  There was some yelling going on, police got --

09:50AM  3  interfered.  There was pepper spray.

09:50AM  4  Q.  Was there an altercation outside Indulge?

09:50AM  5  A.  Yes.

09:50AM  6  Q.  And who was involved in the altercation?

09:51AM  7  A.  My friend, Rolando and the other guy that he was in the

09:51AM  8  fight with.

09:51AM  9  Q.  And do you know Devin Ford?

09:51AM  10  A.  I know of him, yes.

09:51AM  11  Q.  And was he involved in that altercation that was -- that

09:51AM  12  involved pepper spray?

09:51AM  13  A.  I believe so.  I don't know if he was like, yelling back

09:51AM  14  or anything, but he was around, yes.

09:51AM  15  Q.  Okay.  He was around.  Did you see him fight with anyone

09:51AM  16  outside Indulge?

09:51AM  17  A.  No.

09:51AM  18  Q.  And how did this -- did you see any of the other people

09:51AM  19  outside fighting with Rolando outside Indulge?

09:51AM  20  A.  One of Devin's friends was fighting with him.

09:51AM  21  Q.  And did this involve shouting or physical fighting?

09:51AM  22  A.  At first, it was shouting and then later on, it got

09:51AM  23  pretty physical.

09:51AM  24  Q.  And how did that end?

09:51AM  25  A.  It ended with police interfering and the officer tackling

MUNOZ  --  BY MR. FABIAN  -- 2/6/19

09:52AM  1  Devin.

09:52AM  2  Q.  Let's back up.  You talked about an altercation outside

09:52AM  3  of Indulge after you left that involved pepper spray.

09:52AM  4  A.  Yes.

09:52AM  5  Q.  Was there a separate altercation that involved an officer

09:52AM  6  tackling Devin?

09:52AM  7  A.  This was after the pepper spray.

09:52AM  8  Q.  Okay.  I'm talking about the incident that happened

09:52AM  9  immediately outside Indulge, where you said that Rolando was

09:52AM  10  fighting with one of Devin's friends.  How did that incident

09:52AM  11  end?

09:52AM  12  A.  It got broken up by the cops, by the police.

09:52AM  13  Q.  Okay.  And that's the one that involves spraying pepper

09:52AM  14  spray?

09:52AM  15  A.  Yes.

09:52AM  16  Q.  And what -- where did you go next?

09:52AM  17  A.  We walked towards Pearl.

09:52AM  18  Q.  Okay.  And did you encounter Devin Ford and any of his

09:53AM  19  friends after that?

09:53AM  20  A.  Yes.

09:53AM  21  Q.  And where did this happen?

09:53AM  22  A.  It was around the corner of Pearl and Chippewa, where

09:53AM  23  that parking lot is.

09:53AM  24  Q.  Okay.  And you said you walked towards Pearl?

09:53AM  25  A.  Yes.

09:53AM   1   Q.   And you encountered Devin Ford and one of his friends?

09:53AM   2   A.   Yes.

09:53AM   3   Q.   Were they closer to Pearl than you?

09:53AM   4   A.   Yes, they were.

09:53AM   5   Q.   So, you were heading -- do you know which direction --

09:53AM   6   you were heading from Indulge towards Pearl?

09:53AM   7   A.   Correct.

09:53AM   8   Q.   And were you walking with anyone?

09:53AM   9   A.   With my friend, Rolando.

09:53AM   10   Q.   And what happened when you and Rolando encountered -- was

09:53AM   11   Devin with anyone else?

09:53AM   12   A.   Yes.

09:53AM   13   Q.   And what happened when you encountered them?

09:53AM   14   A.   They showed up out of the parking lot and one of them

09:53AM   15   said, there he is and they started fighting.

09:53AM   16   Q.   Who started fighting?

09:53AM   17   A.   My friend Rolando and Devin's friend.

09:54AM   18   Q.   And where did this fight take place?

09:54AM   19   A.   Close to the street.

09:54AM   20   Q.   And where were you when that fight was taking place?

09:54AM   21   A.   The sidewalk.

09:54AM   22   Q.   And where was Devin?

09:54AM   23   A.   Next to me.

09:54AM   24   Q.   And did you have any conversation with Devin?

09:54AM   25   A.   Just a little.  We kind of just acknowledged each other

09:54AM  1   that we had worked together.  We're like, oh, I know you and

09:54AM  2   that's pretty much it.

09:54AM  3   Q.  So, you recognized him?

09:54AM  4   A.  Yeah.

09:54AM  5   Q.  Had you recognized him prior to that?

09:54AM  6   A.  I believe, yes.  Yes.

09:54AM  7   Q.  Okay.  And did you have aggressive words with Devin?

09:54AM  8   A.  No.

09:54AM  9   Q.  And what -- so, what did you and Devin do -- was there

09:54AM  10  anything else you and Devin did as Rolando and Devin's friend

09:54AM  11  were fighting?

09:54AM  12  A.  No.  We were just standing on the sidewalk.  I kind of

09:54AM  13  held him back because he wanted to jump in, but he's wasn't

09:54AM  14  like, forcing himself.

09:55AM  15  Q.  How did you hold him back?

09:55AM  16  A.  I just put my arm out, just went like that (indicating).

09:55AM  17  Q.  Did he try to push your arm away and get involved?

09:55AM  18  A.  No, not really.

09:55AM  19  Q.  Did there come a time when you put your arm down?

09:55AM  20  A.  Around the time where the cop approached us and tackled

09:55AM  21  Devin.

09:55AM  22  Q.  Okay.  So, an officer approached and tackled Devin.  Did

09:55AM  23  you see him coming?

09:55AM  24  A.  No, I didn't.  It was like, last minute.

09:55AM  25  Q.  Which direction did he come from; from your right, front,

09:55AM   1    side?

09:55AM   2    A.   From my right.

09:55AM   3    Q.   And were you facing -- so, you weren't facing the

09:55AM   4    direction where the officer came from?

09:55AM   5    A.   No.

09:55AM   6    Q.   How about Devin, which way was he facing?

09:55AM   7    A.   He was same way I was facing.  We were facing the fight,

09:55AM   8    which was like, towards the street, kind of to the left.

09:55AM   9    Q.   Okay.  And did that fight get broken up?

09:55AM   10   A.   Yes.

09:55AM   11   Q.   And did you see it get broken up?

09:55AM   12   A.   Yes.

09:55AM   13   Q.   Did you see how it got broken up?

09:55AM   14   A.   The cops interfered.  That's all I remember.

09:56AM   15   Q.   Okay.  And so, then an officer approached and tackled

09:56AM   16   Devin?

09:56AM   17   A.   Correct.

09:56AM   18   Q.   And how did you react?

09:56AM   19   A.   I put my hands up and backed up.

09:56AM   20   Q.   And did you put your hands up because you saw him coming

09:56AM   21   or was it a reaction to the officer tackling Devin?

09:56AM   22         MR. CONNORS:  Excuse me.  Object to the form of the

09:56AM   23   question.

09:56AM   24         THE COURT:  Sustained.  Rephrase your question.

09:56AM   25

09:56AM    1    BY MR. FABIAN:

09:56AM    2    Q.  Why and when did you put your hands up?

09:56AM    3    A.  It was a last-minute thing.  I thought he was going to

09:56AM    4    tackle me too, to be honest.  I put my hands up to let them

09:56AM    5    know that I didn't want to fight.

09:56AM    6    Q.  Now, when you were standing there with Devin, did he try

09:56AM    7    to fight with you?

09:56AM    8    A.  No.

09:56AM    9    Q.  Did you see him engage in any aggressive conduct toward

09:56AM   10    any police officers?

09:56AM   11    A.  No.

09:56AM   12    Q.  Did you see him argue with any police officers?

09:56AM   13    A.  I did not.

09:56AM   14    Q.  Did you see him resist any police officers in any way?

09:56AM   15    A.  No.

09:56AM   16    Q.  Did he say anything to the officer who tackled him before

09:56AM   17    he was tackled?

09:57AM   18    A.  I believe he said, I didn't do anything.

09:57AM   19    Q.  And was that prior to the tackling?

09:57AM   20    A.  That was like, around the same time he got tackled.

09:57AM   21    Q.  Were you surprised when the officer tackled Devin into

09:57AM   22    the car?

09:57AM   23        MR. CONNORS:  Excuse me.  Object to that.  Calls for

09:57AM   24    conclusion.

09:57AM   25        THE COURT:  Overruled.  You may answer that, sir.

| 09:57AM | 1 | THE WITNESS:  Yes. |
| 09:50AM | 2 | BY MR. FABIAN: |
| 09:50AM | 3 | Q.  And why? |
| 09:57AM | 4 | A.  I thought it was random. |
| 09:57AM | 5 | Q.  Did you think he was doing anything that warranted being |
| 09:57AM | 6 | tackled? |
| 09:57AM | 7 | MR. CONNORS:  Excuse me.  I object to that, Your |
| 09:57AM | 8 | Honor. |
| 09:57AM | 9 | THE COURT:  I'll sustain that. |
| 09:57AM | 10 | BY MR. FABIAN: |
| 09:57AM | 11 | Q.  Based on what you observed, did you see any reason for |
| 09:57AM | 12 | the officer to tackle Devin? |
| 09:57AM | 13 | MR. CONNORS:  Objection, Your Honor. |
| 09:57AM | 14 | THE COURT:  I'm going to sustain that. |
| 09:57AM | 15 | BY MR. FABIAN: |
| 09:57AM | 16 | Q.  Mr. Munoz, had you been drinking that night? |
| 09:58AM | 17 | A.  I was. |
| 09:58AM | 18 | Q.  Would you say you were intoxicated? |
| 09:58AM | 19 | A.  Not intoxicated; buzzed, maybe. |
| 09:58AM | 20 | Q.  Were you able to recall and perceive what was happening? |
| 09:58AM | 21 | A.  Yeah. |
| 09:58AM | 22 | Q.  And you are able to remember today what you testified to? |
| 09:58AM | 23 | A.  Yes. |
| 09:58AM | 24 | MR. FABIAN:  Nothing further, Your Honor. |
| 09:58AM | 25 | |

| | | |
|---|---|---|
| 09:58AM | 1 | CROSS-EXAMINATION |
| 09:58AM | 2 | |
| 09:58AM | 3 | BY MR. CONNORS: |
| 09:58AM | 4 | Q.  Mr. Munoz, good morning. |
| 09:58AM | 5 | A.  Good morning. |
| 09:58AM | 6 | Q.  My name is Terry Connors.  We have never met.  I want to |
| 09:58AM | 7 | ask you a few questions about November 26th, November 27th. |
| 09:59AM | 8 | Was JP Fitzgerald's the first place that you stopped at? |
| 09:59AM | 9 | A.  Yes. |
| 09:59AM | 10 | Q.  And you said you were there with your girlfriend and two |
| 09:59AM | 11 | of her friends? |
| 09:59AM | 12 | A.  Yes. |
| 09:59AM | 13 | Q.  And how long did you stay there?  Do you remember? |
| 09:59AM | 14 | A.  Early 20s. |
| 09:59AM | 15 | Q.  Excuse me? |
| 09:59AM | 16 | A.  Early 20's. |
| 09:59AM | 17 | Q.  No, no.  How long did you stay? |
| 09:59AM | 18 | A.  Oh, I'm sorry.  Can you repeat the question? |
| 09:59AM | 19 | Q.  How long did you stay at JP Fitzgerald's? |
| 09:59AM | 20 | A.  About an hour, less than an hour. |
| 09:59AM | 21 | Q.  Were you drinking anywhere before then? |
| 09:59AM | 22 | A.  No. |
| 09:59AM | 23 | Q.  Now, your girlfriend, the two women she was with, did |
| 09:59AM | 24 | they accompany you to Chippewa? |
| 09:59AM | 25 | A.  Yes. |

| 09:59AM | 1 | Q. And did they accompany you immediately to Indulge? |
| 09:59AM | 2 | A. Yes. |
| 09:59AM | 3 | Q. So -- and Rolando went with you as well? |
| 09:59AM | 4 | A. Correct. |
| 09:59AM | 5 | Q. Now, Rolando's last name is Colon, correct? |
| 09:59AM | 6 | A. Something.  Collin or Colon. |
| 09:59AM | 7 | Q. C-O-L-O-N? |
| 09:59AM | 8 | A. Yes. |
| 09:59AM | 9 | Q. How did you get from J.P. Fitzgerald's down to Chippewa? |
| 09:59AM | 10 | A. I drove. |
| 10:00AM | 11 | Q. And everyone was in your car? |
| 10:00AM | 12 | A. Correct. |
| 10:00AM | 13 | Q. Do you know roughly what time you arrived at Indulge? |
| 10:00AM | 14 | A. I don't recall the exact time. |
| 10:00AM | 15 | Q. But you do remember that, at some point, Rolando Colon |
| 10:00AM | 16 | was ejected -- was kicked out of Indulge? |
| 10:00AM | 17 | A. Correct. |
| 10:00AM | 18 | Q. But I think I heard you correctly when you said you |
| 10:00AM | 19 | didn't see the altercation between him and Devin Ford. |
| 10:00AM | 20 | A. I did not see the altercation. |
| 10:00AM | 21 | Q. Were you occupied talking to the women? |
| 10:00AM | 22 | A. Yes. |
| 10:00AM | 23 | Q. And were you away from them when they had that |
| 10:00AM | 24 | altercation? |
| 10:00AM | 25 | A. They were kind of behind me. |

10:00AM    1    Q.  Were they beyond the dance floor, in that area?

10:00AM    2    A.  I don't really know where the dance floor is in that

10:00AM    3    club, but I guess so, yeah.

10:00AM    4    Q.  Okay.  And did you hear anything?

10:00AM    5    A.  Yeah.  I heard something and I seen people's reaction.  I

10:00AM    6    saw the attention shift towards the door and that's what made

10:01AM    7    me turn.

10:01AM    8    Q.  Did you hear anything, any exchange, between Devin Ford

10:01AM    9    and Rolando Colon?

10:01AM   10    A.  I did not.

10:01AM   11    Q.  Okay.  Were you able to -- when you looked and saw

10:01AM   12    them -- determine whether or not any expressions on their

10:01AM   13    faces showed they were angry in any way?

10:01AM   14    A.  No, I did not.

10:01AM   15    Q.  You just didn't see it?

10:01AM   16    A.  Yeah, I didn't see it.

10:01AM   17    Q.  And eventually, you said Colon was ejected and did you

10:01AM   18    know whether Ford was ejected at the same time?

10:01AM   19    A.  I did not.

10:01AM   20    Q.  Did you go out after a few minutes to join your friend?

10:01AM   21    A.  Correct.

10:01AM   22    Q.  Where did the women go?

10:01AM   23    A.  They stayed in the club.

10:01AM   24    Q.  Okay.  And did they stay in the club for a long period of

10:01AM   25    time or did they eventually come out and join the group

| | | |
|---|---|---|
| 10:01AM | 1 | outside? |
| 10:01AM | 2 | A.  We regrouped, but it wasn't until like, after everything |
| 10:01AM | 3 | had happened. |
| 10:01AM | 4 | Q.  Was that the group -- when you regrouped, was it in front |
| 10:02AM | 5 | of Prima Pizza on Pearl and Chippewa? |
| 10:02AM | 6 | A.  No.  We regrouped on Delaware, where I parked. |
| 10:02AM | 7 | Q.  Okay.  Where did you park on Delaware? |
| 10:02AM | 8 | A.  On the street.  Delaware. |
| 10:02AM | 9 | Q.  On Delaware Avenue? |
| 10:02AM | 10 | A.  Yeah. |
| 10:02AM | 11 | Q.  Okay.  Now, you told us a bit earlier about what happened |
| 10:02AM | 12 | after Colon and Ford were ejected from Indulge, correct? |
| 10:02AM | 13 | A.  Correct. |
| 10:02AM | 14 | Q.  And you were outside in Chippewa in the middle of the |
| 10:02AM | 15 | street with them, correct? |
| 10:02AM | 16 | A.  Correct. |
| 10:02AM | 17 | Q.  And there were some more words exchanged outside? |
| 10:02AM | 18 | A.  Correct. |
| 10:02AM | 19 | Q.  And you heard Colon was angry, correct? |
| 10:02AM | 20 | A.  Correct. |
| 10:02AM | 21 | Q.  And you saw Devin and his friend jawing back and forth |
| 10:02AM | 22 | with him, correct? |
| 10:02AM | 23 | A.  Correct. |
| 10:02AM | 24 | Q.  So, as far as you can recall, Devin Ford was with one |
| 10:03AM | 25 | other person.  Did you ever learn that person's name? |

10:03AM   1   A.  I know the last name.

10:03AM   2   Q.  DeChent?

10:03AM   3   A.  Yes.

10:03AM   4   Q.  Okay.  So -- and Ford was wearing a Hawaiian flower-type

10:03AM   5   shirt?

10:03AM   6   A.  I don't recall what he was wearing, but from the video,

10:03AM   7   yeah, he was.

10:03AM   8   Q.  Has the government shown you the video?

10:03AM   9   A.  Yes.

10:03AM  10   Q.  And the times when you come in to prep with them, you got

10:03AM  11   a chance to look at the video?

10:03AM  12   A.  Correct.

10:03AM  13   Q.  So, it's Colon, DeChent and Ford out in the middle of

10:03AM  14   Chippewa after Indulge and they start jawing with each other,

10:03AM  15   correct?

10:03AM  16   A.  Correct.

10:03AM  17   Q.  Colon was taunting a little bit?

10:03AM  18   A.  Yeah, correct.

10:03AM  19   Q.  And both sides were getting into it pretty good out on

10:03AM  20   Chippewa, correct?

10:03AM  21   A.  Yeah.

10:03AM  22   Q.  You were there as well, were you not?

10:03AM  23   A.  Yes.

10:03AM  24   Q.  But you weren't getting involved in the particular

10:03AM  25   arguments or what I call jawing or trash talking?

10:03AM    1    A.  Correct.

10:03AM    2    Q.  But eventually, the police came to break it up?

10:04AM    3    A.  Yes.

10:04AM    4    Q.  And when they came to break it up, they used pepper

10:04AM    5    spray, correct?

10:04AM    6    A.  Correct.

10:04AM    7    Q.  And it was one officer who used pepper spray?

10:04AM    8    A.  Yes.

10:04AM    9    Q.  Sprayed Colon?

10:04AM   10    A.  Yes.

10:04AM   11    Q.  Sprayed the area a little bit?

10:04AM   12    A.  Yes.

10:04AM   13    Q.  And then, sprayed DeChent as well, correct?

10:04AM   14    A.  I don't remember seeing him getting sprayed.

10:04AM   15    Q.  Did you get hit with any of the spray?

10:04AM   16    A.  No, I did not.

10:04AM   17    Q.  In any event, that caused the people to disperse,

10:04AM   18    correct?

10:04AM   19    A.  Correct.

10:04AM   20    Q.  And the officers, in addition to the pepper spray, gave

10:04AM   21    some pretty clear directions to the people who were engaged

10:04AM   22    in that fight, correct?

10:04AM   23    A.  I don't recall what they said, but they did ask us to

10:04AM   24    leave, basically.

10:04AM   25    Q.  Pretty clear they told you get out of the area, right?

| | | |
|---|---|---|
| 10:04AM | 1 | A.  Yeah. |
| 10:04AM | 2 | Q.  Go home, right? |
| 10:04AM | 3 | MR. FABIAN:  Objection, Your Honor. |
| 10:04AM | 4 | THE COURT:  Did he ever say go home? |
| 10:04AM | 5 | THE WITNESS:  I don't remember them saying go home. |
| 10:05AM | 6 | THE COURT:  That's enough.  Go ahead. |
| 10:05AM | 7 | BY MR. CONNORS: |
| 10:05AM | 8 | Q.  That was clearly the intention though, wasn't it? |
| 10:05AM | 9 | MR. FABIAN:  Objection. |
| 10:05AM | 10 | THE COURT:  How did he know what the intention was? |
| 10:05AM | 11 | Are you objecting?  Sustained. |
| 10:05AM | 12 | BY MR. CONNORS: |
| 10:05AM | 13 | Q.  But the direction was to leave, right? |
| 10:05AM | 14 | MR. FABIAN:  Objection. |
| 10:05AM | 15 | THE COURT:  In the video, it's clear the word was |
| 10:05AM | 16 | walk.  Do you remember that?  If you remember it, sir? |
| 10:05AM | 17 | THE WITNESS:  No. |
| 10:05AM | 18 | THE COURT:  If you don't, fine.  Okay. |
| 10:05AM | 19 | BY MR. CONNORS: |
| 10:05AM | 20 | Q.  It's a better word, walk.  That clearly was spoken; was |
| 10:05AM | 21 | it not? |
| 10:05AM | 22 | A.  Yes. |
| 10:05AM | 23 | Q.  And walk, what -- did you understand that meant to walk |
| 10:05AM | 24 | away from that fight? |
| 10:05AM | 25 | A.  I thought he just meant walk away from the area. |

| | | |
|---|---|---|
| 10:05AM | 1 | Q.  The Chippewa area? |
| 10:05AM | 2 | A.  Yeah. |
| 10:05AM | 3 | Q.  Okay.  Now, right after you received that direction from |
| 10:05AM | 4 | the officers, where did you go? |
| 10:05AM | 5 | A.  I walked towards Pearl with my friend, Rolando. |
| 10:05AM | 6 | Q.  And did you encounter Devin Ford and his friend again? |
| 10:06AM | 7 | A.  Yes. |
| 10:06AM | 8 | MR. CONNORS:  Would you pull up Exhibit 40 at 8:25, |
| 10:06AM | 9 | please? |
| 10:06AM | 10 | BY MR. CONNORS: |
| 10:06AM | 11 | Q.  I'm going to show you what's in evidence as Exhibit 40. |
| 10:06AM | 12 | It's the video at 8:25.  So, we'll play just a bit of that |
| 10:06AM | 13 | and I'll ask you some questions. |
| 10:06AM | 14 | (The video was played.) |
| 10:06AM | 15 | BY MR. CONNORS: |
| 10:06AM | 16 | Q.  Now, that's you and Colon in the video, correct? |
| 10:06AM | 17 | A.  Correct. |
| 10:06AM | 18 | Q.  I put an arrow that came up pink to show both of you.  Is |
| 10:06AM | 19 | it on your screen? |
| 10:06AM | 20 | A.  Yes. |
| 10:06AM | 21 | Q.  Now, that encounter between you, Colon, DeChent and Devin |
| 10:07AM | 22 | Ford is there as well, but he's out of the screen, correct? |
| 10:07AM | 23 | A.  Correct. |
| 10:07AM | 24 | Q.  Okay.  That was after the pepper spray incident, correct? |
| 10:07AM | 25 | A.  Correct. |

10:07AM    1    Q.  And you saw Colon continuing to jaw with Devin Ford and

10:07AM    2    Sean DeChent?

10:07AM    3             MR. FABIAN:  Objection, Your Honor.

10:07AM    4             THE COURT:  Sustained.

10:07AM    5    BY MR. CONNORS:

10:07AM    6    Q.  Were you there when you and Colon met with Devin Ford and

10:07AM    7    Sean?

10:07AM    8    A.  Correct.

10:07AM    9    Q.  You're right in the video?

10:07AM   10    A.  Yeah.

10:07AM   11    Q.  And words were exchanged, were they not?

10:07AM   12    A.  They were.

10:07AM   13    Q.  Hot words, correct?

10:07AM   14    A.  Yeah.

10:07AM   15    Q.  Parties were still angry?

10:07AM   16    A.  Yes.

10:07AM   17    Q.  And you saw that, did you not?

10:07AM   18    A.  I did.

10:07AM   19    Q.  But eventually, a police officer intervened again,

10:07AM   20    correct and I have put a pink arrow at a police officer,

10:07AM   21    correct?

10:07AM   22    A.  I don't remember him intervening.

10:07AM   23    Q.  You don't have a specific recollection as to what was

10:08AM   24    done or not?

10:08AM   25    A.  Correct.

| | | |
|---|---|---|
| 10:08AM | 1 | Q.  But, in any event, you and Colon started to walk away? |
| 10:08AM | 2 | A.  Correct. |
| 10:08AM | 3 | Q.  Do you recognize the officer in that particular Exhibit |
| 10:08AM | 4 | at 8:34 that I put the pink arrow on? |
| 10:08AM | 5 | A.  I do not. |
| 10:08AM | 6 | Q.  Do you know if it's Officer Krug or not? |
| 10:08AM | 7 | A.  Not sure. |
| 10:08AM | 8 | Q.  Do you remember seeing Officer Krug at all that night |
| 10:08AM | 9 | until the confrontation in the parking lot? |
| 10:08AM | 10 | A.  I do not remember. |
| 10:08AM | 11 | Q.  Okay.  Now, you and Colon are walking in which direction, |
| 10:08AM | 12 | sir? |
| 10:08AM | 13 | A.  Towards Pearl. |
| 10:08AM | 14 | Q.  And would that be also towards Main Street in Buffalo? |
| 10:08AM | 15 | A.  I'm not sure. |
| 10:08AM | 16 | Q.  If I were to suggest to you that that's walking in an |
| 10:08AM | 17 | easterly direction, would that help in any way? |
| 10:08AM | 18 | A.  Yeah. |
| 10:08AM | 19 | Q.  And it would be in an easterly direction? |
| 10:08AM | 20 | A.  Yeah. |
| 10:08AM | 21 | Q.  And the other opposite way, west, would be Delaware |
| 10:08AM | 22 | Avenue, correct? |
| 10:08AM | 23 | A.  Correct. |
| 10:08AM | 24 | Q.  Now, did you make it to Pearl and Chippewa with Colon? |
| 10:09AM | 25 | A.  We eventually did. |

10:09AM    1   Q.  Now, when you arrived at Pearl and Chippewa, was it very

10:09AM    2   shortly thereafter that Ford and DeChent showed up as well?

10:09AM    3   A.  Correct.

10:09AM    4   Q.  Did you see the route that they took to get to Chippewa?

10:09AM    5   A.  I did not.

10:09AM    6   Q.  But they were clearly behind you when you left, turned

10:09AM    7   your back and walked away, correct?

10:09AM    8          MR. FABIAN:  Objection, Your Honor.

10:09AM    9          THE COURT:  Overruled.

10:09AM   10          MR. CONNORS:  Your answer is yes?

10:09AM   11          THE WITNESS:  Correct.

10:09AM   12   BY MR. CONNORS:

10:09AM   13   Q.  So, you can't tell us though from your recollection what

10:09AM   14   route DeChent and Ford took to get to Pearl and Chippewa, but

10:09AM   15   you know they got there?

10:09AM   16   A.  Correct.

10:09AM   17   Q.  Now, when they arrived at Pearl and Chippewa, there were

10:10AM   18   more words exchanged, correct?

10:10AM   19   A.  Yes.

10:10AM   20   Q.  You heard them?

10:10AM   21   A.  Correct.

10:10AM   22   Q.  They were still angry?

10:10AM   23          MR. FABIAN:  Objection, Your Honor.

10:10AM   24          THE COURT:  Well, it's -- overruled.  Go ahead.

10:10AM   25          THE WITNESS:  Yeah.

10:10AM    1    BY MR. CONNORS:

10:10AM    2    Q.  And in addition to words being exchanged, actually, two

10:10AM    3    of those individuals, Rolando and DeChent, started to get

10:10AM    4    together for a fight, correct?

10:10AM    5    A.  Correct.

10:10AM    6    Q.  You saw that happen with your own eyes, did you not?

10:10AM    7    A.  I did.

10:10AM    8    Q.  And you were right there, you weren't far away?

10:10AM    9    A.  Yeah.

10:10AM   10    Q.  And Devin Ford was right there, correct?

10:10AM   11    A.  Correct.

10:10AM   12    Q.  And one of the things that you did, you told us just on

10:10AM   13    direct examination, that you held Ford back because it looked

10:10AM   14    to you like he wanted to jump in, correct?

10:10AM   15    A.  Correct.

10:10AM   16    Q.  And by holding him back, you actually put out your arm

10:11AM   17    like I'm extending my right arm like that (indicating)?

10:11AM   18    A.  It was my left arm.

10:11AM   19    Q.  So, it was your left arm?

10:11AM   20    A.  Right.

10:11AM   21    Q.  You were on his right side at the time?

10:11AM   22    A.  Yeah.

10:11AM   23    Q.  And you took that action immediately after Officer Krug

10:11AM   24    arrived on that scene, correct?

10:11AM   25    A.  Correct.

MUNOZ  --  BY MR. CONNORS -- 2/6/19

25

10:11AM   1    Q.  Now, you told us that you did, at some point, realize

10:11AM   2    that Officer Krug was there, correct?

10:11AM   3    A.  I mean, I didn't see him until he tackled Devin.

10:11AM   4    Q.  But before that happened, you did make a motion yourself,

10:11AM   5    did you not?  You backed up and raised your hands?

10:11AM   6    A.  It was like, at the same time.  It was a reaction.

10:11AM   7    Q.  But your reaction to Officer Krug, when he came towards

10:11AM   8    you and two individuals, was to back up and raise your hands,

10:11AM   9    correct?

10:11AM  10    A.  Correct.

10:11AM  11    Q.  And that was, I think you said, instinctive to do?

10:11AM  12    A.  Yes.

10:12AM  13    Q.  You didn't grab the baton, did you?

10:12AM  14    A.  I did not.

10:12AM  15    Q.  You didn't argue with him at all?

10:12AM  16    A.  Nope.

10:12AM  17    Q.  You basically saw a police officer coming towards the two

10:12AM  18    of you, taking an action and you backed up and raised your

10:12AM  19    hands, correct?

10:12AM  20    A.  I didn't see him coming towards us.  It was just there

10:12AM  21    and that's when I backed up.

10:12AM  22    Q.  But at some point, you had to see him, correct?

10:12AM  23    A.  Correct.

10:12AM  24    Q.  You wouldn't have raised your hands if you didn't see

10:12AM  25    him?

| | | |
|---|---|---|
| 10:12AM | 1 | A.  Right. |
| 10:12AM | 2 | Q.  So, you saw him coming at some point and that caused you |
| 10:12AM | 3 | to recognize the police officer, raise your hands and back up |
| 10:12AM | 4 | and step away? |
| 10:12AM | 5 | MR. FABIAN:  Objection, Your Honor. |
| 10:12AM | 6 | Mischaracterizing the testimony. |
| 10:12AM | 7 | THE COURT:  Sustained. |
| 10:12AM | 8 | BY MR. CONNORS: |
| 10:12AM | 9 | Q.  Well, let's take it piece by piece.  At some point, |
| 10:12AM | 10 | Officer Krug came into your view, correct? |
| 10:12AM | 11 | A.  Correct. |
| 10:12AM | 12 | Q.  And when that happened, you raised your hands, correct? |
| 10:12AM | 13 | A.  Correct. |
| 10:12AM | 14 | Q.  And you backed up, correct? |
| 10:12AM | 15 | A.  Correct. |
| 10:12AM | 16 | Q.  But you were right there.  Devin Ford didn't raise his |
| 10:12AM | 17 | hands up, did he? |
| 10:12AM | 18 | A.  No, he did not. |
| 10:12AM | 19 | Q.  When that was going on between Officer Krug and Devin |
| 10:13AM | 20 | Ford, where was Rolando Colon? |
| 10:13AM | 21 | A.  The fight got broken up.  He ended up on the other side |
| 10:13AM | 22 | of the car. |
| 10:13AM | 23 | Q.  So, if Ford is on your left and you are both in front of |
| 10:13AM | 24 | the car, Colon would have been further to the left, correct? |
| 10:13AM | 25 | A.  Correct. |

10:13AM 1   Q.  But he wasn't that far away, was he?

10:13AM 2   A.  No, he was not.

10:13AM 3   Q.  Ten feet or less?

10:13AM 4   A.  About.

10:13AM 5   Q.  And where -- DeChent, at that time, had been pushed into

10:13AM 6   the middle of Chippewa by another police officer, correct?

10:13AM 7   A.  Correct.

10:13AM 8   Q.  Did you see DeChent throw a punch at Rolando Colon?

10:13AM 9   A.  Yes.

10:13AM 10  Q.  Did Colon get a chance to throw a punch back at him?

10:14AM 11  A.  He may have swung, but I don't know if he made contact.

10:14AM 12  Q.  And at that point, the police officers intervened and

10:14AM 13  broke up that fight?

10:14AM 14  A.  Correct.

10:14AM 15  Q.  Do you recall where the women were at that particular

10:14AM 16  point?

10:14AM 17  A.  I believe they were still in the club.

10:14AM 18  Q.  Now, you said that you recalled -- at least you thought

10:14AM 19  you recalled -- hearing Devin Ford say something, correct?

10:14AM 20  A.  Correct.

10:14AM 21  Q.  Something to the effect, I didn't do nothing?

10:14AM 22  A.  Correct.

10:14AM 23  Q.  But you also heard Officer Krug say something, didn't

10:14AM 24  you?

10:14AM 25  A.  I did.

MUNOZ  --  BY MR. CONNORS -- 2/6/19

28

10:14AM    1    Q.  He said, I thought I told you -- and that's what you

10:15AM    2    recall?

10:15AM    3    A.  Correct.

10:15AM    4    Q.  That's what you recall him saying?

10:15AM    5    A.  Correct.

10:15AM    6    Q.  Sir, would it be your best recollection that this

10:15AM    7    encounter in the parking lot was occurring some time around

10:15AM    8    3:30 or a little after?

10:15AM    9    A.  I don't remember the time.

10:15AM    10   Q.  Would it be a fair statement that it was around the time

10:15AM    11   that the bars were closing?  If you don't recall, that's

10:15AM    12   fine.

10:15AM    13   A.  Yeah.  I don't recall.

10:15AM    14   Q.  So, after Ford and Officer Krug had that encounter in the

10:15AM    15   parking lot, where did you go directly?

10:15AM    16   A.  After?

10:15AM    17   Q.  Yes.

10:15AM    18   A.  I turned around and we walked around Pearl, like up Pearl

10:15AM    19   and just around the block.

10:16AM    20   Q.  Okay.  Are you familiar with the area from going there on

10:16AM    21   previous occasions?

10:16AM    22   A.  Somewhat.

10:16AM    23   Q.  If I held up --

10:16AM    24        MR. CONNORS:  Can you put up 106, please, in

10:16AM    25   evidence?

10:16AM   1   BY MR. CONNORS:

10:16AM   2   Q.  We'll put a map up and if you can help us in recognizing

10:16AM   3   the streets.  All right.  Just to orient you, sir, you see

10:16AM   4   the Y in the middle of the screen there?

10:16AM   5   A.  Yes.

10:16AM   6   Q.  And you see in the lower right-hand corner, that street

10:16AM   7   was Chippewa?

10:16AM   8   A.  Correct.

10:16AM   9   Q.  And there's an O that I have just put an arrow next to.

10:16AM  10   Do you see that?

10:16AM  11   A.  Yes.

10:16AM  12   Q.  Does that look like the parking lot that you told us

10:16AM  13   about?

10:16AM  14   A.  Correct.

10:16AM  15   Q.  So, there's more cars in it now than there were at the

10:16AM  16   time on November 27th, right?

10:16AM  17   A.  Yes.

10:16AM  18   Q.  In fact, were there more cars other than the one car that

10:16AM  19   you and Devin Ford were standing in front of that you recall?

10:17AM  20   A.  Correct.

10:17AM  21   Q.  Were there more or not?

10:17AM  22   A.  Oh, yes.

10:17AM  23   Q.  Not many more, though, correct?

10:17AM  24   A.  No.

10:17AM  25   Q.  So, which direction did you walk after you saw Devin Ford

MUNOZ  --  BY MR. CONNORS  --  2/6/19

30

10:17AM  1   and Officer Krug have that encounter in the parking lot?

10:17AM  2   Which way did you walk?

10:17AM  3   A.   Through the parking lot.

10:17AM  4   Q.   So, you can actually touch this and it should work to

10:17AM  5   show us the route you took.  You can draw a little line.

10:17AM  6   A.   (Indicating).

10:17AM  7   Q.   So, you have like, a right angle, but did you then go

10:17AM  8   back onto Chippewa or did you go --

10:17AM  9   A.   No, we went up Pearl.

10:17AM  10  Q.   Okay.  If I could just extend that maybe up to Pearl,

10:17AM  11  would that be accurate?

10:17AM  12  A.   Correct.

10:17AM  13  Q.   And not give you the arrows.  Let's see.  I've got an

10:17AM  14  arrow and a line, but the line basically is showing the

10:17AM  15  direction you were walking, correct?

10:17AM  16  A.   Correct.

10:17AM  17  Q.   When you got to Pearl, did you go north to the left or

10:18AM  18  did you go right to the south?

10:18AM  19  A.   North.  We went up Pearl and then we -- I don't know what

10:18AM  20  street that is, but we crossed that street and then went

10:18AM  21  down, I believe, Franklin.

10:18AM  22  Q.   Going back to your car on Delaware Avenue?

10:18AM  23  A.   Correct.

10:18AM  24  Q.   So, the route you took out of there was to just simply

10:18AM  25  walk to Pearl, head north and then at some point, make a

| | | |
|---|---|---|
| 10:18AM | 1 | left, head to Franklin and then over to Delaware Avenue, |
| 10:18AM | 2 | correct? |
| 10:18AM | 3 | A.  Correct. |
| 10:18AM | 4 | Q.  And did you meet up with the women that you had brought |
| 10:18AM | 5 | down there at some point along that trip? |
| 10:18AM | 6 | A.  Yeah. |
| 10:18AM | 7 | Q.  And then, all of you got in the car and you left? |
| 10:18AM | 8 | A.  Correct. |
| 10:19AM | 9 | MR. CONNORS:  Can you, just for a second Danielle, |
| 10:19AM | 10 | please put up on the video and go towards the end?  It's like, |
| 10:19AM | 11 | 9:23 I think it might be. |
| 10:19AM | 12 | (The video was played.) |
| 10:19AM | 13 | MR. CONNORS:  Can you stop it there? |
| 10:19AM | 14 | BY MR. CONNORS: |
| 10:19AM | 15 | Q.  There are three young women in that picture.  Are those |
| 10:19AM | 16 | the women that were there with you and Colon that evening? |
| 10:19AM | 17 | A.  No. |
| 10:20AM | 18 | Q.  No?  Okay. |
| 10:20AM | 19 | MR. CONNORS:  I think that's all I have, Your Honor. |
| 10:20AM | 20 | May I just have one moment to check? |
| 10:21AM | 21 | BY MR. CONNORS: |
| 10:21AM | 22 | Q.  Sir, do you remember when Officer Krug came towards you |
| 10:21AM | 23 | and Devin Ford, do you remember if he was holding his baton? |
| 10:21AM | 24 | A.  I don't recall. |
| 10:21AM | 25 | Q.  Would your answer be the same if I asked you whether he |

10:21AM    1    was holding it outright or whether he was swinging his baton,

10:21AM    2    would you have any recollection?

10:21AM    3    A.  I believe he had it held like that (indicating), when

10:21AM    4    he --

10:21AM    5    Q.  So, this is Government's Exhibit 43.  I'm placing my hand

10:21AM    6    on each end of this baton.  Do you believe that's the way he

10:21AM    7    was holding it when he came towards you and Devin Ford?

10:21AM    8    A.  Correct.

10:21AM    9          MR. CONNORS:  Thank you.  That's all I have, Your

10:21AM   10    Honor.

10:21AM   11

10:21AM   12                    REDIRECT EXAMINATION

10:21AM   13

10:21AM   14    BY MR. FABIAN:

10:21AM   15    Q.  Mr. Munoz, is your recollection of how the defendant was

10:21AM   16    holding the baton from your actual recollection of that night

10:21AM   17    or is that from what you've seen on the video?

10:21AM   18    A.  It's from what I seen on the video.

10:22AM   19    Q.  Thank you.  And just to clarify, you testified that when

10:22AM   20    DeChent and Rolando were fighting at Pearl and Chippewa, you

10:22AM   21    put your arm out in front of Devin, correct?

10:22AM   22    A.  Correct.

10:22AM   23    Q.  Did he make -- and I believe you testified he didn't make

10:22AM   24    any effort to push past you and get involved in the fight?

10:22AM   25    A.  Correct.

10:22AM    1   Q.  And by the time the officer arrived and tackled Devin,

10:22AM    2   you had put your arm down, is that what you testified to?

10:22AM    3   A.  Correct.

10:22AM    4   Q.  And the fight between DeChent and Rolando, an officer

10:22AM    5   broke up that fight?

10:22AM    6   A.  Correct.

10:22AM    7   Q.  And did he have to strike anyone to break up that fight?

10:22AM    8   A.  No.

10:22AM    9   Q.  Did he have to use a nightstick on anyone to break up

10:22AM   10   that fight?

10:22AM   11   A.  No.

10:22AM   12   Q.  And you testified you backed up and raised your hands,

10:22AM   13   correct?

10:23AM   14   A.  Correct.

10:23AM   15   Q.  Did Devin Ford have a chance to back up and raise his

10:23AM   16   hands?

10:23AM   17          MR. CONNORS:  Object to that, Your Honor.

10:23AM   18          THE COURT:  Overruled.

10:23AM   19          THE WITNESS:  He did not.

10:23AM   20   BY MR. FABIAN:

10:23AM   21   Q.  Why?

10:23AM   22   A.  He was already being tackled.

10:23AM   23   Q.  Okay.  Thank you.

10:23AM   24          MR. FABIAN:  One moment, Your Honor.  Nothing

10:23AM   25   further.

| | | |
|---|---|---|
| 10:23AM | 1 | RECROSS-EXAMINATION |
| 10:23AM | 2 | |
| 10:23AM | 3 | BY MR. CONNORS: |
| 10:23AM | 4 | Q.  Mr. Fabian just asked you about the time when you were |
| 10:23AM | 5 | standing next to Devin Ford and you put your hand out, |
| 10:23AM | 6 | correct? |
| 10:23AM | 7 | A.  Correct. |
| 10:23AM | 8 | Q.  But have I quoted you correctly that on your direct |
| 10:23AM | 9 | examination, you did that because, in your mind, Ford wanted |
| 10:23AM | 10 | to jump in.  Those were your exact words, weren't they? |
| 10:23AM | 11 | A.  Correct. |
| 10:23AM | 12 | MR. CONNORS:  Thank you. |
| 10:23AM | 13 | THE COURT:  All right.  Thank you, sir.  You are |
| 10:23AM | 14 | excused, sir. |
| | 15 | (The witness was excused at 10:23 a.m.) |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2              *    *    *    *    *    *    *

3

4              I certify that the foregoing is a

5       correct transcription of the proceedings

6       recorded by me in this matter.

7

8

9

10                              s/ Megan E. Pelka, RPR

11                              Court Reporter,

12

13

14

15

16

17

18

19

20

21

22

23

24

25