1

**UNITED STATES DISTRICT COURT**

2

**WESTERN DISTRICT OF NEW YORK**

3

4   UNITED STATES OF AMERICA,           )
                                        ) Case No. 1:15-CR-00157
5                                       )           (RJA)(HKS)
                     Plaintiff,         )
6                                       )
    vs.                                 ) February 11th, 2019
7                                       )
    COREY KRUG,                         )
8                                       )
                     Defendant.         )
9

10

    **TRANSCRIPT OF JURY TRIAL TESTIMONY OF ROBERT ROSENSWIE**
11
         **BEFORE THE HONORABLE RICHARD J. ARCARA**
             **SENIOR UNITED STATES DISTRICT JUDGE**
12

13

    <u>APPEARANCES:</u>
14

    For the Plaintiff:   JAMES P. KENNEDY, JR.
15                       UNITED STATES ATTORNEY
                         BY:  JOHN D. FABIAN, ESQ.
16                            AARON J. MANGO, ESQ.
                         ASSISTANT UNITED STATES ATTORNEYS
17                       138 Delaware Avenue
                         Buffalo, NY 14202
18
    For the Defendant:   CONNORS, LLP
19                       BY:  TERRANCE M. CONNORS, ESQ.
                              NICHOLAS A. ROMANO, ESQ,
20                       1000 Liberty Building
                         Buffalo, NY 14202
21
                         LIPSITZ GREEN SCIME CAMBRIA LLP
22                       BY:  HERBERT L. GREENMAN, ESQ.
                         42 Delaware Avenue, Suite 300
23                       Buffalo, NY 14202

24  Court Reporter:      MEGAN E. PELKA, RPR
                         Robert H. Jackson Courthouse
25                       2 Niagara Square
                         Buffalo, NY 14202

| | | |
|---|---|---|
| 02:51PM | 1 | (The jury entered the room at 2:51 p.m.) |
| 02:51PM | 2 | THE COURT:  All right.  Mr. Mango? |
| 02:51PM | 3 | MR. MANGO:  Thank you, Judge.  The government would |
| 02:51PM | 4 | next call Inspector Robert Rosenswie.  He's witness number 17 |
| 02:51PM | 5 | on your list, Judge. |
| 02:52PM | 6 | THE CLERK:  Please state your full name and spell |
| 02:52PM | 7 | your last name for the record. |
| 02:52PM | 8 | THE WITNESS:  Robert Rosenswie, R-O-S-E-N-S-W-I-E. |
| 02:52PM | 9 | (The witness was sworn at 2:52 p.m.) |
| 02:52PM | 10 | MR. MANGO:  May I proceed, Your Honor? |
| 02:53PM | 11 | THE COURT:  Yes, please. |
| 02:53PM | 12 | |
| 02:53PM | 13 | DIRECT EXAMINATION |
| 02:53PM | 14 | |
| 02:53PM | 15 | BY MR. MANGO: |
| 02:53PM | 16 | Q.  Good afternoon. |
| 02:53PM | 17 | A.  Good afternoon. |
| 02:53PM | 18 | Q.  Can you please tell the jury how you are currently |
| 02:53PM | 19 | employed? |
| 02:53PM | 20 | A.  I'm an inspector with the Buffalo Police Department. |
| 02:53PM | 21 | I've been employed for about 23 and a half years. |
| 02:53PM | 22 | Q.  Twenty-three and a half years with the Buffalo Police |
| 02:53PM | 23 | Department? |
| 02:53PM | 24 | A.  Yes. |
| 02:53PM | 25 | Q.  How long have you been an inspector? |

02:53PM  1    A.  About a year.

02:53PM  2    Q.  And walk us through the different positions you've held

02:53PM  3    at the Buffalo Police Department, what you started with and

02:53PM  4    then what you were promoted to.

02:53PM  5    A.  Started as a police officer.  I was a detective for a

02:53PM  6    short time, a lieutenant, a captain and now inspector.

02:53PM  7    Q.  Where does inspector fall on the hierarchy of civil

02:53PM  8    service positions you can obtain at the Buffalo Police

02:53PM  9    Department?

02:53PM  10   A.  The highest.

02:53PM  11   Q.  How many inspectors are there at the Buffalo Police

02:53PM  12   Department?

02:53PM  13   A.  I believe there's four right now.

02:53PM  14   Q.  And are you -- as an inspector, are you assigned to a

02:54PM  15   particular unit or division?

02:54PM  16   A.  Yes, Internal Affairs Division.

02:54PM  17   Q.  And that might be referred to as IAD as well?

02:54PM  18   A.  Yes.

02:54PM  19   Q.  All right.  How long -- I'm sorry.  What are your job

02:54PM  20   duties as an inspector at Internal Affairs, if you could tell

02:54PM  21   the jury?

02:54PM  22   A.  When complaints come in against police officers, we

02:54PM  23   investigate them.

02:54PM  24   Q.  And how many people do you supervise there?

02:54PM  25   A.  There's about nine, ten I believe.

02:54PM  1    Q.  Is it all police officers or are there other positions

02:54PM  2    and ranks?

02:54PM  3    A.  Yeah, there's other positions and ranks.

02:54PM  4    Q.  Okay.  How does IAD begin an investigation against an

02:54PM  5    officer or some other member of the Buffalo Police

02:54PM  6    Department?

02:54PM  7    A.  Usually, if a complaint comes in, we would look into it,

02:54PM  8    investigate it.

02:54PM  9    Q.  And when an investigation begins, what documents does IAD

02:54PM  10   obtain and/or review during their investigation?

02:55PM  11   A.  It's, I guess, case specific depending on what we're

02:55PM  12   investigating.

02:55PM  13   Q.  Okay.  You can explain a little more.  What if an arrest

02:55PM  14   is made?

02:55PM  15   A.  We would get arrest documents, those kind of things.

02:55PM  16   Q.  Okay.  So, arrest paperwork?

02:55PM  17   A.  Yes.

02:55PM  18   Q.  How about if use of force forms are submitted by an

02:55PM  19   officer?

02:55PM  20   A.  Yes.  We would collect those as well.

02:55PM  21   Q.  Are any other investigative steps conducted in terms of

02:55PM  22   interviewing people?

02:55PM  23   A.  Yes.  We would interview the complainant or witnesses,

02:55PM  24   whether the officer and the civilian witnesses.

02:55PM  25   Q.  Now, does the Buffalo Police Department have a set of

02:55PM  1  procedures that officers are expected to follow?

02:55PM  2  A.  Yeah.  We have a Manual of Procedures.

02:56PM  3  Q.  Okay.  And we've heard that, MOP?

02:56PM  4  A.  Yes.

02:56PM  5  Q.  And is there a section in the MOP involving arrests?

02:56PM  6  A.  Yes.

02:56PM  7  Q.  And in that chapter dealing with arrests, is there a

02:56PM  8  section dealing with the use of force?

02:56PM  9  A.  Yes, there is.

02:56PM 10  Q.  And in that use of force section, does it address the

02:56PM 11  Fourth Amendment to the U.S. Constitution at all?

02:56PM 12  A.  Yes, it does.

02:56PM 13  Q.  How does it do so?

02:56PM 14  A.  Something to the effect that force must be reasonable and

02:56PM 15  consistent with the Fourth Amendment.

02:56PM 16  Q.  Now, you mentioned during an investigation the Internal

02:56PM 17  Affairs Department would obtain use of force forms if any

02:56PM 18  were created, is that right?

02:56PM 19  A.  Yes.

02:56PM 20  Q.  Why does Internal Affairs look at that use of force form?

02:56PM 21  A.  We would just use it for statistic reasons and we have a

02:56PM 22  database that it's entered in.

02:56PM 23  Q.  Does the fact that a use of force form gets created, does

02:57PM 24  that automatically then come to the IAD?

02:57PM 25  A.  At some point it would come to us, yes.

02:57PM   1   Q.   So, all use of force forms come to IAD at some point?

02:57PM   2   A.   Yes.

02:57PM   3   Q.   And are use of force forms tracked within the Buffalo

02:57PM   4   Police Department Internal Affairs?

02:57PM   5   A.   Yes, they are.

02:57PM   6   Q.   Why are they tracked?

02:57PM   7   A.   Just to monitor officers.

02:57PM   8   Q.   And can you tell the jury a little bit about how the

02:57PM   9   forms are tracked?

02:57PM   10   A.   Well, if -- as they come in, if a certain number come in,

02:57PM   11   there would be -- an alert would be -- would go off.

02:57PM   12   Q.   So, if a certain number of forms come in, there would be

02:57PM   13   an alert that would go off?

02:57PM   14   A.   Yes.

02:57PM   15   Q.   Now, that would be by the same officer?

02:57PM   16   A.   Right.

02:57PM   17   Q.   Okay.  So, do you know, is there a time period associated

02:58PM   18   with that?

02:58PM   19   A.   Within a year's time, normally.

02:58PM   20   Q.   So, a 12-month period of time?

02:58PM   21   A.   Yes.  It's a rotating -- not rotating, but like, a

02:58PM   22   daily -- I'd say, go from today backdated.

02:58PM   23   Q.   And in that given 12-month period of time, how many use

02:58PM   24   of force reports need to be submitted by an officer in that

02:58PM   25   12-month period for an alert to be created?

ROSENSWIE -- BY MR. MANGO -- 2/11/19

6

02:58PM 1    A.  Five.

02:58PM 2    Q.  And then, what happens if five use of force forms are

02:58PM 3    submitted during that period of time?

02:58PM 4    A.  At some point, that information would go to a commander

02:58PM 5    of the unit and that would, you know -- could be addressed at

02:58PM 6    that level.

02:58PM 7    Q.  So, the commander of a unit say -- who would be the

02:58PM 8    commander of the unit of the Housing Division?

02:58PM 9    A.  There's a chief in charge of housing.

02:58PM 10   Q.  So, IAD would then present that information to the chief

02:59PM 11   of housing?

02:59PM 12   A.  Yes.

02:59PM 13   Q.  And what normally takes place at that point?

02:59PM 14   A.  The chief would take care of it within, you know --

02:59PM 15   address it as he sees fit.

02:59PM 16   Q.  Would that include having a discussion with the officer

02:59PM 17   that submitted the form?

02:59PM 18   A.  It could, yes.

02:59PM 19   Q.  Now, prior to your testimony here today, did you have the

02:59PM 20   ability to review the Internal Affairs Department files for

02:59PM 21   the Marcus Worthy incident that occurred on August 29th,

02:59PM 22   2010?

02:59PM 23   A.  Yes.

02:59PM 24   Q.  Okay.  And how about the Internal Affairs Department file

02:59PM 25   for the Daniel Rashada incident that occurred on February

02:59PM    1    4th, 2011?

02:59PM    2    A.  Yes, I did.

02:59PM    3    Q.  And then finally the Devin Ford incident that occurred on

02:59PM    4    November 27th, 2014, did you review that IAD file?

03:00PM    5    A.  Yes.

03:00PM    6    Q.  And are there three IAD files for each of those three

03:00PM    7    individuals I mentioned?

03:00PM    8    A.  Yes.

03:00PM    9    Q.  Now, in those files, did you locate any use of force

03:00PM   10    forms created by an officer by the name of Corey Krug?

03:00PM   11    A.  Yes.

03:00PM   12    Q.  How many did you find?

03:00PM   13    A.  I found one.

03:00PM   14    Q.  Okay.  Do you recall what matter that was for?

03:00PM   15    A.  I think that was for defendant Worthy.

03:00PM   16         MR. MANGO:  Okay.  We'll pull up Government Exhibit

03:00PM   17    22 if we could, Ms. Kingston, maybe the top half.  Yes.

03:00PM   18    BY MR. MANGO:

03:00PM   19    Q.  This is just showing you the top half of the first page

03:00PM   20    of Government Exhibit 22.  Is this the use of force report

03:00PM   21    form that you found?

03:00PM   22    A.  Yes.

03:00PM   23    Q.  And it lists a subject name of Worthy?

03:00PM   24    A.  Yes.

03:00PM   25    Q.  Now, for the Daniel Rashada matter and in that file, did

03:00PM  1   you find any use of force forms?

03:01PM  2   A.  I did not.

03:01PM  3   Q.  All right.  And how about for the Devin Ford matter, in

03:01PM  4   that IAD file, did you find any use of force forms?

03:01PM  5   A.  No.

03:01PM  6   Q.  And that form that I showed you already for the Marcus

03:01PM  7   Worthy incident, you mentioned you only found one form?

03:01PM  8   A.  That's the only one I found in the file, yes.

03:01PM  9   Q.  Okay.  You didn't find any amended or supplemental forms?

03:01PM  10        MR. ROMANO:  Objection, Your Honor.  Asked and

03:01PM  11   answered.

03:01PM  12        THE COURT:  Overruled.

03:01PM  13   BY MR. MANGO:

03:01PM  14   Q.  You can answer.  Did you find any amended or corrected of

03:01PM  15   supplemental forms?

03:01PM  16   A.  I did not, no.

03:01PM  17   Q.  Now, you mentioned you reviewed the IAD file for Daniel

03:01PM  18   Rashada's incident?

03:01PM  19   A.  Yes.

03:01PM  20   Q.  I'm going to show you two documents.

03:01PM  21        MR. MANGO:  If I could just have a moment, Judge?

03:02PM  22   BY MR. MANGO:

03:02PM  23   Q.  I'm showing you what's marked Government Exhibit 33.

03:02PM  24   Inspector, do you see that form that you have?

03:02PM  25   A.  Yes.

| | | |
|---|---|---|
| 03:02PM | 1 | Q.  Just generally, what is that form? |
| 03:02PM | 2 | A.  It's an arrest form. |
| 03:02PM | 3 | Q.  Is this a standard form that's completed during an arrest |
| 03:02PM | 4 | of a subject? |
| 03:02PM | 5 | A.  Yes. |
| 03:02PM | 6 | Q.  Did you see this form previously in your review of the |
| 03:02PM | 7 | Rashada file? |
| 03:02PM | 8 | A.  I can't recall for certain, but it should have been in |
| 03:03PM | 9 | the file. |
| 03:03PM | 10 | Q.  Okay.  Do you see what name it lists for arresting |
| 03:03PM | 11 | officer at the top? |
| 03:03PM | 12 | A.  Yes. |
| 03:03PM | 13 | Q.  Who is that? |
| 03:03PM | 14 | A.  Officer Krug.  Corey Krug. |
| 03:03PM | 15 | Q.  Okay.  And the subject name, does that list Daniel |
| 03:03PM | 16 | Rashada? |
| 03:03PM | 17 | A.  It's defendant Daniel Rashada. |
| 03:03PM | 18 | Q.  Okay.  And what's the purpose of a form like this? |
| 03:03PM | 19 | A.  This is just to collect data regarding the arrest. |
| 03:03PM | 20 | MR. MANGO:  Judge, I would move Government Exhibit 33 |
| 03:03PM | 21 | into evidence. |
| 03:03PM | 22 | MR. ROMANO:  Mr. Mango, may I see it again, please? |
| 03:03PM | 23 | MR. MANGO:  Absolutely. |
| 03:03PM | 24 | MR. ROMANO:  No objection, Your Honor. |
| 03:04PM | 25 | THE COURT:  All right.  It will be received. |

| | | |
|---|---|---|
| 03:04PM | 1 | (Government Exhibit 33 was received in evidence.) |
| 03:04PM | 2 | |
| 03:04PM | 3 |       MR. MANGO:  I'd ask it be published for the jury, |
| 03:04PM | 4 | Judge. |
| 03:04PM | 5 |       THE COURT:  All right. |
| 03:04PM | 6 | BY MR. MANGO: |
| 03:04PM | 7 | Q.  Now, independently sitting here today Inspector, do you |
| 03:04PM | 8 | know whose handwriting this is? |
| 03:04PM | 9 | A.  I'm not sure. |
| 03:04PM | 10 | Q.  Okay.  Is this one of the or a type of form that IAD |
| 03:04PM | 11 | would review during an investigation of -- that would be |
| 03:04PM | 12 | conducted by IAD? |
| 03:04PM | 13 | A.  Generally, we would get this information, yes. |
| 03:04PM | 14 | Q.  Are you familiar with what a form P-3 is at the Buffalo |
| 03:04PM | 15 | Police Department? |
| 03:04PM | 16 | A.  Yes. |
| 03:04PM | 17 | Q.  What are form P-3s? |
| 03:04PM | 18 | A.  It's a payroll form. |
| 03:05PM | 19 | Q.  Okay.  And would it show whether an officer was actually |
| 03:05PM | 20 | working and being paid in a given shift? |
| 03:05PM | 21 | A.  Yes. |
| 03:05PM | 22 | Q.  And do you rely on those P-3s as part of your |
| 03:05PM | 23 | investigation? |
| 03:05PM | 24 | A.  Yes. |
| 03:05PM | 25 | Q.  Prior to testifying here today, were you asked to obtain |

03:05PM    1    the P-3s for the three incidents; the Worthy, the Rashada and

03:05PM    2    the Ford incident?

03:05PM    3    A.  Yes.

03:05PM    4        MR. MANGO:  Judge, if I could just have a moment?

03:06PM    5    BY MR. MANGO:

03:06PM    6    Q.  I'm going to approach, Inspector and show you Government

03:06PM    7    6A, Government 6B and Government 6C and just based on what

03:06PM    8    those forms are, Government -- well, first, what are those

03:06PM    9    forms?

03:06PM    10   A.  These are P-3s that you mentioned.

03:06PM    11   Q.  Okay.  And these are the ones you obtained?

03:06PM    12   A.  Yes.

03:06PM    13       MR. MANGO:  Judge, I would move these into evidence.

03:06PM    14       MR. ROMANO:  We have no objection, Your Honor.

03:06PM    15       THE COURT:  All right.  They'll be received.

03:06PM    16   (Government Exhibits 6A, 6B and 6C were received in evidence.)

03:06PM    17

03:06PM    18   BY MR. MANGO:

03:06PM    19   Q.  If we can start and publish please, Government Exhibit

03:06PM    20   6A?  Do you see at the top, Inspector, just with reference to

03:06PM    21   6A, what date this P-3 is for?

03:06PM    22   A.  August 29th, 2010.

03:06PM    23   Q.  And do you know what shift it is for?

03:06PM    24   A.  MP4 shift.

03:06PM    25   Q.  Okay.  And what does that mean to you, MP4?

ROSENSWIE -- BY MR. MANGO -- 2/11/19

12

| 03:06PM | 1 | A.  This is just the name of the tour.  It would be the |
| 03:07PM | 2 | afternoon shift. |
| 03:07PM | 3 | Q.  All right.  And if we can come out of this and maybe on |
| 03:07PM | 4 | the second page, do you see anybody's name listed there as |
| 03:07PM | 5 | Corey Krug? |
| 03:07PM | 6 | A.  Yes. |
| 03:07PM | 7 | Q.  And what would it indicate in term of hours worked? |
| 03:07PM | 8 | A.  1530 to 0130 hours. |
| 03:07PM | 9 | Q.  And is there any overtime that was authorized? |
| 03:07PM | 10 | A.  Yes. |
| 03:07PM | 11 | Q.  What hours were those for? |
| 03:07PM | 12 | A.  0130 to 0300 hours. |
| 03:07PM | 13 | Q.  And if we could just zoom down out of that, is there a |
| 03:07PM | 14 | car or post listed for officer Corey Krug that's on this |
| 03:07PM | 15 | form? |
| 03:07PM | 16 | A.  Yes. |
| 03:07PM | 17 | Q.  What is it? |
| 03:07PM | 18 | A.  440.  Looks like Housing 440. |
| 03:07PM | 19 | Q.  And if you look down at the bottom of the form, a couple |
| 03:08PM | 20 | officers below, is there another officer that had the same |
| 03:08PM | 21 | 440 designation? |
| 03:08PM | 22 | A.  Yes. |
| 03:08PM | 23 | Q.  Who is that? |
| 03:08PM | 24 | A.  Officer William Macy. |
| 03:08PM | 25 | Q.  So, if they've got the same car, what does that mean to |

03:08PM   1   you?

03:08PM   2   A.   They were probably in the car together.

03:08PM   3   Q.   They were partners that night?

03:08PM   4   A.   Yes.

03:08PM   5   Q.   Now, the third page of this is -- what's the third page

03:08PM   6   of this document you're looking at?

03:08PM   7   A.   They're copies of overtime slips.

03:08PM   8   Q.   All right.  And those were approved?

03:08PM   9   A.   Yes.

03:08PM  10   Q.   If we can go to Government Exhibit 6B, what shift is this

03:08PM  11   for, date and then what's the tour?

03:08PM  12   A.   Again, this is MP4, February 4th, 2011, 1530 to 0130

03:08PM  13   hours.

03:08PM  14   Q.   Okay.  And on the second page of this document as well,

03:08PM  15   does it show that Officer Corey Krug worked on that day?

03:09PM  16   A.   Yes.

03:09PM  17   Q.   Again, hours?

03:09PM  18   A.   1530 to 0130 hours.

03:09PM  19   Q.   And zooming out, did the car assignment appear on this

03:09PM  20   form?

03:09PM  21   A.   On this one, no.

03:09PM  22   Q.   And then finally, if you can look at Government Exhibit

03:09PM  23   6C and we could pull that up, what's the date and tour for

03:09PM  24   this?

03:09PM  25   A.   11/27/2014, MP4, 1530 to 0130 hours.

03:09PM  1   Q.  And is there an individual listed by the name of Corey

03:09PM  2   Krug on this form?

03:09PM  3   A.  Yes.

03:09PM  4   Q.  And if you go to the last page of this document, was

03:09PM  5   overtime submitted?

03:10PM  6   A.  Yes.

03:10PM  7         MR. MANGO:  Judge, if I could just have a moment?

03:10PM  8   We'll just use the electronic --

03:10PM  9   BY MR. MANGO:

03:10PM  10  Q.  Inspector, I'm going to show you the last page of

03:10PM  11  Government Exhibit 6C, sort of a grayed out box there.  Is

03:10PM  12  that overtime that was authorized for an officer by the name

03:10PM  13  of Corey Krug?

03:10PM  14  A.  Yes.

03:11PM  15        MR. MANGO:  Judge, if I could just have a moment?

03:12PM  16  BY MR. MANGO:

03:12PM  17  Q.  Inspector, I'm going to show you one last form,

03:12PM  18  Government Exhibit 32.  It's not in evidence yet.  Just going

03:12PM  19  back to the Rashada incident, you mentioned you looked

03:12PM  20  through the IAD file for that.  Is this a document that you

03:12PM  21  would have come across?

03:12PM  22  A.  Yes.

03:12PM  23  Q.  Okay.  And what is this form?  What type of form is it?

03:12PM  24  A.  This was pretty much a typed up version of the arrest

03:12PM  25  booking form.

| | | |
|---|---|---|
| 03:12PM | 1 | Q.  And does IAD use information contained on this form as |
| 03:13PM | 2 | well during an investigation? |
| 03:13PM | 3 | A.  Yes. |
| 03:13PM | 4 | Q.  And does it list an arresting officer in the middle box? |
| 03:13PM | 5 | A.  Yes, it does. |
| 03:13PM | 6 | Q.  Who is that? |
| 03:13PM | 7 | A.  Officer Corey Krug. |
| 03:13PM | 8 | Q.  All right.  And does it list Mr. Rashada's name in the |
| 03:13PM | 9 | upper left? |
| 03:13PM | 10 | A.  Yes, it does. |
| 03:13PM | 11 | MR. MANGO:  Judge, I would move to admit Government |
| 03:13PM | 12 | Exhibit 32 into evidence. |
| 03:13PM | 13 | MR. ROMANO:  No objection, Your Honor. |
| 03:13PM | 14 | THE COURT:  All right.  It will be received. |
| 03:13PM | 15 | (Government Exhibit 32 was received in evidence.) |
| 03:13PM | 16 | |
| 03:13PM | 17 | MR. MANGO:  And we'll just publish it for the jury. |
| 03:13PM | 18 | BY MR. MANGO: |
| 03:13PM | 19 | Q.  And so, this is the arresting booking report for |
| 03:13PM | 20 | Mr. Rashada's arrest, is that right? |
| 03:13PM | 21 | A.  Yes. |
| 03:13PM | 22 | MR. MANGO:  Thank you, Inspector.  Nothing else.  I'm |
| 03:13PM | 23 | just going to retrieve the exhibits. |
| 03:14PM | 24 | |
| 03:14PM | 25 | |

03:14PM  1                        CROSS-EXAMINATION

03:14PM  2

03:14PM  3  BY MR. ROMANO:

03:14PM  4  Q.  Good afternoon, Inspector.

03:14PM  5  A.  Sir, how are you?

03:14PM  6  Q.  Now, Inspector, you were asked some questions on direct

03:14PM  7  examination regarding the internal alert system with respect

03:14PM  8  to use of force forms, is that right?

03:14PM  9  A.  Yes, sir.

03:14PM  10  Q.  The simple fact that an alert is raised does not mean

03:14PM  11  that the police officer acted improperly, correct?

03:14PM  12  A.  That's correct.

03:14PM  13  Q.  And could you explain why that's true?

03:14PM  14  A.  Police officers can use force in concern situations and

03:14PM  15  it's just a way to track if we have that force.

03:14PM  16  Q.  And using force is part of the job as a police officer,

03:15PM  17  isn't it?

03:15PM  18  A.  Yes.

03:15PM  19  Q.  It's authorized under our laws for a police officer to

03:15PM  20  complete its duties, true?

03:15PM  21  A.  Yes.

03:15PM  22  Q.  Aren't there non-reportable uses of force?  I'll ask a

03:15PM  23  better question.  Are there certain kinds of force that a

03:15PM  24  police officer is trained to use in which they do not need to

03:15PM  25  complete a use of force form?

03:15PM   1   A.   There's certain -- in our force continuum, there's

03:15PM   2   certain levels that we do not have to, yes.

03:15PM   3   Q.   Again, dehanding techniques?

03:15PM   4   A.   Yes.

03:15PM   5   Q.   You don't have to complete a use of force form?

03:15PM   6   A.   Correct.

03:15PM   7   Q.   And if a police officer effectuates an arrest without

03:15PM   8   those specific reportable uses of force, the use of force

03:15PM   9   form does not need to be completed, isn't that right?

03:15PM   10  A.   Yes.

03:15PM   11  Q.   You also testified, Inspector, on direct about the

03:16PM   12  complaint system in Internal Affairs, isn't that right?

03:16PM   13  A.   Yes.

03:16PM   14  Q.   Now, would you say that, in the normal course of

03:16PM   15  business, IAD receives complaints from citizens?

03:16PM   16  A.   Yes, we do.

03:16PM   17  Q.   You also open up a complaint when there's a civil lawsuit

03:16PM   18  filed, correct?

03:16PM   19  A.   Yes.

03:16PM   20  Q.   And just because a complaint is filed does not mean that

03:16PM   21  a police officer has done anything wrong?

03:16PM   22  A.   That's right, yes.

03:16PM   23  Q.   In fact, Inspector, isn't it more often than not that

03:16PM   24  those complaints are unsubstantiated?

03:16PM   25          MR. MANGO:   Objection, Judge.

03:16PM   1            THE COURT:  Sustained.

03:16PM   2   BY MR. ROMANO:

03:16PM   3   Q.  Inspector, you testified on direct that you're aware of a

03:16PM   4   complaint filed by Daniel Rashada, is that right?

03:16PM   5   A.  Yes, sir.

03:16PM   6   Q.  And your understanding is the complaint was filed against

03:16PM   7   Officer Krug?

03:16PM   8   A.  Yes.

03:17PM   9   Q.  Are you also aware that a complaint was filed against

03:17PM  10   William Rezabek?

03:17PM  11            MR. MANGO:  Objection.  Judge, it was a civil lawsuit

03:17PM  12   filed.  I think we're just using the wrong term here.

03:17PM  13            THE COURT:  Overruled.  We'll hear it.

03:17PM  14   BY MR. ROMANO:

03:17PM  15   Q.  Are you aware, Inspector, that an IAD file was opened in

03:17PM  16   connection with police officer William Rezabek?

03:17PM  17   A.  I believe he was on that file, yes.

03:17PM  18   Q.  When Mr. Rashada filed his civil lawsuit against the City

03:17PM  19   of Buffalo, the Buffalo Police Department, Officer Krug and

03:17PM  20   Officer Rezabek, IAD opened an investigation against Officer

03:17PM  21   Krug and Officer Rezabek, correct?

03:17PM  22   A.  That was a long time before I got there, so I don't know

03:17PM  23   exactly how the complaint originated.

03:17PM  24   Q.  You would agree that a civil lawsuit would open up an

03:17PM  25   investigation with IAD?

19

03:17PM  1   A.   Yes.

03:17PM  2   Q.   And that is no indication that the officer has done

03:17PM  3   anything wrong?

03:17PM  4          MR. MANGO:   Objection.   Asked and answered.

03:17PM  5          THE COURT:   Overruled.   You may answer.

03:17PM  6          THE WITNESS:   Could you repeat that, please?

03:18PM  7   BY MR. ROMANO:

03:18PM  8   Q.   The simple fact that IAD opens an investigation is not an

03:18PM  9   indication in any way, shape or form the officer has done

03:18PM  10  anything wrong?

03:18PM  11  A.   That's correct, yes.

03:18PM  12         MR. ROMANO:   May I just have one moment, Your Honor?

03:18PM  13  Thank you, Inspector.   No further questions, Your Honor.

03:18PM  14         MR. MANGO:   Nothing further, Judge.   Thank you.

03:18PM  15         THE COURT:   All right.   Thank you, sir.

         16  (The witness was excused at 3:18 p.m.)

         17

         18

         19

         20

         21

         22

         23

         24

         25

1              *    *    *    *    *    *    *

2

3              I certify that the foregoing is a

4         correct transcription of the proceedings

5         recorded by me in this matter.

6

7

8

9                              s/ Megan E. Pelka, RPR

10                             Court Reporter,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25