1      **UNITED STATES DISTRICT COURT**
      **WESTERN DISTRICT OF NEW YORK**

2

3

 UNITED STATES OF AMERICA,   )

4             ) Case No. 1:15-CR-00157
             )     (RJA)(HKS)

5      Plaintiff,  )
             )

6 vs.         ) July 18th, 2019
             )

7 COREY KRUG,      )
             )

8      Defendant.  )

9

10   **TRANSCRIPT OF JURY TRIAL TESTIMONY OF ANDRE LLOYD**
     **BEFORE THE HONORABLE RICHARD J. ARCARA**

11     **SENIOR UNITED STATES DISTRICT JUDGE**

12

13 <u>APPEARANCES</u>:

14 For the Plaintiff:  JAMES P. KENNEDY, JR.
          UNITED STATES ATTORNEY

15          BY: JOHN D. FABIAN, ESQ.
            AARON J. MANGO, ESQ.

16          ASSISTANT UNITED STATES ATTORNEYS
          138 Delaware Avenue

17          Buffalo, NY 14202

18 For the Defendant:  CONNORS, LLP
          BY: TERRANCE M. CONNORS, ESQ.

19            NICHOLAS A. ROMANO, ESQ,
          1000 Liberty Building

20          Buffalo, NY 14202

21          LIPSITZ GREEN SCIME CAMBRIA LLP
          BY: HERBERT L. GREENMAN, ESQ.

22          42 Delaware Avenue, Suite 300
          Buffalo, NY 14202

23
 Court Reporter:   MEGAN E. PELKA, RPR

24          Robert H. Jackson Courthouse
          2 Niagara Square

25          Buffalo, NY 14202

04:08PM

1                          **I N D E X**

2

3   WITNESSES                                              PAGE

4   GOVERNMENT

5   ANDRE LLOYD

        Direct Examination by Mr. Mango                2
6        Cross Examination by Mr. Romano               11

7

8

9                        **E X H I B I T S**

10

11  DEFENDANT'S

12      Exhibit 117                                    22
        Exhibit 118                                    22
        Exhibit 119                                    22
13      Exhibit 120                                    22

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | (The jury is present.) |
| | 2 | THE COURT:  Next witness, Mr. Mango. |
| 04:08PM | 3 | MR. MANGO:  Yes, Judge.  The government would call |
| 04:08PM | 4 | Lieutenant Andre Lloyd.  He is witness number 10 on the list, |
| 04:08PM | 5 | Judge. |
| 04:09PM | 6 | THE CLERK:  Please state your full name and spell |
| 04:09PM | 7 | your last name for the record. |
| 04:09PM | 8 | THE WITNESS:  Andre Lloyd, L-L-O-Y-D. |
| 04:09PM | 9 | THE CLERK:  Thank you.  Also, spell your first name. |
| 04:09PM | 10 | THE WITNESS:  Andre, A-N-D-R-E. |
| 04:09PM | 11 | (The witness was sworn at 4:09 p.m.) |
| 04:10PM | 12 | MR. MANGO:  Your Honor, may I proceed? |
| 04:10PM | 13 | THE COURT:  Yes, please. |
| 04:10PM | 14 | |
| 04:10PM | 15 | DIRECT EXAMINATION |
| 04:10PM | 16 | |
| 04:10PM | 17 | BY MR. MANGO: |
| 04:10PM | 18 | Q.  Good afternoon. |
| 04:10PM | 19 | A.  Good afternoon. |
| 04:10PM | 20 | Q.  Can you please tell the jury how you're currently |
| 04:10PM | 21 | employed? |
| 04:10PM | 22 | A.  I'm currently employed as a lieutenant with the Buffalo |
| 04:10PM | 23 | Police Department. |
| 04:10PM | 24 | Q.  And how long in total have you been with the police |
| 04:10PM | 25 | department, Lieutenant Lloyd? |

04:10PM  1    A.  Approximately 10 and a half years.

04:10PM  2    Q.  And how long have you been a lieutenant?

04:10PM  3    A.  Approximately three years.

04:10PM  4    Q.  And are you assigned to any particular unit or division

04:10PM  5    at the -- it's the Buffalo Police Department?

04:10PM  6    A.  Correct.  I'm currently assigned to the Buffalo Police

04:10PM  7    Internal Affairs Division.

04:10PM  8    Q.  Does that sometimes go by the initials, IAD?

04:10PM  9    A.  Yes.

04:10PM  10   Q.  Can you tell the jurors what your job duties are as a

04:10PM  11   lieutenant at IAD?

04:10PM  12   A.  My job duties are to investigate complaints of officer

04:10PM  13   misconduct or department employee misconduct.

04:11PM  14   Q.  How does IAD open an investigation against another

04:11PM  15   officer?

04:11PM  16   A.  Typically a complaint comes in from either an internal or

04:11PM  17   outside source.  What we do is, we gather as much information

04:11PM  18   in order to investigate those complaints.  And those can

04:11PM  19   include crime reports, taking statements from witnesses or

04:11PM  20   officer's audio recorded statements, use of force reports,

04:11PM  21   things of that nature.

04:11PM  22   Q.  Now, we'll talk about the use of force reports in a

04:11PM  23   minute.  Does the Buffalo Police Department have a set of

04:11PM  24   procedures that officers are expected to follow?

04:11PM  25   A.  Yes.  We have a Manual of Procedures.

04:11PM  1   Q.  And in that Manual of Procedures is there a chapter

04:11PM  2   dealing with arrest, if you know?

04:11PM  3   A.  Yes, there is.

04:11PM  4   Q.  And in that arrest chapter, is there a section dealing

04:12PM  5   with use of force?

04:12PM  6   A.  Yes.  Yes, there is.

04:12PM  7   Q.  Does the Manual of Procedures -- or MOP some people call

04:12PM  8   it, is that right?

04:12PM  9   A.  Correct.

04:12PM  10  Q.  Does the MOP use of force policy address the Fourth

04:12PM  11  Amendment to the U.S. Constitution and how that factors in?

04:12PM  12  A.  Yes, our use of force policy states that, you know, sort

04:12PM  13  of paraphrasing.  I don't have it in front of me, but

04:12PM  14  something to the fact that force has to be reasonable

04:12PM  15  because, you know, force being a form of seizure.  And we

04:12PM  16  know the Fourth Amendment is the citizens' protected right

04:12PM  17  against seizure.  Force, being a form of seizure, it has to

04:12PM  18  be reasonable, you know, if the police officer uses it.

04:12PM  19  Q.  Okay.  Now, you mentioned during an investigation, IAD

04:12PM  20  would obtain use of force forms if ones were created, is that

04:13PM  21  right?

04:13PM  22  A.  Correct.

04:13PM  23  Q.  Just briefly tell the jury what a use of force form is.

04:13PM  24  A.  A use of force form is a form that's used to track any

04:13PM  25  use of force by an officer on a citizen.  It's usually gone

04:13PM  1  through our blue team system, which is a system used by

04:13PM  2  officers nationally to kind of track use of force incidents.

04:13PM  3  Q.  And generally, when is a use of force form required to be

04:13PM  4  filled out?

04:13PM  5  A.  I don't have the book in front of me but from what I can

04:13PM  6  recall, use of force forms are generally used if you make an

04:13PM  7  arrest -- an officer makes an arrest of a citizen and he has

04:13PM  8  to charge that citizen with resisting arrest, he would do a

04:13PM  9  use of force form.  Additionally, if any time an officer uses

04:14PM  10  physical force or deadly force, an officer would have to use

04:14PM  11  a use of force form.  In addition, if they use -- if they

04:14PM  12  employ their cap agent, which is a chemical agent.  So, those

04:14PM  13  would some of the occasions that I can recall.

04:14PM  14  Q.  Okay.  Irrespective of an arrest, if use of force is used

04:14PM  15  against somebody, one of these forms needs to be filled out?

04:14PM  16       MR. ROMANO:  Objection, Your Honor.

04:14PM  17       THE COURT:  Overruled.

04:14PM  18       THE WITNESS:  If physical or deadly force is used,

04:14PM  19  you know.

04:14PM  20  BY MR. MANGO:

04:14PM  21  Q.  Would physical force include striking someone with an

04:14PM  22  impact weapon?

04:14PM  23       MR. ROMANO:  Objection, Your Honor.  This calls for

04:14PM  24  improper opinion.

04:14PM  25       THE COURT:  Give an opinion?  He's giving testimony

LLOYD  --  MR. MANGO  --  7/18/19
6

| | | |
|---|---|---|
| 04:14PM | 1 | as to what he's knows. |
| 04:14PM | 2 | MR. ROMANO:  It's opinion -- |
| 04:14PM | 3 | THE COURT:  Overruled.  You may answer, sir. |
| 04:14PM | 4 | THE WITNESS:  Yes.  If an officer strikes a citizen |
| 04:14PM | 5 | with an impact weapon, a use of force form would be created. |
| 04:15PM | 6 | BY MR. MANGO: |
| 04:15PM | 7 | Q.  And a police-issued baton is considered an impact weapon? |
| 04:15PM | 8 | A.  Yes. |
| 04:15PM | 9 | Q.  Why does IAD look at use of force forms? |
| 04:15PM | 10 | A.  It's a way of keeping track of the amount of force, you |
| 04:15PM | 11 | know, being used by an officer.  Typically, we track in the |
| 04:15PM | 12 | year period, in terms of how many use of force are done |
| 04:15PM | 13 | within that, you know, year period.  If it gets to a point |
| 04:15PM | 14 | where it's five or more, that kind of creates an alert for |
| 04:15PM | 15 | us. |
| 04:15PM | 16 | The alert is sent to us as well as the officer's command |
| 04:15PM | 17 | and that information is either -- it's taken to -- used to |
| 04:15PM | 18 | retrain the officer or talk to the officer to see -- maybe it |
| 04:15PM | 19 | was a coincidence.  He may have come across, maybe, five |
| 04:15PM | 20 | aggressive instances that were -- where the use of force was |
| 04:15PM | 21 | reasonable.  So, it's just a chance for us to actually review |
| 04:16PM | 22 | it each time. |
| 04:16PM | 23 | Q.  And during an investigation, if you get a use of force |
| 04:16PM | 24 | form and review it, are there narrative facts in there that |
| 04:16PM | 25 | help you sometimes with an investigation? |

04:16PM    1   A.  Yes.  Typically, the officer describes what force was

04:16PM    2   used and you know, how it was employed.

04:16PM    3   Q.  And you mentioned these use of force forms are tracked

04:16PM    4   within the Buffalo Police Department?

04:16PM    5   A.  Yes.

04:16PM    6   Q.  Now, do you know a Buffalo Police Department officer by

04:16PM    7   the name of Corey Krug?

04:16PM    8   A.  Yes, I do.

04:16PM    9   Q.  How do you know him?

04:16PM   10   A.  We worked together briefly in the Housing Unit.

04:16PM   11   Q.  And you see him here in court today, is that fair?

04:16PM   12   A.  Yes, I do.

04:16PM   13   Q.  Can you just point to him and identify an article of

04:16PM   14   clothing?

04:16PM   15   A.  It's the gentleman wearing the grey suit and blue shirt.

04:17PM   16   Q.  And he's standing?

04:17PM   17   A.  And he's standing, yes.

04:17PM   18       MR. MANGO:  Let the record reflect identification of

04:17PM   19   the defendant.

04:17PM   20   BY MR. MANGO:

04:17PM   21   Q.  Are you aware of the charge involved in this case deals

04:17PM   22   with an incident between the defendant and an individual by

04:17PM   23   the name of Devin Ford on November 27th of 2014?

04:17PM   24   A.  Yes.

04:17PM   25   Q.  Okay.  And at the time of the Devin Ford incident,

| | | |
|---|---|---|
| 04:17PM | 1 | November 27th, 2014, had an alert involving submission of use |
| 04:17PM | 2 | of force forms been issued for Defendant Krug? |
| 04:17PM | 3 | A.  Yes. |
| 04:17PM | 4 |         MR. ROMANO:  Objection, Your Honor. |
| 04:17PM | 5 |         THE COURT:  Overruled. |
| 04:17PM | 6 | BY MR. MANGO: |
| 04:17PM | 7 | Q.  That was a yes? |
| 04:17PM | 8 | A.  Yes. |
| 04:17PM | 9 | Q.  Prior to testifying here today, did you have an ability |
| 04:17PM | 10 | to review the IAD file for the Devin Ford incident? |
| 04:17PM | 11 | A.  Yes. |
| 04:17PM | 12 | Q.  And in that file did you locate any use of force forms |
| 04:17PM | 13 | created by Defendant Krug? |
| 04:17PM | 14 | A.  No. |
| 04:17PM | 15 | Q.  Now, did you work -- let me bring your attention back to |
| 04:18PM | 16 | Thanksgiving of 2014.  There was a detail that was sought to |
| 04:18PM | 17 | be manned the evening before Thanksgiving.  Did you work that |
| 04:18PM | 18 | detail? |
| 04:18PM | 19 | A.  Yes, I did. |
| 04:18PM | 20 | Q.  Do you know if the defendant worked that detail? |
| 04:18PM | 21 | A.  Yes, he did. |
| 04:18PM | 22 | Q.  Was there a briefing before the detail, if you remember? |
| 04:18PM | 23 | A.  Yes, there was a briefing. |
| 04:18PM | 24 | Q.  Did you attend the briefing? |
| 04:18PM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 04:18PM | 1 | Q.  Did all the officers on the detail attend the briefing? |
| 04:18PM | 2 | MR. ROMANO:  Objection. |
| 04:18PM | 3 | THE COURT:  Overruled. |
| 04:18PM | 4 | THE WITNESS:  As far as I'm aware, yes. |
| 04:18PM | 5 | BY MR. MANGO: |
| 04:18PM | 6 | Q.  Were there any special instructions during this briefing |
| 04:18PM | 7 | about the news media being present that night? |
| 04:18PM | 8 | A.  Yes, there was. |
| 04:18PM | 9 | Q.  And this detail was focused on the Chippewa bar and |
| 04:19PM | 10 | entertainment district, is that right? |
| 04:19PM | 11 | A.  Correct. |
| 04:19PM | 12 | Q.  Do you recall any instructions during the briefing to |
| 04:19PM | 13 | limit or avoid making arrests? |
| 04:19PM | 14 | MR. ROMANO:  Objection. |
| 04:19PM | 15 | THE COURT:  I'm going to sustain that. |
| 04:19PM | 16 | BY MR. MANGO: |
| 04:19PM | 17 | Q.  Was there any -- did you hear anyone at the briefing |
| 04:19PM | 18 | recommend that arrests should not be made? |
| 04:19PM | 19 | MR. ROMANO:  Same objection, Your Honor. |
| 04:19PM | 20 | THE COURT:  Sustained. |
| 04:19PM | 21 | BY MR. MANGO: |
| 04:19PM | 22 | Q.  Do you recall any instructions at the briefing about use |
| 04:19PM | 23 | of force? |
| 04:19PM | 24 | MR. ROMANO:  Same objection. |
| 04:19PM | 25 | THE COURT:  That's different.  Overruled. |

04:19PM    1           THE WITNESS:  No.

04:19PM    2   BY MR. MANGO:

04:19PM    3   Q.  So, were you assigned to a specific location for the

04:20PM    4   detail?

04:20PM    5   A.  Yes.

04:20PM    6   Q.  What was your location for the detail?

04:20PM    7   A.  I was located at Delaware and Chippewa.

04:20PM    8   Q.  And while you were working, so -- while you were working

04:20PM    9   that night, are you primarily constrained in that area then?

04:20PM    10   A.  No.

04:20PM    11   Q.  You can move around?

04:20PM    12   A.  Yes.

04:20PM    13   Q.  Okay.  Did you -- while you were working, did you witness

04:20PM    14   any confrontations or incidents on the block of Chippewa

04:20PM    15   Street between Franklin and Pearl?

04:20PM    16   A.  No.

04:20PM    17   Q.  And did you see the news media out that night?

04:20PM    18   A.  Yes.

04:20PM    19        MR. MANGO:  If I could just have one second, Judge?

04:20PM    20        THE COURT:  All right.

04:21PM    21   BY MR. MANGO:

04:21PM    22   Q.  Lieutenant Lloyd, during the briefing -- who did the

04:21PM    23   briefing, if you remember?

04:21PM    24   A.  Lieutenant Ralph Zangara.

04:21PM    25   Q.  Did he mention anything about arrests during the

04:21PM  1   briefing?

04:21PM  2            MR. ROMANO:  Objection.  Same question, Judge.

04:21PM  3            THE COURT:  Sustained.

04:21PM  4            MR. MANGO:  The question was a little different.

04:21PM  5            THE COURT:  Not much.

04:21PM  6            MR. MANGO:  Nothing further, Your Honor.  Thank you.

04:21PM  7            MR. ROMANO:  May I proceed, Your Honor?

04:22PM  8            THE COURT:  Please do.

04:22PM  9

04:22PM  10                   CROSS-EXAMINATION

04:22PM  11

04:22PM  12   BY MR. ROMANO:

04:22PM  13   Q.  Good afternoon, Lieutenant Lloyd.

04:22PM  14   A.  Good afternoon.

04:22PM  15   Q.  Lieutenant Lloyd, you know Officer Krug, correct?

04:22PM  16   A.  Yes.

04:22PM  17   Q.  In fact, you worked with him at the Buffalo Police

04:22PM  18   Department?

04:22PM  19   A.  Yes.

04:22PM  20   Q.  You two work together in the same unit?

04:22PM  21   A.  Yes.

04:22PM  22   Q.  The Housing Unit?

04:22PM  23   A.  Correct.

04:22PM  24   Q.  What areas of Buffalo does the Housing Unit cover?

04:22PM  25   A.  It covers the entire city, specifically focused on the

04:22PM    1    Buffalo housing districts throughout the city.

04:22PM    2    Q.  Those are high crime areas, aren't they?

04:22PM    3         MR. MANGO:  Objection, Judge.  I don't know what the

04:22PM    4    relevance is.

04:22PM    5         THE COURT:  I don't either.

04:22PM    6    BY MR. ROMANO:

04:22PM    7    Q.  But that's a specific unit designated by Mayor Brown?

04:22PM    8         MR. MANGO:  Objection.  Relevance.

04:22PM    9         THE COURT:  Sustained.

04:22PM   10    BY MR. ROMANO:

04:22PM   11    Q.  Do you know if in 2014 Officer Krug worked in the Housing

04:22PM   12    Unit?

04:22PM   13    A.  Yes, he did.

04:22PM   14    Q.  Lieutenant, being a Buffalo Police Officer is a dangerous

04:23PM   15    job, isn't it?

04:23PM   16         MR. MANGO:  Objection.

04:23PM   17         THE COURT:  Well, I'll let him answer that question.

04:23PM   18         THE WITNESS:  Yes, it's a dangerous job.

04:23PM   19         THE COURT:  You may answer that.

04:23PM   20    BY MR. ROMANO:

04:23PM   21    Q.  And you've been a police officer for over 10 years?

04:23PM   22    A.  Correct.

04:23PM   23    Q.  You've worked the toughest parts of the city?

04:23PM   24    A.  Yes.

04:23PM   25    Q.  You've dealt with the worst members of our community?

04:23PM   1    A.  Yes.

04:23PM   2           MR. MANGO:  Objection.  I imagine they've also dealt

04:23PM   3    with the best members of --

04:23PM   4           THE COURT:  Is Chippewa Street considered -- what was

04:23PM   5    that phrase, one of the worst?

04:23PM   6           MR. ROMANO:  Some of the worst members of our

04:23PM   7    community, Your Honor.

04:23PM   8           THE COURT:  Some of the worst people in the city

04:23PM   9    frequent Chippewa Street, sir?

04:23PM  10           THE WITNESS:  Yes.

04:23PM  11           THE COURT:  They do?

04:23PM  12           THE WITNESS:  The best and the worst.  I mean, people

04:23PM  13    in general are both.

04:23PM  14    BY MR. ROMANO:

04:23PM  15    Q.  Fair to say, Lieutenant, you deal with criminals on

04:23PM  16    Chippewa Street?

04:23PM  17    A.  Yes.

04:23PM  18    Q.  You deal with murderers?

04:23PM  19    A.  Yes.

04:23PM  20           MR. MANGO:  Objection, Judge.  This case isn't about

04:23PM  21    murder.

04:23PM  22           THE COURT:  Sustained.

04:23PM  23    BY MR. ROMANO:

04:23PM  24    Q.  The Chippewa Strip is a dangerous place for Buffalo

04:24PM  25    Police Officers, isn't it?

04:24PM  1                MR. MANGO:  Objection.

04:24PM  2                THE COURT:  I'll let him answer that.

04:24PM  3                THE WITNESS:  Yes, it is.

04:24PM  4    BY MR. ROMANO:

04:24PM  5    Q.  The Chippewa Strip is a strip of bars and nightclubs in

04:24PM  6    the heart of Buffalo, true?

04:24PM  7    A.  True.

04:24PM  8    Q.  And the Chippewa Strip is in the Buffalo Police

04:24PM  9    Department's B District?

04:24PM  10   A.  Yes.

04:24PM  11   Q.  And you've previously been assigned to B District,

04:24PM  12   correct?

04:24PM  13   A.  Correct.

04:24PM  14   Q.  You were assigned to B District for around two and a half

04:24PM  15   years?

04:24PM  16   A.  On and off, two and a half years.

04:24PM  17   Q.  When did you serve in B District?

04:24PM  18   A.  On two occasions as a field training -- professional

04:24PM  19   training process, I was there approximately a year.  Can't --

04:24PM  20   so, that was in 2010, 2009, 2010.  I returned there about

04:24PM  21   2015 to 2016.

04:24PM  22   Q.  Did you work in the B District in 2014 in November?

04:25PM  23   A.  Yes, I was working the detail so, yes.  I stand

04:25PM  24   corrected.  I was actually -- maybe, about 2014 to 2016 I was

04:25PM  25   working there.

04:25PM    1    Q.   Fine.   Lieutenant, did you ever work the overnight shift?

04:25PM    2    A.   Yes.

04:25PM    3    Q.   What are the hours that cover the overnight shift?

04:25PM    4    A.   Typically from 2000 hours, which is 8 p.m., to 0600

04:25PM    5    hours, 6 a.m.

04:25PM    6    Q.   Over two and a half years in B District, would it be fair

04:25PM    7    to say, Lieutenant, that you're very familiar with the

04:25PM    8    dangers of the Chippewa Strip?

04:25PM    9             MR. MANGO:   Objection, Judge.   We're not talking

04:25PM   10    about two and a half years here, we're talking about one

04:25PM   11    night.

04:25PM   12             THE COURT:   I'll let him answer the question.

04:25PM   13             THE WITNESS:   I'm sorry, can you repeat the question?

04:25PM   14             MR. ROMANO:   Fair enough.

04:25PM   15    BY MR. ROMANO:

04:25PM   16    Q.   Lieutenant, working two and a half years in B District,

04:25PM   17    you are very aware of the dangers of the Chippewa Strip,

04:25PM   18    correct?

04:25PM   19    A.   Correct.

04:25PM   20    Q.   There is a lot of uncertainty on Chippewa --

04:26PM   21             MR. MANGO:   Objection.   That's a confusing question.

04:26PM   22             THE COURT:   Rephrase your question.

04:26PM   23    BY MR. ROMANO:

04:26PM   24    Q.   Lieutenant, would you agree that there's a lot of

04:26PM   25    uncertainty on the Chippewa Strip as a police officer?

04:26PM    1             THE COURT:  Same question.

04:26PM    2             MR. MANGO:  Objection.

04:26PM    3             THE COURT:  Exactly the same question and I just

04:26PM    4   sustained it.

04:26PM    5   BY MR. ROMANO:

04:26PM    6   Q.  Lieutenant Lloyd, would you agree that it's very hard to

04:26PM    7   predict what's going to happen on Chippewa as you work as a

04:26PM    8   police officer?

04:26PM    9             MR. MANGO:  Objection, Judge.

04:26PM   10             THE COURT:  That, I'll allow.  You may answer that,

04:26PM   11   sir.

04:26PM   12             THE WITNESS:  Yes.

04:26PM   13   BY MR. ROMANO:

04:26PM   14   Q.  It's unpredictable?

04:26PM   15             MR. MANGO:  He just answered, Judge.  Objection.

04:26PM   16             THE COURT:  He answered.  He said yes.

04:26PM   17             THE WITNESS:  Yes.

04:26PM   18   BY MR. ROMANO:

04:26PM   19   Q.  There's large crowds?

04:26PM   20   A.  Yes.

04:26PM   21   Q.  It's a confined space?

04:26PM   22             MR. MANGO:  Objection.

04:26PM   23             THE COURT:  Overruled.  Go ahead.

04:26PM   24             THE WITNESS:  Yes.

04:26PM   25

04:26PM    1   BY MR. ROMANO:

04:26PM    2   Q.  There's illegal drugs?

04:26PM    3   A.  Yes.

04:26PM    4   Q.  People are drinking alcohol?

04:26PM    5   A.  Yes.

04:26PM    6   Q.  Drinking alcohol to the point of intoxication?

04:26PM    7           MR. MANGO:  Objection, Judge.  It's a bar area.

04:27PM    8           THE COURT:  I think we've seen the video.  We've seen

04:27PM    9   some people drinking alcohol.

04:27PM   10           MR. MANGO:  Right.

04:27PM   11           THE COURT:  Overruled.

04:27PM   12           THE WITNESS:  Yes.

04:27PM   13   BY MR. ROMANO:

04:27PM   14   Q.  You also encountered disorderly conduct?

04:27PM   15   A.  Yes.

04:27PM   16   Q.  Bottles being thrown?

04:27PM   17   A.  Yes.

04:27PM   18   Q.  Fights?

04:27PM   19   A.  Yes.

04:27PM   20   Q.  Weapons?

04:27PM   21           THE COURT:  Were there any bottles being thrown in

04:27PM   22   this case?  What does this have to do with bottles?

04:27PM   23           MR. ROMANO:  Your Honor, my question was --

04:27PM   24           THE COURT:  I understand what the question is.  Let's

04:27PM   25   be a little more specific.  We're dealing with a particular

04:27PM   1   day and he was there.

04:27PM   2           MR. ROMANO:  He was, Your Honor.  My question more

04:27PM   3   goes to his experience on Chippewa which was --

04:27PM   4           THE COURT:  We're talking about a particular day in

04:27PM   5   2014, even if he was there that day.

04:27PM   6   BY MR. ROMANO:

04:27PM   7   Q.  In any event, these different dangers, they create

04:27PM   8   unpredictability, correct?

04:27PM   9   A.  Correct.

04:27PM   10  Q.  And unpredictability leads to dangerous situations for

04:27PM   11  police officers?

04:28PM   12          MR. MANGO:  Objection.

04:28PM   13          THE COURT:  I think we've gotten that three times

04:28PM   14  now.

04:28PM   15          THE WITNESS:  May I answer the question or is that --

04:28PM   16          THE COURT:  My response is sustained.

04:28PM   17  BY MR. ROMANO:

04:28PM   18  Q.  Lieutenant Lloyd, working Thanksgiving Eve is even more

04:28PM   19  challenging for police officers, isn't that right?

04:28PM   20          MR. MANGO:  Objection.

04:28PM   21          THE COURT:  What was the question again?

04:28PM   22          MR. ROMANO:  Working Thanksgiving Eve is even more

04:28PM   23  challenging for Buffalo Police Officers?

04:28PM   24          THE COURT:  I'll allow that.

04:28PM   25          THE WITNESS:  Yes.

04:28PM    1    BY MR. ROMANO:

04:28PM    2    Q.  Because all those dangers we just talked about are

04:28PM    3    multiplied by 10?

04:28PM    4            MR. MANGO:  Objection.

04:28PM    5            THE COURT:  Was it 10; 10 times?

04:28PM    6            THE WITNESS:  I don't know the exact number, but it's

04:28PM    7    intensified based on the crowd size I would say.

04:28PM    8    BY MR. ROMANO:

04:28PM    9    Q.  Those dangers are amplified, correct?

04:28PM   10    A.  Correct.

04:28PM   11    Q.  Because Thanksgiving Eve is a very busy time on the

04:28PM   12    Chippewa Strip?

04:28PM   13    A.  Yes.

04:28PM   14    Q.  It's a big party night?

04:28PM   15    A.  Yes.

04:29PM   16    Q.  The bars are packed?

04:29PM   17            MR. MANGO:  Objection.

04:29PM   18            THE COURT:  I'm sorry?

04:29PM   19            MR. ROMANO:  There was an objection.

04:29PM   20            THE COURT:  I didn't hear it.

04:29PM   21            MR. MANGO:  Objection.  Just to state the bars are

04:29PM   22    packed.  Is that a question?  Is that -- are all the bars

04:29PM   23    packed or --

04:29PM   24            THE COURT:  The bars are packed?  Is that the

04:29PM   25    question?

04:29PM    1                    MR. MANGO:  That was the question.

04:29PM    2                    THE COURT:  Are bars packed on Chippewa Street?

04:29PM    3                    THE WITNESS:  Yes, sir.

04:29PM    4                    THE COURT:  Okay.  Thank you.

04:29PM    5    BY MR. ROMANO:

04:29PM    6    Q.  And the Buffalo Police need extra help on that night,

04:29PM    7    correct?

04:29PM    8    A.  Correct.

04:29PM    9    Q.  And you need a special detail?

04:29PM   10    A.  Correct.

04:29PM   11    Q.  And you volunteered to work that special detail?

04:29PM   12    A.  Yes.

04:29PM   13    Q.  And so did Officer Krug?

04:29PM   14    A.  Yes.

04:29PM   15    Q.  Now, Lieutenant Lloyd, as a former police officer

04:30PM   16    assigned to B District, you know what Asbury Aly is, don't

04:30PM   17    you?

04:30PM   18    A.  Yes.

04:30PM   19    Q.  It's a red brick alleyway off of Chippewa?

04:30PM   20    A.  Correct.

04:30PM   21    Q.  And there's actually a street sign on Chippewa that says

04:30PM   22    Asbury Aly on it?

04:30PM   23    A.  Correct.

04:30PM   24    Q.  And it's between Franklin and Pearl Street on West

04:30PM   25    Chippewa Street?

04:30PM   1   A.  Correct.

04:30PM   2   Q.  And it's my understanding it's next to a set of bars and

04:30PM   3   a parking lot, which is on the corner of Chippewa and Pearl

04:30PM   4   Street?

04:30PM   5   A.  Correct.

04:30PM   6            MR. ROMANO:  Your Honor, may I approach the witness?

04:30PM   7            THE COURT:  Yeah, you can show him something, sure.

04:30PM   8            MR. ROMANO:  Thank you, Your Honor.

04:30PM   9   BY MR. ROMANO:

04:30PM  10   Q.  Lieutenant Lloyd, I'm showing you Defendant's

04:30PM  11   Exhibits 117, 118, 119 and 120.  Just take a second and look

04:30PM  12   at them for a second and I'll ask you a couple questions.

04:31PM  13   When you're ready, just look up, Lieutenant.  Are you ready?

04:31PM  14   A.  Ready.

04:31PM  15   Q.  Lieutenant Lloyd, these photographs are photographs of

04:31PM  16   West Chippewa Street and Asbury Alley, correct?

04:31PM  17   A.  Correct.

04:31PM  18   Q.  And you recognize these photographs as what they depict?

04:31PM  19   A.  Yes.

04:31PM  20   Q.  And these are fair and accurate representations of West

04:31PM  21   Chippewa Street and Asbury Alley?

04:31PM  22            THE COURT:  I think you're leading the witness.

04:31PM  23            MR. ROMANO:  Pardon me, Your Honor?

04:31PM  24            THE COURT:  Do you think you're leading the witness?

04:31PM  25            MR. ROMANO:  I am?

04:31PM   1          THE COURT:  Would you like me to read that question

04:31PM   2   back to you?

04:31PM   3          MR. ROMANO:  I am reading the --

04:31PM   4          THE COURT:  Read the question back.

04:31PM   5   (The question was read back by the reporter.)

04:31PM   6          THE COURT:  All right.  It's okay.  I'll allow him to

04:31PM   7   answer the question.

04:31PM   8          MR. ROMANO:  Thank you.

04:31PM   9   BY MR. ROMANO:

04:31PM  10   Q.  Is that true?

04:32PM  11   A.  Yes, it's true.

04:32PM  12          MR. ROMANO:  At this time, Your Honor, I move Defense

04:32PM  13   Exhibits 117, 118, 119 and 120 into evidence.

04:32PM  14          MR. MANGO:  Judge, they seem a little cumulative but

04:32PM  15   if he wants them all in, I guess I won't object.  I don't see

04:32PM  16   the relevance to all four of them.

04:32PM  17          THE COURT:  Well, we'll allow them in.  We're getting

04:32PM  18   into an area outside direct examination.  So, as long as

04:32PM  19   you're outside, the rules change when that occurs.  Just so

04:32PM  20   you're aware of that.  Go ahead.

04:32PM  21   (Defendant's Exhibits 117, 118, 119 and 120 were received in

04:32PM  22   evidence.)

04:32PM  23

04:32PM  24          MR. ROMANO:  Thank you, Your Honor.  Ms. Prawel, can

04:32PM  25   you bring up Defense Exhibit 117 please?  Thank you.

LLOYD  --  MR. ROMANO  --  7/18/19

23

| | | |
|---|---|---|
| 04:32PM | 1 | BY MR. ROMANO: |
| 04:32PM | 2 | Q.  So, Lieutenant Lloyd, looking at Defense Exhibit 117, |
| 04:33PM | 3 | just so we can allocate ourselves, the street there on the |
| 04:33PM | 4 | left is West Chippewa Street, correct? |
| 04:33PM | 5 | A.  Correct. |
| 04:33PM | 6 | Q.  And that street sign is the street sign for Asbury Alley? |
| 04:33PM | 7 | A.  Correct. |
| 04:33PM | 8 | Q.  And that intersects with West Chippewa Street? |
| 04:33PM | 9 | A.  Correct. |
| 04:33PM | 10 | Q.  Now, as you look down at this photograph, that is going |
| 04:33PM | 11 | westbound on West Chippewa Street? |
| 04:33PM | 12 | A.  Yes. |
| 04:33PM | 13 | Q.  That is looking towards Franklin? |
| 04:33PM | 14 | MR. MANGO:  Judge, I am going to object now.  The |
| 04:33PM | 15 | photos are in evidence.  It's pretty clear directionally where |
| 04:33PM | 16 | these are.  I didn't cover this on direct at all. |
| 04:33PM | 17 | THE COURT:  I know, I know.  I'm going to give him |
| 04:33PM | 18 | some latitude here.  Go ahead. |
| 04:33PM | 19 | MR. ROMANO:  Thank you, Your Honor. |
| 04:33PM | 20 | BY MR. ROMANO: |
| 04:33PM | 21 | Q.  So, this is looking westbound, correct? |
| 04:33PM | 22 | A.  Correct. |
| 04:33PM | 23 | Q.  So, the first street you see, you see a set of street |
| 04:33PM | 24 | lights, that would be Franklin? |
| 04:33PM | 25 | A.  Yes. |

04:33PM 1   Q.  And that glass building all the way on the right, that

04:33PM 2   would be the corner where Delaware is, true?

04:33PM 3   A.  Correct.

04:33PM 4   Q.  And this -- I think it's right here, I'll circle it.

04:33PM 5   That little red brick path, that is Asbury Alley, correct?

04:33PM 6   A.  Correct.

04:33PM 7   Q.  Lieutenant Lloyd, do you know that the nightclub Indulge

04:34PM 8   is closed?

04:34PM 9   A.  I'm not aware, no.

04:34PM 10  Q.  Do you know if Indulge was located right here where I

04:34PM 11  drew that circle -- I'm sorry, circle?

04:34PM 12  A.  I can't recall.

04:34PM 13         THE COURT:  Just one second.  What is the exhibit

04:34PM 14  that -- that shows the photo of this area?

04:34PM 15         MR. MANGO:  106, Your Honor.

04:34PM 16         THE COURT:  Pardon me?

04:34PM 17         MR. MANGO:  106, Judge and 120.

04:34PM 18         THE COURT:  What is it, 106?

04:34PM 19         MR. MANGO:  Government 126, Defense 122.

04:34PM 20         THE COURT:  So, 122.  Let me see this a second.

04:34PM 21  Ladies and gentlemen, we're going to go a little bit later.

04:34PM 22  I'd like to finish this witness up before the end of the day

04:34PM 23  if we can.

04:34PM 24         MR. ROMANO:  Your Honor, may I continue?

04:34PM 25         THE COURT:  Not just yet.

04:35PM   1          MR. MANGO:  Judge, also 124 Defense Exhibit was also

04:35PM   2   introduced.  So, they've already previously introduced Defense

04:35PM   3   Exhibit 122 and Defense 124.

04:35PM   4          THE COURT:  All right.  Just one second here.  All

04:36PM   5   right.  Go ahead.

04:36PM   6          MR. ROMANO:  Thank you, Your Honor.

04:36PM   7   BY MR. ROMANO:

04:36PM   8   Q.  So, Lieutenant, if you look at the right-hand side of

04:36PM   9   Defense Exhibit 117, that is the parking lot, or at least

04:36PM  10   part of the parking lot at the corner of West Chippewa Street

04:36PM  11   and Pearl Street, true?

04:36PM  12   A.  True.

04:36PM  13          MR. ROMANO:  Ms. Prawel, if we could move to 118?

04:36PM  14   Thank you.

04:36PM  15   BY MR. ROMANO:

04:36PM  16   Q.  Lieutenant Lloyd, this is another photograph of Asbury

04:36PM  17   Aly just from a different perspective, correct?

04:36PM  18   A.  Correct.

04:36PM  19   Q.  In fact, it's the opposite perspective of 117?

04:36PM  20   A.  Yes.

04:36PM  21   Q.  On the right-hand side, you see the yellow line, that's

04:36PM  22   West Chippewa Street?

04:36PM  23   A.  Yes.

04:36PM  24   Q.  Again, you see the street sign.  It says Asbury Alley and

04:36PM  25   West Chippewa Street?

LLOYD  --  MR. ROMANO  --  7/18/19

26

| | | |
|---|---|---|
| 04:36PM | 1 | A.   Correct. |
| 04:36PM | 2 | Q.   And this path right here is actually Asbury Alley? |
| 04:37PM | 3 | A.   Yes. |
| 04:37PM | 4 | Q.   And you can see, Lieutenant, that the alley actually goes |
| 04:37PM | 5 | all the way beyond this building.  There's an opening at the |
| 04:37PM | 6 | end, correct? |
| 04:37PM | 7 | A.   Correct. |
| 04:37PM | 8 | Q.   So, in other words, it's not closed off.  It goes |
| 04:37PM | 9 | actually between the buildings? |
| 04:37PM | 10 | A.   Correct. |
| 04:37PM | 11 | Q.   And again, on the left-hand side here is the parking lot, |
| 04:37PM | 12 | true? |
| 04:37PM | 13 | A.   True. |
| 04:37PM | 14 | Q.   And the street immediately down is Pearl Street? |
| 04:37PM | 15 | A.   Correct. |
| 04:37PM | 16 | Q.   So, this is would be going eastbound or looking eastbound |
| 04:37PM | 17 | on West Chippewa Street? |
| 04:37PM | 18 | A.   Correct. |
| 04:37PM | 19 | Q.   Thank you. |
| 04:37PM | 20 |         MR. ROMANO:  Next photograph, Ms. Prawel. |
| 04:37PM | 21 | BY MR. ROMANO: |
| 04:37PM | 22 | Q.   So, Lieutenant, this picture, this is just another |
| 04:37PM | 23 | perspective of West Chippewa Street, isn't that right? |
| 04:37PM | 24 | A.   Correct. |
| 04:37PM | 25 | Q.   Asbury Alley would be right here where I drew that |

04:37PM   1   circle, true?

04:37PM   2   A.   Correct.

04:38PM   3   Q.   And right here, this is Prima Pizza, isn't that right?

04:38PM   4   A.   Correct.

04:38PM   5   Q.   And Prima Pizza is at the corner of West Chippewa Street

04:38PM   6   and Pearl Street?

04:38PM   7   A.   Correct.

04:38PM   8   Q.   Again, this is West Chippewa Street?

04:38PM   9   A.   Yes, it is.

04:38PM  10   Q.   This, again, is looking westbound towards Franklin and

04:38PM  11   Delaware, isn't that right?

04:38PM  12   A.   Correct.

04:38PM  13   Q.   And what would be behind the photographer would be that

04:38PM  14   parking lot that we talked about.  That's on the corner of

04:38PM  15   Pearl and West Chippewa Street, correct?

04:38PM  16   A.   Correct.

04:38PM  17         MR. ROMANO:  Ms. Prawel, last photograph, please.

04:38PM  18   BY MR. ROMANO:

04:38PM  19   Q.   Now, Lieutenant, we're looking at Defense Exhibit 120.

04:38PM  20   Now, again, this is another photograph of Asbury Aly just

04:38PM  21   from another perspective, isn't that right?

04:38PM  22   A.   Yes.

04:38PM  23   Q.   Actually, in this photograph, Asbury Alley -- we're

04:38PM  24   actually in the corner where we talked about the opening in

04:38PM  25   the last picture.  We're standing in that opening and looking

04:38PM  1   towards West Chippewa Street, isn't that right?

04:39PM  2              THE COURT:  By the way, sir, are these photographs an

04:39PM  3   accurate depiction as to these scenes back in November 27th,

04:39PM  4   2014?

04:39PM  5              THE WITNESS:  No, Your Honor.

04:39PM  6              THE COURT:  These are not accurate as to --

04:39PM  7              THE WITNESS:  They're not accurate to the way they

04:39PM  8   were in 2014.

04:39PM  9              THE COURT:  They were different?

04:39PM  10             THE WITNESS:  Correct, Your Honor.

04:39PM  11  BY MR. ROMANO:

04:39PM  12  Q.  Lieutenant, how are they different?

04:39PM  13  A.  The businesses.  The business, I mean, the actual

04:39PM  14  structures -- the street structures are the same, but the

04:39PM  15  businesses have changed since 2014.

04:39PM  16  Q.  But Asbury Alley has not changed, correct?

04:39PM  17  A.  No, it's not changed.

04:39PM  18  Q.  Asbury Alley was there in the shape it's in in this

04:39PM  19  photograph, Defense Exhibit 120, in November of 2014?

04:39PM  20             MR. MANGO:  Judge, I'm going to object to this line

04:39PM  21  of questioning.  Again, I did not go into this on direct.  The

04:39PM  22  witness has already said he can't --

04:39PM  23             THE COURT:  I'm not sure whether this is an accurate

04:40PM  24  representation of the scene.

04:40PM  25             MR. ROMANO:  Your Honor, if I could have --

| | | |
|---|---|---|
| 04:40PM | 1 | THE COURT:  The whole scene.  When were these |
| 04:40PM | 2 | photographs alledgedly taken? |
| 04:40PM | 3 | MR. ROMANO:  These photographs were taken recently, |
| 04:40PM | 4 | Your Honor, but if I may have some latitude, Your Honor, my -- |
| 04:40PM | 5 | THE COURT:  You're talking about buildings that may |
| 04:40PM | 6 | or may not have been there.  I don't know what the scene was |
| 04:40PM | 7 | there, but these are recent photographs. |
| 04:40PM | 8 | MR. ROMANO:  Your Honor -- |
| 04:40PM | 9 | THE COURT:  I don't know if there's -- back then |
| 04:40PM | 10 | about this parking lot we're talking about here, whether it |
| 04:40PM | 11 | was -- whether it looked like that or had a fence around it or |
| 04:40PM | 12 | whatever.  I don't know. |
| 04:40PM | 13 | MR. ROMANO:  Your Honor, if I may, my understanding |
| 04:40PM | 14 | from Lieutenant Lloyd's testimony is that the businesses have |
| 04:40PM | 15 | changed in that the restaurant names, things of that nature, |
| 04:40PM | 16 | but Asbury Alley was there and so was the parking lot. |
| 04:40PM | 17 | MR. MANGO:  Judge, I would object to the relevance of |
| 04:40PM | 18 | this testimony as compared to the direct.  There's no |
| 04:40PM | 19 | relevance here. |
| 04:40PM | 20 | MR. ROMANO:  Is it a scope objection, Your Honor, or |
| 04:40PM | 21 | relevance -- |
| 04:40PM | 22 | THE COURT:  Ladies and gentlemen, we went a little |
| 04:40PM | 23 | bit later.  We'll see you tomorrow morning at 9:00, okay, |
| 04:40PM | 24 | folks.  I want to get you out of here before the rush hour. |
| 04:40PM | 25 | Again, please -- it might be too late.  Please drive |

04:41PM  1  carefully.  Don't talk about the case, don't read anything

04:41PM  2  about the case, don't form any opinion or any judgement.  Wait

04:41PM  3  until you've heard all the evidence and enjoy your evening and

04:41PM  4  we'll see you tomorrow morning at 9:00, folks.

04:41PM  5  (The jury left the room at 4:41 p.m.)

04:41PM  6        THE COURT:  Sorry, Lieutenant, I was hoping to have

04:41PM  7  you finished today, but you'll have to be back here tomorrow,

04:41PM  8  okay?  Thank you, sir.

04:41PM  9  (The witness left the room at 4:41 p.m.)

04:41PM  10        THE COURT:  Just so I can understand the relevance of

04:41PM  11  these photographs, because right now I'm starting to have

04:41PM  12  serious questions about it, what is the relevance of these

04:42PM  13  photographs?

04:42PM  14        MR. CONNORS:  Your Honor, Asbury Alley was the alley

04:42PM  15  that Devin Ford and his friend went down, snuck down and came

04:42PM  16  around in the parking lot to jump Rolando Colon and Bryant

04:42PM  17  Munoz.

04:42PM  18        THE COURT:  What evidence do you have of that?

04:42PM  19  That's the first I heard of that.

04:42PM  20        MR. MANGO:  Devin Ford was cross-examined --

04:42PM  21        THE COURT:  How did he get into the alleyway?

04:42PM  22        MR. ROMANO:  There will be an officer that may

04:42PM  23  testify, a government witness that may testify, that talked

04:42PM  24  about it in the last trial, Your Honor.  That --

04:42PM  25        THE COURT:  Refresh my memory because I don't have

04:42PM  1   any recall.

04:42PM  2          MR. MANGO:  Officer Vidal remembers, Your Honor,

04:42PM  3   after the pepper spray incident, that Sean Dechent and Devin

04:42PM  4   Ford are standing there.  And after a few seconds, they sneak

04:42PM  5   down Asbury Alley, they come around the parking lot and they

04:42PM  6   jump Rolando Colon.

04:42PM  7          THE COURT:  Wait a minute.  How do they get in the

04:42PM  8   alley?  Right in the alley, right on Chippewa Street?

04:42PM  9          MR. ROMANO:  Yes, so --

04:42PM  10          THE COURT:  They went around and then they went into

04:42PM  11   the parking lot?

04:42PM  12          MR. ROMANO:  Yes.  They came around the cars.  They

04:42PM  13   were hiding.

04:42PM  14          THE COURT:  My recollection of the video here is that

04:43PM  15   that video was still running almost from the incident of the

04:43PM  16   pepper spray.  Then, you have a couple of seconds and then,

04:43PM  17   the camera kind of follows the Officer Krug.

04:43PM  18          MR. ROMANO:  Oh, no, Your Honor.  There's a break and

04:43PM  19   James --

04:43PM  20          THE COURT:  How much of a break is there?

04:43PM  21          MR. ROMANO:  I think James here testified up to a

04:43PM  22   minute.

04:43PM  23          THE COURT:  Well, okay.  Well, we'll see where we're

04:43PM  24   going to go.  I'm not -- I have to look at my notes on that.

04:43PM  25   All right.  Thank you, gentlemen, we'll see you tomorrow

04:43PM    1    morning.  Who's the next -- how many more witnesses do we

04:43PM    2    have?

04:43PM    3             MR. MANGO:  Judge, I think we're going to -- we've

04:43PM    4    got the deposition transcripts.

04:43PM    5             THE COURT:  How long does that take?

04:43PM    6             MR. MANGO:  There's 14 pages to read into evidence.

04:43PM    7             THE COURT:  Okay.  That's 10 minutes.

04:43PM    8             MR. MANGO:  And we have one witness, Bryant --

04:43PM    9             THE COURT:  So, we'll be done tomorrow?

04:43PM   10             MR. MANGO:  Bryant Munoz.  I expect we'll rest

04:43PM   11    tomorrow.

04:43PM   12             THE COURT:  Probably by morning?

04:44PM   13             MR. MANGO:  Tomorrow morning.  So, I hope defense

04:44PM   14    would be ready with a case tomorrow afternoon.

04:44PM   15             THE COURT:  Well, I hope the defense is ready to go,

04:44PM   16    because I'd like to continue the trial and I'm not going to

04:44PM   17    try to rush you.  I want to make sure that you have enough

04:44PM   18    time.  I want to know tomorrow what your plans are.  I mean,

04:44PM   19    you've got to think -- talk about them tonight because it

04:44PM   20    looks like we're coming to an end.  I mean, the other witness,

04:44PM   21    you have the deposition, you have -- who's the other witness?

04:44PM   22             MR. MANGO:  Bryant Munoz.  He should take maybe like,

04:44PM   23    20 minutes I'd say.

04:44PM   24             THE COURT:  What's his testimony going to be about?

04:44PM   25             MR. MANGO:  He was the one standing next to Ford.  He

04:44PM    1    put his hands up.

04:44PM    2              THE COURT:  Oh, okay.

04:44PM    3              MR. MANGO:  So, just what happened that night, what

04:44PM    4    he saw.

04:44PM    5              THE COURT:  Right.

04:44PM    6              MR. MANGO:  And that's it, Judge.  We mentioned this

04:44PM    7    yesterday, obviously, to defense --

04:44PM    8              MR. ROMANO:  Yeah.

04:44PM    9              MR. MANGO:  -- that we anticipated --

04:44PM   10              THE COURT:  Well, in the last trial you mentioned

04:44PM   11    we'd be over, I think, in three days.  And I think we went

04:44PM   12    five or six or seven weeks.

04:44PM   13              MR. MANGO:  We had some crazy weather, Judge.  We

04:44PM   14    had --

04:44PM   15              THE COURT:  That was only a couple of days with the

04:45PM   16    weather.  It may have been Mr. Connors' cross-examination.  It

04:45PM   17    might have been a little longer than we anticipated, which is

04:45PM   18    his right.  I'm not criticizing that at all.  So, we'll be

04:45PM   19    done tomorrow?

04:45PM   20              MR. MANGO:  Yes, Judge.

04:45PM   21              THE COURT:  Okay.  Now, I think the -- well, it

04:45PM   22    depends what the defense is going to do, but I'm about ready.

04:45PM   23    I mean, I have -- basically, the charge is not going to be

04:45PM   24    complicated.  It's going to be basically the same as the

04:45PM   25    old -- as the previous trial with, obviously, eliminating some

04:45PM 1    of the issues that were there.  We don't have them here.

04:45PM 2           MR. MANGO:  There's one additional request, Judge,

04:45PM 3    the lesser-included --

04:45PM 4           THE COURT:  Oh, I'll have to deal with that issue.

04:45PM 5           MR. MANGO:  There's obviously a misdemeanor.  It's a

04:45PM 6    misdemeanor with no injury.  It's the same elements except no

04:45PM 7    injury and it's a misdemeanor rather than a felony.  We would

04:45PM 8    ask for that.  There was extensive cross-examination about

04:46PM 9    bodily injury issue.

04:46PM 10          THE COURT:  Did you -- has that been briefed at all

04:46PM 11   about --

04:46PM 12          MR. MANGO:  No.

04:46PM 13          THE COURT:  -- the lesser-included?  It's very

04:46PM 14   unusual to have lesser-included offenses in my experience.

04:46PM 15          MR. MANGO:  It's rare.  We had one a long time ago on

04:46PM 16   assault on a government official.

04:46PM 17          THE COURT:  Well, I'd like some justification for it.

04:46PM 18   I'm sure there's a legal -- I don't know.  Maybe defense isn't

04:46PM 19   opposed to it.  I don't know.  I heard about -- that you were

04:46PM 20   going to ask for that a couple days ago.

04:46PM 21          MR. MANGO:  I think they've indicated they are

04:46PM 22   opposed.  We can file something tonight on the lesser --

04:46PM 23          THE COURT:  I'd like to have some -- it's like today,

04:46PM 24   I had to do some research.  I know that the events, that

04:46PM 25   haven't been decided, happened yesterday.  And I can't blame

04:46PM   1   counsel for not submitting some memos on that, but it was a

04:46PM   2   lot of work.  All right.  Well --

04:46PM   3               MR. ROMANO:  Your Honor, if I might?  The government

04:46PM   4   had mentioned a couple of other witnesses to us and kind of

04:46PM   5   gone back and forth on whether they might call them.  Can we

04:46PM   6   just get assurance that Special Agent Taylor, Suzanne Lawson,

04:46PM   7   the two Dechent brothers, Officer Foster and Officer Vidal

04:47PM   8   will not be called?

04:47PM   9               MR. MANGO:  Yes, we're making that representation.

04:47PM   10  We're going to handle the depositions after this witness, do

04:47PM   11  Bryant Munoz and then rest.

04:47PM   12               MR. ROMANO:  Okay.

04:47PM   13               MR. MANGO:  Unless we put our heads together and

04:47PM   14  realize we missed something, Judge.  We'll let them know

04:47PM   15  immediately.

04:47PM   16               THE COURT:  All right.

04:47PM   17               MR. MANGO:  But if that's the case, we would also

04:47PM   18  like to know, hopefully, sometime tonight, who their witnesses

04:47PM   19  will be tomorrow, as a courtesy, since we gave them courtesy

04:47PM   20  as well, Judge.

04:47PM   21               THE COURT:  Well, I would hope that that would

04:47PM   22  happen.

04:47PM   23               MR. CONNORS:  The only question we have about that,

04:47PM   24  Judge, is we were operating under the assumption that the

04:47PM   25  Dechents would be produced as witnesses.  And likely, we were

| | | |
|---|---|---|
| 04:47PM | 1 | told Tina Taylor would testify as well, so we figure Friday |
| 04:47PM | 2 | would cover all that. |
| 04:47PM | 3 | THE COURT:  I'm not going to require you tomorrow to |
| 04:47PM | 4 | start your proof. |
| 04:47PM | 5 | MR. CONNORS:  Thank you.  I appreciate it. |
| 04:47PM | 6 | THE COURT:  But it will be Monday morning. |
| 04:47PM | 7 | MR. CONNORS:  Of course.  Of course. |
| 04:47PM | 8 | THE COURT:  But if you could advise the Court |
| 04:48PM | 9 | tomorrow whether you're going to put a defense on, I'd sort of |
| 04:48PM | 10 | appreciate it. |
| 04:48PM | 11 | MR. CONNORS:  That's okay. |
| 04:48PM | 12 | THE COURT:  Because we'll been spending time working |
| 04:48PM | 13 | on any issues on the charge which I -- well, we only have one |
| 04:48PM | 14 | issue.  But then, we can go right into summations maybe Monday |
| 04:48PM | 15 | afternoon, depending on what your defense is. |
| 04:48PM | 16 | MR. MANGO:  That would be great, Judge.  And maybe |
| 04:48PM | 17 | they do want to put a case on tomorrow.  Is that still an |
| 04:48PM | 18 | opportunity? |
| 04:48PM | 19 | THE COURT:  Oh, sure.  If they have -- if they can |
| 04:48PM | 20 | put on proof tomorrow, fine. |
| 04:48PM | 21 | MR. CONNORS:  We'll find out. |
| 04:48PM | 22 | MR. MANGO:  Great. |
| 04:48PM | 23 | THE COURT:  But if they, you know, if they need -- |
| 04:48PM | 24 | I'm not going to rush it.  All I know, we're not going to rush |
| 04:48PM | 25 | it, but I'd like to, if we can, do it tomorrow if it's -- but |

04:48PM   1   these are tough decisions the defense has to make.  And

04:48PM   2   obviously, we thought it would go -- at least, I thought it

04:48PM   3   would probably go through tomorrow.  I know you kept saying it

04:48PM   4   would be over Monday afternoon -- or Thursday afternoon, I

04:49PM   5   think your original statement was.  Well, let's take one day

04:49PM   6   at time.

04:49PM   7            MR. FABIAN:  We were real close, Your Honor and if

04:49PM   8   not for a couple of lengthy issues, we would have been done

04:49PM   9   today.

04:49PM  10            THE COURT:  I know that's true.  We do have the

04:49PM  11   issues.

04:49PM  12            MR. ROMANO:  Judge, just one final issue.  We still

04:49PM  13   have not --

04:49PM  14            THE COURT:  By the way, when you go into a new area,

04:49PM  15   Mr. Romano, the rules do change.  You're now going into new

04:49PM  16   areas and leading witnesses is not usually permitted.

04:49PM  17            MR. ROMANO:  Yes, Your Honor.

04:49PM  18            THE COURT:  And I allowed you to testify about those

04:49PM  19   scenes.

04:49PM  20            MR. ROMANO:  Your Honor, if I may, just one last

04:49PM  21   issue.  We have still not received the impeach materials of

04:49PM  22   one of our witnesses, Joseph Hassett.  If we're expected to

04:49PM  23   decide whether we're putting on a case over the next day or

04:49PM  24   two, we need those materials.

04:49PM  25            MR. MANGO:  Judge, we've provided, I believe, one or

US v KRUG -- PROCEEDINGS -- 7/18/19

38

04:49PM    1    two items.  They have some other items.  There's a few other

04:50PM    2    police reports we'll provide today, Judge.

04:50PM    3            MR. ROMANO:  All right.

04:50PM    4            THE COURT:  Thank you.

04:50PM    5    (Proceedings ended at 4:50 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              *     *     *     *     *     *     *

 2

 3              I certify that the foregoing is a

 4       correct transcription of the proceedings

 5       recorded by me in this matter.

 6

 7

 8

 9                           s/ Megan E. Pelka, RPR

10                           Court Reporter,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```