1           **UNITED STATES DISTRICT COURT**
            **WESTERN DISTRICT OF NEW YORK**
2


3
    UNITED STATES OF AMERICA,        )
4                                    ) Case No. 1:15-CR-00157
                                     )              (RJA)(HKS)
5                  Plaintiff,        )
                                     )
6    vs.                             ) July 18th, 2019
                                     )
7    COREY KRUG,                     )
                                     )
8                  Defendant.        )

9

10          **TRANSCRIPT OF JURY TRIAL TESTIMONY OF D. FORD**
              **BEFORE THE HONORABLE RICHARD J. ARCARA**
11               **SENIOR UNITED STATES DISTRICT JUDGE**

12

13   APPEARANCES:

14   For the Plaintiff:    JAMES P. KENNEDY, JR.
                           UNITED STATES ATTORNEY
15                         BY:  JOHN D. FABIAN, ESQ.
                                AARON J. MANGO, ESQ.
16                         ASSISTANT UNITED STATES ATTORNEYS
                           138 Delaware Avenue
17                         Buffalo, NY 14202

18   For the Defendant:    CONNORS, LLP
                           BY:  TERRANCE M. CONNORS, ESQ.
19                              NICHOLAS A. ROMANO, ESQ,
                           1000 Liberty Building
20                         Buffalo, NY 14202

21                         LIPSITZ GREEN SCIME CAMBRIA LLP
                           BY:  HERBERT L. GREENMAN, ESQ.
22                         42 Delaware Avenue, Suite 300
                           Buffalo, NY 14202
23
     Court Reporter:       MEGAN E. PELKA, RPR
24                         Robert H. Jackson Courthouse
                           2 Niagara Square
25                         Buffalo, NY 14202

09:32AM  1          MR. MANGO:  Judge, the government would call Devin

09:32AM  2   Ford, witness number 6.

09:33AM  3          THE CLERK:  Please state your full name and spell

09:33AM  4   your last name for the record.

09:33AM  5          THE WITNESS:  Devin Ford, D-E-V-I-N, last name Ford,

09:33AM  6   F-O-R-D.

09:33AM  7   (The witness was sworn at 9:33 a.m.)

09:34AM  8          MR. MANGO:  Your Honor, may I proceed?

09:34AM  9          THE COURT:  Yes, please.

09:34AM  10

09:34AM  11                  DIRECT EXAMINATION

09:34AM  12

09:34AM  13  BY MR. MANGO:

09:34AM  14  Q.  Good morning, Mr. Ford.

09:34AM  15  A.  Good morning.

09:34AM  16  Q.  Can you tell the jurors what town you currently live in?

09:34AM  17  A.  I live in Lackawanna, New York.

09:34AM  18  Q.  How long have you lived in Lackawanna?

09:34AM  19  A.  My entire life.

09:34AM  20  Q.  And do you have any other family in Lackawanna?

09:34AM  21  A.  Yes, sir.

09:34AM  22  Q.  Are you a U.S. Citizen?

09:34AM  23  A.  Yes, sir.

09:34AM  24  Q.  How old are you now, Mr. Ford?

09:34AM  25  A.  I'm currently 27 years old.

| | | |
|---|---|---|
| 09:34AM | 1 | Q.  Okay.  And so in November of 2014, would it be fair to |
| 09:34AM | 2 | say you were 22 years old? |
| 09:34AM | 3 | A.  Yes, sir. |
| 09:34AM | 4 | Q.  And can you stand briefly? |
| 09:34AM | 5 | A.  (Indicating). |
| 09:34AM | 6 | Q.  How tall are you? |
| 09:34AM | 7 | A.  I'm approximately five foot eleven. |
| 09:35AM | 8 | Q.  Thank you.  You can sit down.  How much do you weigh? |
| 09:35AM | 9 | A.  One hundred eighty pounds. |
| 09:35AM | 10 | Q.  In 2014 I imagine your height was the same? |
| 09:35AM | 11 | A.  Yeah.  I was the same height. |
| 09:35AM | 12 | Q.  And how about your weight? |
| 09:35AM | 13 | A.  I was a little heavier.  I was approximately 200 flat, |
| 09:35AM | 14 | 200 pounds. |
| 09:35AM | 15 | Q.  Are you employed Mr. Ford? |
| 09:35AM | 16 | A.  Yes, sir. |
| 09:35AM | 17 | Q.  Where are you employed? |
| 09:35AM | 18 | A.  Right now I'm currently working at El Canelo Mexican |
| 09:35AM | 19 | restaurant. |
| 09:35AM | 20 | Q.  What do you do? |
| 09:35AM | 21 | A.  I'm a prep cook. |
| 09:35AM | 22 | Q.  And how long have you been working at El Canelo? |
| 09:35AM | 23 | A.  I've been working there since I was 19 years old on and |
| 09:35AM | 24 | off, so that's about six, seven years. |
| 09:35AM | 25 | Q.  How many hours do you currently work a week at El Canelo? |

FORD  --  BY MR. MANGO  --  07/18/2019

3

| | | |
|---|---|---|
| 09:35AM | 1 | A.  Fifty-five hours a week. |
| 09:35AM | 2 | Q.  And in the past, have you worked at any other |
| 09:35AM | 3 | restaurants? |
| 09:35AM | 4 | A.  Yes, sir. |
| 09:35AM | 5 | Q.  How about in the 2014 timeframe, where were you working |
| 09:35AM | 6 | then? |
| 09:35AM | 7 | A.  At that time I was working at the Mulberry Italian |
| 09:36AM | 8 | restaurant. |
| 09:36AM | 9 | Q.  What town is that in? |
| 09:36AM | 10 | A.  That's in Lackawanna, New York. |
| 09:36AM | 11 | Q.  How about El Canelo, what town is that? |
| 09:36AM | 12 | A.  That's in Hamburg off of McKinley parkway. |
| 09:36AM | 13 | Q.  Can you tell the jury what your marital status is? |
| 09:36AM | 14 | A.  I'm single at the moment. |
| 09:36AM | 15 | Q.  Are you in any type of relationship? |
| 09:36AM | 16 | A.  No. |
| 09:36AM | 17 | Q.  Do you have any children? |
| 09:36AM | 18 | A.  No. |
| 09:36AM | 19 | Q.  Can you tell the jury please what your educational |
| 09:36AM | 20 | background is? |
| 09:36AM | 21 | A.  Just high school education. |
| 09:36AM | 22 | Q.  Let me -- I'd like to bring your attention to November |
| 09:36AM | 23 | 26th of 2014.  That would have been the day before |
| 09:36AM | 24 | Thanksgiving of 2014. |
| 09:36AM | 25 | A.  Correct. |

09:36AM  1    Q.  Okay?  Do you remember that day?

09:36AM  2    A.  Yes, sir.

09:36AM  3    Q.  Why do you remember that day?

09:36AM  4    A.  It's a hard day to forget.  It was the day I was

09:36AM  5    assaulted by an officer.

09:36AM  6    Q.  All right.  So I'd like to talk about that day,

09:36AM  7    Thanksgiving Eve, leading up to -- you mentioned an assault

09:37AM  8    by an officer.  So leading up to that, let's discuss -- what

09:37AM  9    did you do that night, like the first thing you remember, I

09:37AM  10   guess?

09:37AM  11   A.  Can you repeat that question?

09:37AM  12   Q.  Yeah.  What did you do -- what do you first remember

09:37AM  13   doing that night?

09:37AM  14   A.  Throughout the entire day or just at the night?

09:37AM  15   Q.  Just near the evening hours.

09:37AM  16   A.  I went to the gym with my friend and then I got home.  I

09:37AM  17   was hanging out, sitting on the toilet, showered.  And they

09:37AM  18   just texted me, hey, do you want to come out with us?  And I

09:37AM  19   thought about it and decided to tag along.

09:37AM  20   Q.  Who they -- you mentioned they.  Who is they texted you?

09:37AM  21   A.  Sean texted me.

09:37AM  22   Q.  Sean -- what's his last name?

09:37AM  23   A.  Sean DeChent.

09:37AM  24   Q.  Do you know how to spell that?

09:37AM  25   A.  First name Sean, S-E-A-N, last name DeChent,

FORD  --  BY MR. MANGO  --  07/18/2019
5

| 09:37AM | 1 | D-E-C-H-E-N-T. |
| 09:37AM | 2 | Q.  Okay.  Is he a friend of yours? |
| 09:37AM | 3 | A.  Yes, a good friend. |
| 09:37AM | 4 | Q.  A good friend, did you say? |
| 09:37AM | 5 | A.  Yes. |
| 09:37AM | 6 | Q.  How long have you known Sean DeChent? |
| 09:37AM | 7 | A.  We've been childhood friends since we were like 8 years |
| 09:38AM | 8 | old, 10 years old. |
| 09:38AM | 9 | Q.  So after coming back from the gym, showering up, |
| 09:38AM | 10 | relaxing, he texted you? |
| 09:38AM | 11 | A.  Yes, sir. |
| 09:38AM | 12 | Q.  And what did he text you about? |
| 09:38AM | 13 | A.  He just asked me if I wanted to go out and I thought |
| 09:38AM | 14 | about it.  Eventually I gave in and tagged along. |
| 09:38AM | 15 | Q.  Do you know where you were going to go out that night? |
| 09:38AM | 16 | A.  We went to a place called The Press Box. |
| 09:38AM | 17 | Q.  All right.  And where is The Press Box located? |
| 09:38AM | 18 | A.  The Press Box is located on Abbott Road in Lackawanna. |
| 09:38AM | 19 | Q.  At The Press Box, you were with Sean DeChent? |
| 09:38AM | 20 | A.  Yeah. |
| 09:38AM | 21 | Q.  Was there anybody else there with you? |
| 09:38AM | 22 | A.  I was with his brother Justin as well. |
| 09:38AM | 23 | Q.  All right.  So is Justin older or younger than you and |
| 09:38AM | 24 | Sean? |
| 09:38AM | 25 | A.  Justin is the eldest brother. |

FORD  --  BY MR. MANGO  --  07/18/2019

6

| 09:38AM | 1 | Q.  And Sean is about your age? |
| 09:38AM | 2 | A.  Yeah.  He's the youngest. |
| 09:38AM | 3 | Q.  So Press Box is in Hamburg you mentioned? |
| 09:38AM | 4 | A.  It's in Lackawanna. |
| 09:38AM | 5 | Q.  Lackawanna, I'm sorry.  And did you -- approximately how |
| 09:38AM | 6 | long do you think you stayed at The Press Box and what time |
| 09:39AM | 7 | did you arrive? |
| 09:39AM | 8 | A.  I think we were only there for like 30 minutes.  We were |
| 09:39AM | 9 | out I think approximately around 11:30, I'll say. |
| 09:39AM | 10 | Q.  Did you -- before going to The Press Box, did you drink |
| 09:39AM | 11 | anything beforehand? |
| 09:39AM | 12 | A.  No, sir. |
| 09:39AM | 13 | Q.  Did you drink anything at The Press Box? |
| 09:39AM | 14 | A.  Yes, sir. |
| 09:39AM | 15 | Q.  What did you drink? |
| 09:39AM | 16 | A.  I had a Bud Light if I'm not mistaken. |
| 09:39AM | 17 | Q.  Now after The Press Box did you decide to go anywhere |
| 09:39AM | 18 | else? |
| 09:39AM | 19 | A.  Yes, sir. |
| 09:39AM | 20 | Q.  Where was that? |
| 09:39AM | 21 | A.  They're like, hey, you want to go downtown?  And I was |
| 09:39AM | 22 | already with them, so I tagged along. |
| 09:39AM | 23 | Q.  And downtown -- |
| 09:39AM | 24 | A.  Downtown Buffalo, the Chippewa area. |
| 09:39AM | 25 | Q.  So what bar did you go to then? |

| 09:39AM | 1 | A.  Bottoms Up. |

09:39AM 1  A.  Bottoms Up.

09:39AM 2  Q.  Is Bottoms Up on Chippewa?

09:39AM 3  A.  Yes, sir.

09:40AM 4          MR. MANGO:  Judge may I approach the witness?

09:40AM 5          THE COURT:  You can always approach the witness to

09:40AM 6  show the witness an exhibit.

09:40AM 7          MR. MANGO:  Thank you, Judge.

09:40AM 8  BY MR. MANGO:

09:40AM 9  Q.  Mr. Ford, I'm showing you what's marked Government

09:40AM 10  Exhibit 106 for identification purposes.  Do you recognize

09:40AM 11  that photograph?

09:40AM 12  A.  Yes, sir.

09:40AM 13  Q.  What is that photograph?

09:40AM 14  A.  It's a visualization of the Chippewa Street.

09:40AM 15  Q.  All right.  Does it fairly and accurately depict the

09:40AM 16  Chippewa Street and the surrounding streets around Chippewa?

09:40AM 17  A.  Yes, sir.

09:40AM 18          MR. MANGO:  Judge, I would move Government Exhibit

09:40AM 19  106 into evidence, please.

09:40AM 20          MR. CONNORS:  No objection, Your Honor.

09:40AM 21          THE COURT:  All right.  It will be received.

09:40AM 22  (Government Exhibit 106 was received in evidence.)

09:40AM 23

09:40AM 24          MR. MANGO:  I'd ask it be published for the jury.

09:40AM 25          THE COURT:  All right.

8

09:40AM   1   BY MR. MANGO:

09:40AM   2   Q.  Okay.  Mr. Ford, do you see this exhibit on your screen

09:40AM   3   here?

09:40AM   4   A.  Yes, sir.

09:40AM   5   Q.  All right.  And can you just tap the screen and an arrow

09:41AM   6   should appear if you tap the screen where Chippewa Street is?

09:41AM   7   A.  You want me to make a line on the street?

09:41AM   8   Q.  You can make a line, too, yes, if you'd like.  Thank you.

09:41AM   9   And do you see Delaware Avenue on this photograph?

09:41AM  10   A.  Yes, sir.

09:41AM  11   Q.  Can you make a line on Delaware Avenue?

09:41AM  12   A.  (Indicating).

09:41AM  13   Q.  Okay.  Thank you.  And then there's intersecting streets

09:41AM  14   to Chippewa which are Franklin and Pearl; is that right?

09:41AM  15   A.  Correct.

09:41AM  16   Q.  I'm going to take your lines off the screen.  We'll leave

09:41AM  17   this up though.  Can you put an X on the screen or just tap

09:41AM  18   the screen?  Again, an arrow should appear if you tap the

09:41AM  19   screen where Bottoms Up is located that you mentioned you

09:41AM  20   went to on the Chippewa Street?

09:41AM  21   A.  (Indicating).

09:41AM  22   Q.  So somewhere in this area (indicating)?

09:41AM  23   A.  Yes, sir.

09:41AM  24   Q.  All right.  And just by way of geographically orienting

09:42AM  25   this, do you know which way is north on this?

09:42AM    1    A.   Yes.

09:42AM    2    Q.   Which way is north?

09:42AM    3    A.   It would be going up towards Franklin Street.

09:42AM    4    Q.   So this is oriented with north up and south down?

09:42AM    5    A.   Okay.

09:42AM    6    Q.   Is that true?

09:42AM    7    A.   Yeah.   Chippewa Street is running east and west and

09:42AM    8    Franklin street is running north and south.

09:42AM    9    Q.   So now before arriving at Bottoms Up where you put the

09:42AM    10   dot and I put the circle around, where did you park,

09:42AM    11   Mr. Ford, if you remember?

09:42AM    12   A.   We parked -- can I touch the screen?

09:42AM    13   Q.   Yes.

09:42AM    14   A.   We parked on the side street up here (indicating).  I

09:42AM    15   mean, can you erase that?  My bad.

09:42AM    16   Q.   Yes.

09:42AM    17   A.   That would be a side street on Delaware.

09:42AM    18   Q.   Okay.  I'd like to show you -- there's a Defendant's

09:43AM    19   Exhibit in evidence, Defendant's Exhibit 122.

09:43AM    20        MR. MANGO:  Ms. Prawel, if we could bring that up?

09:43AM    21   This is might be tough to see, but if we can zoom in on this

09:43AM    22   bottom half or third, please?

09:43AM    23   BY MR. MANGO:

09:43AM    24   Q.   This is oriented a little differently; is that right?

09:43AM    25   A.   Yes, sir.

09:43AM    1    Q.  Okay.  But do you still see Delaware and Chippewa here?

09:43AM    2    A.  Yes, sir.

09:43AM    3    Q.  And do you see any of the Johnson Parks, North or South

09:43AM    4    Johnson Parks?

09:43AM    5    A.  Yes, sir.

09:43AM    6    Q.  So now with respect to this exhibit, where did you park,

09:43AM    7    if you can remember?

09:43AM    8    A.  If I'm not mistaken, this parking lot right here

09:43AM    9    (indicating).

09:43AM   10    Q.  Okay.  Thank you.  Now approximately how long, if you

09:43AM   11    remember, did you stay at Bottoms Up?

09:43AM   12    A.  I would say approximately an hour.

09:43AM   13    Q.  All right.  And was Sean and Justin with you there?

09:44AM   14    A.  Correct.  Yes, sir.

09:44AM   15    Q.  Did you have any drinks at Bottoms Up?

09:44AM   16    A.  Yes, sir.

09:44AM   17    Q.  What did you drink there?

09:44AM   18    A.  Two cranberry vodkas.

09:44AM   19    Q.  Did you go anywhere else after leaving Bottoms Up?

09:44AM   20    A.  Yes, sir.

09:44AM   21    Q.  Tell the jury where you went.

09:44AM   22    A.  We went to another bar called Indulge, which is on the

09:44AM   23    same street.  It's just a couple buildings over to the right.

09:44AM   24    Q.  Okay.  So let's --

09:44AM   25            MR. MANGO:  If we pull up Government Exhibit 106

09:44AM   1   again, please?

09:44AM   2   BY MR. MANGO:

09:44AM   3   Q.   All right.  So you had previously put a dot about there

09:44AM   4   for Bottoms Up.  Where is Indulge on Government Exhibit 106?

09:44AM   5   A.   (Indicating).

09:44AM   6   Q.   Okay.  So you put a dot and I'll put a circle around it.

09:44AM   7   That's where Indulge is?

09:44AM   8   A.   Correct.

09:44AM   9   Q.   Do you remember, to the best of your ability, what time

09:45AM  10   approximately you got to Indulge?

09:45AM  11   A.   I would say approximately 1 a.m.

09:45AM  12   Q.   And can you tell the jury what happened while you were at

09:45AM  13   Indulge, please?

09:45AM  14   A.   I was at Indulge and I was on the dance floor.  And I was

09:45AM  15   by myself at the time.  And I looked over to my left and my

09:45AM  16   friends were at the bar.  So I'm, okay, I'm going to go meet

09:45AM  17   up with my friends.

09:45AM  18       And as I'm walking through the bar, through the dance

09:45AM  19   floor to meet up with my friends, somebody bumps into me and I

09:45AM  20   turn around and see a short Hispanic male.  And for whatever

09:45AM  21   reason, this dude was really angry and he was probably drunk

09:45AM  22   and he was just going crazy at me.  And the next thing I know,

09:45AM  23   he punched me in the face.  And after that, I was escorted

09:45AM  24   outside the building immediately.

09:45AM  25   Q.   Okay.  So you were physically punched?

FORD  --  BY MR. MANGO  --  07/18/2019

09:46AM    1   A.  Yeah.  I was sucker punched by somebody.

09:46AM    2   Q.  By this person, you were sucker punched?

09:46AM    3   A.  Yes, sir.

09:46AM    4   Q.  Did you know his name at the time?

09:46AM    5   A.  No, sir.

09:46AM    6   Q.  Did you have any involvement with him earlier in any of

09:46AM    7   the parts of your evening?

09:46AM    8   A.  Not whatsoever.

09:46AM    9   Q.  All right.  Did you engage in any type of fighting

09:46AM   10   behavior before this?

09:46AM   11   A.  No.  Not whatsoever.

09:46AM   12   Q.  So did you engage in a verbal back-and-forth with this

09:46AM   13   person who sucker punched you before he sucker punched you?

09:46AM   14   A.  It wasn't me.  He was just swearing for whatever reason.

09:46AM   15   And then he just hit me.  It happened all so fast.

09:46AM   16   Q.  And you mentioned you thought maybe he was drunk?

09:46AM   17   A.  Yes, sir.

09:46AM   18   Q.  What was level your level of intoxication like at that

09:46AM   19   time?

09:46AM   20   A.  I was probably four beverages in, but I was fine.

09:46AM   21   Q.  Okay.  Four beverages?

09:46AM   22   A.  Yeah.

09:46AM   23   Q.  Would you consider yourself drunk at that time?

09:47AM   24   A.  No.

09:47AM   25   Q.  So what happened after you got sucker punched?

09:47AM   1   A.  I was escorted outside the club immediately.

09:47AM   2   Q.  By who?

09:47AM   3   A.  The security.

09:47AM   4   Q.  Security for Indulge?

09:47AM   5   A.  Yes, sir.

09:47AM   6   Q.  Were any of your friends with you when you were escorted

09:47AM   7   out of Indulge?

09:47AM   8   A.  No.  Not at the moment.

09:47AM   9   Q.  Do you know if the person who sucker punched you was

09:47AM  10   escorted out of Indulge?

09:47AM  11   A.  Not from my awareness.

09:47AM  12   Q.  Okay.  But at some point, you end up outside of Indulge?

09:47AM  13   A.  Yes, sir.

09:47AM  14   Q.  Can you tell the jury what happened once you're outside?

09:47AM  15   So now this is, again, with respect to 106, outside of

09:47AM  16   Indulge where you put the dot and I put the circle; is that

09:47AM  17   right?

09:47AM  18   A.  Correct.

09:47AM  19   Q.  Tell the jury what happened when you got outside of

09:47AM  20   Indulge.

09:47AM  21   A.  Okay.  I'm thrown outside the club and I'm looking around

09:47AM  22   and my friend Justin is to the right of me.  And the dude who

09:48AM  23   sucker punched me, he was standing by the middle of the

09:48AM  24   street and he's just swearing, making a huge scene and Justin

09:48AM  25   is saying, that's the kid who hit you.  Are you going to do

09:48AM   1   anything about that?  And I said, no, let's just get out of

09:48AM   2   here.  I wanted to continue on with my night.  I didn't want

09:48AM   3   to fight anybody.  But the dude who punched me, he just kept

09:48AM   4   swearing and he was making a scene.  So my friend Justin felt

09:48AM   5   like he had to approach him and say something to him.

09:48AM   6   Q.  And did this happen in the street, on the sidewalk?

09:48AM   7   A.  It happened in the street on Chippewa in front of

09:48AM   8   Indulge, the night club.

09:48AM   9   Q.  At the time, Justin was talking to you indicating to you

09:48AM   10  hey, this guy is over here.  What again did you want to do at

09:48AM   11  that point?

09:48AM   12  A.  I just wanted to continue on with my night and maybe go

09:48AM   13  to a different bar and just pretend that never happened.

09:48AM   14  Q.  Okay.  So did you see Justin then approach -- we'll call

09:48AM   15  him the sucker puncher?

09:49AM   16  A.  Correct.

09:49AM   17  Q.  And did you see Justin approach him?

09:49AM   18  A.  Correct.

09:49AM   19  Q.  And what happened when Justin approached the sucker

09:49AM   20  puncher?

09:49AM   21  A.  They just stepped in front of me into the middle of the

09:49AM   22  street and they were just arguing with each other.

09:49AM   23  Q.  Do you know if they physically fought each other?

09:49AM   24  A.  No.  There was no punches thrown, if I'm not mistaken.

09:49AM   25  Q.  Do you know if the police came or arrived on the scene?

09:49AM    1    A.   Yeah.   They arrived.

09:49AM    2    Q.   At any point before you first noticed police arrive on

09:49AM    3    the scene, were you trying to fight anyone?

09:49AM    4    A.   No.   Not whatsoever.

09:49AM    5    Q.   Were you being verbally abusive towards anybody?

09:49AM    6    A.   Not whatsoever.

09:49AM    7    Q.   Did the police say anything when they were approaching

09:49AM    8    the scene and I imagine breaking up the fight?

09:49AM    9    A.   Yeah.   They sprayed pepper spray at the two individuals

09:49AM   10    that were arguing with each other and they told everybody to

09:49AM   11    just walk.

09:49AM   12    Q.   So you heard them say walk?

09:50AM   13    A.   Yes, sir.

09:50AM   14    Q.   What did you do once you heard the police say walk?

09:50AM   15    A.   I followed orders and I got mixed up with everybody and I

09:50AM   16    walked away.

09:50AM   17    Q.   Did you ever hear the police say, go back to your car?

09:50AM   18    A.   No, sir.

09:50AM   19    Q.   Did you ever hear the police say, you need to go home?

09:50AM   20    A.   No, sir.

09:50AM   21    Q.   Did they ever say that?

09:50AM   22    A.   No, sir.

09:50AM   23    Q.   While the police were giving commands to walk, did you

09:50AM   24    talk back to them?

09:50AM   25    A.   Not whatsoever.

FORD  --  BY MR. MANGO  --  07/18/2019

09:50AM   1   Q.  Were you verbally abusive towards the police?

09:50AM   2   A.  Not whatsoever.

09:50AM   3   Q.  Were you physically abusive towards the police?

09:50AM   4   A.  Not whatsoever.

09:50AM   5   Q.  Now when you were told to walk, which direction did you

09:50AM   6   walk?

09:50AM   7   A.  I remember just spinning around in a circle.  And I

09:50AM   8   pretty much got lost and I didn't know where my friends were,

09:50AM   9   but the first friend that I did find was my friend Sean.

09:50AM   10  Q.  And do you recall anything else happening when you found

09:51AM   11  Sean once you got out of the street onto the sidewalk?

09:51AM   12  A.  I remember meeting up with Sean and then the police just

09:51AM   13  told us walk and they were pushing us down the street.

09:51AM   14  Q.  Okay.

09:51AM   15  A.  Not pushing us, but like directing traffic pretty much.

09:51AM   16  Q.  What direction were they sending you?

09:51AM   17  A.  We ended up walking towards Pearl street.

09:51AM   18  Q.  Okay.  So --

09:51AM   19  A.  That's the direction we got shuffled towards.

09:51AM   20  Q.  So if I'm on Government Exhibit 106, we've got this.  If

09:51AM   21  I put the arrow like that (indicating), is that the direction

09:51AM   22  you were walking?

09:51AM   23  A.  Correct, sir.

09:51AM   24  Q.  And who was with you?

09:51AM   25  A.  My friend Sean.

FORD  --  BY MR. MANGO  --  07/18/2019

17

09:51AM    1    Q.  Do you know where Justin was?

09:51AM    2    A.  No.  We did not know where Justin was at this time.

09:51AM    3    Q.  He wasn't walking with you?

09:51AM    4    A.  No.  He got lost.

09:51AM    5    Q.  And again why were you and Sean walking towards Pearl

09:51AM    6    Street?

09:51AM    7    A.  We were just trying to follow commands from the police

09:51AM    8    and just walked up it.

09:51AM    9    Q.  Did you know your car wasn't in that direction?

09:52AM   10    A.  At the moment, we weren't thinking of that until we got

09:52AM   11    to the corner.  But eventually we realized, hey, where are we

09:52AM   12    going?  We got to get to the car.

09:52AM   13    Q.  How far did you and Sean walk?

09:52AM   14    A.  Honestly, not far at all.  Just a couple feet to the

09:52AM   15    parking lot at the end of the street.

09:52AM   16    Q.  Okay.  To Pearl Street?

09:52AM   17    A.  Yeah.

09:52AM   18    Q.  Which is here (indicating); is that right?

09:52AM   19    A.  Yes, sir.

09:52AM   20    Q.  I put a north/south line.  That's Pearl Street?

09:52AM   21    A.  Yeah.  That's where we stopped.

09:52AM   22    Q.  Okay.  You stopped.  Why did you stop at Pearl Street?

09:52AM   23    A.  We stopped because we realized there's no more openings.

09:52AM   24    There's no more restaurants open.  There's no more bars.  And

09:52AM   25    that's completely a dead-end area.  So for us to get back to

| | | |
|---|---|---|
| 09:52AM | 1 | the car, we'd have to go back this way where everything is |
| 09:52AM | 2 | open. |
| 09:52AM | 3 | Q.  So are you saying you turned around? |
| 09:52AM | 4 | A.  Yes, sir. |
| 09:52AM | 5 | Q.  Tell the jury, if you can please, what happened when you |
| 09:52AM | 6 | turned around and starting walking back towards Delaware.  Is |
| 09:52AM | 7 | that where you walked? |
| 09:52AM | 8 | A.  Correct.  We were trying to go back west. |
| 09:53AM | 9 | Q.  So tell the jury what happened when you turned around and |
| 09:53AM | 10 | started walking back toward Delaware, please. |
| 09:53AM | 11 | A.  As we were walking towards the car, the person who sucker |
| 09:53AM | 12 | punched me was walking in the same direction as us, like, |
| 09:53AM | 13 | east, if I'm not mistaken.  And he just started yelling at my |
| 09:53AM | 14 | friend Sean at this time.  He wanted to fight my friend Sean |
| 09:53AM | 15 | for whatever reason and he just approached him. |
| 09:53AM | 16 | Q.  Okay.  So you ended up coming across the sucker puncher |
| 09:53AM | 17 | again? |
| 09:53AM | 18 | A.  Correct. |
| 09:53AM | 19 | Q.  Did he have anybody with him at that time? |
| 09:53AM | 20 | A.  Yes.  He was with somebody. |
| 09:53AM | 21 | Q.  Okay.  Let's back up for a minute.  You're outside of |
| 09:53AM | 22 | Indulge.  The pepper spray was just sprayed.  You get sort of |
| 09:53AM | 23 | directed with Sean and you're walking down the street towards |
| 09:53AM | 24 | Pearl? |
| 09:53AM | 25 | A.  Correct. |

09:53AM    1    Q.  Do you remember walking past them?

09:53AM    2    A.  No.  Not whatsoever.

09:53AM    3    Q.  You just walked toward Pearl?

09:53AM    4    A.  Yeah.  We got to the end of the street and we realized

09:53AM    5    there was nowhere else for us to go at that point, so we

09:53AM    6    turned back this way.

09:54AM    7    Q.  So you turned back toward Delaware and is when you're

09:54AM    8    saying that the sucker puncher and another person were coming

09:54AM    9    East on Chippewa?

09:54AM   10            MR. CONNOR:  That's too much leading, Your Honor.  I

09:54AM   11    object now.

09:54AM   12            THE COURT:  Sustained.

09:54AM   13    BY MR. MANGO:

09:54AM   14    Q.  Where did you meet -- you mentioned you turned around

09:54AM   15    headed toward Delaware, the sucker puncher and a friend were

09:54AM   16    coming the other way?

09:54AM   17            MR. CONNORS:  It's the same leading question.

09:54AM   18            MR. MANGO:  I'm about to ask a different question,

09:54AM   19    Judge.

09:54AM   20            THE COURT:  It is different.  Overruled.

09:54AM   21    BY MR. MANGO:

09:54AM   22    Q.  Can you point to --

09:54AM   23            THE COURT:  Do you understand the question, sir?

09:54AM   24            THE WITNESS:  Yes, sir.

09:54AM   25

| | | |
|---|---|---|
| 09:54AM | 1 | BY MR. MANGO: |
| 09:54AM | 2 | Q.  Can you put a point or a dot or an arrow, whatever you'd |
| 09:54AM | 3 | like to do, on Government Exhibit 106 where you and Sean met |
| 09:54AM | 4 | up with the sucker puncher and his friend?  So -- okay.  You |
| 09:54AM | 5 | put a dot here (indicating).  I'm going to put a circle |
| 09:54AM | 6 | around it.  And you had mentioned before it was in the |
| 09:54AM | 7 | parking lot though? |
| 09:54AM | 8 | A.  It was like in front of the parking lot, like the |
| 09:54AM | 9 | sidewalk area, but we were in front of a parking lot, |
| 09:55AM | 10 | correct. |
| 09:55AM | 11 | Q.  Okay.  So tell the jury now what happened when you and |
| 09:55AM | 12 | Sean got in close proximity to the sucker puncher and his |
| 09:55AM | 13 | friend. |
| 09:55AM | 14 | A.  The person who sucker punched me, he was just angry |
| 09:55AM | 15 | throughout the entire night for whatever reason and he just |
| 09:55AM | 16 | kept swearing.  And he wanted to fight my friend Sean.  So |
| 09:55AM | 17 | they got into each other faces.  It wasn't really Sean's |
| 09:55AM | 18 | idea. |
| 09:55AM | 19 | MR. CONNORS:  Excuse me.  I object to this, Your |
| 09:55AM | 20 | Honor.  It is narrative. |
| 09:55AM | 21 | THE COURT:  You'll be able to cross-examine him. |
| 09:55AM | 22 | Overruled.  Go ahead.  Continue, sir. |
| 09:55AM | 23 | THE WITNESS:  Well the dude who sucker punched me and |
| 09:55AM | 24 | my friend Sean and he wanted to fight him for whatever reason. |
| 09:55AM | 25 | He was just angry for whatever reason. |

09:55AM    1    BY MR. MANGO:

09:55AM    2    Q.  So was he cursing?

09:55AM    3    A.  Yeah.  He was making a very big scene.

09:55AM    4    Q.  How about Sean?  How did Sean react to the sucker puncher

09:55AM    5    acting aggressively towards him?

09:55AM    6    A.  He was just as confused as I was.  He didn't say not one

09:55AM    7    word.

09:55AM    8            MR. CONNOR:  Excuse me, Your Honor, I object to that.

09:56AM    9    He was just as confused?

09:56AM   10            THE COURT:  Just tell us what you saw.

09:56AM   11            THE WITNESS:  He didn't say anything to the kid.

09:56AM   12    BY MR. MANGO:

09:56AM   13    Q.  Did he appear like --

09:56AM   14    A.  He had a blank face on.

09:56AM   15            MR. CONNORS:  Excuse me.  There's no question.  I

09:56AM   16    object to that format.

09:56AM   17            THE COURT:  Ask the question.

09:56AM   18            MR. MANGO:  Yes, Judge.

09:56AM   19    BY MR. MANGO:

09:56AM   20    Q.  How did Sean react to the sucker puncher swearing at you

09:56AM   21    guys?

09:56AM   22    A.  He was just -- had a blank reaction.

09:56AM   23    Q.  All right.  And did Sean engage in a physical

09:56AM   24    confrontation with the sucker puncher?

09:56AM   25    A.  The dude got in his face, in Sean's face, and they were

09:56AM    1    face-to-face with each other.

09:56AM    2    Q.  Where were you when Sean and the sucker puncher were

09:56AM    3    face-to-face?

09:56AM    4    A.  I was approximately 10, 15 feet away, but they were

09:56AM    5    standing in front of us.

09:56AM    6    Q.  Okay.  Where were you standing?

09:56AM    7    A.  I was standing on the sidewalk.

09:56AM    8    Q.  Okay.  And were you with anyone?

09:57AM    9    A.  At this time I was standing next to the person who

09:57AM    10   accompanied the person who sucker punched me.

09:57AM    11   Q.  Okay.  And so you saw this person?

09:57AM    12   A.  Yes, sir.

09:57AM    13   Q.  Do you know who this person was?

09:57AM    14   A.  At the time I didn't realize who he was until he pretty

09:57AM    15   much like said, hey, Devin.  And he was like -- he was pretty

09:57AM    16   much apologizing for his cousin's actions.

09:57AM    17            MR. CONNOR:  Excuse me.  Object to that, Your Honor.

09:57AM    18            THE COURT:  That's what he observed.  The perception

09:57AM    19   of the witness.  He's allowed to answer the question.  Go

09:57AM    20   ahead, sir.

09:57AM    21            THE WITNESS:  He pretty much got my attention by

09:57AM    22   touching me and just saying, hey, Devin and pretty much

09:57AM    23   apologizing for his cousin's actions, that he was drunk, and

09:57AM    24   we were just looking at each other agreeing with each other

09:57AM    25   that the situation was pretty stupid.

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 09:57AM  | 1  | BY MR. MANGO:                                                         |
| 09:57AM  | 2  | Q.  Now he used your name; hey, Devin?                                |
| 09:57AM  | 3  | A.  Yes.                                                              |
| 09:57AM  | 4  | Q.  Did you know this person?                                         |
| 09:57AM  | 5  | A.  At the time I didn't until he got my attention, but I            |
| 09:57AM  | 6  | realized I did know who he was.                                       |
| 09:58AM  | 7  | Q.  Okay.  Do you know what his first name was?                       |
| 09:58AM  | 8  | A.  His name was Bryant.                                              |
| 09:58AM  | 9  | Q.  Okay.  How did you know Bryant?                                   |
| 09:58AM  | 10 | A.  Because me and him worked together at Olive Garden                |
| 09:58AM  | 11 | previously together.                                                  |
| 09:58AM  | 12 | Q.  And so Bryant made some comments to you.  What did you           |
| 09:58AM  | 13 | say to Bryant at that time?                                           |
| 09:58AM  | 14 | A.  We were just looking at each other like, yeah, this is           |
| 09:58AM  | 15 | stupid, crazy.  And we were just both in shock.                       |
| 09:58AM  | 16 | Q.  What was the tone of your voice like when you were               |
| 09:58AM  | 17 | talking with Bryant at this time?                                     |
| 09:58AM  | 18 | A.  I was calm.                                                       |
| 09:58AM  | 19 | Q.  Were you yelling?                                                 |
| 09:58AM  | 20 | A.  No.  I was still calm.                                            |
| 09:58AM  | 21 | Q.  Were you screaming?                                               |
| 09:58AM  | 22 | A.  No.                                                               |
| 09:58AM  | 23 | Q.  Were you being aggressive towards Bryant at all?                  |
| 09:58AM  | 24 | A.  Not whatsoever.                                                   |
| 09:58AM  | 25 | Q.  Where were your hands when you were talking with Bryant?          |

09:58AM    1   A.  I was just standing like a normal person, so at my side.

09:58AM    2   Q.  Now do you know if Sean and the sucker puncher swung at

09:59AM    3   each other or one swung at the other?

09:59AM    4   A.  Not that I'm aware of.

09:59AM    5   Q.  Do you know how that confrontation ended between Sean and

09:59AM    6   the sucker puncher?

09:59AM    7   A.  Not that I'm aware of.

09:59AM    8   Q.  Why do you not know what happened?

09:59AM    9   A.  Because at this time, my attention was focused off of

09:59AM   10   that because I was attacked by Officer Krug.

09:59AM   11   Q.  Okay.  All right.  Now you mentioned -- where were you

09:59AM   12   standing -- you mentioned attacked by Officer Krug.  We're

09:59AM   13   going to get into that now.  Where you were you standing when

09:59AM   14   were you attacked by Officer Krug?

09:59AM   15   A.  I was standing in front of a vehicle, in front of the

09:59AM   16   parking lot on the sidewalk.

09:59AM   17   Q.  Okay.  So again, specifically, while you're standing in

09:59AM   18   front of this car in the parking lot, tell the jury what you

09:59AM   19   remember happening.

09:59AM   20   A.  I just remember standing there talking to Bryant.  And I

10:00AM   21   just feel a shadow coming towards me from like an angle.  And

10:00AM   22   I feel something like tap me on the leg.  And once I direct

10:00AM   23   my attention towards whatever tapped me on my leg, I was

10:00AM   24   instantly being tooken down.  It all happened so fast, in the

10:00AM   25   blink of a second.

25

10:00AM   1   Q.  Do you know what actually hit your leg to bring your

10:00AM   2   attention?

10:00AM   3   A.  At the time, no.  I just felt something like, hey.

10:00AM   4   Q.  Okay.  And again how fast did this all happen?

10:00AM   5   A.  Before I could even blink, I was already on the ground.

10:00AM   6   Q.  All right.  So describe, if you can, what motion took you

10:00AM   7   to the ground.

10:00AM   8   A.  I just felt something tap me and I was already being -- I

10:00AM   9   was already on my back.

10:00AM  10   Q.  Can you tell the jury everything you remember about this

10:00AM  11   assault?

10:00AM  12   A.  I just remember being drove onto the ground.  And as I'm

10:00AM  13   in the air, I'm trying to figure out why this is happening

10:00AM  14   because I was just standing there.  And I was trying to tell

10:01AM  15   the person, I didn't do anything.  I didn't do anything.  I'm

10:01AM  16   confused.  I'm trying to figure out why is this happening?

10:01AM  17   It all happened so fast.

10:01AM  18      I'm on my back.  I just remember saying, I didn't do

10:01AM  19   anything, like why is this happening?  And he continues just

10:01AM  20   to hit me.  Right in the midst of that, I remember him trying

10:01AM  21   to knock the wind out of me.  And he's shoving me into my

10:01AM  22   chest.  I was just figuring out, why is this happening to me?

10:01AM  23   I was saying I didn't do anything.  I didn't do anything.

10:01AM  24   Q.  Now you mentioned the name already Officer Krug.  Do you

10:01AM  25   see the person who took you down to the ground in this

10:01AM  1   courtroom today?

10:01AM  2   A.  Correct.

10:01AM  3   Q.  Can you point to him, identify an article of clothing

10:01AM  4   please?

10:01AM  5   A.  He's standing right there.  He's wearing a silver suit.

10:01AM  6       MR. MANGO:  Thank you.  Let the record reflect

10:01AM  7   identification of defendant Krug.

10:01AM  8   BY MR. MANGO:

10:01AM  9   Q.  Was the defendant in uniform the night he assaulted you?

10:01AM  10  A.  Correct.

10:01AM  11  Q.  What type of uniform was he in?

10:01AM  12  A.  Police attire.

10:01AM  13  Q.  Did he have a badge on his chest?

10:02AM  14  A.  Yes, sir.

10:02AM  15  Q.  A gun on his belt?

10:02AM  16  A.  Yes, sir.

10:02AM  17  Q.  So I want to back up for a second.  Before the defendant

10:02AM  18  first made contact with you, did you know he was headed your

10:02AM  19  way?

10:02AM  20  A.  Not whatsoever.

10:02AM  21  Q.  Did you hear him say anything to you before he made

10:02AM  22  contact with you?

10:02AM  23  A.  Not whatsoever.

10:02AM  24  Q.  And again, at the moment, if you can think of it, the

10:02AM  25  moment right before defendant Krug made contact with you,

10:02AM   1   were you engaged in any type of aggressive behavior?

10:02AM   2           MR. CONNOR:  It's been asked and answered, Your

10:02AM   3   Honor.

10:02AM   4           THE COURT:  Overruled.

10:02AM   5           THE WITNESS:  Not whatsoever.

10:02AM   6   BY MR. MANGO:

10:02AM   7   Q.  Do you remember what happened once the defendant took you

10:02AM   8   to the ground?

10:02AM   9   A.  I just remember being on my back, saying I didn't do

10:03AM  10   anything, and it just all happened so fast.

10:03AM  11   Q.  Were you hit with anything?

10:03AM  12   A.  Yeah.  I was hit with a baton, if I'm not mistaken.

10:03AM  13   Q.  Showing you Government Exhibit 43.

10:03AM  14   A.  Okay.

10:03AM  15   Q.  Does this look familiar?

10:03AM  16   A.  Yes, sir.

10:03AM  17   Q.  How do you recognize this?

10:03AM  18   A.  It looks similar to the object that was used to hit me

10:03AM  19   with.

10:03AM  20   Q.  Who used this object to hit you?

10:03AM  21   A.  The officer.

10:03AM  22   Q.  Which officer?

10:03AM  23   A.  Officer Corey Krug.

10:03AM  24   Q.  Approximately how many times were you struck with the

10:03AM  25   nightstick?

10:03AM   1   A.  It felt like approximately six times.

10:03AM   2   Q.  Did it hurt when you were hit with this nightstick?

10:03AM   3   A.  Yes, sir.

10:03AM   4   Q.  Where were you struck?

10:03AM   5   A.  I was struck in the lower part of my body, between my

10:04AM   6   knees and my feet, so pretty much the shin area.

10:04AM   7   Q.  You mentioned it hurt.  Did it cause pain?

10:04AM   8   A.  Yes, sir.

10:04AM   9   Q.  So other than being struck with the nightstick, did the

10:04AM  10   defendant use any other type of force on you or come into

10:04AM  11   contact with you with any other parts of his body?

10:04AM  12   A.  Besides him trying to knock the wind out of me with his

10:04AM  13   knee, besides that, no.

10:04AM  14   Q.  Now at the time you were on the ground being struck with

10:04AM  15   the nightstick, were you arguing with the defendant?

10:04AM  16   A.  I just kept saying the same thing over and over because I

10:04AM  17   was in shock.  Why is this happening?  I said I didn't do

10:04AM  18   anything.  I was confused why I was on the ground getting

10:04AM  19   hit.

10:04AM  20   Q.  Did you try to fight the officer while you were on the

10:04AM  21   ground?

10:04AM  22   A.  Not whatsoever.  I was just trying to protect my face and

10:05AM  23   break the fall.

10:05AM  24   Q.  Did you try to kick the officer while you were on the

10:05AM  25   ground?

10:05AM   1    A.  Not whatsoever.

10:05AM   2    Q.  Did you try to bite the officer while you were on the

10:05AM   3    ground?

10:05AM   4    A.  Not whatsoever.

10:05AM   5    Q.  What were you doing with your hands when you were on the

10:05AM   6    ground?

10:05AM   7    A.  I just had my hands in the air like this (indicating)

10:05AM   8    trying to protect my face.

10:05AM   9    Q.  Did your hands ever touch the nightstick?

10:05AM   10   A.  Yes, sir.

10:05AM   11   Q.  Can you tell the jury why your hands touched the

10:05AM   12   nightstick?

10:05AM   13   A.  It wasn't anything intentional.  It was like some form of

10:05AM   14   a reflex and I was just trying to protect my face.

10:05AM   15   Q.  Did you ever try to pull the nightstick away from the

10:05AM   16   defendant?

10:05AM   17   A.  Not whatsoever.

10:05AM   18   Q.  Did you ever grab the nightstick?

10:05AM   19   A.  Besides the fact of me trying to brace the fall and

10:05AM   20   protect my face, no.

10:05AM   21   Q.  Were you worried if you didn't have your hands up and

10:05AM   22   touch the nightstick that you would get hit in the face?

10:05AM   23         MR. CONNORS:  Excuse me.  Object to the form of that

10:05AM   24   question.

10:05AM   25         THE COURT:  Sustained.

10:05AM   1   BY MR. MANGO:

10:05AM   2   Q.  Now during the assault, did you see any other police

10:05AM   3   officers arrive on the scene?

10:06AM   4   A.  At the time I think I seen another officer approach us,

10:06AM   5   but I couldn't hear what he was saying.

10:06AM   6   Q.  You couldn't hear any of the other officers?

10:06AM   7   A.  I was -- I was in shock at this moment.

10:06AM   8   Q.  Okay.  While you were on the ground, do you know if

10:06AM   9   anything was in your pockets that might have fallen out?

10:06AM  10   A.  My cell phone and some change that was in my pocket.

10:06AM  11   Q.  You had a cell phone on you?

10:06AM  12   A.  Correct.

10:06AM  13   Q.  What type of cell phone was it?

10:06AM  14   A.  It was an iPhone.

10:06AM  15   Q.  Now at some point, were you able to get off the ground?

10:06AM  16   A.  Yes, sir.

10:06AM  17   Q.  Can you tell the jury what happened when you were allowed

10:06AM  18   to get off the ground?

10:06AM  19   A.  I just got up, turned my back and I tried to walk away.

10:06AM  20   But then once I started to walk away, I realized I didn't

10:06AM  21   have my belongings in my pocket.  And I looked over and I

10:06AM  22   seen my phone and my change on the floor.  And I felt like I

10:07AM  23   had the okay to come retrieve my belongings.  Once I started

10:07AM  24   to get a little closer, he stepped on my cell phone and slid

10:07AM  25   it across the concrete like sandpaper.  Pretty much handed it

FORD  --  BY MR. MANGO  --  07/18/2019

10:07AM    1    over to me with his foot.

10:07AM    2    Q.  You say he.  Who is he?

10:07AM    3    A.  Officer Corey Krug.

10:07AM    4    Q.  He stepped on your phone?

10:07AM    5    A.  Yes.  He slid it across the -- like sandpaper is the best

10:07AM    6    way I can describe it.

10:07AM    7    Q.  Describe how he stepped on it.  Was it a stomp or was it

10:07AM    8    a gentle place his foot on it and sort of kick it over?

10:07AM    9    A.  I wouldn't say it was a stomp, but it was just like a one

10:07AM   10    of those type of things.

10:07AM   11    Q.  Did you hear anything when he did that?

10:07AM   12    A.  No.

10:07AM   13    Q.  But were you able to retrieve your cell phone?

10:07AM   14    A.  Correct.

10:07AM   15    Q.  Did you look at it?

10:07AM   16    A.  Yes.

10:07AM   17    Q.  The cell phone?

10:07AM   18    A.  When I picked up my phone, it was completely done.

10:07AM   19    Q.  Done how?

10:07AM   20    A.  I was unable to use it anymore.

10:07AM   21    Q.  Okay?  Was the screen cracked?

10:07AM   22    A.  Yeah.  The iPhones, if you have an iPhone, once the

10:08AM   23    screen cracked, it doesn't work anymore.

10:08AM   24    Q.  And after you got your phone, where did you go after

10:08AM   25    that?

10:08AM    1    A.  We tried to go to the car.

10:08AM    2    Q.  Okay.  Do you remember at all going across the street

10:08AM    3    from where this occurred?

10:08AM    4    A.  Correct.

10:08AM    5    Q.  But did the defendant, after the incident on the ground

10:08AM    6    and you got your phone, did he let you walk away?

10:08AM    7    A.  Yes, sir.

10:08AM    8    Q.  So you were not placed under arrest?

10:08AM    9    A.  No, sir.  I didn't do anything wrong.

10:08AM    10   Q.  Were you placed under arrest at all that night?

10:08AM    11   A.  No, sir.

10:08AM    12   Q.  So at some point you're across the street?

10:08AM    13   A.  Correct.

10:08AM    14   Q.  Do you remember what, if anything, happened across the

10:08AM    15   street?

10:08AM    16   A.  We were just shuffled across the street now and we were

10:08AM    17   trying to make it back to the car like we were initially the

10:08AM    18   first time before this altercation happened and the police

10:08AM    19   wouldn't let us walk down the street to our car.

10:09AM    20   Q.  So at this point now you wanted to go back to your car?

10:09AM    21   A.  Correct.

10:09AM    22   Q.  And you couldn't go in that direction?

10:09AM    23   A.  Correct.

10:09AM    24   Q.  And that would have been heading west on Chippewa towards

10:09AM    25   Delaware?

10:09AM    1    A.   Yeah.   We would have been heading west.

10:09AM    2    Q.   And you were not allowed to go that way?

10:09AM    3    A.   No, sir.

10:09AM    4    Q.   Do you remember who stopped you?

10:09AM    5    A.   I don't recall, but it was a police officer.  I don't

10:09AM    6    know which one it was.

10:09AM    7    Q.   Did you ultimately make it back to the car that night?

10:09AM    8    A.   Eventually.  I don't recall how we got back to the car,

10:09AM    9    if Sean called his brother Justin because he was the

10:09AM   10    designated driver that night and he had the keys, but

10:09AM   11    ultimately, eventually, we got to the car and got home.

10:09AM   12    Q.   So at some point you and Sean -- was Sean was still with

10:09AM   13    you at this point?

10:09AM   14    A.   Correct.

10:09AM   15    Q.   Some point you and Sean met up with Justin?

10:09AM   16    A.   Correct.

10:09AM   17    Q.   And you got to the car?

10:09AM   18    A.   Correct.

10:09AM   19    Q.   What do you remember about the drive home that night?

10:09AM   20    A.   I just remember being in the back seat and that's when

10:09AM   21    all the pain started to kick in.  And I just had my legs

10:10AM   22    spread out throughout the back seat just trying to lay down

10:10AM   23    and relax and that's when I was thinking it just all

10:10AM   24    started -- the adrenaline started to work out and it all

10:10AM   25    started to soak in.

| | | |
|---|---|---|
| 10:10AM | 1 | Q.  At that point did you see any cuts or bleeding on your |
| 10:10AM | 2 | leg? |
| 10:10AM | 3 | A.  I knew I was bleeding underneath my jeans, but I didn't |
| 10:10AM | 4 | want to lift them up. |
| 10:10AM | 5 | Q.  Ans so the next day then was Thanksgiving? |
| 10:10AM | 6 | A.  Correct. |
| 10:10AM | 7 | Q.  Before all this happened, did you have plans for |
| 10:10AM | 8 | Thanksgiving day? |
| 10:10AM | 9 | A.  Correct. |
| 10:10AM | 10 | Q.  What were those plans? |
| 10:10AM | 11 | A.  There's an annual football game.  We play football every |
| 10:10AM | 12 | morning and I was going to go play football with my friends |
| 10:10AM | 13 | and then I was going to go eat dinner with my family. |
| 10:10AM | 14 | Q.  Okay.  Does Sean DeChent play in that game? |
| 10:10AM | 15 | A.  Yes, sir. |
| 10:10AM | 16 | Q.  And some of your other friends? |
| 10:10AM | 17 | A.  Yes, sir. |
| 10:10AM | 18 | Q.  Were you able to play in this annual football game with |
| 10:10AM | 19 | your friends? |
| 10:10AM | 20 | A.  No.  I remember the next morning Sean and his brother |
| 10:10AM | 21 | Brett came to my house and like, tried to wake me up and -- |
| 10:11AM | 22 | all right, get ready to go to the game.  And I just described |
| 10:11AM | 23 | to them, hey, I can't play.  I can't -- I couldn't even get |
| 10:11AM | 24 | out of bed and walk. |
| 10:11AM | 25 | Q.  And why couldn't you get out of the bed and walk? |

10:11AM   1   A.  From being hit with the baton the night before.

10:11AM   2   Q.  You mentioned a different brother Sean has?

10:11AM   3   A.  Correct.

10:11AM   4   Q.  What's his name?

10:11AM   5   A.  His name is Brett.

10:11AM   6   Q.  And how about Thanksgiving dinner?  You mentioned you

10:11AM   7   were going to go eat with your family?

10:11AM   8   A.  I was unable to eat dinner.  But later on, I had my

10:11AM   9   family bring over some leftovers.  I ate at my house by

10:11AM  10   myself.

10:11AM  11   Q.  Do you remember on Thanksgiving posting anything on any

10:11AM  12   type of social media about drinking?

10:11AM  13   A.  Yes.

10:11AM  14   Q.  What do you remember posting?

10:11AM  15   A.  I just remember waking up the next day after not being

10:11AM  16   able to get outside and play football and go eat with my

10:11AM  17   family, I just remember posting a tweet saying I'm never

10:12AM  18   drinking again.

10:12AM  19   Q.  Okay.  And tell the jury why you posted that.

10:12AM  20   A.  I was honestly in a state of shock and I felt that was

10:12AM  21   the only way I could express my feelings of what happened the

10:12AM  22   night before without really saying I got beat up by the

10:12AM  23   police for no reason.  So I figured I would just write never

10:12AM  24   drinking again to express what I was feeling at the moment.

10:12AM  25   Q.  At some point, Mr. Ford, did you learn that there was a

10:12AM   1   video of defendant Krug assaulting you with his nightstick?

10:12AM   2   A.  At the time, no.

10:12AM   3   Q.  Right.  At some point later did you learn of a video that

10:12AM   4   became public?

10:12AM   5   A.  Correct, about a month later approximately.

10:12AM   6   Q.  Tell the jury how you first learned of a video becoming

10:12AM   7   public of you being assaulted.

10:12AM   8        MR. CONNORS:  Excuse me, Your Honor.  I'm objecting

10:12AM   9   to the form of the question.  Twice he's used that conclusory

10:12AM  10   term.  I object to that.  He should say what happened, what he

10:12AM  11   saw, but not that conclusion.

10:12AM  12        THE COURT:  Sustained.  Rephrase your question.

10:12AM  13   BY MR. MANGO:

10:12AM  14   Q.  When did you first learn there was a video of defendant

10:12AM  15   Krug hitting you with the nightstick?

10:12AM  16   A.  Approximately a month later.  I was laying in bed and it

10:13AM  17   was just one of those nights where I knew I was supposed to

10:13AM  18   be waking up for work and going to sleep, but I just couldn't

10:13AM  19   sleep for some reason that night.  So I was scrolling through

10:13AM  20   my Twitter feed and I seen a video.  It was no video in

10:13AM  21   particular and I clicked it and watched it and it was

10:13AM  22   unbelievable because the person in that video was me.

10:13AM  23        MR. CONNORS:  Excuse me, Your Honor.  I object to

10:13AM  24   this characterizations.  He had asked what -- it calls for a

10:13AM  25   specific answer.

10:13AM   1                THE COURT:  Sustained.  Part of the answer will

10:13AM   2   stand.  The last part will be stricken.

10:13AM   3                MR. MANGO:  Yes, Judge.

10:13AM   4   BY MR. MANGO:

10:13AM   5   Q.  So you scrolled through your Twitter feed and saw a

10:13AM   6   video?

10:13AM   7   A.  Yes.  When I clicked the video, I watched the video and

10:13AM   8   it was me in the video being assaulted.

10:13AM   9   Q.  It was you in the video being assaulted?

10:13AM  10   A.  Yes.

10:13AM  11   Q.  How did that make you feel?

10:13AM  12   A.  I was already in a state of shock and it was just

10:13AM  13   unbelievable to see that happening to myself.

10:13AM  14   Q.  Did you respond or post anything when you saw that?

10:13AM  15   A.  I remember just -- I was a 22-year-old kid.  I just

10:13AM  16   remember writing, yo, that's me.

10:14AM  17   Q.  Yo, Y-O-O-O-O?

10:14AM  18   A.  Yeah.  Yo, that's me.  It's unbelievable.

10:14AM  19   Q.  And why did you post that?

10:14AM  20   A.  I just couldn't believe I seen that happening to myself.

10:14AM  21   Q.  So after the video was made public, did anyone from the

10:14AM  22   press or media try to get in touch with you?

10:14AM  23   A.  Yes, sir.

10:14AM  24   Q.  And again, where were you working at this time?

10:14AM  25   A.  At that time I was working at the Mulberry Italian

10:14AM    1    Restaurant.

10:14AM    2    Q. And where did the press or media try to get in touch with

10:14AM    3    you at that time?

10:14AM    4    A. They were coming to my job trying to contact me.

10:14AM    5    Q. Now before the video became public, before you saw it on

10:14AM    6    Twitter, had you thought about suing the City of Buffalo and/

10:14AM    7    or the defendant at that time?

10:14AM    8    A. Not whatsoever.

10:14AM    9    Q. And before the video was made public, did you ever

10:14AM   10    consult with an attorney about suing the City of Buffalo or

10:14AM   11    the defendant for what he did to you?

10:15AM   12    A. Not whatsoever.

10:15AM   13    Q. Okay. So after the video was published, did you get an

10:15AM   14    attorney?

10:15AM   15    A. Correct.

10:15AM   16    Q. Describe the circumstances of how you found your

10:15AM   17    attorney.

10:15AM   18    A. I was at work the next day and the news was calling my

10:15AM   19    job and everything like that trying to get in contact with

10:15AM   20    me. And my boss, he was running errands --

10:15AM   21         MR. CONNORS: Excuse me. This is going to call for a

10:15AM   22    hearsay explanation. I object to that.

10:15AM   23         THE COURT: Sustained.

10:15AM   24         MR. MANGO: Judge, I'd like him to finish the

10:15AM   25    question.

| | | |
|---|---|---|
| 10:15AM | 1 | BY MR. MANGO: |
| 10:15AM | 2 | Q.  Describe the circumstances of how you got an attorney. |
| 10:15AM | 3 | A.  My boss was running errands and he came into work and he |
| 10:15AM | 4 | looked at me like -- |
| 10:15AM | 5 | MR. CONNORS:  Excuse me. |
| 10:15AM | 6 | THE COURT:  You had a conversation with your boss? |
| 10:15AM | 7 | THE WITNESS:  Yes, sir. |
| 10:15AM | 8 | THE COURT:  Okay.  After your conversation with your |
| 10:15AM | 9 | boss, then what did you do? |
| 10:15AM | 10 | THE WITNESS:  He said -- |
| 10:15AM | 11 | THE COURT:  Don't say what he said.  What did you do? |
| 10:15AM | 12 | After the conversation, what was the next thing you did? |
| 10:15AM | 13 | THE WITNESS:  Hired an attorney. |
| 10:15AM | 14 | THE COURT:  All right. |
| 10:15AM | 15 | MR. MANGO:  Okay. |
| 10:15AM | 16 | BY MR. MANGO: |
| 10:15AM | 17 | Q.  On whose recommendation? |
| 10:16AM | 18 | MR. CONNORS:  Excuse me.  That's the objection, Your |
| 10:16AM | 19 | Honor.  It's hearsay. |
| 10:16AM | 20 | BY MR. MANGO: |
| 10:16AM | 21 | Q.  Well did anybody recommend that you should hire an |
| 10:16AM | 22 | attorney? |
| 10:16AM | 23 | MR. CONNORS:  It's the same question. |
| 10:16AM | 24 | MR. MANGO:  That's not hearsay, Judge. |
| 10:16AM | 25 | THE WITNESS:  It's the truth. |

| | | |
|---|---|---|
| 10:16AM | 1 | THE COURT:  It's offered for the truth, isn't it? |
| 10:16AM | 2 | MR. MANGO:  I can ask him if anybody recommended an |
| 10:16AM | 3 | attorney.  That's not an out-of-court statement. |
| 10:16AM | 4 | THE COURT:  It's not being -- it's said here in |
| 10:16AM | 5 | court.  Sustained. |
| 10:16AM | 6 | BY MR. MANGO: |
| 10:16AM | 7 | Q.  Did you find an attorney on your own? |
| 10:16AM | 8 | A.  No, sir.  My boss got the attorney for me. |
| 10:16AM | 9 | Q.  And once you obtained an attorney, was a civil lawsuit |
| 10:16AM | 10 | filed against the City of Buffalo and/or the defendant for |
| 10:16AM | 11 | what he did to you? |
| 10:16AM | 12 | A.  Correct. |
| 10:16AM | 13 | Q.  And why -- if you can tell the jury please, why did you |
| 10:16AM | 14 | file your civil lawsuit against the City and the defendant? |
| 10:16AM | 15 | MR. CONNORS:  I'd object to that as irrelevant, Your |
| 10:16AM | 16 | Honor. |
| 10:16AM | 17 | THE COURT:  Overruled. |
| 10:16AM | 18 | THE WITNESS:  I just wanted justice for what happened |
| 10:16AM | 19 | to me. |
| 10:16AM | 20 | BY MR. MANGO: |
| 10:16AM | 21 | Q.  Can you tell the jury what the status of that civil case |
| 10:17AM | 22 | is? |
| 10:17AM | 23 | A.  It's pending. |
| 10:17AM | 24 | Q.  Now were photographs ever taken of your legs? |
| 10:17AM | 25 | A.  Yes, sir. |

| | | |
|---|---|---|
| 10:17AM | 1 | Q.  Let me bring your attention, if you could, to December |
| 10:17AM | 2 | 23rd of 2014.  Do you recall meeting with the FBI on that |
| 10:17AM | 3 | day? |
| 10:17AM | 4 | A.  Yes, sir. |
| 10:17AM | 5 | Q.  Do you know if the FBI took any photographs of your legs |
| 10:17AM | 6 | on that day? |
| 10:17AM | 7 | A.  Yes, sir. |
| 10:17AM | 8 | Q.  I'm showing you what's marked for identification purposes |
| 10:17AM | 9 | as Government Exhibit 41D.  Mr. Ford, do you recognize 41D? |
| 10:17AM | 10 | A.  Yes, sir. |
| 10:17AM | 11 | Q.  What do you recognize 41D as? |
| 10:17AM | 12 | A.  That's a picture of my left leg, if I'm not mistaken. |
| 10:17AM | 13 | It's showing -- that is a month later after the scabs and the |
| 10:17AM | 14 | scars are starting to heal. |
| 10:17AM | 15 | Q.  Is this a photograph that was taken when you met with the |
| 10:17AM | 16 | FBI? |
| 10:17AM | 17 | A.  Yes, sir. |
| 10:17AM | 18 | Q.  And does it truly and accurately depict the status of |
| 10:18AM | 19 | your left leg on December 23rd of 2014? |
| 10:18AM | 20 | A.  Yes, sir. |
| 10:18AM | 21 | MR. MANGO:  Judge, I would move Government Exhibit |
| 10:18AM | 22 | 41D into evidence. |
| 10:18AM | 23 | MR. CONNORS:  I have no objection. |
| 10:18AM | 24 | THE COURT:  It will be received. |
| 10:18AM | 25 | (Government Exhibit 41D was received in evidence.) |

10:18AM   1          MR. MANGO:  And I'd ask it be published for the jury.

10:18AM   2          THE COURT:  All right.

10:18AM   3

10:18AM   4   BY MR. MANGO:

10:18AM   5   Q.  Mr. Ford, do you see the photograph on your screen?

10:18AM   6   A.  Yes, sir.

10:18AM   7   Q.  Do you see an injury to your leg?

10:18AM   8   A.  Yes, sir.

10:18AM   9   Q.  How was this injury caused?

10:18AM  10   A.  By the baton.

10:18AM  11   Q.  By the baton?

10:18AM  12   A.  Yes, sir.

10:18AM  13   Q.  Who did this?

10:18AM  14   A.  Officer Krug.  He hit me with the baton, and those were

10:18AM  15   my scabs starting to heal after a month later.

10:18AM  16   Q.  Okay.

10:18AM  17          MR. MANGO:  Thank you.  We can take that down.

10:18AM  18   BY MR. MANGO:

10:19AM  19   Q.  I'm going to show you what's marked for exhibit

10:19AM  20   identification purposes Government Exhibit 41C.

10:19AM  21          MR. CONNORS:  I have no objection to that.

10:19AM  22          THE COURT:  All right.

10:19AM  23   (Government Exhibit 41C was received in evidence.)

10:19AM  24

10:19AM  25          MR. MANGO:  I'll ask it be published for the jury,

10:19AM   1    Judge and move it into evidence.

10:19AM   2    BY MR. MANGO:

10:19AM   3    Q.  Mr. Ford, do you see 41C on the screen?

10:19AM   4    A.  Yes, sir.

10:19AM   5    Q.  Do you know what leg this is, first off?

10:19AM   6    A.  If I'm not mistaken, that's my right leg.

10:19AM   7    Q.  And what do you see in this picture that's depicted here?

10:19AM   8    A.  I just see bruising on my right leg.

10:19AM   9    Q.  How was that bruising caused?

10:19AM  10    A.  Caused from the baton.

10:19AM  11         MR. MANGO:  Judge, I would move 42B into evidence at

10:19AM  12    this point.  I don't believe there's an objection.

10:19AM  13         THE COURT:  B or D?

10:20AM  14         MR. MANGO:  B, 42B.

10:20AM  15         THE COURT:  Oh, okay.

10:20AM  16         MR. MANGO:  And there's no objection I believe.

10:20AM  17         MR. CONNORS:  None.

10:20AM  18    (Government Exhibit 42B was received in evidence.)

10:20AM  19

10:20AM  20         MR. MANGO:  And it could be published for the jury.

10:20AM  21    BY MR. MANGO:

10:20AM  22    Q.  Mr. Ford, do you see what's depicted in 42B?

10:20AM  23    A.  Yes, sir.

10:20AM  24    Q.  What is this?

10:20AM  25    A.  That's my cell phone that was damaged that night.

10:20AM    1    Q.  Okay.  Was this photograph taken by the FBI as well?

10:20AM    2    A.  Yes, sir.

10:20AM    3    Q.  And the one I showed you previously, 41C with the

10:20AM    4    bruising, did the FBI take this photograph?

10:20AM    5    A.  Correct.

10:20AM    6    Q.  Now before being assaulted by defendant Krug, was your

10:20AM    7    phone --

10:20AM    8         MR. CONNORS:  Excuse me, Your Honor.  I'm going to

10:20AM    9    object to that.  It's already been sustained.

10:20AM   10         THE COURT:  Rephrase that question.  I think we know.

10:20AM   11         MR. MANGO:  Yes.

10:20AM   12    BY MR. MANGO:

10:20AM   13    Q.  Before being hit by defendant Krug with a nightstick

10:21AM   14    while were you on the ground, was your phone in this

10:21AM   15    condition?

10:21AM   16    A.  Not whatsoever.  It was perfectly new.

10:21AM   17    Q.  Thank you.  Now did you ever take any photographs on your

10:21AM   18    own?

10:21AM   19    A.  Yes, sir.

10:21AM   20    Q.  And do you know if photographs you took were before or

10:21AM   21    after the FBI took their photographs?

10:21AM   22    A.  If I'm not mistaken, it was before I met with you guys.

10:21AM   23    Q.  And the photographs you took, were they before or after

10:21AM   24    you got an attorney?

10:21AM   25    A.  It was after, if I'm not mistaken.

10:22AM  1        MR. MANGO:  Judge, I'd like to move Exhibit 41B into

10:22AM  2   evidence.  I don't believe there's an objection at this point.

10:22AM  3        MR. CONNORS:  There is none.

10:22AM  4        THE COURT:  All right.

10:22AM  5        MR. CONNORS:  Can I just see it for one second

10:22AM  6   please?  Thank you.  No problem.

10:22AM  7   (Government Exhibit 41B was received in evidence.)

10:22AM  8

10:22AM  9        MR. MANGO:  I'd ask it be published for the jury.

10:22AM  10        THE COURT:  All right.

10:22AM  11   BY MR. MANGO:

10:22AM  12   Q.  Mr. Ford, do you see 41B on the screen?

10:22AM  13   A.  Yes, sir.

10:22AM  14   Q.  Is this one of the photographs that you took after you

10:22AM  15   got an attorney?

10:22AM  16   A.  Yes, sir.

10:22AM  17   Q.  And what does this depict in 41B?

10:22AM  18   A.  It just shows the scab that's still there after a month

10:22AM  19   later starting to heal.

10:22AM  20        MR. MANGO:  Okay.  And if we can compare 41B with 41D

10:22AM  21   please?  Ms. Prawel, if you can do a split screen, 41B and

10:22AM  22   41D.  Okay.

10:22AM  23   BY MR. MANGO:

10:23AM  24   Q.  So the scarring in 41D, do you see the scab that preceded

10:23AM  25   that in 41B?

10:23AM  1   A.  Correct.  Yes, sir.

10:23AM  2   Q.  And again in 41B, the one on your left, how did that

10:23AM  3   scab -- what did that scab result from?  How did you get that

10:23AM  4   scab?

10:23AM  5   A.  From the impact of the baton.

10:23AM  6        MR. MANGO:  Thank you.  If we can bring up Government

10:23AM  7   40, it's approximately 8 minutes and 12 seconds.

10:24AM  8   (The video was played.)

10:24AM  9        MR. MANGO:  We can pause it.

10:24AM  10  BY MR. MANGO:

10:24AM  11  Q.  Mr. Ford, I'm going to show you a video now and I'm going

10:24AM  12  to ask you, did you see the video on your screen?

10:24AM  13  A.  Yes, sir.

10:24AM  14  Q.  Can you point -- do you see yourself on the screen?

10:24AM  15  A.  Yes, sir.

10:24AM  16  Q.  Can you point to yourself and identify who you are on

10:24AM  17  this video?

10:24AM  18  A.  I'm wearing black and black -- it's a colorful shirt with

10:24AM  19  flowers on it.  I'm in the middle of the screen furthest one

10:24AM  20  back.

10:24AM  21  Q.  Can you touch the screen where you are?  So this is --

10:24AM  22  that's you?

10:24AM  23  A.  Yes, sir.

10:24AM  24  Q.  All right.  And let's identify some of the other people

10:24AM  25  here if we can.  I'm putting an arrow on a person with a pink

10:24AM 1 shirt.

10:24AM 2 A.  Yes.  That's Justin.

10:24AM 3 Q.  That's Justin?

10:24AM 4 A.  Correct.

10:24AM 5 Q.  And there's a person just over your left shoulder there.

10:24AM 6 Who is that?

10:24AM 7 A.  That's Sean.

10:24AM 8 Q.  All right.  Sean DeChent?

10:24AM 9 A.  Correct.

10:24AM 10 Q.  And Justin DeChent in the pink shirt here?

10:24AM 11 A.  That's correct.

10:24AM 12 Q.  And then the person who is directly in the middle of the

10:25AM 13 street sort of with his arms out -- I just put the arrow

10:25AM 14 there -- who is that?

10:25AM 15 A.  That's the kid who was causing all the problems.

10:25AM 16 Q.  Is that the kid who sucker punched you?

10:25AM 17 A.  Correct.

10:25AM 18 Q.  All right.  And then finally there is one person behind

10:25AM 19 Sean.  Who is that person I just put that last arrow on?

10:25AM 20 A.  That's the kid I used to work with at Olive Garden.

10:25AM 21 That's Bryant.

10:25AM 22 Q.  That's Bryant?

10:25AM 23 A.  Yeah.

10:25AM 24      MR. MANGO:  Thank you.  We can play the video for a

10:25AM 25 few seconds here, please.

10:25AM   1   (The video was played.)

10:25AM   2          MR. MANGO:  We can stop.

10:25AM   3   BY MR. MANGO:

10:25AM   4   Q.  Did you see the dispersal of pepper spray in this video?

10:25AM   5   A.  Can you play it back one more time?

10:25AM   6   Q.  Sure.

10:25AM   7   (The video was played.)

10:25AM   8          MR. MANGO:  Okay.  So we're going to pause it right

10:25AM   9   there.

10:25AM  10   BY MR. MANGO:

10:25AM  11   Q.  Did you get hit with the pepper spray if you remember?

10:25AM  12   A.  It wasn't directed towards me, no.

10:26AM  13   Q.  Okay.

10:26AM  14          MR. MANGO:  And if we can play the video again?

10:26AM  15   (The video was played.)

10:26AM  16          MR. MANGO:  And then pause it.

10:26AM  17   BY MR. MANGO:

10:26AM  18   Q.  Did you see yourself come off the video?

10:26AM  19   A.  Yes, sir.

10:26AM  20   Q.  At this point, which direction did you walk?

10:26AM  21   A.  I just spun around in a circle.  I don't know where

10:26AM  22   Justin went and I didn't know where Sean was at the time.

10:26AM  23   And then eventually me and Sean ended up getting meshed back

10:26AM  24   with each other.

10:26AM  25   Q.  All right.  And then which way did you walk?

| | | |
|---|---|---|
| 10:26AM | 1 | A.  Towards east. |
| 10:26AM | 2 | Q.  Okay.  And that would be towards Pearl? |
| 10:26AM | 3 | A.  Correct. |
| 10:26AM | 4 | Q.  And why did you walk that way? |
| 10:26AM | 5 | A.  That was just the way we were shuffled. |
| 10:26AM | 6 | Q.  Okay. |
| 10:26AM | 7 | MR. MANGO:  We can play the video a little longer, |
| 10:26AM | 8 | please. |
| 10:26AM | 9 | (The video was played.) |
| 10:26AM | 10 | MR. MANGO:  We can pause it. |
| 10:26AM | 11 | BY MR. MANGO: |
| 10:26AM | 12 | Q.  Do you remember -- and again, just to be clear, who is |
| 10:26AM | 13 | this person center of the screen I just put an arrow on? |
| 10:27AM | 14 | A.  That's the kid that sucker punched me and caused all the |
| 10:27AM | 15 | problems. |
| 10:27AM | 16 | Q.  And the person to his right? |
| 10:27AM | 17 | A.  That's the kid I used to work with, Bryant, at the Olive |
| 10:27AM | 18 | Garden. |
| 10:27AM | 19 | Q.  That's Bryant.  Do you remember this -- independently of |
| 10:27AM | 20 | what you're seeing on the video, do you remember the sucker |
| 10:27AM | 21 | puncher jawing with -- |
| 10:27AM | 22 | A.  At this time, no.  I didn't witness this happening. |
| 10:27AM | 23 | Q.  Okay. |
| 10:27AM | 24 | MR. MANGO:  We can play the video. |
| 10:27AM | 25 | (The video was played.) |

10:27AM  1          MR. MANGO:  Okay.  Pause it.

10:27AM  2  BY MR. MANGO:

10:27AM  3  Q.  Who is this person here?

10:27AM  4  A.  That's Sean.

10:27AM  5  Q.  Okay.  And that's the person Sean who, later down the

10:27AM  6  street, the sucker puncher and Sean got into a confrontation;

10:27AM  7  is that right?

10:27AM  8  A.  Yeah.  That kid, as you can see, he's going nuts, he was

10:27AM  9  the entire night, but he eventually sees Sean later that

10:27AM  10  night and tried to fight Sean.

10:27AM  11  Q.  Okay.

10:27AM  12  A.  It wasn't like Sean was trying to fight him.  He was

10:27AM  13  trying to fight Sean.

10:27AM  14          MR. CONNORS:  Excuse me.  That exceeds the narrative,

10:27AM  15  Your Honor.  It's volunteered.  I object to that.

10:27AM  16          THE COURT:  Overruled.

10:27AM  17          MR. MANGO:  Okay.  We can play the video.

10:28AM  18  (The video was played.)

10:28AM  19          MR. MANGO:  Okay.  If we can pause there.

10:28AM  20  BY MR. MANGO:

10:28AM  21  Q.  Now do you see an individual in the street there who

10:28AM  22  appears to have gotten sort of directed into the street by

10:28AM  23  someone in a dark uniform?

10:28AM  24  A.  Yeah.

10:28AM  25  Q.  Did you see that on the video?

10:28AM    1    A.  Yeah.  That's Sean.

10:28AM    2    Q.  Did you see that in real life?

10:28AM    3    A.  No, I did not.

10:28AM    4    Q.  Okay.  That's Sean, though?

10:28AM    5    A.  Correct.

10:28AM    6        MR. MANGO:  Thank you.  We can keep playing the

10:28AM    7    video.

10:28AM    8    (The video was played.)

10:28AM    9        MR. MANGO:  We can pause it there.

10:28AM   10    BY MR. MANGO:

10:28AM   11    Q.  Did you hear that strike of the nightstick?

10:29AM   12    A.  Yeah.  It was hitting my bone.

10:29AM   13    Q.  Did it hurt?

10:29AM   14    A.  Yes, sir.

10:29AM   15        MR. MANGO:  We can keep playing.

10:29AM   16    (The video was played.)

10:29AM   17        BY MR. MANGO:  If we pause right there.

10:29AM   18    BY MR. MANGO:

10:29AM   19    Q.  Do you see yourself looking back here?

10:29AM   20    A.  Yeah.  I was trying to figure out where my belongings

10:29AM   21    were.

10:29AM   22    Q.  And do you see a shiny object on the ground there?

10:29AM   23    A.  Yes, sir.

10:29AM   24    Q.  Do you know if that was your cell phone?

10:29AM   25    A.  It looked like some quarters and my cell phone, yes.

10:29AM   1            MR. MANGO:  Ms. Prawel, if we could just back up

10:29AM   2   maybe 20 seconds, please?  Little bit further back?  Okay.

10:29AM   3   (The video was played.)

10:29AM   4            MR. MANGO:  If we could pause it.  Keep playing.

10:29AM   5   Pause.

10:29AM   6   BY MR. MANGO:

10:29AM   7   Q.  There's an individual who was there.  Is that the sucker

10:29AM   8   puncher?

10:29AM   9   A.  Yes, sir.

10:30AM  10            MR. MANGO:  Okay.  We can play the video now.

10:30AM  11   (The video was played.)

10:30AM  12            MR. MANGO:  If we pause it here.

10:30AM  13   BY MR. MANGO:

10:30AM  14   Q.  Is that you depicted in this shot?

10:30AM  15   A.  Yes, sir.

10:30AM  16   Q.  Is that you where I put the arrow?

10:30AM  17   A.  Yes, sir.

10:30AM  18   Q.  And who is this individual who I put the second arrow on?

10:30AM  19   A.  That's Sean.

10:30AM  20            MR. MANGO:  If we could play the video?

10:30AM  21   (The video was played.)

10:31AM  22   BY MR. MANGO:

10:31AM  23   Q.  Okay.  Is it tough for you to watch that video?

10:31AM  24   A.  Yeah.

10:31AM  25            MR. CONNORS:  I object to that, Your Honor.

10:31AM  1          THE COURT:  I didn't hear the question.

10:31AM  2   BY MR. MANGO:

10:31AM  3   Q.  Is it tough for you to watch that video?

10:31AM  4          THE COURT:  Sustained.

10:31AM  5          MR. MANGO:  Judge may I have a moment?

10:31AM  6          THE COURT:  Yes.

10:31AM  7          MR. MANGO:  Thank you, Mr. Ford.  Nothing further.

10:31AM  8          THE COURT:  All right.  Ladies and gentlemen, we'll

10:31AM  9   take a 15-minute recess.  During the recess, again, please do

10:31AM  10  not discuss the case with anyone.  Do not discuss the case

10:31AM  11  among yourselves.  Court will be in recess.

10:31AM  12         THE CLERK:  All rise.

10:33AM  13  (A recess was taken from 10:31 a.m. to 10:46 a.m.)

12:45PM  14         MR. MANGO:  Judge, you want Mr. Ford to take the

12:45PM  15  stand?

12:45PM  16         THE COURT:  Yes, please.

12:45PM  17         MR. MANGO:  Great.

12:45PM  18         THE COURT:  Mr. Connors, you may cross-examine him on

12:45PM  19  the issue that we're dealing with as far as the police report.

12:45PM  20         MR. MANGO:  I can go first?

12:45PM  21         THE COURT:  Yes.

12:45PM  22         MR. MANGO:  Thank you, Judge.

12:45PM  23  (The jury was not present in the room at 12:45 p.m.)

12:45PM  24

12:45PM  25

12:45PM   1                              DIRECT EXAMINATION

12:45PM   2

12:45PM   3   BY MR. MANGO:

12:45PM   4   Q.  Good afternoon again.

12:45PM   5   A.  Good afternoon.

12:45PM   6   Q.  All right, Devin.  Yesterday, at some point, did you

12:46PM   7   leave the courthouse during the lunch break?

12:46PM   8   A.  Yes, sir.

12:46PM   9   Q.  Okay.  And tell the Judge, if you can, where you went.

12:46PM   10  A.  I went to my house.

12:46PM   11  Q.  Okay.  And why did you go to your house?

12:46PM   12  A.  Just to check in with my family and then get some lunch

12:46PM   13  before I had to come back here in an hour.

12:46PM   14  Q.  Okay.  Tell the Judge what happened regarding your -- did

12:46PM   15  you have an argument then when you got back to your house?

12:46PM   16  A.  Yes, sir.

12:46PM   17  Q.  How did that happen?

12:46PM   18  A.  Okay.  I was -- I went upstairs to talk to my mom and

12:46PM   19  then I came out the front door to -- I think I had -- it was

12:46PM   20  like 12:25 or 12:30 at the time, so I had 30 minutes to go

12:46PM   21  eat and then drive back down here and then when I went into

12:46PM   22  the front yard, my sister just started arguing with me and

12:46PM   23  causing a huge problem.

12:46PM   24      They didn't -- she was just pretty much acting like she

12:47PM   25  didn't care about my situation, what I was going through, and

12:47PM   1   I have so much stuff going through my mind and I don't know.

12:47PM   2   She just like -- she tried like attacking me, like running up

12:47PM   3   to me and everything and I had a breakdown and I got mad and I

12:47PM   4   threw a rock, a pebble, at my driveway.

12:47PM   5   Q.  Okay.  You threw it at your driveway?

12:47PM   6   A.  Yeah.

12:47PM   7   Q.  What was the argument with your sister over?

12:47PM   8   A.  Transportation to come back here.

12:47PM   9   Q.  Okay.  Did you have a car at that point?

12:47PM  10   A.  Yes.

12:47PM  11   Q.  Did she want the car?

12:47PM  12   A.  Yes.

12:47PM  13   Q.  All right.  So, at some point, do you know if there was

12:47PM  14   somebody in -- a female in a car on the street?  Did you see

12:47PM  15   anybody like that?

12:47PM  16   A.  Yeah.  That was one of my cousins.

12:47PM  17   Q.  Okay.  Do you know did they call the police?

12:47PM  18   A.  No, she didn't.

12:47PM  19   Q.  Do you know who called the police?

12:48PM  20   A.  I think the next door neighbor called the police because

12:48PM  21   she heard two people arguing in the front yard.

12:48PM  22   Q.  Okay.  Did the police show up?

12:48PM  23   A.  Yes, sir.

12:48PM  24   Q.  All right.  And when did you first see the police show

12:48PM  25   up?

| | | |
|---|---|---|
| 12:48PM | 1 | A.  I was -- I walked out my house and I seen the police car |
| 12:48PM | 2 | there and I don't know.  I tried to come back here and then |
| 12:48PM | 3 | the police officer stopped me and he said, where are you |
| 12:48PM | 4 | going?  And I said -- I tried explaining what I've got to do |
| 12:48PM | 5 | and he's -- |
| 12:48PM | 6 | Q.  So what did you say?  Let's go through it.  What did you |
| 12:48PM | 7 | tell him you had to do? |
| 12:48PM | 8 | A.  I said I have to be somewhere important. |
| 12:48PM | 9 | Q.  Okay.  And what did the officer say after that? |
| 12:48PM | 10 | A.  He told me to turn off the car and get out the car. |
| 12:48PM | 11 | Q.  Okay.  So you were in your car at this point? |
| 12:48PM | 12 | A.  Yes. |
| 12:48PM | 13 | Q.  Was there a police car behind you? |
| 12:49PM | 14 | A.  It wasn't behind me, but it was parked in front of my |
| 12:49PM | 15 | house. |
| 12:49PM | 16 | Q.  Okay.  Was it partially blocking the driveway? |
| 12:49PM | 17 | A.  Not that I'm aware of. |
| 12:49PM | 18 | Q.  Okay.  For you to have pulled out from your house, would |
| 12:49PM | 19 | you have had to go around this car? |
| 12:49PM | 20 | A.  Not that I'm aware of. |
| 12:49PM | 21 | Q.  All right.  And did you ever say anything to a police |
| 12:49PM | 22 | officer which said, I ain't got time for this.  I had a |
| 12:49PM | 23 | family argument and I'm about to go screw someone? |
| 12:49PM | 24 | A.  I said, I don't got time for this.  I had a simple family |
| 12:49PM | 25 | argument.  I have something important to do. |

12:49PM   1    Q.   Okay.  You said I have something important to do?

12:49PM   2    A.   Yes, sir.

12:49PM   3    Q.   Did you ever say, I'm about to go screw someone?

12:49PM   4    A.   Not whatsoever.

12:49PM   5    Q.   Did you tell the officer you were a witness in a criminal

12:49PM   6    case?

12:49PM   7    A.   He knew who I was and he knew where I was going.

12:50PM   8    Q.   How do you make that conclusion?

12:50PM   9    A.   Because when I was in the back of the police car, he had

12:50PM  10    a blue cell phone.  He pulled up his blue cell phone and he

12:50PM  11    said, you wouldn't believe -- I don't know who he was talking

12:50PM  12    to, but he was talking to somebody else.  He said -- his

12:50PM  13    exact words, you wouldn't believe who's in the back of my car

12:50PM  14    right now.  Pause.  The person was talking back then.  And he

12:50PM  15    said, Devin Ford.  And he said, guess where he's supposed to

12:50PM  16    be right now?  Pause.  He's supposed to be going to see Corey

12:50PM  17    Krug.

12:50PM  18         And it seemed like it was a joke to him.  And then they

12:50PM  19    just had me in the back of the cop car for honestly like it

12:50PM  20    felt like 40 minutes or a half an hour of some sort and they

12:50PM  21    were just pretty much like forcing my family to get me in

12:50PM  22    trouble.

12:50PM  23         MR. CONNORS:  Excuse me.  I'm objecting to that, Your

12:50PM  24    Honor.

12:50PM  25         THE COURT:  You'll be able to cross-examine him,

12:50PM    1    Mr. Connors.

12:50PM    2    BY MR. MANGO:

12:50PM    3    Q.  So you mentioned they were -- how do you come up with

12:50PM    4    that conclusion?

12:50PM    5    A.  Because my grandmother came outside and she's asking

12:50PM    6    what's going on and he has somewhere to be and they wouldn't

12:50PM    7    let me go.  And then the other officers said to my

12:51PM    8    grandmother like, don't take it personally.  He's like this

12:51PM    9    with everybody.

12:51PM   10    Q.  He's like this with everybody, meaning the officer?

12:51PM   11    A.  Yes, the one that was trying to take control of

12:51PM   12    everything.

12:51PM   13    Q.  Do you know his name?

12:51PM   14    A.  I actually -- it's like Nelwits (phonetic) or something

12:51PM   15    like that.  I can't pronounce it.  It's a weird name.

12:51PM   16    Q.  Chmielowiec?

12:51PM   17    A.  Yes, sir.

12:51PM   18    Q.  Does that sound right?

12:51PM   19    A.  Yes, sir.

12:51PM   20    Q.  Did you ever mention anything about you didn't want him

12:51PM   21    to get in trouble?

12:51PM   22    A.  No.  I like -- I knew like this was going to be a

12:51PM   23    problem.  Like I don't understand why he was trying to get me

12:51PM   24    to go to jail as I'm trying -- like it doesn't make any sense

12:51PM   25    to me.  I'm trying to come here and you guys are trying to

12:51PM    1    throw me in jail?  Like that picture doesn't even look right.

12:51PM    2    Like I don't know.  It just doesn't make sense to me.

12:52PM    3    Q.  Did you feel you were targeted by the Lackawanna Police

12:52PM    4    Department?

12:52PM    5            MR. CONNORS:  Excuse me.

12:52PM    6            THE COURT:  It's the perception of the witness.

12:52PM    7    There's no jury here and certainly I'm going to let some

12:52PM    8    leeway here.

12:52PM    9    MR. MANGO:

12:52PM   10    Q.  Did you feel you were targeted by the Lackawanna Police

12:52PM   11    Department?

12:52PM   12    A.  Absolutely.

12:52PM   13    Q.  For being arrested?

12:52PM   14    A.  Yes, sir.

12:52PM   15            MR. MANGO:  Judge can I have a moment?

12:52PM   16            THE COURT:  Yes.

12:52PM   17    BY MR. MANGO:

12:52PM   18    Q.  Devin, is there any other conduct that's occurred in the

12:52PM   19    past other than this incident yesterday that causes you to

12:53PM   20    believe you're being targeted by the Lackawanna Police

12:53PM   21    Department?

12:53PM   22    A.  The incident that happened three days after trial.

12:53PM   23    Q.  That was an arrest for a marijuana possession?

12:53PM   24    A.  Yes.  And I -- the only reason I had possession of one

12:53PM   25    single bag of marijuana on me is because that week, Mayor

12:53PM    1   Byron Brown told everybody to stop making arrests.  I felt

12:53PM    2   like I was okay to carry that with me.  Why, in my right

12:53PM    3   mind, would I have that if I didn't think I was fine to have

12:53PM    4   it with me?

12:53PM    5   Q.  Okay.  So let me ask you a question.  So before that

12:53PM    6   arrest, did you see Mayor Brown go on TV or hold a public

12:53PM    7   event?

12:53PM    8   A.  Yes, sir.  That's the whole reason I felt comfortable

12:53PM    9   enough to have it.  I suffer from horrible anxiety from this

12:53PM   10   situation and that's the only reason I started smoking

12:53PM   11   marijuana because it calms my anxiety and I don't have to

12:53PM   12   take prescription medication.  And hearing that on the news

12:53PM   13   that week it was like a weight lifted off my shoulders.

12:54PM   14   Q.  Okay.  Did you also know or did you hear that the

12:54PM   15   district attorney, before you got arrested, also said he was

12:54PM   16   not going to prosecute low-level marijuana possession?

12:54PM   17   A.  Yes, sir.  And that was the whole reason I felt

12:54PM   18   comfortable to have that with me.

12:54PM   19   Q.  But yet you got arrested that night, that day?

12:54PM   20   A.  Exactly.

12:54PM   21   Q.  And you were put in cuffs and taken away from the scene?

12:54PM   22   A.  Yes.  And they tried to tarnish my reputation by saying I

12:54PM   23   had weed on me.

12:54PM   24   Q.  Do you know if there was a detective or captain who was

12:54PM   25   present there as part of the marijuana arrest?

12:54PM  1   A.  Yes, sir.  He also said something to me about the

12:54PM  2   situation to me.

12:54PM  3   Q.  Who was there?

12:54PM  4   A.  Lieutenant Aaron Brennan.

12:54PM  5   Q.  Aaron Brennan?

12:54PM  6   A.  Yes.

12:54PM  7   Q.  And what did he say to you that stuck out in your mind?

12:54PM  8   A.  He said, Corey is my boy.

12:54PM  9   Q.  So just going back, did you ever tell the officer who was

12:54PM  10  arresting you yesterday that you didn't want him to get in

12:55PM  11  trouble for arresting you, that, essentially --I'll rephrase

12:55PM  12  the question, Judge.

12:55PM  13      Were you trying to talk your way out of getting arrested

12:55PM  14  by threatening him that he was going to get in trouble if you

12:55PM  15  got arrested?

12:55PM  16  A.  I wasn't threatening him to try to get him in trouble.  I

12:55PM  17  was saying I'm involved in a serious matter.  I'm on my way

12:55PM  18  to testify and how are you guys trying to take me to jail on

12:55PM  19  my way to trial?  That doesn't make -- like who does that?

12:55PM  20  And like I don't understand what the -- I don't understand.

12:55PM  21  Q.  Just to be clear again, you did not say you were about to

12:55PM  22  go screw someone?

12:55PM  23  A.  No.  I said -- I forgot what I said.  I said I had a

12:55PM  24  simple family argument.  I'm on my way to do something

12:55PM  25  important.

FORD  --  BY MR. CONNORS  --  07/18/2019

62

12:55PM   1   Q.   Important?

12:55PM   2   A.   And he knew where I was going.

12:55PM   3            MR. MANGO:   Okay.   Nothing further, Judge.   Thank

12:56PM   4   you.

12:56PM   5            THE COURT:   All right.   Mr. Connors?

12:56PM   6

12:56PM   7                      CROSS-EXAMINATION

12:56PM   8

12:56PM   9   BY MR. CONNORS:

12:56PM  10   Q.   You felt as though you were targeted by the Lackawanna

12:56PM  11   Police Department; is that true?

12:56PM  12   A.   Yes, sir.

12:56PM  13   Q.   How many times have you been arrested by the Lackawanna

12:56PM  14   Police Department?

12:56PM  15   A.   I can't recall.

12:56PM  16   Q.   Fifteen, twenty?

12:56PM  17   A.   Not that many times.

12:56PM  18   Q.   In 2005, did you feel you were targeted when you were

12:56PM  19   arrested because you grabbed an 11-year-old's bike and tried

12:56PM  20   to take it away from him and slapped a woman in the face?

12:56PM  21   Were you targeted by them when that police report came out?

12:56PM  22   A.   I honestly don't recall that ever happening.

12:56PM  23   Q.   Not saying it didn't happen, you just don't recall?

12:56PM  24   A.   I never slapped a woman in a face and took a bike.

12:56PM  25   Q.   So if there's a report that suggests that it's filed as

12:56PM   1   an official document, that's a false report?

12:56PM   2           MR. MANGO:  Objection, Judge.  We're going back way,

12:56PM   3   way far now.

12:56PM   4           MR. CONNORS:  Yes, we are.

12:56PM   5           THE COURT:  Overruled.  Go ahead.

12:56PM   6   BY MR. CONNORS:

12:56PM   7   Q.  Okay.  So that would be a false report, that you grabbed

12:57PM   8   an 11-year-old's bike and tried to take it from their home

12:57PM   9   and slapped a woman in a face?

12:57PM  10   A.  That never happened.

12:57PM  11   Q.  Never happened?

12:57PM  12   A.  I never slapped a woman in a face and took anybody's

12:57PM  13   bike.

12:57PM  14   Q.  So it's -- this report that's contained within Defense

12:57PM  15   Exhibit 87 is you say that's a false report?

12:57PM  16           MR. MANGO:  Objection, Judge.  He said it never

12:57PM  17   happened.  That's the end of it.

12:57PM  18   BY MR. CONNORS:

12:57PM  19   Q.  Are you saying the report is false?

12:57PM  20           MR. MANGO:  Objection, Judge.  He hasn't seen the

12:57PM  21   report.

12:57PM  22           THE COURT:  Sustained.

12:57PM  23           THE WITNESS:  I don't even remember that being part

12:57PM  24   of the case.

12:57PM  25           THE COURT:  You can ask him whether he remembers,

12:57PM    1    Mr. Connors.

12:57PM    2    BY MR. CONNORS:

12:57PM    3    Q.  In 2007, you threw rocks and eggs causing damage to the

12:57PM    4    siding of a home right in your area, correct?

12:57PM    5    A.  I know about that situation.

12:57PM    6    Q.  Just did you do it or not is all I want to know.

12:57PM    7            MR. MANGO:  Objection, Judge.  That has no bearing.

12:57PM    8    Whether he did it or not has no bearing here on the issue

12:57PM    9    before Your Honor.  It would appear that the issue before Your

12:58PM   10    Honor is one, the credibility of the police officer who

12:58PM   11    testified and whether the statement was made or not and then

12:58PM   12    two, whether in the government's view there's other avenues of

12:58PM   13    bias that could be used outside of that statement if the Court

12:58PM   14    find it credible.

12:58PM   15            THE COURT:  I've already made the ruling on the

12:58PM   16    question of bias in my decision.  We're going to limit that.

12:58PM   17    We're now outside the presence of the jury.  We have a very

12:58PM   18    specific issue that I'm dealing with right now.

12:58PM   19            MR. CONNORS:  Judge, if I may, he said he was

12:58PM   20    targeted and it's just a hearing so --

12:58PM   21            THE COURT:  I got you.

12:58PM   22            MR. CONNORS:  I'd like to ask him about that.

12:58PM   23    BY MR. CONNORS:

12:58PM   24    Q.  Are you saying that never happened on October 25, 2007

12:58PM   25    that you threw eggs and rocks at a home on Jackson Avenue?

12:58PM   1   That never happened?

12:58PM   2   A.   No.   It was a prank that little kids do and that was my

12:58PM   3   friend's house, one of my best friend's house.   And his dad

12:58PM   4   had mental problems and he called the police on us and it

12:59PM   5   wasn't even what we were really doing.   It was blown out of

12:59PM   6   complete proportion.   We were playing a prank on our friend.

12:59PM   7   He was looking out the window joking around in a little kid

12:59PM   8   manner and his dad got upset and called the police because he

12:59PM   9   didn't want him to have contact with us.

12:59PM  10   Q.   Did the police target you for that?

12:59PM  11   A.   No.

12:59PM  12   Q.   In 2007 again, in June, now you had a juvenile woman --

12:59PM  13        MR. MANGO:   Judge, I'm going to object.   Again this

12:59PM  14   is seven years before the incident that we're on trial on

12:59PM  15   even.

12:59PM  16        THE COURT:   Well you mentioned that he was targeted,

12:59PM  17   so I'm going to allow leeway here.

12:59PM  18   BY MR. CONNORS:

12:59PM  19   Q.   You came over to her driveway.   You told her if he

12:59PM  20   wouldn't have oral sex with you, you'd wake up her mother.

12:59PM  21   Do you recall that?

12:59PM  22   A.   I don't recall that.

12:59PM  23   Q.   Never happened?

12:59PM  24   A.   Never happened.

12:59PM  25   Q.   And so the police report -- and this one, are you saying

12:59PM   1   that the police targeted you specifically for that?

12:59PM   2   A.  No.  That sounds like more of a report that somebody's

12:59PM   3   daughter got caught doing something so she told her mom one

01:00PM   4   thing because she probably wasn't supposed to be having sex

01:00PM   5   at that age.

01:00PM   6   Q.  Not you, though.  You weren't involved?

01:00PM   7   A.  I didn't say that.  People can make any type of police

01:00PM   8   report.  I can call the police right now and say a bird shit

01:00PM   9   on my car or whatever but that -- I don't know.  That's

01:00PM  10   completely irrelevant.

01:00PM  11   Q.  July 24th, 2008, did you go into a residence and begin a

01:00PM  12   verbal argument and punch an individual by the name of

01:00PM  13   Melissa Lawson and damage her computer, you were arrested,

01:00PM  14   and transported to the Lackawanna station, did that occur?

01:00PM  15   A.  That was an incident at my house.

01:00PM  16   Q.  Did it occur?

01:00PM  17   A.  Yes, sir.  I didn't --

01:00PM  18   Q.  It's a yes or no answer.  Did it occur?

01:00PM  19   A.  I was arrested at that time.  Yes.

01:00PM  20   Q.  Did the police target you for that or did you do it?

01:00PM  21   A.  No.

01:00PM  22   Q.  Did the police target you?

01:00PM  23   A.  I wasn't targeted by police.

01:00PM  24   Q.  In 2009, May of 2009, there was a fight with you and the

01:01PM  25   DeChents.  Do you recall that on Waterman Road?

FORD  --  BY MR. CONNORS  --  07/18/2019

67

01:01PM     1   A.  I don't recall.  Can you give me more details?

01:01PM     2   Q.  Police came.  You don't recall that?

01:01PM     3   A.  No.

01:01PM     4   Q.  5/9/2009?

01:01PM     5           MR. MANGO:  Objection, Judge.  We're just throwing

01:01PM     6   dates out here.

01:01PM     7           MR. CONNORS:  He asked me for some more information.

01:01PM     8   BY MR. CONNORS:

01:01PM     9   Q.  On 9/6/2010, you pushed a woman by the name of Kayla

01:01PM    10   Volious on Electric Avenue and Kirby Avenue.  You pushed her

01:01PM    11   and then shoved her to the ground and she had redness to her

01:02PM    12   hands after falling and you were taken into custody for a

01:02PM    13   domestic incident at that time, correct?

01:02PM    14   A.  Correct.

01:02PM    15   Q.  They target you for that one too?

01:02PM    16   A.  No, they did not.

01:02PM    17   Q.  Because you did it?

01:02PM    18   A.  It -- I'm not going to give you details of the situation

01:02PM    19   but it's not what it looks like.

01:02PM    20   Q.  You did it?

01:02PM    21   A.  No, I didn't.

01:02PM    22   Q.  So that's a false report -- another false report?

01:02PM    23           MR. MANGO:  Objection, Judge.

01:02PM    24           THE COURT:  Sustained.

01:02PM    25

| | | |
|---|---|---|
| 01:02PM | 1 | BY MR. CONNORS: |
| 01:02PM | 2 | Q.  August 16th, 2010, were you arrested on South Park and |
| 01:02PM | 3 | Leo for unlawful possession of marijuana and obstructing |
| 01:02PM | 4 | governmental administration? |
| 01:02PM | 5 | A.  Yes, sir. |
| 01:02PM | 6 | Q.  Did they target you for that one too? |
| 01:02PM | 7 | A.  No. |
| 01:02PM | 8 | Q.  May 24th, 2010, you went into a residence on South Park |
| 01:03PM | 9 | Avenue without their consent, were asked to leave, and |
| 01:03PM | 10 | refused to do so and the woman's name was Mary Zakowski.  Did |
| 01:03PM | 11 | you do that? |
| 01:03PM | 12 | MR. MANGO:  It's not weather he did it, Judge.  It's |
| 01:03PM | 13 | whether he was arrested and whether he was targeted.  Why are |
| 01:03PM | 14 | we going into the -- |
| 01:03PM | 15 | MR. CONNORS:  You know, Judge, they want everything |
| 01:03PM | 16 | to go their way.  They put him on -- let me finish.  They put |
| 01:03PM | 17 | him on the stand, they ask all these questions.  We were not |
| 01:03PM | 18 | objecting because it's a hearing.  Now they object to |
| 01:03PM | 19 | everything.  This is fair -- |
| 01:03PM | 20 | THE COURT:  All right.  Go ahead. |
| 01:03PM | 21 | MR. MANGO:  It's not, Judge.  This is not about |
| 01:04PM | 22 | whether he did it or not.  He said he felt targeted after the |
| 01:04PM | 23 | last trial. |
| 01:04PM | 24 | MR. CONNORS:  And I'll ask him that too. |
| 01:04PM | 25 | THE COURT:  Overruled.  Go ahead. |

01:04PM  1   BY MR. CONNORS:

01:04PM  2   Q.  May 24th, 2010, did you feel you we're targeted for that

01:04PM  3   incident too?

01:04PM  4   A.  No, I wasn't targeted.

01:04PM  5   Q.  On 10/21/2011, that's where you got stabbed in a fight.

01:04PM  6   You were in a fight and got stabbed in the abdomen, correct?

01:04PM  7   A.  Yes, sir.  I was.

01:04PM  8   Q.  You weren't arrested for that?

01:04PM  9   A.  I was a victim.  Why would I be arrested?

01:04PM  10  Q.  You got stabbed in a fight with a gentleman by the name

01:04PM  11  of Rodriguez; is that correct?

01:04PM  12  A.  That's not who stabbed me, but yeah, I was stabbed and I

01:04PM  13  was the victim in that.

01:04PM  14  Q.  June 16th, 2011, you got into a verbal argument on

01:05PM  15  Lincoln Avenue with that Kayla, the same woman, Volious and

01:05PM  16  you dumped a cup of urine over her head and you slammed her

01:05PM  17  on the ground and verbally abused her.  Do you remember that?

01:05PM  18  A.  That's not what happened but that -- I remember that

01:05PM  19  report, but that's not what happened and I was never charged

01:05PM  20  with anything.

01:05PM  21  Q.  Well there was -- a domestic incident was filed with the

01:05PM  22  police department in Lackawanna, correct?

01:05PM  23  A.  People can lie and say anything, but yes.

01:05PM  24  Q.  That's true.  People can lie and say anything.

01:05PM  25  A.  You're right.

01:05PM    1    Q.  Were you targeted for that?

01:05PM    2    A.  I wasn't targeted.

01:05PM    3    Q.  Was the police report inaccurate if that's what Kayla

01:05PM    4    said that you did?

01:05PM    5    A.  Yes, completely inaccurate.  And that's why she didn't

01:05PM    6    follow through with that.

01:05PM    7    Q.  April 16th, 2012, you and Sean Hurley were stealing items

01:05PM    8    out of a store, headphones, on 3701 McKinley Parkway.  Do you

01:06PM    9    remember that?

01:06PM   10    A.  I never got arrested for stealing headphones in my life.

01:06PM   11    Q.  Were you targeted for that shoplifting incident?

01:06PM   12    A.  No.  I wasn't shoplifting.

01:06PM   13    Q.  So on May 17th, 2013, you were pulled over for an expired

01:06PM   14    inspection certificate.  Do you remember that, South Park?

01:06PM   15    A.  I guess.

01:06PM   16    Q.  You weren't targeted for that, were you?

01:06PM   17    A.  That was the inspection sticker, sir.  I wasn't targeted

01:06PM   18    by the police for inspection.

01:06PM   19    Q.  Well they found marijuana in the car and made a report on

01:06PM   20    that, correct?

01:06PM   21    A.  The marijuana wasn't mine and I didn't get charged with

01:06PM   22    that either if you want to look it up.

01:07PM   23    Q.  June 3rd, 2014, you give a black eye and broken nose to

01:07PM   24    Luciano Torres.  You punched him in the head and he had to go

01:07PM   25    to the hospital at Mercy Hospital on Beech Street.  Do you

01:07PM    1    remember that?

01:07PM    2    A.  Luciano was one of my very, very close friends and he was

01:07PM    3    messed up on drugs at the time and he attacked me and I

01:07PM    4    defended myself.  Me and him talked about the situation and

01:07PM    5    he said Devin, you changed my life.  You helped me get sober.

01:07PM    6    Q.  Well the police report had you being the person who was

01:07PM    7    the attacker?

01:07PM    8    A.  When you're on drugs, you say whatever, but I can't get

01:07PM    9    into his mind.

01:07PM   10    Q.  Speaking of being on drugs, you were on drugs for a long

01:07PM   11    period of time in your life, weren't you?

01:07PM   12    A.  No.  I actually developed substance abuse and mental

01:07PM   13    illness after I was assaulted in 2014.  My life hasn't been

01:07PM   14    the same ever since and I'm still dealing with these things

01:07PM   15    to this day and obviously you can see what happened to me

01:07PM   16    yesterday.  I had a mental breakdown trying to come to court.

01:08PM   17    I wasn't doing anything but trying to come to trial and I had

01:08PM   18    so much -- dealing with so much mental illness potentially, I

01:08PM   19    just --

01:08PM   20    Q.  We'll get there.  In 2016, specifically August, did you

01:08PM   21    admit that you were a drug addict and signed a contract

01:08PM   22    declaring that you were a drug addict?

01:08PM   23         MR. MANGO:  Objection, Judge.  We can do this all day

01:08PM   24    it seems like here.

01:08PM   25         MR. CONNORS:  I think I can.

01:08PM   1              THE COURT:  We're in 2016, so I guess we're getting

01:08PM   2    closer.

01:08PM   3              THE WITNESS:  The thing is about that situation --

01:08PM   4    BY MR. CONNORS:

01:08PM   5    Q.  Excuse me.  Do you admit in a contract you made with a

01:08PM   6    judicial diversion program that you were a drug addict on

01:08PM   7    August 24th, 2016?

01:08PM   8              MR. MANGO:  Judge, what is the relevance of this to

01:08PM   9    the issue that the Court has to decide?

01:08PM  10              THE WITNESS:  The thing is about this situation, I

01:08PM  11    have nothing to be -- shy away from this certain situation --

01:08PM  12    BY MR. CONNORS:

01:08PM  13    Q.  The question is easy.  Did you admit you were a drug

01:08PM  14    addict?

01:08PM  15    A.  I started abusing drugs after I was assaulted by the

01:09PM  16    police.  Yes.  And I'm clean now.  I don't use drugs anymore.

01:09PM  17    Q.  How long where you a drug addict?

01:09PM  18    A.  From probably 2015 to 2016.

01:09PM  19    Q.  Not before?  You didn't use drugs before that?

01:09PM  20    A.  No, I did not.

01:09PM  21    Q.  Did you ever look at your Twitter feed from the years

01:09PM  22    2010, '11, '12 and '13?

01:09PM  23    A.  Are you talking about the college kid posts?  I talked

01:09PM  24    about drinking and partying with my friends.

01:09PM  25    Q.  This will go a lot faster if you just answer my question.

01:09PM   1   Did you look at your posts that you made on Instagram and

01:09PM   2   Twitter and Facebook for the years 2010, '11, '12 and '13?

01:09PM   3   That's before this matter we're talking about going --

01:09PM   4   A.   Those are two --

01:09PM   5   Q.   Did you look at them?

01:09PM   6   A.   Those are two different cases.  There's a difference of a

01:09PM   7   kid hanging out with his friends drinking and a kid that's

01:09PM   8   depressed using drugs to battle the mental illness.  Those

01:09PM   9   are two different topics.  You can see the different topics.

01:09PM   10  Q.   Did you know you posted constantly about the constant use

01:09PM   11  of drugs prior to 2014?

01:09PM   12  A.   Okay.  Once I actually started abusing drugs did you see

01:09PM   13  me post, hey, I'm going out and doing drugs?  No.  Because I

01:10PM   14  was actually going through things in my head, so there's a

01:10PM   15  difference.  I was a kid posting about partying like a

01:10PM   16  college kid like your nephews and sons and then when I

01:10PM   17  battled with the demons and I did after 2014, nobody knew I

01:10PM   18  was abusing drugs.

01:10PM   19       Nobody saw I had issues.  Nobody knew I was dealing with

01:10PM   20  mental illness.  Those are all things I kept to myself because

01:10PM   21  they were serious matters.  And guess what?  God found a way

01:10PM   22  to get me clean and I don't need that no more.

01:10PM   23  Q.   So my question is, prior to 2014, did you regularly post

01:10PM   24  about you use weed while you're driving, you got weed and got

01:10PM   25  drunk, you're still drunk.  For months and months you posted

01:10PM  1   straight on your Twitter and on your Facebook?

01:10PM  2   A.  Most of those tweets are song lyrics.  If you want to

01:10PM  3   type in the lyrics of a song, most of them are song lyrics.

01:10PM  4   I was just tweeting him.

01:10PM  5   Q.  So you are a drug addict prior to 2014?

01:10PM  6   A.  No, I was not.

01:10PM  7          MR. MANGO:  Objection, Judge.

01:10PM  8   BY MR. CONNORS:

01:10PM  9   Q.  You were using drugs on a regular basis, weren't you?

01:10PM  10  A.  I was doing everything that every kid who gets out of

01:11PM  11  high school was doing.  I was smoking, going to parties,

01:11PM  12  drinking beer, that's all I was doing.

01:11PM  13  Q.  Prior to 2014?

01:11PM  14  A.  Yes.  I was living the college kid lifestyle.

01:11PM  15  Q.  In addition to that, you were selling drugs, weren't you?

01:11PM  16  A.  No, I was not.

01:11PM  17  Q.  You pled guilty to possession with intent to sell?

01:11PM  18  A.  That -- I wasn't selling drugs, though.  I was bribed by

01:11PM  19  a drug dealer that got busted to give me a free bag of

01:11PM  20  cocaine.  And I had a problem, so I had to go to rehab.  And

01:11PM  21  I talked to my counselors and they understood everything I

01:11PM  22  was going through.  They knew I was a victim of brutality.

01:11PM  23  They knew that I was covering -- doing these things to cope

01:11PM  24  with my emotions and it's pretty much a Band Aid on what I

01:11PM  25  was really going through in life and that's why I graduated

01:11PM   1   the program with flying colors and all my counselors loved me

01:11PM   2   because they actually cared about me.  They knew my story.

01:11PM   3   Q.  But this occurred -- your conviction for selling drugs

01:12PM   4   where you pled guilty to possession with intent to sell

01:12PM   5   drugs, occurred in what year, sir?

01:12PM   6   A.  After the -- it was in 2016.

01:12PM   7   Q.  Okay.

01:12PM   8   A.  That's when I was abusing drugs.

01:12PM   9   Q.  Were you selling drugs prior to 2016?

01:12PM   10  A.  No, I was not.  And that's the article right there.

01:12PM   11  Q.  You were involved in a Hamburg drug roundup?

01:12PM   12  A.  That's what I'm talking about.

01:12PM   13          MR. MANGO:  Judge, I object again.  This has gone on

01:12PM   14  long enough.  He's attacking this witness.  He's asked the

01:12PM   15  questions he needed to ask.  This is just now attacking this

01:12PM   16  witness.  He's a victim in this case.  There's a limited

01:12PM   17  issue before Your Honor.

01:12PM   18          MR. CONNORS:  His bias and credibility are at issue

01:12PM   19  here.

01:12PM   20          THE COURT:  All right.  Let's see if we can wrap this

01:12PM   21  up.

01:12PM   22  BY MR. CONNORS:

01:12PM   23  Q.  September 2015 was when you were arrested for the joint

01:13PM   24  investigation for selling drugs?

01:13PM   25  A.  I wasn't selling drugs.  I even have the text message to

01:13PM   1   prove.  How do you think I went to rehab, sir?  I wasn't a

01:13PM   2   drug dealer.  I was a drug abuser because I had mental

01:13PM   3   illness and they put me in a program to help me.  And I made

01:13PM   4   it through the programs and to this day, I'm clean.

01:13PM   5   Q.  Have you done anything wrong?

01:13PM   6   A.  I don't get what you're saying.

01:13PM   7   Q.  Is it always someone else's fault?

01:13PM   8   A.  I don't get what you're saying.

01:13PM   9   Q.  Well, so far, all of these arrests and all of these

01:13PM  10   records, you're saying you never did anything wrong.  Is that

01:13PM  11   your testimony?

01:13PM  12          MR. MANGO:  Objection, Judge.  He didn't say that.

01:13PM  13          THE COURT:  All right.  Mr. Connors, you're arguing

01:13PM  14   with the witness.  Let's bring this to a conclusion.

01:13PM  15   BY MR. CONNORS:

01:14PM  16   Q.  Let's talk about yesterday, okay?

01:14PM  17   A.  Okay.

01:14PM  18   Q.  You were scheduled to testify here yesterday, correct?

01:14PM  19   A.  Correct.

01:14PM  20   Q.  And you were actually here at the courthouse, correct?

01:14PM  21   A.  Correct.

01:14PM  22   Q.  And you went home to get something to eat around the noon

01:14PM  23   hour?

01:14PM  24   A.  Correct.

01:14PM  25   Q.  Now you went to 214 Franklin Street?

01:14PM    1    A.  Correct.

01:14PM    2    Q.  Is that where you're living now?

01:14PM    3    A.  Correct.

01:14PM    4    Q.  You were living at 20 Lincoln?

01:14PM    5    A.  Yes.

01:14PM    6    Q.  But you moved to 214 Franklin?

01:14PM    7    A.  Correct.

01:14PM    8    Q.  That's with your mother and your sister?

01:14PM    9    A.  Correct.

01:14PM   10    Q.  And while you were home, you got arrested by the

01:14PM   11    Lackawanna Police, correct?

01:14PM   12    A.  Correct.

01:14PM   13    Q.  You were arrested for attacking a female and that's your

01:14PM   14    sister, correct?

01:14PM   15    A.  Not on my family's consent.  They didn't want me to be

01:14PM   16    arrested.  They arrested me to make sure I didn't make it

01:14PM   17    here on time and you guys had something to talk about to make

01:14PM   18    me look bad.  That's all that was.

01:14PM   19    Q.  They?  We had something to do --

01:14PM   20    A.  I don't know.  I'm not pointing no names at nobody but

01:14PM   21    it's clear what the situation looks like.

01:14PM   22    Q.  Were you arrested for attacking a female?

01:15PM   23    A.  I was arrested.

01:15PM   24    Q.  For attacking a female?

01:15PM   25            MR. MANGO:  Judge, there's no assault charge.

01:15PM    1    There's a menacing charge.  It's not attacking.

01:15PM    2            THE COURT:  Sustained.

01:15PM    3    BY MR. CONNORS:

01:15PM    4    Q.  Your sister's name is Darien, correct?

01:15PM    5    A.  Yes, sir.

01:15PM    6    Q.  You've seen these charges, correct?

01:15PM    7    A.  Yes, sir.

01:15PM    8    Q.  You tried to attack her and threatened her, I will smack

01:15PM    9    the fuck out of you?

01:15PM   10            THE COURT:  Mr. Connors, we're concerned about the

01:15PM   11    statement that he made; the statement that he has denied

01:15PM   12    making.  That's where we have to focus.  This is a very

01:15PM   13    limited purpose here now.

01:15PM   14    BY MR. CONNORS:

01:15PM   15    Q.  When you're arrested, the police came to your location,

01:15PM   16    correct?

01:15PM   17    A.  Correct.

01:15PM   18    Q.  It was an Officer Chmielowiec, correct?

01:15PM   19    A.  Yeah, whatever.  I can't pronounce the name.

01:15PM   20    Q.  Had you ever had any interaction with him before?

01:15PM   21    A.  Not that I'm aware of.

01:15PM   22    Q.  So he never targeted you for anything before, correct?

01:15PM   23    A.  No, but everybody -- Lackawanna is a small neighborhood.

01:16PM   24    Everybody knows who I am.  They had seen me.  They knew what

01:16PM   25    I was dealing with.

01:16PM   1   Q.  Well they know who you are because you've been arrested

01:16PM   2   20 times.

01:16PM   3           MR. MANGO:  Objection, Judge.  Arguing with the

01:16PM   4   witness.

01:16PM   5   BY MR. CONNORS:

01:16PM   6   Q.  Okay.  So you met with this Officer Chmielowiec, correct?

01:16PM   7   A.  Correct.

01:16PM   8   Q.  And he put you under arrest?

01:16PM   9   A.  I don't know why but correct.  Yeah.

01:16PM  10   Q.  And your sister filed a complaint against you?

01:16PM  11   A.  He was inside of my house for an hour hovering over her.

01:16PM  12   You know what?  He intimidated a girl and made her do

01:16PM  13   something.  He intimidated my family.  My family was standing

01:16PM  14   there like he has somewhere to go.  They were on my side, not

01:16PM  15   his side.

01:16PM  16   Q.  My question is simply, did she file a complaint against

01:16PM  17   you, correct?

01:16PM  18   A.  Not on her own free will.

01:16PM  19   Q.  And you had some conversations with that police officer?

01:16PM  20   A.  Short.

01:16PM  21   Q.  You told him that you were involved in a court case,

01:16PM  22   correct?

01:16PM  23   A.  I said I had a simple family argument.  I have somewhere

01:17PM  24   to go.  I have somewhere important to be.

01:17PM  25   Q.  But you told him you were involved in a court case as a

01:17PM  1   witness, correct?

01:17PM  2   A.  I don't recall if I did say I was in a court case.  I

01:17PM  3   wouldn't say a witness.  I would say victim because that's

01:17PM  4   what I'm here for.

01:17PM  5   Q.  And you told him that's where you had to go, you're on

01:17PM  6   your way to a court case, correct?

01:17PM  7   A.  Yes.  I'm on my way.  I have somewhere important to be.

01:17PM  8   Q.  And you told him you didn't have time for it, correct?

01:17PM  9   A.  I said I don't have time for this before I said that,

01:17PM  10  yes.

01:17PM  11  Q.  You told him you had a family argument, correct?

01:17PM  12  A.  Yes.  I said that in the middle of the conversation.

01:17PM  13  Q.  And you told him that the -- you're working with the FBI,

01:17PM  14  correct?

01:17PM  15  A.  I don't recall telling him that.

01:17PM  16  Q.  And then you told him, I'm going to go to court and I'm

01:17PM  17  about to screw someone?

01:17PM  18  A.  No.  I said I'm going somewhere.  I have somewhere

01:17PM  19  important to be.

01:17PM  20  Q.  So you've seen these reports that quote you as saying

01:17PM  21  those words, correct?

01:17PM  22  A.  Correct.  Yes, I have.

01:17PM  23  Q.  Are you saying that the police officer who filled out

01:17PM  24  this official report is lying about what you said to him?

01:17PM  25  A.  Yes, sir.

01:18PM    1   Q.  Lying in a sworn document, correct?

01:18PM    2          MR. MANGO:  Objection.  He's answered the question.

01:18PM    3          THE WITNESS:  And he even thought it was funny.

01:18PM    4   Before I was even arrested, he called his buddy and said,

01:18PM    5   guess who's in the back of my car?  You wouldn't believe it.

01:18PM    6   Devin Ford.  And then paused.  He said, yeah.  Guess where

01:18PM    7   he's supposed to be?  He's supposed to be going to testify on

01:18PM    8   Krug right now.

01:18PM    9   BY MR. CONNORS:

01:18PM   10   Q.  This is a police officer who you've never had any contact

01:18PM   11   with before?

01:18PM   12   A.  Not that I'm aware of.  They all look the same to me but

01:18PM   13   I don't recognize him.

01:18PM   14   Q.  In all your life, you've never had any contact with him?

01:18PM   15   A.  Like I said, not that I'm aware of.

01:18PM   16   Q.  So he's just going to make up these particular sentences

01:18PM   17   that have been attributed to you, correct?

01:18PM   18   A.  Well, he --

01:18PM   19          MR. MANGO:  Judge, he's answered the question.

01:18PM   20          THE WITNESS:  This is a joke.

01:18PM   21          MR. MANGO:  He said it wasn't accurate.  What do they

01:18PM   22   need to do else here?

01:18PM   23          THE COURT:  Overruled.  Go ahead.

01:18PM   24   BY MR. CONNORS:

01:18PM   25   Q.  He just made it up, is that what you're saying?

01:18PM   1   A.  That's correct.

01:18PM   2   Q.  And you don't like police officers anyway, do you?

01:18PM   3   A.  I have multiple friends and associates that are in the

01:18PM   4   academy, police officers.  I have nothing against police

01:19PM   5   officers whatsoever.  Corrections officers -- I have friends

01:19PM   6   that are corrections officers as well and in the military.  I

01:19PM   7   have nothing against police officers.

01:19PM   8   Q.  You've posted negative things about police officers on

01:19PM   9   your twitter feed, haven't you?

01:19PM  10   A.  Most of them are song lyrics.

01:19PM  11   Q.  You're Devin Ford, @DevinFord_716, correct?

01:19PM  12   A.  Correct.

01:19PM  13   Q.  And you've posted negative things about police officers

01:19PM  14   on these Twitter feeds, haven't you?

01:19PM  15   A.  Like I said, most of them are song lyrics, but correct.

01:19PM  16   Q.  Okay.  Fucking cops SMH, correct?

01:19PM  17   A.  What's the date on that?

01:19PM  18   Q.  November 8, 2013.

01:19PM  19   A.  That's me just getting pulled over for no reason saying

01:19PM  20   just pulling people over trying to catch them with

01:19PM  21   something --

01:19PM  22        THE COURT:  I think I've heard enough.  We're getting

01:19PM  23   into other areas.  My focus is on one point.  We will -- I'll

01:19PM  24   render a decision in a few minutes and I'll give you the

01:20PM  25   reason for it, but I want to bring this jury back.  We can

01:20PM      1    start the cross-examination, just stay away from this area for

01:20PM      2    now.

01:20PM      3            MR. CONNORS:  Can I start with the post that you

01:20PM      4    approved in your opinion?

01:20PM      5            THE COURT:  I'm sorry?

01:20PM      6            MR. CONNORS:  The post that you've approved in your

01:20PM      7    opinion that you wrote, that was where I was going to start.

01:20PM      8    I can start there and stay away from that area?

01:20PM      9            THE COURT:  Yes.

01:20PM     10            MR. MANGO:  Judge, there was three posts that you

01:20PM     11    included in your previous order.  Mr. Connors told me about a

01:20PM     12    fourth additional post.  I don't know if he plans to use it or

01:20PM     13    not but it wasn't --

01:20PM     14            THE COURT:  I mentioned the three.

01:20PM     15            MR. MANGO:  You mentioned three.

01:20PM     16            THE COURT:  That's fine.

01:20PM     17            MR. MANGO:  He showing me a fourth and it was not

01:20PM     18    included in your order.

01:20PM     19            MR. CONNORS:  Well I hadn't decided to use it or not.

01:20PM     20    As I told him before, I would approach you and tell you -- may

01:20PM     21    we excuse the witness for this, Your Honor?

01:20PM     22            THE COURT:  Sir, would you please accept step

01:20PM     23    outside?

01:21PM     24    (The witness was excused at 1:21 p.m.)

01:21PM     25            MR. MANGO:  Rather than interrupt the trial process,

01:21PM    1    I figure we could have this conversation now.

01:21PM    2              THE COURT:  All right.

01:21PM    3              MR. CONNORS:  The post took place on April 20th,

01:21PM    4    2014.  Devin Ford @DevinFord.

01:21PM    5              MR. MANGO:  Judge, I can put it on the screen for you

01:21PM    6    if you want.

01:21PM    7              THE COURT:  Yeah, would you?

01:21PM    8              MR. CONNORS:  I can read it.  It's short.  Crazy ass

01:21PM    9    night.  Damn enter finna whoop these two security guards ass

01:21PM   10    on some real shit.  These niggas is softest as fuck.  They

01:21PM   11    ain't want it.

01:21PM   12              MR. MANGO:  Judge, it's got nothing to do with

01:21PM   13    police.

01:21PM   14              MR. CONNORS:  Nothing to do with police?  It talks

01:21PM   15    about security guards.

01:21PM   16              MR. MANGO:  They're not police, Judge.

01:21PM   17              THE COURT:  I'll allow it.  I'm going to allow it.

01:21PM   18    We're going to bring the jury back in a few minutes.

01:21PM   19              THE CLERK:  All rise.

01:23PM   20    (A recess was taken from 1:23 p.m. to 1:26 p.m.)

01:26PM   21    (The jury entered the room at 1:26 p.m.)

01:27PM   22              THE COURT:  Again, ladies and gentlemen, sorry for

01:27PM   23    the delay.  We're doing the best we can to limit those delays.

01:27PM   24    I appreciate your patience.  All right.  Mr. Ford should be

01:27PM   25    back on the stand.

| | | |
|---|---|---|
| 01:27PM | 1 | (The witness entered the room at 1:29 p.m.) |
| 01:29PM | 2 | THE COURT:  All right.  Mr. Connors. |
| 01:29PM | 3 | MR. CONNORS:  Thank you, Your Honor. |
| 01:29PM | 4 | |
| 01:29PM | 5 | CROSS-EXAMINATION |
| 01:29PM | 6 | |
| 01:29PM | 7 | BY MR. CONNORS: |
| 01:29PM | 8 | Q.  Mr. Ford, you have a Twitter account do you not? |
| 01:29PM | 9 | A.  Yes, sir. |
| 01:29PM | 10 | Q.  It's Devin Ford @DevinFord_716, correct? |
| 01:29PM | 11 | A.  Correct. |
| 01:29PM | 12 | Q.  And in November 8, 2013, did you tweet from that account, |
| 01:29PM | 13 | excuse the language, fucking cops SMH? |
| 01:29PM | 14 | A.  Yes, sir. |
| 01:29PM | 15 | Q.  And SMH stands for so much hate? |
| 01:29PM | 16 | A.  Shake my head. |
| 01:29PM | 17 | Q.  Well it stands also for so much hate.  It can stand for |
| 01:29PM | 18 | either one, correct? |
| 01:29PM | 19 | MR. MANGO:  Objection. |
| 01:29PM | 20 | THE COURT:  You may answer. |
| 01:29PM | 21 | THE WITNESS:  I've never heard that before.  It |
| 01:29PM | 22 | stands for shake my head. |
| 01:29PM | 23 | BY MR. CONNORS: |
| 01:29PM | 24 | Q.  But there's no question you tweeted that on November 8, |
| 01:29PM | 25 | 2013, correct? |

01:29PM   1   A.   Correct.

01:29PM   2   Q.   On December 1st, 2013, as soon as I walk in the party,

01:29PM   3   cops come, next party.  Tweet that as well?

01:30PM   4   A.   I was a young kid going to a party.

01:30PM   5   Q.   It's very simple.  Did you tweet that?

01:30PM   6   A.   Yes, sir.

01:30PM   7   Q.   January 4th, 2014 at the same Twitter account, did you

01:30PM   8   tweet, killing shit and telling cops I didn't do it?

01:30PM   9   A.   That's a song lyric.

01:30PM   10  Q.   You tweeted it again though, right?

01:30PM   11  A.   Yes, sir.

01:30PM   12  Q.   You tweeted it out on your own account, correct?

01:30PM   13          MR. MANGO:  He just said he tweeted it, Judge.

01:30PM   14          THE WITNESS:  It's a song lyric.

01:30PM   15  BY MR. CONNORS:

01:30PM   16  Q.   You tweeted it on your own account, correct?

01:30PM   17  A.   Yes, sir.

01:30PM   18  Q.   April 20th, 2014, crazy ass night, damn near finna whoop

01:30PM   19  these two security guards' ass on some real shit.  These

01:30PM   20  niggas is softest as a fuck.  They ain't want it.  Did you

01:30PM   21  tweet that too?

01:30PM   22  A.   I don't recall, but if it was on my page then yes, I

01:30PM   23  tweeted it.

01:30PM   24  Q.   It's not a song is it?

01:30PM   25  A.   No.

01:30PM   1   Q.  So prior to the time you even met Corey Krug, you had

01:30PM   2   tweeted some very negative things about police officers,

01:30PM   3   correct?

01:30PM   4              MR. MANGO:  Objection Judge.

01:30PM   5              THE COURT:  Overruled.

01:31PM   6              THE WITNESS:  I have nothing against any police

01:31PM   7   officer.

01:31PM   8   BY MR. CONNORS:

01:31PM   9   Q.  Listen to my question if you would, please, sir.  Prior

01:31PM  10   to the time you met Officer Corey Krug, you had tweeted some

01:31PM  11   very negative things about police officers?

01:31PM  12              MR. MANGO:  Objection, Judge.  Again it's

01:31PM  13   characterizing very negative.

01:31PM  14              THE WITNESS:  I personally have nothing --

01:31PM  15              THE COURT:  You'll be able to redirect and go into

01:31PM  16   it, Mr. Mango.

01:31PM  17              MR. MANGO:  Yes, Judge.

01:31PM  18   BY MR. CONNORS:

01:31PM  19   Q.  You did, didn't you?

01:31PM  20   A.  That doesn't mean -- I don't have nothing against police

01:31PM  21   officers, sir.

01:31PM  22   Q.  I'm just asking if you made these tweets that were

01:31PM  23   negative against police officers.

01:31PM  24   A.  Some of them were song lyrics, but, yes.

01:31PM  25   Q.  You never knew Corey Krug prior to November 27, 2014,

01:31PM    1    correct?

01:31PM    2    A.   No, sir.

01:31PM    3    Q.   You never had any interaction with him yourself, did you?

01:31PM    4    A.   No, sir.

01:31PM    5    Q.   And you had no reason to believe that he held any grudge

01:32PM    6    against you, correct?

01:32PM    7    A.   Not that I believe.

01:32PM    8    Q.   Because you had no interaction though with him, correct?

01:32PM    9    A.   Never met the man in my life.

01:32PM   10    Q.   So I'm going to ask you about November 27th, 2014 to

01:32PM   11    start, but we're talking about the 26th and the 27th.  You

01:32PM   12    remember those dates, correct?

01:32PM   13    A.   Correct.

01:32PM   14    Q.   One was Thanksgiving, correct?

01:32PM   15    A.   Correct.

01:32PM   16    Q.   One was the evening before Thanksgiving?

01:32PM   17    A.   Correct.

01:32PM   18    Q.   Sir is it your testimony that on November 27th, 2014,

01:32PM   19    Officer Corey Krug came up from behind you and attacked you

01:32PM   20    from behind.  Is that your testimony?

01:32PM   21    A.   Yes, sir.  He came from an angle.

01:32PM   22    Q.   It just -- just listen to my question it will go a lot

01:32PM   23    faster.

01:32PM   24         MR. MANGO:  Objection, Judge.  He answered the

01:32PM   25    question.

| | | |
|---|---|---|
| 01:32PM | 1 | THE COURT:  All right.  He answered the question. |
| 01:32PM | 2 | Ask it a different way, Ms. Connors. |
| 01:32PM | 3 | MR. CONNORS:  I will. |
| 01:32PM | 4 | MR. MANGO:  This characterizations of this is simple, |
| 01:32PM | 5 | listen to my question, that's argumentative. |
| 01:32PM | 6 | THE COURT:  I'm understand.  I understand. |
| 01:33PM | 7 | BY MR. CONNORS: |
| 01:33PM | 8 | Q.  So my question simply is, is it your testimony that |
| 01:33PM | 9 | Officer Krug attacked you from behind on November 27th? |
| 01:33PM | 10 | A.  Yes, sir. |
| 01:33PM | 11 | Q.  That is your testimony? |
| 01:33PM | 12 | A.  Yes, sir. |
| 01:33PM | 13 | Q.  Now you've seen the video haven't you? |
| 01:33PM | 14 | A.  Yes, sir. |
| 01:33PM | 15 | Q.  You've seen it how many times? |
| 01:33PM | 16 | A.  I can't recall. |
| 01:33PM | 17 | Q.  More than 10? |
| 01:33PM | 18 | A.  Don't recall. |
| 01:33PM | 19 | Q.  You have no recollection of how many times you've seen |
| 01:33PM | 20 | it? |
| 01:33PM | 21 | A.  I'd say about 10 times. |
| 01:33PM | 22 | Q.  And obviously you're familiar with the video? |
| 01:33PM | 23 | A.  Correct. |
| 01:33PM | 24 | Q.  Are you saying that that video shows him attacking you |
| 01:33PM | 25 | from behind? |

01:33PM    1    A.  If I'm allowed to be more specific or however you

01:33PM    2    pronounce that word, he came from an angle.

01:33PM    3    Q.  You said under oath on a prior occasion that he attacked

01:33PM    4    you from behind, didn't you?

01:33PM    5    A.  Yes, sir.

01:33PM    6    Q.  Now is it also your testimony, sir, that when Officer

01:33PM    7    Krug approached you, he was swinging his nightstick?

01:33PM    8    A.  That's not true.

01:33PM    9    Q.  It's not true.  Exhibit 130, page 38, you've given some

01:34PM   10    prior sworn testimony on other proceedings in connection with

01:34PM   11    this matter, correct?

01:34PM   12    A.  Correct.

01:34PM   13    Q.  Correct, sir?

01:34PM   14    A.  Correct.

01:34PM   15    Q.  Other occasions where there have been a stenographer

01:34PM   16    present who has taken down every word you said, correct?

01:34PM   17    A.  Correct.

01:34PM   18    Q.  A lot like our stenographer here, Megan, who records what

01:34PM   19    it is you had to say.

01:34PM   20        On February 4th, 2019, were you asked this question under

01:34PM   21    oath and did you give this answer?  Feel free to read with me

01:34PM   22    so I make sure I read it correctly.

01:34PM   23            And sir, is it also your testimony under oath that

01:34PM   24    when Corey Krug approached you on November 27th, 2014 that he

01:34PM   25    was swinging his nightstick?

01:34PM   1          And you answered, yes, sir.

01:34PM   2      Have I read that correctly?

01:34PM   3  A.  Yes, sir, but it depends how you're trying to say it.

01:35PM   4  Are you saying he was coming at me like a cowboy swinging his

01:35PM   5  stick, like he was trying to be a cowboy, or did he come and

01:35PM   6  tap me on my leg?  There's two differences.  I didn't see him

01:35PM   7  coming like a cowboy.  He simply tapped me on my leg to get

01:35PM   8  my attention but I don't know how to correctly answer that

01:35PM   9  like -- how do you like --

01:35PM  10  Q.  Well the correct way would be to answer accurately and

01:35PM  11  I'm just simply asking you --

01:35PM  12          MR. MANGO:  Objection, Judge.

01:35PM  13  BY MR. CONNORS:

01:35PM  14  Q.  -- on February 4th, 2019, didn't you say that under oath,

01:35PM  15  that Corey came at you swinging his nightstick?

01:35PM  16  A.  He came up to me and hit me with his nightstick.  Yes,

01:35PM  17  sir.

01:35PM  18  Q.  And once again, I'm reading it word for word.  I read it

01:35PM  19  correctly did I not?

01:35PM  20  A.  Yeah, but I'm not trying to mix up my words into saying

01:35PM  21  something that's not true.  There's a difference of him

01:35PM  22  coming up to me swinging his nightstick and coming up to me

01:35PM  23  and tapping my leg.  I didn't know.  I didn't see him

01:35PM  24  swinging his nightstick, however, he came from the side of

01:35PM  25  me.  And came and hit me on the side.

01:35PM  1    Q.  You just answered the question, sir.

01:35PM  2    A.  Okay.

01:35PM  3    Q.  You couldn't have seen him swinging the nightstick

01:35PM  4    because he wasn't swinging the nightstick, was he?

01:36PM  5            MR. MANGO:  Objection, Judge.

01:36PM  6            THE COURT:  You can answer that, sir.

01:36PM  7            THE WITNESS:  He came and hit me and tapped me on the

01:36PM  8    leg with a nightstick.  Yes.

01:36PM  9    BY MR. CONNORS:

01:36PM  10   Q.  You could not have seen him swinging the nightstick

01:36PM  11   because he was not swinging the nightstick, was he?

01:36PM  12           MR. MANGO:  Objection, Judge.  He testified he was

01:36PM  13   hit on the leg by a nightstick.  That's all --

01:36PM  14           THE COURT:  Overruled.  Go ahead.  Please continue.

01:36PM  15           MR. CONNORS:  That's not my question.

01:36PM  16   BY MR. CONNORS:

01:36PM  17   Q.  My question is simply, you couldn't have seen him

01:36PM  18   swinging the nightstick because he wasn't swinging the

01:36PM  19   nightstick, correct?

01:36PM  20   A.  I didn't see him.  I felt it.

01:36PM  21   Q.  Swinging the nightstick or not?

01:36PM  22   A.  He hit me with the nightstick, sir.

01:36PM  23   Q.  So would be it be fair to say, sir, when you first

01:36PM  24   encountered Officer Krug, he came towards you holding Exhibit

01:36PM  25   43 in both his hands with a grip on each end of the stick,

01:36PM    1    correct?

01:36PM    2    A.  After he hit me with it, yes.

01:36PM    3    Q.  So he wasn't swinging the nightstick when he came at you?

01:36PM    4    A.  Correct, sir.

01:36PM    5    Q.  And that's why on the video --

01:36PM    6            MR. MANGO:  Objection, Judge.  He just said after he

01:36PM    7    hit me with the nightstick.  He's trying to confuse this

01:36PM    8    witness.

01:36PM    9            THE COURT:  You'll be able to redirect, Mr. Mango, if

01:36PM   10    you feel that things are not coming out the way you feel they

01:37PM   11    should.  You'll have that opportunity.

01:37PM   12    BY MR. CONNORS:

01:37PM   13    Q.  And that's right on the tape when Officer Krug comes

01:37PM   14    towards you, correct?  That's right on the video?

01:37PM   15    A.  Yes.  It shows him slamming me into the car after he hit

01:37PM   16    me with the nightstick.  Yes.

01:37PM   17    Q.  I'm talking about when he first comes up to you.  It

01:37PM   18    shows that too, doesn't it?

01:37PM   19    A.  No, it doesn't.

01:37PM   20    Q.  It does not show that?

01:37PM   21    A.  There's a gap in between like it was pausing.

01:37PM   22    Q.  Are you saying that you had an encounter with Corey Krug

01:37PM   23    that's not on that video tape?

01:37PM   24    A.  It doesn't show him hitting me on the leg.  That's right.

01:37PM   25    Q.  We'll get to there.  You testified also that he hit you

01:37PM   1   on right side of the back of the leg, correct?

01:37PM   2   A.  He hit me on the side of the leg.  Yes.

01:37PM   3   Q.  That's not on the video tape, is it?

01:37PM   4   A.  No, it's not.

01:37PM   5   Q.  Are you saying that the videographer missed that?

01:37PM   6   A.  I don't know what the video dude was thinking or doing.

01:37PM   7   I can't speak for somebody else but myself, sir.

01:37PM   8   Q.  Are you saying there was more of the interaction between

01:37PM   9   you and Corey Krug that night -- that morning than is shown

01:37PM  10   on the video tape?

01:37PM  11   A.  I was hit with the nightstick and slammed.  Yes.

01:38PM  12   Q.  My question simply is, was there other things that you

01:38PM  13   experienced that weren't on that video?

01:38PM  14   A.  I keep repeating the same thing to you.  I keep saying

01:38PM  15   yes.

01:38PM  16   Q.  Okay.  Now the reason you said that Corey Krug came

01:38PM  17   towards you swinging the nightstick under oath, you said that

01:38PM  18   because it would help you with your lawsuit, correct?

01:38PM  19   A.  I don't get what you mean.  What do you mean?

01:38PM  20   Q.  Well we've seen the videotape and we see that when he

01:38PM  21   approaches you, he's holding nightstick and not swinging it,

01:38PM  22   correct?

01:38PM  23   A.  All I know, sir, is I was tapped on the side of the leg

01:38PM  24   by a nightstick.  I turned this way and I'm already on my

01:38PM  25   back being tooken down.  I was trying to brace my fall so I

01:38PM   1   didn't hit my head and protect my face.  It all happened in a

01:38PM   2   split second like this.

01:38PM   3   Q.  But the reason you said he was swinging at you is to

01:38PM   4   justify the fact that you grabbed the nightstick with two

01:38PM   5   hands, correct?

01:38PM   6   A.  No, sir.

01:38PM   7   Q.  There's no other reason for you to grab the nightstick if

01:38PM   8   he's not swinging at you, is there?

01:39PM   9        MR. MANGO:  Objection, Judge.  Calls for speculation.

01:39PM  10        THE COURT:  Sustained.

01:39PM  11   BY MR. CONNORS:

01:39PM  12   Q.  It's true, is it not, sir, that you grabbed that

01:39PM  13   nightstick with both of your hands before Corey Krug ever

01:39PM  14   took a swipe at you at all that time?

01:39PM  15   A.  No.  I grabbed the nightstick by reflex after he hit me

01:39PM  16   and he was driving me to the floor.

01:39PM  17   Q.  You put your -- both hands on the nightstick before he

01:39PM  18   struck you with it, correct?

01:39PM  19   A.  No.

01:39PM  20   Q.  Well is that because the strike that you're talking about

01:39PM  21   occurred off the video camera that we didn't see?

01:39PM  22   A.  I'm saying he hit me on the side of the leg and he tried

01:39PM  23   to tackle me and I just was like this (indicating).  I don't

01:39PM  24   how else that you want me to be.  You want me to fall like

01:39PM  25   this (indicating) or fall like this (indicating)?  I was

01:39PM    1   trying to protect myself, sir.  It's pretty obvious what

01:39PM    2   happened.

01:39PM    3   Q.  Is it your testimony that Officer Krug hit you six times

01:40PM    4   with his nightstick?

01:40PM    5   A.  Approximately, yes.

01:40PM    6   Q.  And the first blow are you saying was to your right lower

01:40PM    7   leg?

01:40PM    8   A.  Yes, sir.

01:40PM    9   Q.  From behind?

01:40PM   10   A.  Yes, sir.

01:40PM   11   Q.  So what your testimony is, that somehow Corey Krug got

01:40PM   12   behind you and hit your right lower leg from behind?

01:40PM   13   A.  That's not -- like I said, we were standing in the

01:40PM   14   street.  He was coming down the street and all I felt was a

01:40PM   15   shadow coming over me.  I felt something hit me.  Like pretty

01:40PM   16   much -- I turned around like this and I'm being drove to the

01:40PM   17   ground like this (indicating) in a matter of seconds.

01:40PM   18   Q.  Exhibit 3504B, Government's Exhibit, page 21, line 2.

01:40PM   19   Now you recall once again giving testimony --

01:40PM   20           MR. MANGO:  Judge, can he do his questioning at the

01:40PM   21   podium please?

01:41PM   22           MR. CONNORS:  I have to show it to him first.

01:41PM   23           MR. MANGO:  I didn't know what.

01:41PM   24           THE COURT:  He can show it to him and he'll go back

01:41PM   25   to the lectern.

01:41PM    1    BY MR. CONNORS:

01:41PM    2    Q.  So I'm directing your attention now to a prior sworn

01:41PM    3    statement that you gave in connection with this case,

01:41PM    4    correct?  You've seen the front of it.  Your name is Devin

01:41PM    5    Ford?

01:41PM    6           MR. MANGO:  Judge, can't he hand him the exhibit and

01:41PM    7    then go back to the podium?

01:41PM    8           THE COURT:  Yes.  Please go back to the podium,

01:41PM    9    Mr. Connors.  You don't have to stand next to him.

01:41PM   10           MR. CONNORS:  Okay.  I just want to direct him to --

01:41PM   11           THE WITNESS:  You're making me feel uncomfortable.

01:41PM   12    BY MR. CONNORS:

01:41PM   13    Q.  Okay.  You've seen this document though and you've seen

01:41PM   14    it as your prior sworn testimony, correct?

01:41PM   15    A.  Yes, sir.

01:41PM   16    Q.  Okay.  At page 21, line 2, I have to read -- were you

01:41PM   17    asked this question and did you give this answer?  May I read

01:41PM   18    it to you?  Page 21, line 2.

01:41PM   19           Counsel, okay.  So just try to be clear.  The first

01:41PM   20    blow was to your right leg?

01:41PM   21           Answer, yes, sir.

01:41PM   22           Question, from behind?

01:42PM   23           Answer, yes, sir.

01:42PM   24       Did you give that answer under oath on April 9th, 2015?

01:42PM   25    A.  Yes, sir.

01:42PM  1  Q.  So you were born in 1992, correct?

01:42PM  2  A.  Correct.

01:42PM  3  Q.  And you told us that you grew up in Lackawanna?

01:42PM  4  A.  Correct.

01:42PM  5  Q.  You said you went to -- education was Lackawanna High

01:42PM  6  School?

01:42PM  7  A.  Correct.

01:42PM  8  Q.  You didn't finish Lackawanna High School, did you?

01:42PM  9  A.  Correct.

01:42PM  10  Q.  You left Lackawanna High School?

01:42PM  11  A.  Correct.

01:42PM  12  Q.  So you don't have a degree, do you?

01:42PM  13  A.  Correct.

01:42PM  14  Q.  And you're now living on Franklin, correct?

01:42PM  15  A.  Correct.

01:42PM  16  Q.  Previously you lived on Lincoln Avenue?

01:42PM  17  A.  Correct.

01:42PM  18  Q.  Now the night of the November 26th, 2014, you were living

01:42PM  19  on Lincoln, correct?

01:43PM  20  A.  Correct.

01:43PM  21  Q.  And you were living there -- your grandmother was there?

01:43PM  22  A.  Correct.

01:43PM  23  Q.  That's Ms. Lawson, Mrs. Ann Lawson?

01:43PM  24  A.  Yes.  It was her home.

01:43PM  25  Q.  And there was another gentleman living there as well by

01:43PM   1   the name of John Reichert, R-E-I-C-H-E-R-T, correct?

01:43PM   2   A.   Correct.

01:43PM   3   Q.   Is he still in this area?

01:43PM   4   A.   I haven't seen or heard from that kid in forever.

01:43PM   5   Q.   Now you told us in response to a question that Mr. Mango

01:43PM   6   posed to you, you told us that you were five-eleven?

01:43PM   7   A.   Yes, sir.

01:43PM   8   Q.   You've been asked that question before, haven't you?

01:43PM   9   A.   Yes, sir.

01:43PM  10   Q.   You were asked that question under oath, weren't you?

01:43PM  11   A.   Yes, sir.

01:43PM  12   Q.   In a prior proceeding?

01:43PM  13   A.   Yes, sir.

01:43PM  14   Q.   Exhibit 130, sworn document, prior proceeding.  You said,

01:43PM  15   November 2014, you were approximately the same size, height,

01:43PM  16   and weight as you were then?

01:44PM  17   A.   Yes, sir.

01:44PM  18   Q.   Same height, probably a little heavier?

01:44PM  19   A.   Yes, sir.

01:44PM  20   Q.   Heavier then back in 2014?

01:44PM  21   A.   I was around 200 pounds at the time.

01:44PM  22   Q.   And I said to you, six-two, 200 pounds?  And you said,

01:44PM  23   yeah, about that.  I said to you, that would be a fair

01:44PM  24   estimate of your size and height and weight back in 2014?

01:44PM  25   And you said correct?

01:44PM    1    A.  You must have said the words so fast or I thought you

01:44PM    2    said approximately six foot.  I'm five-eleven.  I thought you

01:44PM    3    said approximately six foot, not six-two.  You snuck that

01:44PM    4    extra two in there, sir.

01:44PM    5    Q.  Sir I have read that correctly haven't I, under oath?

01:44PM    6    A.  Yes, but the truth is I thought you said I was

01:44PM    7    approximately six foot, not six foot two.  There's a big

01:44PM    8    difference.

01:44PM    9    Q.  You've never corrected that until you came to court

01:44PM   10    today.  You tried to say you were smaller than six foot two.

01:44PM   11    A.  Because I didn't know you said six foot two.  I thought

01:44PM   12    you said approximately six foot, 200 pounds; six foot, 200

01:44PM   13    pounds not six foot two, 200 hundred pounds.

01:44PM   14    Q.  You met with the prosecutor 10 or more times and they've

01:44PM   15    gone over your testimony, haven't they?

01:44PM   16    A.  And I'm not six foot two.  I thought you said

01:45PM   17    approximately six foot.  So that would have been my mistake.

01:45PM   18    Q.  Sir my question is, you've met with the prosecutors.

01:45PM   19    You've gone over your testimony and your transcripts a number

01:45PM   20    of times, haven't you?

01:45PM   21    A.  I'm five foot eleven, sir.

01:45PM   22    Q.  You never changed that, did you?

01:45PM   23    A.  I'm five foot eleven, sir.

01:45PM   24    Q.  On November 26th, 2014, did you work that day?

01:45PM   25    A.  If I'm not mistaken, I think I had a day shift.

FORD  --  BY MR. CONNORS  --  07/18/2019
101

01:45PM   1   Q.  Where was that?

01:45PM   2   A.  At the Mulberry Italian Restaurant.

01:45PM   3   Q.  And so the day shift would have gotten you home about

01:45PM   4   what time?

01:45PM   5   A.  Approximately 7 p.m.

01:45PM   6   Q.  And I think you told us before under oath that you went

01:45PM   7   to the gym you thought?

01:45PM   8   A.  Correct.

01:45PM   9   Q.  And when you got home, that was to the Lincoln Avenue

01:45PM  10   home?

01:45PM  11   A.  Correct.

01:45PM  12   Q.  And you made some plans to go out that night?

01:45PM  13   A.  My friends called me and asked me if I wanted to go out

01:45PM  14   after the gym, yes.

01:45PM  15   Q.  Made some plans?

01:45PM  16   A.  Correct.

01:45PM  17   Q.  And that was Sean and Justin DeChent, correct?

01:46PM  18   A.  Sean called me, correct.

01:46PM  19   Q.  And you made arrangements to meet with them at a --

01:46PM  20   incidentally, at that time, they were living just a couple of

01:46PM  21   doors down from you, correct?

01:46PM  22   A.  Correct.

01:46PM  23   Q.  And you made arrangements to go and meet them at The

01:46PM  24   Press Box?

01:46PM  25   A.  I met them at their house.

01:46PM    1    Q.  First you went to their house and then you went to The

01:46PM    2    Press Box together?

01:46PM    3    A.  Correct.

01:46PM    4    Q.  Now The Press Box, that's on Abbott Road?

01:46PM    5    A.  Correct.

01:46PM    6    Q.  Lackawanna?

01:46PM    7    A.  Correct.

01:46PM    8    Q.  Over near the high school?

01:46PM    9    A.  Correct.

01:46PM   10    Q.  How long did you stay at The Press Box?

01:46PM   11    A.  I'd say approximately 30 to 45 minutes.

01:46PM   12    Q.  Now prior to -- I'm sorry.  Before you left to go The

01:46PM   13    Press Box, how long were you at the DeChent home?

01:46PM   14    A.  I honestly can't recall.  Probably just a couple of

01:46PM   15    minutes before we left.

01:46PM   16    Q.  Did you have anything to drink at that time?

01:46PM   17    A.  No, I did not.

01:46PM   18    Q.  Were either you or Sean smoking marijuana at that time?

01:46PM   19    A.  No, sir.

01:46PM   20    Q.  So when you left on -- about 11 o'clock from their home

01:46PM   21    to go to The Press Box; is that right?

01:47PM   22    A.  Correct.

01:47PM   23    Q.  And how far is The Press Box from the DeChent home?

01:47PM   24    A.  Probably a five-minute drive.

01:47PM   25    Q.  At that time, you would characterize Sean as a close

| | | |
|---|---|---|
| 01:47PM | 1 | friend of yours? |
| 01:47PM | 2 | A.  Correct. |
| 01:47PM | 3 | Q.  Best friend? |
| 01:47PM | 4 | A.  He's one of my closest friends. |
| 01:47PM | 5 | Q.  Still live in the area? |
| 01:47PM | 6 | A.  Yes, sir. |
| 01:47PM | 7 | Q.  Still here and available to come and testify in this case |
| 01:47PM | 8 | as far as you know? |
| 01:47PM | 9 | A.  As far as I know. |
| 01:47PM | 10 | Q.  I mean, he's in town, right? |
| 01:47PM | 11 | A.  Correct. |
| 01:47PM | 12 | Q.  You know he's been interviewed by the government as well? |
| 01:47PM | 13 | A.  Whatever he has going on is what he has going on. |
| 01:47PM | 14 | Q.  Well you've met with him a couple times to discuss the |
| 01:47PM | 15 | case, haven't you? |
| 01:47PM | 16 | A.  Yes, sir. |
| 01:47PM | 17 | Q.  Did you receive or look at any of the posts that Sean |
| 01:47PM | 18 | made that evening of November 26th on his Facebook page? |
| 01:48PM | 19 | A.  Not that I recall. |
| 01:48PM | 20 | Q.  Do you recall him making a post about -- |
| 01:48PM | 21 |         MR. MANGO:  Objection, Judge.  This not the witness |
| 01:48PM | 22 | for -- |
| 01:48PM | 23 |         THE COURT:  Says he -- |
| 01:48PM | 24 |         MR. MANGO:  -- posts by another witness? |
| 01:48PM | 25 |         MR. CONNORS:  I'm asking if he -- |

01:48PM 1          MR. MANGO:  It's hearsay.

01:48PM 2          THE COURT:  Sustained.

01:48PM 3  BY MR. CONNORS:

01:48PM 4  Q.  Do you look at Sean DeChent's Facebook posts?

01:48PM 5  A.  I usually pay attention to my own stuff.  I just work and

01:48PM 6  go to the gym.

01:48PM 7  Q.  Do you look at Sean's Facebook posts?

01:48PM 8  A.  No.

01:48PM 9  Q.  The guy's your best friend and you don't look at his

01:48PM 10 posts?

01:48PM 11 A.  I don't stalk his page.

01:48PM 12 Q.  How about does he have a Twitter feed as well?

01:48PM 13 A.  Not that I'm aware of.

01:48PM 14 Q.  So it's your testimony that back in November 2014, you

01:48PM 15 didn't look at Sean DeChent's Facebook at all?

01:48PM 16 A.  Correct.

01:48PM 17 Q.  That night, The Press Box, Justin was doing the driving,

01:48PM 18 correct?

01:48PM 19 A.  Correct.

01:48PM 20 Q.  And you had no obligation to drive that night, did you?

01:49PM 21 A.  Correct.

01:49PM 22 Q.  Both you and Sean were free to drink if you wished to?

01:49PM 23 A.  Correct.

01:49PM 24 Q.  Because he was called the designated driver, correct?

01:49PM 25 A.  Correct.

01:49PM    1    Q.  Do you remember what time it was that you left The Press

01:49PM    2    Box?

01:49PM    3    A.  I think we were only there for a half hour or so.  We

01:49PM    4    probably left around 11:30, midnight, if I'm not mistaken.

01:49PM    5    Q.  And you were drinking beer at the time?

01:49PM    6    A.  I had one beer.

01:49PM    7    Q.  It was beer, not -- as opposed to a mixed drink?

01:49PM    8    A.  Yes.  I had one beer.

01:49PM    9    Q.  In your first stop -- that was your first stop, correct?

01:49PM   10    A.  Correct.

01:49PM   11    Q.  And from The Press Box, you went down to the Chippewa

01:49PM   12    Strip?

01:49PM   13    A.  Correct.

01:49PM   14    Q.  That area is an area you were familiar with?

01:49PM   15    A.  Correct.

01:49PM   16    Q.  You had been there a number of times over the years?

01:49PM   17    A.  Correct.

01:49PM   18    Q.  I think you told us before you started going there when

01:49PM   19    you were age 20?

01:50PM   20    A.  Correct.

01:50PM   21    Q.  And you were familiar with the regular parking spot that

01:50PM   22    the DeChents used?

01:50PM   23    A.  Correct.

01:50PM   24    (An off-the-record discussion was held.)

01:50PM   25

01:50PM    1    BY MR. CONNORS:

01:50PM    2    Q.   Okay.  Trish would you be -- well, first of all, I want

01:50PM    3    you to look at it, sir, and orient yourself.  You're familiar

01:50PM    4    with that area?

01:50PM    5    A.   The Chippewa Street are you talking about?

01:50PM    6    Q.   Yeah.

01:50PM    7    A.   Yeah.  I'm familiar with Chippewa Street.

01:50PM    8    Q.   And Chippewa is designated by the arrow that I just

01:51PM    9    placed there, correct?

01:51PM    10   A.   Correct, sir.

01:51PM    11   Q.   And you're familiar with Pearl Street, correct?  I placed

01:51PM    12   another arrow there.

01:51PM    13   A.   No.  I'm not good with Buffalo directions.

01:51PM    14   Q.   I'm sorry.  I missed that.  You're not good?

01:51PM    15   A.   I'm saying, I'm not familiar with the Buffalo area.

01:51PM    16   Q.   This is the Chippewa strip that you've been visiting for

01:51PM    17   at least two or three years.  You're not familiar with that

01:51PM    18   area?

01:51PM    19   A.   I know Chippewa Street.  That's the only street I go on.

01:51PM    20   Q.   Well, Chippewa Street runs that way (indicating),

01:51PM    21   correct?  That's Chippewa I just put a green line on,

01:51PM    22   correct?

01:51PM    23   A.   Not that far down, but you're close.

01:51PM    24   Q.   Well it goes all the way down to Main Street, doesn't it?

01:51PM    25   A.   I've never been down that far, sir.

FORD  --  BY MR. CONNORS  --  07/18/2019

107

01:51PM  1   Q.  Are you saying you're unfamiliar with Pearl Street?

01:51PM  2   A.  Correct.

01:51PM  3   Q.  How about Franklin Street?  Are you familiar with that?

01:51PM  4   A.  No, sir.

01:51PM  5   Q.  Well how about Delaware Avenue?  Let's try that.

01:51PM  6   A.  I'm not familiar with the street, but I do know that's

01:51PM  7   where we parked up there.

01:51PM  8   Q.  Okay.  So if I were to put an arrow -- well, strike that.

01:52PM  9       I'll try to do it this way.  Roughly in that area is

01:52PM  10  where you parked the car, correct?

01:52PM  11  A.  To the left, yes.

01:52PM  12  Q.  You parked it on South Johnson Place, correct?

01:52PM  13  A.  Correct.

01:52PM  14  Q.  And that was a regular parking spot for the DeChents?

01:52PM  15  A.  That's where they usually park, I guess.  I don't know.

01:52PM  16  I wasn't driving that night, sir.

01:52PM  17  Q.  Well is that also where you parked on a regular basis?

01:52PM  18  A.  I never drove myself down there and parked there before.

01:52PM  19  Q.  When you rode with the DeChents, is that where they would

01:52PM  20  park?

01:52PM  21  A.  Yes, sir.

01:52PM  22  Q.  So you're familiar with that parking spot?

01:52PM  23  A.  Yes, sir.

01:52PM  24  Q.  You're familiar with the area from Delaware to Chippewa

01:52PM  25  because that's the way you walk to get to the bars, correct?

01:52PM    1    A.  Correct.

01:52PM    2    Q.  So you know that your route is to walk -- the way I

01:52PM    3    designated it, you'd walk south on Delaware and then head

01:52PM    4    east on Chippewa, correct?

01:52PM    5    A.  Correct.

01:52PM    6    Q.  And that's what you did to get to Bottoms Up?

01:52PM    7    A.  Correct.

01:52PM    8    Q.  Could you just put an arrow where Bottoms Up was for us?

01:53PM    9    A.  (Indicating.)

01:53PM   10    Q.  So the distance between the parking spot on South Johnson

01:53PM   11    Place and Bottoms Up would be roughly two blocks, correct?

01:53PM   12    A.  I would say so.

01:53PM   13    Q.  It only takes you a few minutes to make that walk,

01:53PM   14    correct?

01:53PM   15    A.  Correct.

01:53PM   16    Q.  It's an easy walk down Delaware and on to the -- to

01:53PM   17    Chippewa, correct?

01:53PM   18    A.  Correct.

01:53PM   19    Q.  And that's an area you're familiar with?

01:53PM   20    A.  Correct.

01:53PM   21    Q.  You know how to get to Johnson Place and you know how to

01:53PM   22    get to Chippewa?

01:53PM   23    A.  Correct.

01:53PM   24    Q.  Would a fair estimate of that distance be about two

01:53PM   25    tenths of a mile?

| | | |
|---|---|---|
| 01:53PM | 1 | A.  Probably like a five minute walk. |
| 01:54PM | 2 | Q.  Like a four or five minute walk?  You have to answer. |
| 01:54PM | 3 | A.  I'm not good with calculations.  I just said a five- |
| 01:54PM | 4 | minute walk, sir. |
| 01:54PM | 5 | Q.  In your estimate, it would be about a five-minute walk to |
| 01:54PM | 6 | get there? |
| 01:54PM | 7 | A.  Correct. |
| 01:54PM | 8 | Q.  Now what time did you get to Bottoms Up? |
| 01:54PM | 9 | A.  I would say approximately midnight. |
| 01:54PM | 10 | Q.  And all three of you arrived at the same time? |
| 01:54PM | 11 | A.  Yes, sir. |
| 01:54PM | 12 | Q.  All three of you walked in together? |
| 01:54PM | 13 | A.  Yes, sir. |
| 01:54PM | 14 | Q.  Were you meeting anyone at Bottoms Up? |
| 01:54PM | 15 | A.  No, sir. |
| 01:54PM | 16 | Q.  Do you know anyone at Bottoms Up? |
| 01:54PM | 17 | A.  No, sir. |
| 01:54PM | 18 | Q.  Was Bottoms Up crowded or was it empty? |
| 01:54PM | 19 | A.  I really can't recall how many people were in there, but |
| 01:54PM | 20 | it was a regular night. |
| 01:54PM | 21 | Q.  Just in general terms, was it a crowded bar or was it a |
| 01:54PM | 22 | bar that wasn't crowded? |
| 01:54PM | 23 | MR. MANGO:  Objection.  He just testified he didn't |
| 01:54PM | 24 | know if it was crowded. |
| 01:54PM | 25 | THE COURT:  Overruled. |

01:54PM    1           THE WITNESS:  I can't recall, sir.

01:54PM    2    BY MR. CONNORS:

01:54PM    3    Q.  Now while you were there, you were drinking, correct?

01:55PM    4    A.  Correct.

01:55PM    5    Q.  Cranberry and vodka was your drink that night?

01:55PM    6    A.  Correct.

01:55PM    7    Q.  You had at least two at Bottoms Up, correct?

01:55PM    8    A.  One or two.  Correct.

01:55PM    9    Q.  And how long were you at Bottoms Up before you had an

01:55PM   10    encounter with Rolando Colon?

01:55PM   11    A.  I would say it was approximately an hour maybe.

01:55PM   12    Q.  An hour?  So, during that hour, were you with Sean and

01:55PM   13    Justin for that entire hour?

01:55PM   14    A.  Yes, sir.

01:55PM   15    Q.  In the same vicinity as they were in the bar?

01:55PM   16    A.  We were in the same bar, yeah.

01:55PM   17    Q.  Standing with them and talking with them?

01:55PM   18    A.  I can't recall everything that we -- if I went out to --

01:55PM   19    me and Sean were together most of the night, put it that way.

01:55PM   20    Q.  Just give me your best recollection.

01:55PM   21    A.  Me and Sean were mostly together the entire night.  Yes,

01:56PM   22    sir.

01:56PM   23    Q.  But it sounds like you were away from them I think you

01:56PM   24    said on the dance floor; is that right?

01:56PM   25    A.  Are you talking about Indulge or Bottoms Up, sir?

FORD  --  BY MR. CONNORS  --  07/18/2019

111

01:56PM  1    Q.  I was talking about Bottoms Up for now.

01:56PM  2    A.  I can't recall.

01:56PM  3    Q.  But I thought you told us earlier that's where you

01:56PM  4    encountered Rolando Colon on the dance floor?

01:56PM  5    A.  That's when I tried to correct you for your mistake and I

01:56PM  6    was actually talking about Indulge, not Bottoms Up.

01:56PM  7    Q.  So you didn't encounter Colon or anybody at Bottoms Up?

01:56PM  8    A.  No, sir.

01:56PM  9    Q.  And did you know anyone else at Bottoms Up beside the

01:56PM  10   three of you?

01:56PM  11   A.  No, sir.

01:56PM  12   Q.  Now there came a time when you left Bottoms Up to go to

01:56PM  13   another bar, correct?

01:56PM  14   A.  Correct.

01:56PM  15   Q.  And that was to go to Indulge?

01:56PM  16   A.  Yes, sir.

01:56PM  17   Q.  And do you remember why it was that you left Bottoms Up?

01:56PM  18   A.  I really can't recall.

01:56PM  19   Q.  Was there any disturbance at Bottoms Up?

01:56PM  20   A.  Not whatsoever.

01:56PM  21   Q.  Was there any problem there that caused you to leave

01:56PM  22   Bottoms Up?

01:56PM  23   A.  Not whatsoever.

01:56PM  24   Q.  And you walked down to Indulge, correct?

01:56PM  25   A.  Correct.

01:56PM   1   Q.  Can you make a note for us with your -- you can just tap

01:57PM   2   it and it should be an arrow or some designation where

01:57PM   3   Indulge is.

01:57PM   4   A.  (Indicating).

01:57PM   5   Q.  So Indulge is on the next block between Franklin and

01:57PM   6   Pearl, correct?

01:57PM   7   A.  Correct.

01:57PM   8   Q.  Once again, still a short walk down Delaware from there

01:57PM   9   as well, correct?

01:57PM  10   A.  That would have made the walk a little longer, but it's

01:57PM  11   on the same street.

01:57PM  12   Q.  Is it a block longer, right?

01:57PM  13   A.  Yes, sir.

01:57PM  14   Q.  And you told us originally that Bottoms Up was two

01:57PM  15   blocks.  So now we're two and a half or three blocks,

01:57PM  16   correct?

01:57PM  17   A.  Correct.

01:57PM  18   Q.  And you knew how to get from Indulge back to where your

01:57PM  19   car was?

01:57PM  20   A.  Correct.

01:57PM  21   Q.  Now how long were you at Indulge; hour and a half?

01:57PM  22   A.  I honestly can't recall.

01:57PM  23   Q.  What's your best estimate?

01:57PM  24   A.  I would say probably an hour, probably from 1 to 2.

01:58PM  25   Q.  One hour.  And you were drinking there as well, correct?

FORD  --  BY MR. CONNORS  --  07/18/2019

01:58PM  1   A.  Correct.

01:58PM  2   Q.  In addition to cranberry and vodkas, you were drinking

01:58PM  3   Jack and Coke there as well?

01:58PM  4   A.  Correct.

01:58PM  5   Q.  And that drinking that took place at Indulge was within

01:58PM  6   that one-hour period?

01:58PM  7   A.  Correct.

01:58PM  8   Q.  You had two Jack and Cokes and did you have two cranberry

01:58PM  9   and vodka or one cranberry and vodka?  Do you remember?

01:58PM  10  A.  One or two at the previous spot.

01:58PM  11  Q.  So at the outset, you've had four drinks in an hour, at

01:58PM  12  the low side, you had three drinks in an hour, correct?

01:58PM  13  A.  Correct.

01:58PM  14  Q.  You have to answer for the record.  Had you been to

01:58PM  15  Indulge before?

01:58PM  16  A.  Yes, sir.

01:58PM  17  Q.  Is that a place where you would regularly go when you

01:58PM  18  would go down Chippewa?

01:58PM  19  A.  It was one of the places I would go, yes.

01:58PM  20  Q.  When you got there, did you know anyone else there beside

01:58PM  21  Sean and Justin?

01:58PM  22  A.  Not that I recall.

01:58PM  23  Q.  And how long -- you said you were escorted out.  You were

01:59PM  24  thrown out by the bouncers, weren't you?

01:59PM  25  A.  Yeah.  After I was sucker punched, I was thrown out.

01:59PM   1   Q.  Nobody took you out and said, come on Mr. Ford.  I'm

01:59PM   2   going to walk you out of the bar.  They grabbed you and threw

01:59PM   3   you out, correct?

01:59PM   4   A.  They were doing their job.  Yes.

01:59PM   5   Q.  Doing their job because there was a disturbance; there

01:59PM   6   was a fight on the dance floor?

01:59PM   7   A.  Yes, sir.

01:59PM   8   Q.  So you were all on the dance floor.  Where were Justin

01:59PM   9   and Sean?

01:59PM  10   A.  They were at the bar.  I was walking to meet them when

01:59PM  11   the whole thing happened.

01:59PM  12   Q.  How far away were they when this disturbance occurred?

01:59PM  13   A.  I would probably say from me to Krug.  The distance

01:59PM  14   between us.

01:59PM  15   Q.  The distance between you and Officer Krug?

01:59PM  16   A.  Yes.

01:59PM  17   Q.  So it wasn't very far away?

01:59PM  18   A.  No.

01:59PM  19   Q.  And you encountered Rolando Colon at some point, correct?

01:59PM  20   A.  Yes sir.

01:59PM  21   Q.  You said he nudged you or he bumped into you?

01:59PM  22   A.  He bumped into me on accident, yeah.

01:59PM  23   Q.  I didn't hear the end of that.

01:59PM  24   A.  He bumped into me on accident.  Yeah.

01:59PM  25   Q.  He bumped into you what?

FORD  --  BY MR. CONNORS  --  07/18/2019

115

01:59PM 1    A.  On accident.  Yes.

01:59PM 2    Q.  On accident.  And there was some conversation after he

02:00PM 3    bumped into you?

02:00PM 4    A.  I just turned around naturally like, you know,

02:00PM 5    acknowledged what happened and he was just going crazy.

02:00PM 6    Q.  So is it your testimony you didn't do anything at all and

02:00PM 7    Colon just hauled off and punched you in the face?

02:00PM 8    A.  Yes, sir.

02:00PM 9    Q.  But the bouncers got on both of you and threw you both

02:00PM 10   out right away, didn't they?

02:00PM 11   A.  They don't know what was going on.  They were doing their

02:00PM 12   job.

02:00PM 13   Q.  They had to know something was going on otherwise they

02:00PM 14   wouldn't have thrown out two of you.  They would have picked

02:00PM 15   some random people.  So they did know what was going on,

02:00PM 16   correct?

02:00PM 17   A.  That's not the way it usually works but we were both

02:00PM 18   thrown out by the bouncer.

02:00PM 19   Q.  They grabbed you and they grabbed him and threw you both

02:00PM 20   out?

02:00PM 21   A.  Yes, sir.

02:00PM 22   Q.  Now what time was that about?

02:00PM 23   A.  I can't recall, approximately 2 a.m.

02:00PM 24   Q.  Could it have been a little bit later?

02:00PM 25          MR. MANGO:  Objection, Judge.

02:00PM    1    A.  It could have been.  I said probably.

02:00PM    2            MR. MANGO:  Objection Judge.  He said approximately 2

02:00PM    3    a.m.

02:00PM    4            MR. CONNORS:  I asked could it have been a little

02:01PM    5    later.

02:01PM    6            THE COURT:  Overruled.

02:01PM    7            THE WITNESS:  I can't recall.

02:01PM    8    BY MR. CONNORS:

02:01PM    9    Q.  Okay.  Now, when you were outside, you were out on the

02:01PM   10    sidewalk on Chippewa in front of Indulge, correct?

02:01PM   11    A.  Correct.

02:01PM   12    Q.  And Sean and Justin came out behind you, correct?

02:01PM   13    A.  I just noticed Justin.  I didn't notice them even leave.

02:01PM   14    I just remember them being in front of the club when Justin

02:01PM   15    came walking up to me.

02:01PM   16    Q.  But at some point, you know they joined you outside,

02:01PM   17    correct?

02:01PM   18    A.  Correct.

02:01PM   19    Q.  And Colon was outside as well?

02:01PM   20    A.  Correct.

02:01PM   21    Q.  And so was Bryant, last name Munoz, correct?

02:01PM   22    A.  I wasn't aware of him at the time, but correct.

02:01PM   23    Q.  But while you were out there, you, Munoz, Colon and Sean

02:01PM   24    and Justin were in pretty close proximity -- right near each

02:02PM   25    other, correct?

FORD  --  BY MR. CONNORS  --  07/18/2019

02:02PM    1    A.  Correct.

02:02PM    2    Q.  Within a period of, say, 5 to 10 feet all of you were

02:02PM    3    located?

02:02PM    4    A.  It was probably the distance between me and you right

02:02PM    5    now.

02:02PM    6    Q.  And then all of you -- the five of you were located

02:02PM    7    within that distance?

02:02PM    8    A.  Correct.

02:02PM    9    Q.  Was that when Justin turned to you and said, that's the

02:02PM   10    guy that punched you.  Aren't you going to do something?

02:02PM   11    A.  Correct.

02:02PM   12    Q.  And you didn't do anything.  You backed off, correct?

02:02PM   13    A.  Correct.

02:02PM   14    Q.  Justin and Colon started to go at it though, didn't they?

02:02PM   15    A.  Yeah.  Dude was a complete hothead and he just wanted to

02:02PM   16    fight anybody and everybody.  Correct.

02:02PM   17    Q.  Well Justin asked you whether you'd do anything about it.

02:02PM   18    When you said no, he said, I'm going to do something about

02:02PM   19    it, correct?

02:02PM   20    A.  I declined.  The kid -- there was no running away from

02:02PM   21    that kid.

02:02PM   22    Q.  Just listen, okay?  When Justin said to you, are you

02:02PM   23    going to do something about it, you said no.  He said, I'll

02:02PM   24    do something about it and he went towards Colon, correct?

02:02PM   25    A.  Correct.

| | | |
|---|---|---|
| 02:02PM | 1 | Q.  He goes up to Colon because Colon had punched you, |
| 02:03PM | 2 | correct? |
| 02:03PM | 3 | A.  It was a mutual thing. |
| 02:03PM | 4 | Q.  Okay.  And all five of you spill out into the street, |
| 02:03PM | 5 | correct? |
| 02:03PM | 6 | A.  Correct. |
| 02:03PM | 7 | Q.  And when I say the street, I mean the middle of Chippewa |
| 02:03PM | 8 | Avenue. |
| 02:03PM | 9 | A.  Correct. |
| 02:03PM | 10 | Q.  The bars had not closed down yet? |
| 02:03PM | 11 | A.  Correct. |
| 02:03PM | 12 | Q.  There was still traffic on the streets, correct? |
| 02:03PM | 13 | A.  Correct. |
| 02:03PM | 14 | Q.  At the end of the evening just before the bars close, |
| 02:03PM | 15 | they'll rope off the street on Chippewa so no car can come |
| 02:03PM | 16 | on, correct? |
| 02:03PM | 17 | A.  It was a busy -- it was supposed to be a busier night |
| 02:03PM | 18 | that night, so I'm pretty sure they had the alternate street |
| 02:03PM | 19 | blocked off earlier than they would have if it was a normal |
| 02:03PM | 20 | Friday, Saturday, whatever day. |
| 02:03PM | 21 | Q.  Well when you and Munoz and Colon and the DeChents were |
| 02:03PM | 22 | out there, the streets weren't blocked off then? |
| 02:03PM | 23 | A.  Honestly, I can't give you an answer to that.  I don't |
| 02:03PM | 24 | recall. |
| 02:03PM | 25 | Q.  You've seen the video though, haven't you? |

| | | |
|---|---|---|
| 02:03PM | 1 | A.  Yes, sir. |
| 02:03PM | 2 | Q.  Do you recall seeing cars -- |
| 02:03PM | 3 | MR. MANGO:  Objection, Judge.  It's not about the |
| 02:03PM | 4 | video.  It's about his recollection at the scene. |
| 02:03PM | 5 | THE COURT:  Sustained. |
| 02:03PM | 6 | BY MR. CONNORS: |
| 02:03PM | 7 | Q.  Do you recall seeing cars on the street in the video? |
| 02:04PM | 8 | A.  I don't recall, sir. |
| 02:04PM | 9 | Q.  Okay.  But in any event, when it spilled out onto the |
| 02:04PM | 10 | street, you were right there next to Justin, weren't you? |
| 02:04PM | 11 | A.  Correct. |
| 02:04PM | 12 | (The recording was played.) |
| 02:04PM | 13 | (An off-the-record discussion was held.) |
| 02:04PM | 14 | BY MR. CONNORS: |
| 02:04PM | 15 | Q.  Okay.  Here we are.  We're out in the middle of Chippewa |
| 02:05PM | 16 | Street, correct? |
| 02:05PM | 17 | A.  Correct. |
| 02:05PM | 18 | Q.  As you told us earlier, Justin is in the pink shirt, |
| 02:05PM | 19 | Colon is over there with his hands up, that's you in the |
| 02:05PM | 20 | flowered shirt, correct; and Sean and Munoz, correct? |
| 02:05PM | 21 | A.  Correct. |
| 02:05PM | 22 | Q.  I noticed you are -- you're taking one step forward, |
| 02:05PM | 23 | correct, in that video? |
| 02:05PM | 24 | A.  Just -- it's a frozen shot of me walking.  Correct. |
| 02:05PM | 25 | Q.  But you're taking one step forward towards where Colon |

| 02:05PM | 1 | and DeChent are, correct? |

02:05PM   1   and DeChent are, correct?

02:05PM   2          MR. MANGO:  Judge, it makes sense to play the video.

02:05PM   3          THE WITNESS:  Yeah.  I like to try and freeze it and

02:05PM   4   make it look like --

02:05PM   5          MR. CONNORS:  I'd like to do it, if I could, my way,

02:05PM   6   Your Honor.  He can do it later.

02:05PM   7          THE COURT:  Overruled.

02:05PM   8   BY MR. CONNORS:

02:05PM   9   Q.  I'm just asking you simply, is your right foot forward in

02:05PM  10   front of your left foot, correct?

02:05PM  11   A.  Correct.

02:05PM  12   Q.  And there's police officers there.  Do you recognize

02:05PM  13   whether or not Corey Krug is one of those police officers?

02:05PM  14   A.  I'm guessing he's the guy in the video.

02:06PM  15   Q.  You're guessing?

02:06PM  16   A.  Well, it's him.  He's right there in the middle of --

02:06PM  17          MR. MANGO:  Objection, Judge.  Again, we're

02:06PM  18   testifying based on a video here rather than what his

02:06PM  19   recollection is independent at the scene.  That's what should

02:06PM  20   be asked.

02:06PM  21          MR. CONNORS:  They just did that on direct, Your

02:06PM  22   Honor.  That's why --

02:06PM  23          THE COURT:  Overruled.  Go ahead.

02:06PM  24   BY MR. CONNORS:

02:06PM  25   Q.  All right.  You think that person in the middle is Corey

02:06PM    1    Krug?

02:06PM    2    A.  Yes, sir.

02:06PM    3    Q.  You think it was Corey Krug that sprayed the pepper

02:06PM    4    spray?

02:06PM    5    A.  I'm just going on what I see on the video, sir.

02:06PM    6    Q.  You're not certain that's Corey Krug, are you?

02:06PM    7    A.  Correct.

02:06PM    8    Q.  You're not certain whether Corey Krug was even there on

02:06PM    9    Chippewa at that time, are you?

02:06PM    10   A.  No, but we could find out.

02:06PM    11   Q.  You're not certain he was even there at that time?

02:06PM    12   A.  He was on Chippewa, sir.  Come on.

02:06PM    13   Q.  I know Chippewa Street.  I'm talking about right in the

02:06PM    14   middle of the street when that encounter took place.

02:06PM    15   A.  Can you repeat that question one more time?

02:06PM    16   Q.  I'm just asking you whether you know for certain whether

02:07PM    17   Officer Corey Krug was there when that encounter took place.

02:07PM    18   A.  He was there.

02:07PM    19   Q.  He was there for this one?

02:07PM    20   A.  Yes, sir.

02:07PM    21   Q.  You think he's the one in the middle?

02:07PM    22        Could you play it please, Trish?  We'll take a look.

02:07PM    23   (The recording was played.)

02:07PM    24        MR. CONNORS:  Stop, please.

02:07PM    25

| | | |
|---|---|---|
| 02:07PM | 1 | BY MR. CONNORS: |
| 02:07PM | 2 | Q.  Okay.  Who's that? |
| 02:07PM | 3 | A.  That's Officer Corey Krug. |
| 02:07PM | 4 | Q.  So he's not the one that did the pepper spray? |
| 02:07PM | 5 | A.  Correct. |
| 02:07PM | 6 | Q.  And you've looked at that video and you've seen |
| 02:07PM | 7 | essentially he didn't do anything other than say, walk, |
| 02:07PM | 8 | correct? |
| 02:07PM | 9 | A.  He's in the video.  Correct. |
| 02:07PM | 10 | Q.  And he said, walk? |
| 02:07PM | 11 | A.  Correct.  And that's what we did. |
| 02:07PM | 12 | Q.  We'll get to that. |
| 02:07PM | 13 | Can you continue please, Trish? |
| 02:07PM | 14 | (The recording was played.) |
| 02:07PM | 15 | MR. CONNORS:  Okay.  Stop there.  And if you would, |
| 02:07PM | 16 | go back about 10 seconds.  I think 8:12 would be good.  I |
| 02:07PM | 17 | think -- that's it.  Great.  Thank you. |
| 02:08PM | 18 | (The recording was played.) |
| 02:08PM | 19 | MR. CONNORS:  Stop there, please.  Thank you. |
| 02:08PM | 20 | BY MR. CONNORS: |
| 02:08PM | 21 | Q.  That's you, is it not, with that flowered shirt on? |
| 02:08PM | 22 | A.  Correct. |
| 02:08PM | 23 | Q.  And right there, you're walking towards Delaware Avenue, |
| 02:08PM | 24 | are you not? |
| 02:08PM | 25 | A.  No, I'm not. |

02:08PM   1   Q.  Well, you saw the video.  The pepper spray took place and

02:08PM   2   you took a couple steps like this (indicating) and walked in

02:08PM   3   this direction.

02:08PM   4   A.  I spun around in a circle.

02:08PM   5   Q.  You spun in a circle?  Play it, please.

02:08PM   6   (The recording was played.)

01:29PM   7   BY MR. CONNORS:

01:29PM   8   Q.  So you spun around in a circle this way,

02:08PM   9   counterclockwise, and you starting walking, correct?

02:08PM  10   A.  I didn't walk that way.  I was pretty much standing in

02:08PM  11   front of Indulge still.

02:08PM  12   Q.  When you started moving after they said walk, you were

02:08PM  13   going towards Delaware Avenue, correct?

02:08PM  14   A.  No, sir.

02:08PM  15   Q.  You were going westerly towards Delaware Avenue?

02:08PM  16   A.  I was going south.  I was going pretty much back into --

02:08PM  17   in front of the club.

02:08PM  18        MR. CONNORS:  Could we go to the map please and if

02:09PM  19   you could blow up the middle of it, that might help see.

01:29PM  20   BY MR. CONNORS:

01:29PM  21   Q.  So we see where Indulge is there, correct?

02:09PM  22   A.  Correct.

02:09PM  23   Q.  And that's on Chippewa?

02:09PM  24   A.  Correct.

02:09PM  25   Q.  That's where the disturbance was roughly in the middle of

FORD  --  BY MR. CONNORS  --  07/18/2019

124

| | | |
|---|---|---|
| 02:09PM | 1 | Chippewa, correct? |
| 02:09PM | 2 | A.  I would say it's more towards where the second arrow is |
| 02:09PM | 3 | where the car is, but yeah. |
| 02:09PM | 4 | Q.  More towards that way? |
| 02:09PM | 5 | A.  Yes, sir. |
| 02:09PM | 6 | Q.  Okay.  And then you turned around and started to walk. |
| 02:09PM | 7 | But when you turned around, you started walking.  You started |
| 02:09PM | 8 | to go this way, didn't you? |
| 02:09PM | 9 | MR. MANGO:  Objection, Judge.  He just answered that |
| 02:09PM | 10 | question. |
| 02:09PM | 11 | THE WITNESS:  No, I did not. |
| 02:09PM | 12 | THE COURT:  He said he did not. |
| 02:09PM | 13 | BY MR. CONNORS: |
| 02:09PM | 14 | Q.  You didn't start to go toward Delaware Avenue? |
| 02:09PM | 15 | A.  Correct.  I didn't even go that way. |
| 02:09PM | 16 | MR. CONNORS:  If you could blow up this side right |
| 02:10PM | 17 | here (indicating) please? |
| 01:29PM | 18 | BY MR. CONNORS: |
| 01:29PM | 19 | Q.  So after that disturbance occurred, it was a short walk |
| 02:10PM | 20 | to go down to Johnson Place, correct? |
| 02:10PM | 21 | A.  Correct. |
| 02:10PM | 22 | Q.  You said roughly five minutes give or take, correct? |
| 02:10PM | 23 | A.  Correct. |
| 02:10PM | 24 | Q.  You didn't make that walk, did you? |
| 02:10PM | 25 | A.  Like I said before in my previous statement, I didn't |

| | | |
|---|---|---|
| 02:10PM | 1 | want none of this to happen.  I didn't want any problems.  I |
| 02:10PM | 2 | didn't want my friends to fight.  That kid was |
| 02:10PM | 3 | uncontrollable.  I don't know what he was doing.  I just |
| 02:10PM | 4 | wanted to continue my night and go back inside the club. |
| 02:10PM | 5 | Q.  You didn't make that walk to go to your car on Johnson |
| 02:10PM | 6 | Place, correct? |
| 02:10PM | 7 | A.  Yes. |
| 02:10PM | 8 | Q.  You had already been thrown out of Indulge.  There was |
| 02:10PM | 9 | the pepper spray incident on Chippewa, and you're four or |
| 02:10PM | 10 | five minutes away from the car.  You didn't go to the car, |
| 02:10PM | 11 | did you? |
| 02:10PM | 12 | A.  Correct. |
| 02:10PM | 13 | Q.  You stopped right in that area and stayed in that area, |
| 02:10PM | 14 | correct? |
| 02:10PM | 15 | A.  Correct. |
| 02:10PM | 16 | Q.  And you stayed in that area up until the time when Colon |
| 02:11PM | 17 | and Munoz confronted Sean DeChent, correct? |
| 02:11PM | 18 | A.  I didn't really see that happen.  I didn't see that until |
| 02:11PM | 19 | I watched the video.  I didn't even know that happened. |
| 02:11PM | 20 | MR. CONNORS:  If you could go back to the video and |
| 02:11PM | 21 | play it at 8:25? |
| 02:11PM | 22 | (The recording was played.) |
| 02:11PM | 23 | MR. CONNORS:  Okay.  Stop there.  Thank you. |
| 01:29PM | 24 | BY MR. CONNORS: |
| 01:29PM | 25 | Q.  So we have now shown you on this video Colon and Munoz |

FORD  --  BY MR. CONNORS  --  07/18/2019

02:11PM   1   right in front of Indulge, correct?

02:11PM   2   A.  Yes.  This video shows Sean minding his own business and

02:11PM   3   Munoz trying to hold back his friend, cousin, or whatever to

02:12PM   4   calm down and stop acting a fool.

02:12PM   5   Q.  I just asked you, it shows them right in front of

02:12PM   6   Indulge, correct?

02:12PM   7   A.  Correct.

02:12PM   8   Q.  And clearly Colon is still jawing at DeChent?

02:12PM   9   A.  Correct.  From what this video shows, yes.

02:12PM  10   Q.  Where -- you were in the area right then too, weren't

02:12PM  11   you?

02:12PM  12   A.  I had to be to the right.

02:12PM  13   Q.  When you say to the right, you mean closer towards

02:12PM  14   Chippewa towards the street?

02:12PM  15   A.  I'm saying to the right of where Sean would be at this

02:12PM  16   time.

02:12PM  17   Q.  So if Sean is -- we can show that, I think Trish, a

02:12PM  18   little more and see Sean DeChent.

02:12PM  19   (The recording was played.)

02:12PM  20        MR. CONNORS:  Stop there.  Look.

02:12PM  21   BY MR. CONNORS:

02:12PM  22   Q.  That's Sean DeChent right there, correct?

02:12PM  23   A.  Correct.

02:12PM  24   Q.  Are you saying you're to his right?

02:12PM  25   A.  Yes.  I'd be -- I would be at his right.

| | | |
|---|---|---|
| 02:12PM | 1 | Q.  His right? |
| 02:12PM | 2 | A.  Yes. |
| 02:12PM | 3 | Q.  Closer to Delaware Avenue? |
| 02:12PM | 4 | A.  No, closer to the door of the club. |
| 02:12PM | 5 | Q.  But closer to Delaware Avenue than he is, correct? |
| 02:12PM | 6 | A.  Me and him are standing in front.  Where he is, where I |
| 02:12PM | 7 | was, I don't know if I had my back turned this way or |
| 02:12PM | 8 | whatever looking in the street, but I don't know.  I can't |
| 02:13PM | 9 | recall, but I didn't see this happen. |
| 02:13PM | 10 | Q.  In any event, you're not walking towards your car? |
| 02:13PM | 11 | A.  I was never told to go to my car, sir. |
| 02:13PM | 12 | Q.  Well you were told to walk, were you not? |
| 02:13PM | 13 | A.  Yes, sir. |
| 02:13PM | 14 | Q.  You understood that to mean to leave the area, didn't |
| 02:13PM | 15 | you? |
| 02:13PM | 16 | A.  Yes, sir. |
| 02:13PM | 17 | MR. CONNORS:  We could play that a little bit more, |
| 02:13PM | 18 | please? |
| 02:13PM | 19 | (The recording was played.) |
| 02:13PM | 20 | MR. CONNORS:  Stop there. |
| 02:13PM | 21 | BY MR. CONNORS: |
| 02:13PM | 22 | Q.  Do you remember this officer on Chippewa coming down to |
| 02:13PM | 23 | tell Colon and Munoz to go in the other direction? |
| 02:13PM | 24 | A.  I don't recall any of this, sir. |
| 02:13PM | 25 | Q.  Do you know where you were when that happened? |

FORD  --  BY MR. CONNORS  --  07/18/2019

128

02:13PM   1   A.  Like I said, I had to have been to the right --

02:13PM   2           MR. MANGO:  Objection.  Speculation.  He said he

02:13PM   3   doesn't remember any of this.  Now we're asking him to

02:13PM   4   speculate.

02:13PM   5           MR. CONNORS:  I am not.  I asked him where he was and

02:13PM   6   he said he had to be to the right.

02:13PM   7           THE COURT:  Listen to the question carefully and try

02:14PM   8   to answer it to the best of your ability.

02:14PM   9           THE WITNESS:  Okay.

02:14PM  10           THE COURT:  Just answer the question.

02:14PM  11   BY MR. CONNORS:

02:14PM  12   Q.  You said you had to be to the right of DeChent?

02:14PM  13   A.  Yes, sir.

02:14PM  14   Q.  But you were in that general vicinity, right?

02:14PM  15   A.  Yes, sir.

02:14PM  16   Q.  Did you see Officer Krug on Chippewa?

02:14PM  17   A.  No, I did not.

02:14PM  18   Q.  Did you hear anything that he said when you were in that

02:14PM  19   area?

02:14PM  20   A.  No, I did not.

02:14PM  21   Q.  Did you witness him doing anything physical with any of

02:14PM  22   these people?

02:14PM  23   A.  No, I did not.

02:14PM  24           MR. CONNORS:  Now if we could go further, please, a

02:14PM  25   little bit, Trish?  Okay.  We can stop there.

FORD  --  BY MR. CONNORS  --  07/18/2019

02:14PM   1   (The recording was played.)

02:14PM   2   BY MR. CONNORS:

02:14PM   3   Q.  So you saw Munoz and Colon walking away towards Pearl,

02:14PM   4   correct?

02:14PM   5   A.  No, I did not.

02:14PM   6   Q.  You don't know where they were?

02:14PM   7   A.  Correct.

02:14PM   8   Q.  But you were with Sean and you got together with Sean,

02:14PM   9   correct?

02:14PM  10   A.  Yes.  All I know is we were shuffled down the street for

02:14PM  11   totally -- people told us to walk and we just walked.

02:14PM  12   Q.  But you ended up walking towards Chippewa and Pearl,

02:15PM  13   correct?

02:15PM  14   A.  Correct.

02:15PM  15   Q.  That's where you ended up, correct?

02:15PM  16   A.  Correct.

02:15PM  17   Q.  That's where the fight broke out between Sean and Colon,

02:15PM  18   correct?

02:15PM  19   A.  That's where Colon approached Sean later and that is

02:15PM  20   correct.

02:15PM  21   Q.  But they were both fighting with each other, weren't

02:15PM  22   they?

02:15PM  23   A.  As you can see, Sean did not say one word to that kid.

02:15PM  24   Q.  I want to know the route you took to get from in front of

02:15PM  25   Indulge up to Pearl.  You went down Chippewa, correct?

02:15PM    1    A.   Yeah.  We were shuffled down the street.

02:15PM    2    Q.   And then you ducked into an alley at Asbury Alley?

02:15PM    3    A.   No.  We were shuffled down to the street and then once we

02:15PM    4    got to the corner -- and you can see on the video there's

02:15PM    5    nothing there.  So that's when we had to proceed and turned

02:15PM    6    back to go to the car or go back towards the car so we could

02:15PM    7    figure out what we were going to do.

02:15PM    8    Q.   This is my question.  You did not go into the alley,

02:15PM    9    Asbury Alley, to circle around the parking lot?  Is that your

02:15PM   10    testimony, sir?

02:15PM   11    A.   I don't see why the police officer would shuffle us into

02:15PM   12    the alley.  We were shuffled down the street, sir.

02:15PM   13    Q.   Well I'm just asking what you did.  Are you telling us

02:15PM   14    now under oath here that you didn't go into an alley, circle

02:16PM   15    around through the parking lot, and end up at Pearl and

02:16PM   16    Chippewa?

02:16PM   17    A.   I don't see why a police officer shuffled us into an

02:16PM   18    alley, sir.  He shuffled us down the street.

02:16PM   19    Q.   That's a yes or no.  Are you telling us you did do it or

02:16PM   20    didn't do it?

02:16PM   21    A.   For the third time, we were shuffled down the street,

02:16PM   22    sir.

02:16PM   23    Q.   You did not go in the alley?

02:16PM   24    A.   No, we did not.

02:16PM   25    Q.   Now do you remember being asked that question before

02:16PM   1   under oath?

02:16PM   2   A.  Not that I recall.

02:16PM   3   Q.  In a prior proceeding?

02:16PM   4   A.  Yes, sir.

02:16PM   5   Q.  Showing you -- talking -- well, in February 2019, you

02:16PM   6   were asked some questions by me with respect to this matter,

02:16PM   7   correct?

02:16PM   8   A.  Correct.

02:16PM   9   Q.  And at page 67 line 2, I asked you, did you go down an

02:16PM  10   alleyway to circle around to get back to that parking lot?

02:16PM  11   You said, I don't recall.  Then I asked you, you're not

02:17PM  12   saying you didn't, you're saying you don't recall?  And you

02:17PM  13   said, no, I don't, correct?

02:17PM  14   A.  Correct.  We were shuffled down the street, sir.

02:17PM  15   Q.  Want me to show it to you?

02:17PM  16   A.  There's no need for that.

02:17PM  17   Q.  Okay.  So in February, you said you don't recall whether

02:17PM  18   you went down the alleyway, correct?

02:17PM  19   A.  Correct.

02:17PM  20   Q.  Now the confrontation between your people, Sean, and you,

02:17PM  21   and Justin, and Colon, and Munoz didn't end with that

02:17PM  22   Chippewa Strip's pepper spray, did it?

02:17PM  23   A.  Can you repeat that?

02:17PM  24   Q.  Colon and DeChent ended up fighting again up on Pearl

02:17PM  25   Street, correct?  You've seen that?

02:17PM    1    A.  Correct.  Colon approached Sean and tried to fight him,

02:17PM    2    but that had nothing to do with me.

02:18PM    3    Q.  Now when you got down to the parking lot, that was almost

02:18PM    4    at the corner of Chippewa and Pearl, correct?

02:18PM    5    A.  Yeah, a dead end, yes.

02:18PM    6    Q.  And you were standing side-by-side with Munoz, correct?

02:18PM    7    A.  Correct.

02:18PM    8    Q.  And at that time, Sean DeChent and Colon started

02:18PM    9    fighting, correct?

02:18PM   10    A.  Colon approached Sean and was going crazy like he had

02:18PM   11    been in all these videos.  Yes.  He wouldn't stop.

02:18PM   12    Q.  And you and Munoz were within 10 feet or less to where

02:18PM   13    that fight was taking place, correct?

02:18PM   14    A.  I would say approximately 15 feet.  Yes.  Correct.

02:18PM   15    Q.  Have you said 10 feet on prior occasions?

02:19PM   16    A.  I said approximately.  That's what I'm going with; 10 to

02:19PM   17    15 feet approximately.  Correct.

02:19PM   18    Q.  You saw them arguing, correct?

02:19PM   19    A.  I didn't see anybody arguing.  I seen Colon just going

02:19PM   20    crazy at the end at Sean.

02:19PM   21    Q.  You saw they were about to fight?

02:19PM   22    A.  I seen Colon harassing Sean.  Yes.

02:19PM   23    Q.  So in your prior testimony on February 4th, 2019, Exhibit

02:19PM   24    130, page 70, you said you were about 10 feet.  You were

02:19PM   25    right there where the two of them were going at it and

FORD  --  BY MR. CONNORS  --  07/18/2019

02:19PM  1   arguing, correct?  Answer, yes, sir.  You said that under

02:19PM  2   oath?

02:19PM  3   A.  Yes, sir.

02:19PM  4   Q.  You saw them arguing.  They were about to fight, weren't

02:19PM  5   they?  You said, yes, sir.

02:19PM  6   A.  Yes, sir.  Colon was swearing at him.  Nothing changed.

02:19PM  7   Q.  And another police officer came in to break them up,

02:19PM  8   correct?

02:19PM  9   A.  I'm not the aware of that.

02:19PM  10  Q.  You were within 10 feet.  You didn't see that happen?

02:19PM  11  A.  No.  I was talking to Bryant at that time, sir.

02:20PM  12  Q.  Well it wasn't just talk with you and Bryant, was it?

02:20PM  13  There was some action as well?

02:20PM  14  A.  No.  He's like, hey Devin, pretty much.  I looked over,

02:20PM  15  I'm like, oh.  And he's looking at me.  He's like, he's

02:20PM  16  apologizing like saying, I'm sorry about this.  My cousin's

02:20PM  17  drunk.  I'm looking at him and saying look, I'm like, yeah,

02:20PM  18  this is stupid.  Like, as you can see, I'm not trying to

02:20PM  19  fight nobody.  But he's trying to fight everybody.

02:20PM  20  Q.  So just before Corey Krug came up to where you and Munoz

02:20PM  21  was, Bryant put his arm out in front of you, didn't he?

02:20PM  22  A.  Correct.

02:20PM  23  Q.  He put his left arm in front of you and stopped you from

02:20PM  24  joining the fight, correct?

02:20PM  25  A.  I don't know if he did that to stop me or just to get my

FORD  --  BY MR. CONNORS  --  07/18/2019

134

02:20PM  1  attention, because I had no intention about joining the

02:20PM  2  fight.  As you can see in all these videos, I'm not swearing,

02:20PM  3  I'm not trying to fight nobody.  That's why my friends are

02:20PM  4  standing there.  And he was getting mad I didn't want to

02:20PM  5  fight, so he was trying to fight my friends.

02:20PM  6  Q.  Well you were the one that yelled, let them fight, on the

02:20PM  7  video, aren't you?

02:20PM  8  A.  I don't recall.

02:21PM  9  Q.  In any event, right about that same time or shortly

02:21PM  10  thereafter, after Munoz put his arm out in front of you,

02:21PM  11  Corey Krug came on the scene, correct?

02:21PM  12  A.  Me and Munoz were talking to each other.  He was

02:21PM  13  apologizing.  He was saying it was stupid and I was agreeing

02:21PM  14  with him.

02:21PM  15  Q.  That's when Corey came up on the scene, correct?

02:21PM  16  A.  All I know is I was attacked from an angle.

02:21PM  17          MR. CONNORS:  Can we play that please now, Trish?

02:21PM  18  (The recording was played.)

02:21PM  19          MR. CONNORS:  Stop there.

02:21PM  20  BY MR. CONNORS:

02:21PM  21  Q.  They're breaking up the fight, correct?  You see that?

02:21PM  22  A.  Yeah.  You can hear Sean saying he tried to hit me or he

02:21PM  23  hit me.

02:21PM  24  Q.  But they're breaking up the fight, correct?

02:21PM  25  A.  I guess they're pulling away Colon.

FORD  --  BY MR. CONNORS  --  07/18/2019

135

| | | |
|---|---|---|
| 02:21PM | 1 | Q.  Did you see that or not? |
| 02:21PM | 2 | A.  No.  I did not see that, sir. |
| 02:21PM | 3 | Q.  So you don't know what's going on with them, correct? |
| 02:21PM | 4 | A.  No.  Me and Bryant are talking to each other.  He's |
| 02:22PM | 5 | apologizing for his cousin's actions and I'm agreeing with |
| 02:22PM | 6 | him like it's all right. |
| 02:22PM | 7 | Q.  He's not just apologizing.  He's got his arm out, |
| 02:22PM | 8 | correct? |
| 02:22PM | 9 | A.  His arm wasn't extended the whole time.  It was a one |
| 02:22PM | 10 | second thing. |
| 02:22PM | 11 | (The recording was played.) |
| 02:22PM | 12 | MR. CONNORS:  Stop there. |
| 02:14PM | 13 | BY MR. CONNORS: |
| 02:14PM | 14 | Q.  And Officer Krug approaches the both of you, correct? |
| 02:22PM | 15 | A.  Correct. |
| 02:22PM | 16 | Q.  All right.  And he has the nightstick, Exhibit 43, held |
| 02:22PM | 17 | with -- on each grip, correct? |
| 02:22PM | 18 | A.  In the video, yes. |
| 02:22PM | 19 | Q.  Well do you remember it definitely outside the video? |
| 02:22PM | 20 | A.  I gave you the same thing over and over.  He -- I'm |
| 02:22PM | 21 | standing there talking to Bryant or whatever and I just feel |
| 02:22PM | 22 | something and like hey, get my attention.  I look up to him |
| 02:22PM | 23 | and I'm already -- I'm already saying I didn't do nothing.  I |
| 02:22PM | 24 | don't know why he was tackling me. |
| 02:22PM | 25 | Q.  Is that on the video? |

FORD  --  BY MR. CONNORS  --  07/18/2019

02:22PM   1   A.  Him tackling me?

02:22PM   2   Q.  No.  You said -- I'm saying when Officer Krug came up to

02:22PM   3   the two of you, he had his hands on the baton and he first

02:22PM   4   went towards Munoz, correct?

02:23PM   5   A.  I only see me being tackled by the officer.

02:23PM   6   Q.  But you see him raise his hands to back off, right?

02:23PM   7   A.  Because he's probably thinking why are these two standing

02:23PM   8   together?

02:23PM   9   Q.  I don't know what he's thinking.  You see him raise his

02:23PM  10   hands to back off, correct?

02:23PM  11   A.  In the video yes, sir.  At the time, I had no clue what

02:23PM  12   he was doing.

02:23PM  13   Q.  Now you're saying that Officer Krug -- that's not the

02:23PM  14   first time he came to you; that he came up and tapped you and

02:23PM  15   then hit you from behind; is that your testimony?

02:23PM  16   A.  Yes.  As you can see, me and Bryant Munoz are standing

02:23PM  17   side-by-side looking at the street and he didn't come from

02:23PM  18   across the street.  He came down the street, correct?  I'm

02:23PM  19   not making this up.  And then he tapped me on my leg and he

02:23PM  20   tackled me all in a split second.  I don't know what I was

02:23PM  21   suppose to do or what I was supposed to say.

02:23PM  22       I tried to be responsible and say I didn't do anything.  I

02:23PM  23   tried to talk to this officer and be civil.  He clearly didn't

02:23PM  24   care about that.  He wanted to tackle me and hit me for

02:23PM  25   whatever reason, standing there watching people argue.

02:23PM   1   Q.  Have you finished?

02:23PM   2   A.  Yes.

02:23PM   3   Q.  Do you know what my question was?

02:24PM   4           MR. MANGO:  Judge, objection.  That's argumentative.

02:24PM   5           MR. CONNORS:  We're now in the narrative.  What

02:24PM   6   question were you answering?

02:24PM   7           MR. MANGO:  Objection.

02:24PM   8           THE COURT:  All right.  Just ask the question again.

02:24PM   9           THE WITNESS:  Can you repeat the question, please?

02:24PM  10           MR. CONNORS:  Because you don't know the question?

02:24PM  11           MR. MANGO:  Objection, Judge.

02:24PM  12           THE WITNESS:  If you're done arguing with me --

02:24PM  13           THE COURT:  Stop or we're going to take a break,

02:24PM  14   okay?  Let's put this back to where we are.

02:24PM  15           MR. CONNORS:  May I Your Honor?

02:24PM  16   BY MR. CONNORS:

02:24PM  17   Q.  So your testimony is that there was -- before Officer

02:24PM  18   Krug approached you, that he tapped you on your leg.  Is that

02:24PM  19   your testimony?

02:24PM  20   A.  Correct, sir.

02:24PM  21   Q.  And that he then struck you and hit you from behind,

02:24PM  22   correct?

02:24PM  23   A.  No, he just pancake blocked me like he was an offensive

02:24PM  24   guard.

02:24PM  25   Q.  We've talked about this earlier.  You said he struck you

02:24PM   1   from behind in the right lower leg?

02:24PM   2           MR. MANGO:  Objection, Judge.  Asked and answered.  I

02:24PM   3   think this is the fifth time.

02:24PM   4           THE COURT:  I think it is.  Sustained.

02:24PM   5   BY MR. CONNORS:

02:24PM   6   Q.  So, in any event, your position is that Officer Krug --

02:25PM   7   well, strike that.  Let's start over.

02:25PM   8       Can you play a little more?

02:25PM   9   (The recording was played.)

02:25PM  10           MR. CONNORS:  Thank you.

02:14PM  11   BY MR. CONNORS:

02:14PM  12   Q.  You grabbed the baton, didn't you, with both hands?

02:25PM  13   A.  It was -- I was a reflex, sir.  I --

02:25PM  14   Q.  It's yes or no.  Did you grab it or not?

02:25PM  15   A.  Yes, sir.

02:25PM  16   Q.  All right.

02:25PM  17   A.  It's not like I didn't have a choice, it was shoved in my

02:25PM  18   face.

02:25PM  19   Q.  There's no question, please.  I just asked you did you

02:25PM  20   grab it or not; yes or no?

02:25PM  21   A.  Yes, sir.

02:25PM  22   Q.  Okay.  Did you make up the story about him swinging the

02:25PM  23   baton to justify why you grabbed that baton?

02:25PM  24           MR. MANGO:  Objection, Judge.

02:25PM  25           THE COURT:  Sustained.

| | | |
|---|---|---|
| 02:25PM | 1 | BY MR. CONNORS: |
| 02:25PM | 2 | Q.  Did you -- your testimony that you were tapped on the |
| 02:26PM | 3 | side and attacked from behind, is that something you made up |
| 02:26PM | 4 | for your lawsuit? |
| 02:26PM | 5 | MR. MANGO:  Objection, Judge. |
| 02:26PM | 6 | THE COURT:  Sustained. |
| 02:26PM | 7 | THE WITNESS:  I'm just saying what happened. |
| 02:26PM | 8 | THE COURT:  I sustained the objection. |
| 02:26PM | 9 | THE WITNESS:  I'm sorry. |
| 02:26PM | 10 | BY MR. CONNORS: |
| 02:26PM | 11 | Q.  In any event, you grabbed the nightstick with both of |
| 02:26PM | 12 | your hands and slid down the car, correct? |
| 02:26PM | 13 | A.  Correct. |
| 02:26PM | 14 | Q.  You end up on the ground, correct? |
| 02:26PM | 15 | A.  Correct. |
| 02:26PM | 16 | Q.  At some point, there was a wrestling between the two of |
| 02:26PM | 17 | you, correct?  You used that word before? |
| 02:26PM | 18 | A.  Not that I recall. |
| 02:26PM | 19 | Q.  In any event, you ended up on the ground, correct? |
| 02:26PM | 20 | A.  Correct. |
| 02:26PM | 21 | Q.  You weren't handcuffed, correct? |
| 02:26PM | 22 | A.  I didn't do anything.  Correct. |
| 02:27PM | 23 | (An off-the-record discussion was held.) |
| 02:27PM | 24 | (The recording was played.) |
| 02:27PM | 25 | THE WITNESS:  He's swearing.  Get the fuck out of |

| | | |
|---|---|---|
| 02:27PM | 1 | here. |
| 02:27PM | 2 | MR. CONNORS:  Your Honor, could you direct this |
| 02:27PM | 3 | witness to stop this? |
| 02:27PM | 4 | THE COURT:  Yes.  Don't volunteer anything, please. |
| 02:27PM | 5 | MR. CONNORS:  May I ask that that be stricken from |
| 02:27PM | 6 | the record? |
| 02:27PM | 7 | THE COURT:  It will be stricken.  The jury will |
| 02:27PM | 8 | disregard it. |
| 02:27PM | 9 | (An off-the-record discussion was held.) |
| 02:28PM | 10 | MR. CONNORS:  We have a still frame.  We just can't |
| 02:28PM | 11 | get -- I have this Defense Exhibit marked.  May I -- |
| 02:28PM | 12 | THE COURT:  Are you talking to me? |
| 02:28PM | 13 | MR. CONNORS:  Yes, I was, Your Honor. |
| 02:28PM | 14 | THE COURT:  I have got noise coming out of here and |
| 02:28PM | 15 | you're not at the microphone and I have no idea what you just |
| 02:28PM | 16 | said, Mr. Connors. |
| 02:28PM | 17 | MR. CONNORS:  We have a still frame that's a Defense |
| 02:28PM | 18 | Exhibit.  We can stop this Trish.  Is that it? |
| 02:28PM | 19 | THE COURT:  I've already make a ruling on that, I |
| 02:28PM | 20 | believe. |
| 02:28PM | 21 | MR. CONNORS:  You said that if it was blurry on the |
| 02:28PM | 22 | video, we can try one of the stills. |
| 02:28PM | 23 | THE COURT:  Ladies and gentlemen, would you step out |
| 02:28PM | 24 | and go to the jury room for a moment, please? |
| 02:28PM | 25 | (The jury left the room at 2:28 p.m.) |

02:29PM   1                THE COURT:  Mr. Ford, can you step outside, please?

02:29PM   2   (The witness left the room at 2:29 p.m.)

02:29PM   3                THE COURT:  Didn't we already making a ruling on

02:29PM   4   these photographs?

02:29PM   5                MR. FABIAN:  Yes, Your Honor.

02:29PM   6                MR. CONNORS:  We thought we could get the video and

02:29PM   7   it wouldn't be blurry.  I just can't click on the video at the

02:29PM   8   precise time.

02:29PM   9                THE COURT:  I thought I had a ruling on all these

02:29PM  10   photographs.  I don't want to see any photographs.

02:30PM  11                MR. CONNORS:  No?

02:30PM  12                THE COURT:  I've already made that ruling.  And by

02:30PM  13   the way, we are going to finish up this witness today, no

02:30PM  14   matter how long it takes.  We'll be done with this witness and

02:30PM  15   hopefully we'll have other witnesses.  We're going to be done

02:30PM  16   with this witness today.  We'll take a five-minute recess.

02:30PM  17                MR. MANGO:  Yes, Judge.

02:36PM  18   (A recess was taken from 2:30 to 2:36 p.m.)

02:36PM  19   (The jury entered the room at 2:36 p.m.)

02:37PM  20                THE CLERK:  All rise.  You may be seed.

02:37PM  21                THE COURT:  All right.  Mr. Connors, you may

02:37PM  22   continue, please.

02:37PM  23                MR. CONNORS:  Thank you, Your Honor.

02:37PM  24   BY MR. CONNORS:

02:37PM  25   Q.  Over the break, we thank you.  We were able to figure it

FORD  --  BY MR. CONNORS  --  07/18/2019

142

| | | |
|---|---|---|
| 02:38PM | 1 | out.  So you told us earlier that you thought there were |
| 02:38PM | 2 | approximately six strikes to your lower leg? |
| 02:38PM | 3 | A.  I said approximately.  Yes, sir. |
| 02:38PM | 4 | Q.  Shins and knees you thought? |
| 02:38PM | 5 | A.  Yes, sir. |
| 02:38PM | 6 | Q.  You've testified before that he never struck you on your |
| 02:38PM | 7 | feet, on the bottom of your feet, to get up? |
| 02:38PM | 8 | A.  Yes, sir. |
| 02:38PM | 9 | Q.  I'm showing you this still right now on the video and |
| 02:38PM | 10 | there you are.  Those soles of your -- are those shoes or |
| 02:38PM | 11 | sneakers you had on? |
| 02:38PM | 12 | A.  Those are sneakers, sir. |
| 02:38PM | 13 | Q.  The pink ones are yours though, right? |
| 02:38PM | 14 | A.  Yes, sir. |
| 02:38PM | 15 | Q.  That's your foot, correct? |
| 02:38PM | 16 | A.  Correct. |
| 02:38PM | 17 | Q.  That's your right foot? |
| 02:38PM | 18 | A.  Correct. |
| 02:38PM | 19 | Q.  And that's the baton striking your right foot, correct? |
| 02:38PM | 20 | A.  You know, I think -- I think he hit like my arm.  That |
| 02:39PM | 21 | was like this (indicating) strike on my arm. |
| 02:39PM | 22 | Q.  So you say that's not on your foot?  Is that your |
| 02:39PM | 23 | testimony? |
| 02:39PM | 24 | A.  Correct, sir.  You can see me trying to block. |
| 02:39PM | 25 | Q.  There's no question. |

02:39PM    1    A.  I'm sorry.

02:39PM    2    Q.  At some point though, you did have your legs up, correct?

02:39PM    3    You've seen that on the video?

02:39PM    4    A.  Correct.  I was trying to protect myself, sir.

02:39PM    5    Q.  And you had your left foot against his left knee, didn't

02:39PM    6    you?

02:39PM    7    A.  I was just trying to protect myself, sir.

02:39PM    8    Q.  My question is your left foot --

02:39PM    9         THE COURT:  Do you recall on your left foot being hit

02:39PM   10    on his left knee?  Do you recall that sir?

02:39PM   11         THE WITNESS:  If our bodies touched each other, yes,

02:39PM   12    but I was looking at other --

02:39PM   13         THE COURT:  Just answer as you recall.

02:39PM   14         THE WITNESS:  I don't recall, sir.

02:39PM   15         THE COURT:  All right.  Next question.

02:39PM   16    BY MR. CONNORS:

02:39PM   17    Q.  Well he testified about that under oath about that,

02:39PM   18    didn't you, on February 4th, 2019, correct?

02:40PM   19    A.  Correct.

02:40PM   20    Q.  Defendant's Exhibit 130 page 77.  Is your left foot

02:40PM   21    against his left knee?  You said, yes, sir, correct?

02:40PM   22         MR. MANGO:  What line are we on?

02:40PM   23         MR. CONNORS:  Page 77, line 17.

02:40PM   24    BY MR. CONNORS:

02:40PM   25    Q.  Would you like to see it, Mr. Ford?

02:40PM    1    A.  If it there, I believe you, but I'm just trying to -- how

02:40PM    2    you're trying to word it.  That's all, sir.

02:40PM    3    Q.  Well I'm reading it exactly as you swore to.  Is your

02:40PM    4    left foot against his left knee?  You said, yes, sir.

02:40PM    5    A.  Like I said, if our body parts are touching each other

02:40PM    6    then yes, sir.

02:40PM    7         MR. MANGO:  Judge, I'm going to object.  That prior

02:40PM    8    testimony was trying to interpret a video similar to what he's

02:40PM    9    trying to do now.

02:40PM   10         THE COURT:  Well the video speaks for itself and he

02:40PM   11    can testify to that he recalls.

02:40PM   12         MR. MANGO:  Right.

02:40PM   13         THE COURT:  If they're not the same, that's up to the

02:40PM   14    jury to decide.  The question is his testimony.  The video is

02:40PM   15    in.  The video will be permitted for the jury to see during

02:40PM   16    this trial and also during deliberations.

02:41PM   17    BY MR. CONNORS:

02:41PM   18    Q.  So after this occurred, you got up, correct?

02:41PM   19    A.  Yes, sir.

02:41PM   20    Q.  And you got up, Officer Krug stepped back and said, get

02:41PM   21    up, correct?

02:41PM   22    A.  Yes, sir.

02:41PM   23    Q.  And you got up?

02:41PM   24    A.  Yes, sir.

02:41PM   25    Q.  No help?

FORD  --  BY MR. CONNORS  --  07/18/2019

02:41PM    1    A.  I got up off my own adrenaline correct.

02:41PM    2    Q.  You got up of your own conduct, correct?  You didn't need

02:41PM    3    any help from anybody.

02:41PM    4    A.  I got up off my own adrenaline.  Correct.

02:41PM    5    Q.  You're not a doctor, are you?

02:41PM    6    A.  I was being beat up by the cops.  I had a lot of

02:41PM    7    adrenaline in my body at the time, sir.

02:41PM    8    Q.  You got up without any assistance from anybody, correct?

02:41PM    9    A.  I got up on my own adrenaline.  Correct.

02:41PM   10    Q.  You got up.  You didn't grab onto your shins and complain

02:41PM   11    at all to anybody at the scene did you?

02:41PM   12    A.  Correct.  I was in pain, though.

02:41PM   13    Q.  Well you didn't walk with a limp, did you?

02:41PM   14    A.  We're talking about split seconds after I was assaulted?

02:42PM   15    Q.  No.  We've got you walking across the street and walking

02:42PM   16    east on Chippewa and you're not walking with any limp at all,

02:42PM   17    are you?

02:42PM   18    A.  I can't recall how I was walking, sir.

02:42PM   19    Q.  Well we have the video.  In any event, you never grabbed

02:42PM   20    your leg and complained about pain, correct?

02:42PM   21    A.  I don't recall, sir.

02:42PM   22    (An off-the-record discussion was held.)

02:42PM   23    (The recording was played.)

02:42PM   24         MR. CONNORS:  Stop there, please.

02:42PM   25

| 02:14PM | 1 | BY MR. CONNORS: |

02:14PM    1    BY MR. CONNORS:

02:14PM    2    Q.  That's Sean DeChent, correct?

02:42PM    3    A.  Correct.

02:42PM    4    Q.  He's still arguing with Corey Krug, isn't he?

02:42PM    5    A.  We were trying to get to the car.  He wouldn't let us

02:43PM    6    through.

02:43PM    7            THE COURT:  Were you there when this happened?

02:43PM    8            MR. CONNORS:  He's right next to him.

02:43PM    9            THE COURT:  Did you see this exchange here, if there

02:43PM   10    was one?

02:43PM   11            THE WITNESS:  Yes, sir.

02:43PM   12            THE COURT:  Okay.  Tell us what you heard or what you

02:43PM   13    saw.

02:43PM   14            THE WITNESS:  We were trying to go back to the car

02:43PM   15    and they wouldn't let us.

02:43PM   16    BY MR. CONNORS:

02:43PM   17    Q.  My question was simply, didn't you see and hear Sean

02:43PM   18    continue to argue with Corey Krug?

02:43PM   19            MR. MANGO:  Objection, Judge.

02:43PM   20            THE COURT:  If he knows.

02:43PM   21            THE WITNESS:  Sean was trying to explain to the

02:43PM   22    officer, sir, our car is that way and he wouldn't let us go

02:43PM   23    that way.  That's all it was.  There was no argument.

02:43PM   24            MR. CONNORS:  Could you back it up and play it

02:43PM   25    through?

02:43PM   1          THE WITNESS:  And you could --

02:43PM   2          THE COURT:  Just answer the question, sir, please.

02:43PM   3   (The recording was played.)

02:43PM   4          MR. CONNORS:  So there you are stopped.

02:14PM   5   BY MR. CONNORS:

02:14PM   6   Q.  He's not arguing with him?  Gestures with his hands.  As

02:43PM   7   far as you're concerned, there's no argument going on?

02:43PM   8   A.  He's trying to explain to him that the car is down the

02:43PM   9   street and he wouldn't let us walk.

02:44PM  10          MR. CONNORS:  Can you play it, Trish?

02:44PM  11   (The recording was played.)

02:44PM  12          MR. CONNORS:  Stop.

02:14PM  13   BY MR. CONNORS:

02:14PM  14   Q.  So you're walking -- you see yourself walking, correct?

02:44PM  15   As you walk down, you turn and you look back to where Colon

02:44PM  16   and Munoz are.  Do you see that on video?

02:44PM  17   A.  Honestly, I don't know what I was looking at, sir.

02:44PM  18   Q.  You weren't looking to see where Munoz and Colon were?

02:44PM  19   A.  No, I was not.

02:44PM  20   (The recording was played.)

02:44PM  21          MR. CONNORS:  Stop.

02:44PM  22   BY MR. CONNORS:

02:44PM  23   Q.  You had a little cup on your mouth.  You look like you

02:44PM  24   mouthed something.  Do you remember what it was you said?

02:44PM  25   A.  Can you play back the video?

02:44PM    1              MR. CONNORS:  Sure.  Just a little bit, Trish.

02:44PM    2    (The recording was played.)

02:44PM    3    BY MR. CONNORS:

02:44PM    4    Q.  See your hand up there?  Are you saying anything to

02:44PM    5    anybody?

02:44PM    6    A.  I have no idea honestly.  We're probably talking about

02:45PM    7    trying to get back to the car.

02:45PM    8    Q.  You don't know what you were talking about, do you?

02:45PM    9    A.  The only thing we were trying to do is go to the car.  I

02:45PM   10    don't know what else we would be talking about.

02:45PM   11    Q.  So you got in to the car eventually and you went home,

02:45PM   12    correct?

02:45PM   13    A.  Yes, sir.

02:45PM   14    Q.  And when you left -- when you finally arrived home, you

02:45PM   15    were on 20 Lincoln?

02:45PM   16    A.  Yes, sir.

02:45PM   17    Q.  And was your grandmother home or your mother present?

02:45PM   18    A.  No.  They weren't there.

02:45PM   19    Q.  Neither of them were there?

02:45PM   20    A.  No, sir.  They were cooking.

02:45PM   21    Q.  John Reichert was there?

02:45PM   22    A.  Yes, sir.

02:45PM   23    Q.  And you got home, did you go right to bed?

02:45PM   24    A.  I don't recall.  I think we probably stayed up and talked

02:45PM   25    about what happened maybe.

02:45PM  1    Q.  But you didn't go to the hospital to get your legs looked

02:45PM  2    at when you left at 4 o'clock in the morning, correct?

02:45PM  3    A.  Correct.

02:45PM  4    Q.  You've been -- you know what an emergency room is,

02:45PM  5    correct?

02:45PM  6    A.  Correct.

02:45PM  7    Q.  And you know it's open 24/7?

02:46PM  8    A.  Correct.

02:46PM  9    Q.  You've been to one in the course of your life?

02:46PM  10   A.  Correct.

02:46PM  11   Q.  But you didn't go to have your legs looked at, correct?

02:46PM  12   A.  Correct.

02:46PM  13   Q.  You didn't go to the doctor?

02:46PM  14   A.  Correct.

02:46PM  15   Q.  In fact, you didn't even go to the doctor the next day?

02:46PM  16   A.  Correct.

02:46PM  17   Q.  In fact, you've never gone to a doctor?

02:46PM  18   A.  I never had medical issues, correct.

02:46PM  19   Q.  Well whether you did or you didn't, you never went to get

02:46PM  20   any medical treatment, correct?

02:46PM  21   A.  Correct.

02:46PM  22   Q.  Now, when you got home, did you take any photos of your

02:46PM  23   injuries?

02:46PM  24   A.  No, I did not.

02:46PM  25   Q.  Do you know when it was the first photographs were taken

02:46PM   1   of your injuries?

02:46PM   2   A.   After I realized this situation was brought to light.

02:46PM   3   Q.   So nothing was done between November 27th and December

02:46PM   4   11th or thereabouts, correct?

02:46PM   5   A.   I knew it sounds farfetched, so I didn't proceed with

02:46PM   6   anything.

02:46PM   7   Q.   You knew it would sound farfetched?

02:47PM   8   A.   Correct.

02:47PM   9   Q.   Now some time in the middle of December there was a

02:47PM  10   Twitter feed that you were able to pick up and look at,

02:47PM  11   correct?

02:47PM  12   A.   Correct.

02:47PM  13   Q.   But am I accurate to say that from that November 27th, up

02:47PM  14   until that Twitter feed, you told us already you had no

02:47PM  15   medical attention, but you didn't go to see a lawyer,

02:47PM  16   correct?

02:47PM  17   A.   Correct.

02:47PM  18   Q.   You didn't go to see -- make any complaints to the police

02:47PM  19   or the Internal Affairs Department?

02:47PM  20   A.   Correct.  Like I said, I knew it would sound farfetched.

02:47PM  21   Q.   Well I agree with you, okay?  And you wouldn't -- you

02:47PM  22   didn't have any formal complaint that you swore out or made

02:47PM  23   against Officer Krug, correct?

02:47PM  24   A.   Correct.

02:47PM  25   Q.   And you didn't really even talk it over with anyone

FORD  --  BY MR. CONNORS  --  07/18/2019

151

02:47PM  1  during that time period, did you?

02:47PM  2  A.  Correct.  I had no idea who the officer was that

02:47PM  3  assaulted me.

02:47PM  4  Q.  Now when the Twitter feed came out, you saw it and you

02:48PM  5  saw yourself, correct?

02:48PM  6  A.  Correct.

02:48PM  7  Q.  That Twitter feed was a real very short snippet, wasn't

02:48PM  8  it?

02:48PM  9  A.  Whoever was recording just recorded the altercation.

02:48PM  10  Q.  But it was just a matter of seconds, correct?

02:48PM  11  A.  It was the altercation.

02:48PM  12  Q.  It didn't record anything that happened beforehand or

02:48PM  13  anything that happened afterwards, correct?

02:48PM  14  A.  Yeah.  It recorded him attacking me.

02:48PM  15  Q.  And that didn't have any background or context to it.  It

02:48PM  16  just had that encounter between you and Corey Krug, correct?

02:48PM  17  A.  It showed him attacking me.

02:48PM  18  Q.  I know.  You keep saying that, but I'm just asking you,

02:48PM  19  it didn't show anything else, did it?

02:48PM  20  A.  Can you be more specific with that question?

02:48PM  21  Q.  It didn't show any background leading up to that

02:48PM  22  encounter with you and Krug, it just showed about 20 seconds

02:48PM  23  on a Twitter feed, correct?

02:48PM  24  A.  There was no encounter between me and Krug.  I don't know

02:49PM  25  what you're saying.

FORD  --  BY MR. CONNORS  --  07/18/2019

152

02:49PM    1    Q.  In any event, that's when you tweeted out yoo-hoo, that's

02:49PM    2    me, correct?

02:49PM    3    A.  Correct.

02:49PM    4    Q.  And that's when you started to then do some things with

02:49PM    5    respect to this matter, correct; because previously, you'd

02:49PM    6    done nothing, correct?

02:49PM    7    A.  Correct.  How am I supposed to look for an officer that I

02:49PM    8    don't know who -- his name, nothing; like, go to the police

02:49PM    9    station and say hey, I was assaulted by one your guys?  Which

02:49PM   10    one?

02:49PM   11    Q.  You've done nothing though.  You didn't even try, did

02:49PM   12    you?

02:49PM   13    A.  Correct.

02:49PM   14    Q.  But you see the Twitter feed and you also got contacted

02:49PM   15    by another news media source, correct?

02:49PM   16    A.  Can you refresh my memory?

02:49PM   17    Q.  Lou Raguse, Channel 4, reached out to you?

02:49PM   18    A.  If he reached out to me, I don't know the people by their

02:49PM   19    name.

02:49PM   20    Q.  Well do you also use a Twitter handle, I guess is what

02:49PM   21    you call it, Don Ford or Don Santa?

02:49PM   22    A.  That's the same account.

02:49PM   23    Q.  But that's your account too?

02:49PM   24    A.  The same account.  Yes, sir.

02:50PM   25    Q.  Don Santa with a dollar sign through the S?

FORD  --  BY MR. CONNORS  --  07/18/2019

153

| | | |
|---|---|---|
| 02:50PM | 1 | A.  It's the same account, yes. |
| 02:50PM | 2 | Q.  And a media person reached out to you on that account, |
| 02:50PM | 3 | correct? |
| 02:50PM | 4 | A.  I have one Twitter.  Yes.  Someone reached out to me.  I |
| 02:50PM | 5 | don't know which one. |
| 02:50PM | 6 | Q.  And someone came to your place of employment, correct? |
| 02:50PM | 7 | A.  Correct. |
| 02:50PM | 8 | Q.  So now you see a Twitter feed and two media sources come |
| 02:50PM | 9 | to you to talk to you about what happened, correct? |
| 02:50PM | 10 | A.  Correct. |
| 02:50PM | 11 | Q.  And that's when you go out and hire a lawyer, right? |
| 02:50PM | 12 | A.  Correct. |
| 02:50PM | 13 | Q.  Now, up until that time, no photos were taken at all of |
| 02:50PM | 14 | the injuries you claim? |
| 02:50PM | 15 | A.  Correct. |
| 02:50PM | 16 | Q.  So you didn't take any photos yourself with your Android |
| 02:50PM | 17 | camera at all? |
| 02:50PM | 18 | A.  Correct. |
| 02:50PM | 19 | Q.  You didn't take a bunch of photos that you got rid of? |
| 02:50PM | 20 | A.  Well there was a bunch of pictures taken with -- but I |
| 02:50PM | 21 | only handed over the one pic -- I wasn't giving them the |
| 02:51PM | 22 | camera.  I did give them a picture of my leg. |
| 02:51PM | 23 | Q.  So you did try to take some photos, you just didn't save |
| 02:51PM | 24 | them, is that what you're telling us? |
| 02:51PM | 25 | A.  Correct.  Yes. |

| | | |
|---|---|---|
| 02:51PM | 1 | Q.  Did you delete them? |
| 02:51PM | 2 | A.  I have no idea what happened to my old cell phone, sir. |
| 02:51PM | 3 | Q.  Well were they -- those photos that you had, were they |
| 02:51PM | 4 | taken before the photos that were taken by the FBI for |
| 02:51PM | 5 | example? |
| 02:51PM | 6 | A.  Yes.  They were later.  I started taking pictures when I |
| 02:51PM | 7 | got home from work later that day. |
| 02:51PM | 8 | Q.  Okay.  So on November 27th, 2014, you started taking |
| 02:51PM | 9 | pictures of your leg? |
| 02:51PM | 10 | MR. MANGO:  Objection, Judge.  I don't think that's |
| 02:51PM | 11 | what he testified to. |
| 02:51PM | 12 | MR. CONNORS:  He said when got home from work. |
| 02:51PM | 13 | November 28th? |
| 02:51PM | 14 | MR. MANGO:  No, I think this is after the video |
| 02:51PM | 15 | was -- |
| 02:51PM | 16 | THE COURT:  The events happened November the 27th. |
| 02:51PM | 17 | MR. CONNORS:  Right. |
| 02:14PM | 18 | BY MR. CONNORS: |
| 02:14PM | 19 | Q.  And you went to work the very next day, correct? |
| 02:51PM | 20 | A.  Oh, so you're trying to trick me.  I started taking |
| 02:51PM | 21 | pictures in December, sir. |
| 02:51PM | 22 | Q.  When was the first time you took pictures with your |
| 02:52PM | 23 | Android? |
| 02:52PM | 24 | A.  It was in December, sir. |
| 02:52PM | 25 | MR. MANGO:  He's already testified, Judge, after he |

02:52PM    1    got an attorney.

02:52PM    2           MR. CONNORS:  No.  That's not true.  And I wish you

02:52PM    3    wouldn't speak during objection.

02:52PM    4           THE COURT:  All right.  Ask the next question.

02:52PM    5    BY MR. CONNORS:

02:52PM    6    Q.  So you first took some Android photos yourself, correct?

02:52PM    7    A.  Yes, sir.

02:52PM    8    Q.  And you got rid of those?

02:52PM    9    A.  I have no idea what happened to my old cell phone, sir.

02:52PM   10    Q.  You don't have them any more?

02:52PM   11    A.  No, sir.

02:52PM   12    Q.  Were those photos taken after the Twitter feed came out

02:52PM   13    or before the Twitter feed came out?

02:52PM   14    A.  After the Twitter feed came out.

02:52PM   15    Q.  So, in any event, we don't have those because you don't

02:52PM   16    have them, correct?

02:52PM   17    A.  Correct.

02:52PM   18    Q.  And you got home at 4 o'clock in the morning.  And you

02:52PM   19    were tweeting that morning as well, correct?

02:52PM   20    A.  I don't recall.

02:52PM   21    Q.  Well you tweeted, never drinking again.  You told that to

02:52PM   22    the prosecutor.

02:52PM   23    A.  I didn't know if you were talking about the day of the

02:53PM   24    news feed or the day after Thanksgiving.

02:53PM   25    Q.  I'm talking about when you got home to your house at 4:15

02:53PM   1   in the morning on November 27th.

02:53PM   2   A.  Correct.

02:53PM   3   Q.  You were tweeting, correct?

02:53PM   4   A.  Correct.

02:53PM   5   Q.  And that's when you tweeted, never drinking again?

02:53PM   6   A.  That was the way my -- expressing of what happened to me.

02:53PM   7   Yes, sir.

02:53PM   8   Q.  Well, you didn't tweet anything at all about what you

02:53PM   9   claim now that Officer Krug did to you.  You didn't tweet

02:53PM  10   that at all, did you?

02:53PM  11   A.  I wasn't about to embarrass myself and say hey guys, I

02:53PM  12   got beat up by cops for no reason.  I just wrote, never

02:53PM  13   drinking again.  It was self explanatory to the people who

02:53PM  14   knew what happened.

02:53PM  15   Q.  Well you weren't shy about writing tweets critical of

02:53PM  16   police officers before, were you?

02:53PM  17   A.  Like I said, most of them are song lyrics.

02:53PM  18   Q.  Well we went through some of them and a number of them

02:53PM  19   weren't lyrics.  They were tweets that you wrote negative

02:53PM  20   about police, correct?

02:53PM  21   A.  About me going to another party?

02:53PM  22   Q.  They were negative tweets about police, correct?

02:53PM  23   A.  Song lyrics, sir.

02:54PM  24   Q.  And you didn't write them when you tweeted on November

02:54PM  25   27th, did you?

FORD  --  BY MR. CONNORS  --  07/18/2019

02:54PM  1   A.  I just simply wrote, never drinking again, to express

02:54PM  2   what happened to me.

02:54PM  3   Q.  Because you knew that you were intoxicated that night,

02:54PM  4   correct?

02:54PM  5   A.  No.

02:54PM  6   Q.  Did you smoke any marijuana at all that night?

02:54PM  7   A.  No.

02:54PM  8   Q.  And you didn't tweet about it because you were glad you

02:54PM  9   weren't arrested, correct?

02:54PM  10  A.  Can you repeat that?

02:54PM  11  Q.  You were glad you weren't arrested for that encounter

02:54PM  12  with Officer Krug?

02:54PM  13          MR. MANGO:  Objection, Judge.

02:54PM  14          THE WITNESS:  I don't see why I would have been

02:54PM  15  arrested.

02:14PM  16  BY MR. CONNORS:

02:14PM  17  Q.  But you were glad you weren't arrested, correct?

02:54PM  18  A.  That wasn't even anything I was thinking about, sir.

02:54PM  19  Q.  Now you told us about the photographs that you took that

02:54PM  20  we no longer have, but there were other photographs that were

02:54PM  21  taken, correct?

02:54PM  22  A.  I took multiple pictures and I handed them over, one or

02:54PM  23  two, to the other people.

02:54PM  24  Q.  You're talking about to the FBI?

02:55PM  25  A.  That's how they got the pictures.  I gave them to them.

FORD  --  BY MR. CONNORS  --  07/18/2019

| | | |
|---|---|---|
| 02:55PM | 1 | Q.  They said they took the photos themselves. |
| 02:55PM | 2 | A.  They did take pictures of me. |
| 02:55PM | 3 | Q.  Are you saying that you turned over some of the photos |
| 02:55PM | 4 | that you took to the FBI as well? |
| 02:55PM | 5 | A.  Yes, sir. |
| 02:55PM | 6 | Q.  Okay.  So there are more of the photos than the ones that |
| 02:55PM | 7 | were shown to us today? |
| 02:55PM | 8 | A.  No, sir.  The pictures that you showed me of me in my |
| 02:55PM | 9 | living room are the ones that I took. |
| 02:55PM | 10 | Q.  And in addition to those photos, your lawyer took some |
| 02:55PM | 11 | photos as well? |
| 02:55PM | 12 | A.  I honestly don't recall. |
| 02:55PM | 13 | MR. CONNORS:  Could we get the photos? |
| 02:55PM | 14 | (An off-the-record discussion was held.) |
| 02:56PM | 15 | BY MR. CONNORS: |
| 02:56PM | 16 | Q.  I'm going to show you what's been marked 41A for |
| 02:56PM | 17 | identification.  Take a look at that and tell me when you're |
| 02:56PM | 18 | finished looking at it. |
| 02:56PM | 19 | A.  Okay. |
| 02:56PM | 20 | Q.  Okay.  Can you identify what's in 41A? |
| 02:56PM | 21 | A.  A picture of my leg. |
| 02:56PM | 22 | Q.  Right or left? |
| 02:56PM | 23 | A.  I honestly can't recall, sir. |
| 02:56PM | 24 | Q.  You don't know which leg? |
| 02:56PM | 25 | A.  It looks like my right leg.  I'm not sure.  I really |

02:56PM    1    can't even tell what was shoe -- it's dark.  I can't tell

02:56PM    2    which it is.

02:56PM    3    Q.  Who took it?

02:56PM    4    A.  This looks like something that I took at my house.

02:56PM    5    Q.  At your house?  When?

02:57PM    6    A.  When I got out of work later that day on -- in December.

02:57PM    7    Q.  December 11th you're talking about past that?

02:57PM    8    A.  December -- whatever the date was when the news came to

02:57PM    9    my job, sir.

02:57PM   10    Q.  So the Twitter feed came out December 11th.  The news

02:57PM   11    came to your job after that, the 12th, the 13th, does that

02:57PM   12    sound about right?

02:57PM   13    A.  I honestly don't recall, but I just know they came to see

02:57PM   14    me.

02:57PM   15    Q.  But you know it was mid-December?

02:57PM   16    A.  Yes, sir.

02:57PM   17    Q.  And that fairly and accurately depicted what your leg

02:57PM   18    looked like in mid-December?

02:57PM   19    A.  Yes, sir.

02:57PM   20          MR. CONNORS:  I'll offer that into evidence, Your

02:57PM   21    Honor.

02:57PM   22          MR. MANGO:  No objection, Judge.

02:57PM   23          THE COURT:  All right.  It will be admitted.  It's

02:57PM   24    41A?

02:57PM   25          MR. CONNORS:  Adam, Your Honor, yes.

FORD  --  BY MR. CONNORS  --  07/18/2019

160

02:57PM    1    (Government Exhibit 41A was received in evidence.)

02:57PM    2

02:57PM    3    BY MR. CONNORS:

02:57PM    4    Q.  So that's a picture of -- 41A shows your leg and your

02:57PM    5    sneaker, correct?

02:57PM    6    A.  Correct.

02:57PM    7    Q.  And you don't know which leg it is or you think it's your

02:58PM    8    right leg or what's your answer?

02:58PM    9    A.  Right now, it's starting to look like my right leg if I'm

02:58PM   10    not mistaken.

02:58PM   11    Q.  And so where is the area on there that you say was

02:58PM   12    injured?

02:58PM   13    A.  This is a horrible picture.  You can -- and the lighting

02:58PM   14    you can't really see the bruising, but I had bruising.

02:58PM   15    Q.  It doesn't show any injury, does it?

02:58PM   16    A.  You can see it if you look closely.  Yes, you can.  And

02:58PM   17    this is also a month later after I was hit.

02:58PM   18         MR. CONNORS:  Could we look at 41B, please?  And can

02:58PM   19    you blow that up a little bit for us, Trish?  Okay.

02:14PM   20    BY MR. CONNORS:

02:14PM   21    Q.  And you're saying that that scab down there is an injury

02:58PM   22    you sustained on November 27th?

02:58PM   23    A.  Yes, sir.

02:58PM   24    Q.  Do you know when the date of this was?  Would it be the

02:58PM   25    same time period?

02:58PM  1    A.  It would be the same time I took the picture of my

02:58PM  2    opposite leg.

02:58PM  3    Q.  I'm trying to figure out that floor.  Whose floor is

02:58PM  4    that?

02:58PM  5    A.  That looks like my carpet, my old carpet.

02:59PM  6    Q.  Now in that picture 41B, I put an arrow where that injury

02:59PM  7    is that you claim.  That's the only injury that you claim was

02:59PM  8    caused by the baton?

02:59PM  9    A.  That's a picture of a scab.  That's healed.

02:59PM  10   Q.  That's the only one in this photo that you say was caused

02:59PM  11   by the baton, correct?

02:59PM  12   A.  I don't know what you mean.

02:59PM  13   Q.  Well you had the picture taken of that particular area to

02:59PM  14   show what you claim is an injury to your leg and that's the

02:59PM  15   scab, correct?

02:59PM  16   A.  I took a picture of my scab, yes.

02:59PM  17   Q.  And that's the only injury on this photo that you claim

02:59PM  18   was caused on November 27th, correct?

02:59PM  19   A.  In this picture?

02:59PM  20   Q.  Yes.

02:59PM  21   A.  That's the only thing that's showing the injury.  Yes.

02:59PM  22   Q.  How did you get that scrap on your knee?

02:59PM  23   A.  Looks like something that happened when I fell off my

02:59PM  24   bike when I was 10 years old.

02:59PM  25   Q.  Really?  So you think that's a 12-year-old injury?

| 02:59PM | 1 | A.  It's a scar, sir.  I got a scar on my knee. |
| 03:00PM | 2 | Q.  Now in addition to these photos, you had some photos |
| 03:00PM | 3 | taken by the FBI, correct? |
| 03:00PM | 4 | A.  Correct, sir. |
| 03:00PM | 5 | Q.  You went there and one of the agents took photos with a |
| 03:00PM | 6 | phone; is that right? |
| 03:00PM | 7 | A.  I don't know what they used to take pictures, but I got |
| 03:00PM | 8 | pictures taken of me. |
| 03:00PM | 9 | Q.  And those are the only photos that we have? |
| 03:00PM | 10 | A.  Correct. |
| 03:00PM | 11 | Q.  Of your injuries? |
| 03:00PM | 12 | A.  Correct. |
| 03:00PM | 13 | Q.  Did you lawyer have any other photos? |
| 03:00PM | 14 | A.  Not that -- I can't give you an honest answer on that |
| 03:00PM | 15 | because I don't know what he has of mine. |
| 03:00PM | 16 | Q.  And you did hire a lawyer to file a claim against Officer |
| 03:01PM | 17 | Krug, correct? |
| 03:01PM | 18 | A.  Yes, sir. |
| 03:01PM | 19 | Q.  But you filed a claim not against Officer Krug; you filed |
| 03:01PM | 20 | it against 30 John Does, do you recall that? |
| 03:01PM | 21 | A.  Yes, sir. |
| 03:01PM | 22 | Q.  And you swore to the accuracy of that particular |
| 03:01PM | 23 | document?  You verified it? |
| 03:01PM | 24 | MR. MANGO:  Judge, objection.  That's not accurate. |
| 03:01PM | 25 | The Notice of Claim, which is unsigned by the witness, is John |

03:01PM   1   Does 1 to 30.  The actual summons and complaint is John Does 1

03:01PM   2   to 10.

03:01PM   3        MR. CONNORS:  Okay.  So he's misstating what I'm

03:01PM   4   asking.  That's why the speaking objections -- I simply asked

03:01PM   5   you, you filed a Notice of Claim against John Does 1 to 30.

03:01PM   6        MR. MANGO:  He didn't say Notice of Claim, Judge.

03:01PM   7        THE COURT:  You didn't say Notice of Claim,

03:01PM   8   Mr. Connors.

03:01PM   9        MR. CONNORS:  Well you filed a verified document,

03:01PM  10   Notice of Claim, against John Does 1 --

03:01PM  11        THE COURT:  A Notice of Claim, ladies and gentlemen,

03:02PM  12   is just putting the governmental agency on notice that you're

03:02PM  13   contemplating suing the City.  That's all.  The law requires

03:02PM  14   that before you file a complaint.

03:02PM  15   BY MR. CONNORS:

03:02PM  16   Q.  But you named 30 John Does you said as well, correct?

03:02PM  17   A.  I haven't had a chance to look at the papers, but you

03:02PM  18   said 1 through 10, right?

03:02PM  19   Q.  I'll show you my copy.

03:02PM  20        MR. MANGO:  Judge, I believe they're using

03:02PM  21   Defendant's Exhibit 25 for the record.

03:02PM  22   BY MR. CONNORS:

03:02PM  23   Q.  Showing you Defense Exhibit 25, that's the Notice of

03:02PM  24   Claim.  That's the caption, correct?

03:02PM  25   A.  Yes, sir.

FORD  --  BY MR. CONNORS  --  07/18/2019

164

03:02PM  1   Q.  Against 10 John Does, correct?

03:02PM  2   A.  Yes, sir.

03:02PM  3   Q.  Sorry -- 30 John Does.  In here, you signed it and swore

03:02PM  4   to it at the end, correct?

03:02PM  5   A.  Yes, sir.

03:02PM  6   Q.  And you're claiming that you had to spend money for

03:02PM  7   medical assistance.  That's not true, is it?

03:03PM  8   A.  I never spent any money.  Correct.

03:03PM  9   Q.  You're suing for medical assistance and you signed a

03:03PM  10  verification saying that you were entitled to damages for

03:03PM  11  medical assistance and you never had medical assistance, did

03:03PM  12  you?

03:03PM  13  A.  I really don't know how to answer that question.

03:03PM  14  Q.  And you never spent any money for medical assistance, did

03:03PM  15  you?

03:03PM  16  A.  I told you I didn't have health insurance at that time.

03:03PM  17  Q.  But you also sued for money for legal assistance.  You

03:03PM  18  didn't pay any legal fees for this, did you?

03:03PM  19  A.  No, sir.

03:03PM  20  Q.  But you're suing for damages for legal assistance,

03:03PM  21  correct?

03:03PM  22  A.  Yes, sir.

03:03PM  23  Q.  Now we know that with respect to the injuries you claim

03:03PM  24  on your lower legs that you went back to work the next day.

03:03PM  25  So there's no lost time from work, correct?

03:03PM    1    A.  Correct, sir.

03:04PM    2    Q.  And you know that from your legs, there's no permanent

03:04PM    3    injuries you suffered, correct?

03:04PM    4    A.  My knee is messed up from this incident.

03:04PM    5    Q.  But you've never sought consultation for this claim that

03:04PM    6    your knee is messed up, have you?  Just yes or no?

03:04PM    7    A.  No.

03:04PM    8    Q.  We have -- it's five almost five years later.  You don't

03:04PM    9    have a doctor that's going to come in and say you actually

03:04PM   10    have a permanent injury to your knee, do you?

03:04PM   11    A.  Correct.

03:04PM   12    Q.  Yet, you sue in this Notice of Claim for --

03:04PM   13            MR. MANGO:  Objection, Judge.  It's not a suit.  It's

03:04PM   14    a Notice of Claim.

03:04PM   15            THE COURT:  Sustained.

03:04PM   16    BY MR. CONNORS:

03:04PM   17    Q.  Okay.  Well here's what it is.  You hereby make a claim

03:04PM   18    against the City of Buffalo and all these people --

03:04PM   19            MR. MANGO:  Objection, Judge.  It's not a claim.

03:04PM   20    It's a notice that you may make a claim in the future.

03:04PM   21            THE COURT:  The law requires that before you can sue,

03:04PM   22    as I just said, the City, you have to advise them.  You put

03:04PM   23    them on notice.  And that's all this document is.  It's not a

03:04PM   24    lawsuit.  All right.  Go ahead, Mr. Connors.

03:05PM   25

03:05PM   1   BY MR. CONNORS:

03:05PM   2   Q.  But you -- I'll show you the exhibit again where you

03:05PM   3   signed the document.  That's you, Devin Ford, correct?  Right

03:05PM   4   there, that verification is you, right?

03:05PM   5   A.  Yes, sir.

03:05PM   6   Q.  That's your signature on the last page?

03:05PM   7   A.  Yes, sir.

03:05PM   8   Q.  And in here, you wrote, you hereby make a claim against

03:05PM   9   the City of Buffalo and defendants, correct?

03:05PM   10  A.  Yes, sir.

03:05PM   11  Q.  And you're making a claim for permanent injuries, but you

03:05PM   12  don't have any permanent injuries, do you?

03:05PM   13  A.  My mind, my mental health, that's my permanent injury.

03:05PM   14  Q.  That's what your claim is going to be?  Seriously?

03:05PM   15          MR. MANGO:  Objection, Judge.  That's outside of

03:05PM   16  bounds --

03:05PM   17          THE COURT:  Just forget it and go to the next

03:05PM   18  question, please.

03:05PM   19  BY MR. CONNORS:

03:05PM   20  Q.  Now you did actually file a lawsuit with a summons and

03:06PM   21  complaint afterwards, correct?

03:06PM   22  A.  Yes, sir.

03:06PM   23  Q.  After your Notice of Claim was filed, you filed the

03:06PM   24  actual lawsuit for money damages?

03:06PM   25  A.  Yes, sir.

FORD  --  BY MR. CONNORS  --  07/18/2019

03:06PM  1   Q.  And that's what you're looking for, money damages,

03:06PM  2   correct?

03:06PM  3   A.  I just want justice to be served.  That's all I want.

03:06PM  4   Q.  I know you said that earlier, but in these documents that

03:06PM  5   you filed for lawsuit, it doesn't say anything about justice,

03:06PM  6   does it?

03:06PM  7   A.  I'm not a lawyer, sir.

03:06PM  8   Q.  But it says you want -- you signed these claims -- money

03:06PM  9   damages, correct?

03:06PM  10  A.  Yes, sir.

03:06PM  11  Q.  And in addition to regular money damages, you're suing

03:06PM  12  The city and these police officers for punitive damages,

03:06PM  13  aren't you?

03:06PM  14  A.  I don't know what that means.

03:06PM  15       MR. CONNORS:  So, Judge, I think we only have that

03:06PM  16  one issue.

03:06PM  17       THE COURT:  All right.  Ladies and gentlemen, we'll

03:06PM  18  take a short recess and we'll resume.  Court will take a short

03:06PM  19  recess.

03:06PM  20       THE CLERK:  All rise.

03:07PM  21  (The jury left the room at 3:07 p.m.)

03:07PM  22  (A recess was taken from 3:07 p.m. to 3:52 p.m.)

03:07PM  23  (The jury entered the room at 3:52 p.m.)

03:52PM  24       THE COURT:  Okay, Mr. Mango.  Let's go, Mr. Mango.

03:52PM  25       MR. MANGO:  Thank you, Judge.

| | | |
|---|---|---|
| 03:52PM | 1 | REDIRECT EXAMINATION |
| 03:52PM | 2 | |
| 03:52PM | 3 | BY MR. MANGO: |
| 03:52PM | 4 | Q.  Good afternoon, Mr. Ford. |
| 03:52PM | 5 | (An off-the-record discussion was held.) |
| 03:54PM | 6 | MR. MANGO:  May I proceed? |
| 03:54PM | 7 | THE COURT:  Yes, please. |
| 03:54PM | 8 | BY MR. MANGO: |
| 03:54PM | 9 | Q.  Good afternoon, Mr. Ford. |
| 03:54PM | 10 | A.  Good afternoon. |
| 03:54PM | 11 | Q.  You mentioned during cross-examination and on direct that |
| 03:54PM | 12 | the first contact defendant Krug made with you was with sort |
| 03:54PM | 13 | of a tap to the leg? |
| 03:54PM | 14 | A.  Yes, sir. |
| 03:54PM | 15 | Q.  Okay.  Now you've seen the video, Exhibit 40, is that |
| 03:54PM | 16 | right? |
| 03:54PM | 17 | A.  Correct. |
| 03:54PM | 18 | Q.  Can you see that tap to the leg on that video? |
| 03:54PM | 19 | A.  No, sir. |
| 03:54PM | 20 | Q.  At the moment that the tap to the leg occurs, in fact, is |
| 03:54PM | 21 | the video pointed in a different direction? |
| 03:54PM | 22 | MR. CONNORS:  Excuse me.  Object to that.  Leading. |
| 03:54PM | 23 | THE WITNESS:  I don't know if the video -- |
| 03:54PM | 24 | THE COURT:  Wait one second.  You can ask him do you |
| 03:54PM | 25 | know which way the video was facing.  I'll allow that. |

03:54PM   1           MR. MANGO:  Yes, Judge.

03:54PM   2   BY MR. MANGO:

03:54PM   3   Q.  At the time of the tap to the leg, do you know which way

03:54PM   4   the video was facing, the videographer?

03:55PM   5   A.  I was unaware of the camera even being at the scene but

03:55PM   6   from watching the video --

03:55PM   7           MR. CONNORS:  Excuse me.  If he's unaware of that,

03:55PM   8   Your Honor, that's the end of the answer.

03:55PM   9           THE COURT:  Do us all a favor, Mr. Ford.  Just please

03:55PM   10   answer the question.

03:55PM   11           THE WITNESS:  Okay.

03:55PM   12   BY MR. MANGO:

03:55PM   13   Q.  The tweets you were asked about, would you characterize

03:55PM   14   those as having a negative view of police in your mind?

03:55PM   15   A.  Not whatsoever.

03:55PM   16   Q.  Did you ever -- when you frequented the Chippewa

03:55PM   17   district, did you ever go to bars on either Pearl Street or

03:55PM   18   Franklin Street?

03:55PM   19   A.  Never in my life.

03:55PM   20   Q.  The bars you went to were on Chippewa?

03:55PM   21   A.  Yes, sir.

03:55PM   22   Q.  Do you recall you were asked some questions about -- on

03:55PM   23   cross-examination, prior testimony, where you might have said

03:55PM   24   you were six-two, is that right?  Do you remember that, those

03:55PM   25   questions first off?

03:55PM    1    A.  Yes, sir.

03:55PM    2    Q.  Are you aware that in the transcript, the question was,

03:56PM    3    six-two, 200 hundred pounds?

03:56PM    4    A.  No.  I didn't know.  I didn't -- he must -- I heard that

03:56PM    5    wrong.

03:56PM    6    Q.  Right.  But are you aware that the question presented to

03:56PM    7    you was six-two, 200 hundred pounds.  Is it possible that you

03:56PM    8    heard the two as part of the 200?

03:56PM    9    A.  Yes, sir.

03:56PM   10         MR. CONNORS:  Your Honor, excuse me.

03:56PM   11         THE COURT:  Sustained.  Mister -- we're not dealing

03:56PM   12    in possibilities here.  We're talking about the testimony,

03:56PM   13    facts.  So if you want to ask the question a different way,

03:56PM   14    but I'm going to sustain the objection and tell the jury to

03:56PM   15    disregard it.

03:56PM   16         MR. MANGO:  Yes, Judge.

03:56PM   17    BY MR. MANGO:

03:56PM   18    Q.  You're not six-two; is that right?

03:56PM   19    A.  Nowhere close.

03:56PM   20    Q.  And if you previously said you were six-two, would that

03:56PM   21    be incorrect?

03:56PM   22    A.  Yes, sir.

03:56PM   23    Q.  Now when you've gone out to the Chippewa district and you

03:57PM   24    mentioned you generally parked in that South Johnson parking

03:57PM   25    lot; is that right?

FORD  --  BY MR. MANGO  --  7/18/19

171

03:57PM   1   A.  Correct.

03:57PM   2   Q.  With the DeChents?

03:57PM   3   A.  Correct.

03:57PM   4   Q.  When you went out on other occasions and then you walked

03:57PM   5   back to your car at the end of the night, what route did you

03:57PM   6   take?

03:57PM   7   A.  The same way we got there, pretty much followed our

03:57PM   8   footsteps and go back the same way we came.

03:57PM   9   Q.  Chippewa, Delaware, Johnson Park?

03:57PM  10   A.  Yes.

03:57PM  11   Q.  Did you ever get to your car by walking down Pearl or

03:57PM  12   Franklin and cutting over somehow?

03:57PM  13   A.  No I did not, sir.

03:57PM  14   Q.  After the pepper spray incident that occurred, that you

03:57PM  15   saw in the video and you testified to, and you were told to

03:57PM  16   walk; is that correct?

03:57PM  17   A.  Yes, sir.

03:57PM  18   Q.  Did you plan to go home at that point or go to another

03:57PM  19   bar?

03:57PM  20   A.  My plan was to continue with my night and just try to

03:58PM  21   pretend that never happened to me.

03:58PM  22   Q.  When you were told walk, do you understand that to mean

03:58PM  23   go home or leave the immediate area?

03:58PM  24   A.  I thought he meant just go do something else, like don't

03:58PM  25   be fighting, pretty much.

03:58PM    1          MR. CONNORS:  I'm sorry.  I didn't hear the end of

03:58PM    2    that please.  Could I have that read back?

03:58PM    3          THE COURT:  Yeah.  What did you say, sir?

03:58PM    4          THE WITNESS:  He pretty much just told us to knock it

03:58PM    5    off and just go somewhere else.

03:58PM    6          MR. CONNORS:  Could I have that read back, the last

03:58PM    7    answer?

03:58PM    8          THE COURT:  Yes.

03:58PM    9    (The record was read by the reporter.)

03:58PM   10    BY MR. MANGO:

03:58PM   11    Q.  Now, if you can, Ms. Prawel, bring it up and start that

03:58PM   12    at 8:12 and just pause it there.  Don't play it yet, if you

03:59PM   13    could.

03:59PM   14        Mr. Ford, do you recall some questions on cross-

03:59PM   15    examination about a clip you were shown and whether your right

03:59PM   16    foot was moving forward or backwards by Mr. Connors?

03:59PM   17    A.  Yeah.  I remember him asking me those questions.

03:59PM   18    Q.  And whether you were moving forward towards the pepper

03:59PM   19    spray incident or backwards and I think you were -- the

03:59PM   20    question made it sound as if you were moving forward.

03:59PM   21          MR. CONNORS:  Excuse me.  I'll object to that, Your

03:59PM   22    Honor.

03:59PM   23    BY MR. MANGO:

03:59PM   24    Q.  Do you recall those questions?

03:59PM   25    A.  Yes, sir.  I recall the questions.

FORD  --  BY MR. MANGO  --  7/18/19

173

03:59PM    1   Q.  Okay.

03:59PM    2          MR. MANGO:  If you we play the video at this point?

03:59PM    3   (The recording was played.)

03:59PM    4          MR. MANGO:  Okay.  Pause it.

03:59PM    5   BY MR. MANGO:

03:59PM    6   Q.  Did you see yourself walk forward in any of that clip?

03:59PM    7   A.  It shows me walking backwards.

03:59PM    8          THE COURT:  Would you show that again, please?

04:00PM    9   (The recording was played.)

04:00PM   10          THE COURT:  All right.  Thank you.

04:00PM   11          MR. MANGO:  Is that good, Your Honor?

04:00PM   12   BY MR. MANGO:

04:00PM   13   Q.  You were asked some questions about -- at this point,

04:00PM   14   when you turned and got onto the sidewalk, why didn't you

04:00PM   15   walk back to your car?

04:00PM   16   A.  I honestly thought we were going to continue on with our

04:00PM   17   night.

04:00PM   18   Q.  And then you were also asked some questions about whether

04:00PM   19   or not you walked into an alleyway.  Do you recall, as you

04:00PM   20   sit here today, walking in an alleyway?

04:00PM   21   A.  That doesn't even make sense to me.

04:00PM   22   Q.  Was your intent in heading towards Pearl Street to try to

04:01PM   23   outflank Colon, the sucker puncher, and Brian Munoz?

04:01PM   24   A.  I was completely unaware of where they were at.  We were

04:01PM   25   just following orders and being shuffled down the street.

FORD  --  BY MR. MANGO  --  7/18/19

174

04:01PM    1    Q.  You were asked some questions, Mr. Ford, about when you

04:01PM    2    grabbed the baton when defendant Krug was coming at you.  You

04:01PM    3    put your hands up and you touched the baton right?

04:01PM    4    A.  Yes, sir.

04:01PM    5    Q.  What do you think would have happened to you as you're

04:01PM    6    going down to the ground if you were not holding onto that

04:01PM    7    baton?

04:01PM    8            MR. CONNORS:  Object to that, Your Honor.

04:01PM    9            THE COURT:  I'm going to sustain that.

04:01PM   10    BY MR. MANGO:

04:01PM   11    Q.  Do you think your head would have hit the ground?

04:02PM   12            MR. CONNORS:  Excuse me.  Same question.  I object to

04:02PM   13    that, Your Honor.

04:02PM   14            THE COURT:  Just rephrase your questions in the

04:02PM   15    proper place, please.

04:02PM   16    BY MR. MANGO:

04:02PM   17    Q.  Tell the jury why your hands went on defendant Krug's

04:02PM   18    baton.

04:02PM   19    A.  It was just my natural instincts as a human being.  I --

04:02PM   20    he was coming at me.  I just put my hands up and I don't

04:02PM   21    know.  I just tried to brace my fall.  I can only imagine if

04:02PM   22    I didn't have my hands up, he probably would have hit me in

04:02PM   23    my nose.

04:02PM   24            MR. CONNORS:  Excuse me, Your Honor.  That's also

04:02PM   25    beyond the scope.

04:02PM    1          THE COURT:  That's the perception of the witness.  He

04:02PM    2    can testify to that.

04:02PM    3          THE WITNESS:  But that's oddly -- it was just a

04:02PM    4    reflex, like when the doctor hits you with the gavel and your

04:02PM    5    knee goes out, it's the same mindset.

04:02PM    6    BY MR. MANGO:

04:02PM    7    Q.  Now during one of the questions on cross-examination,

04:02PM    8    there was a reference that maybe you were wrestling on the

04:02PM    9    ground.  In your mind, did you ever wrestle with defendant

04:02PM   10    Krug on the ground?

04:02PM   11    A.  As embarrassing as it sounds, I was more squirming trying

04:03PM   12    to protect myself.  I wasn't wrestling with anybody.

04:03PM   13    Q.  On cross-examination, you were also asked about the tweet

04:03PM   14    that you posted when you first saw that video.  And I believe

04:03PM   15    on direct you said, yo, that's me.  But on cross, there's the

04:03PM   16    question was, yoo-hoo.  Did you say yoo-hoo or yo?

04:03PM   17    A.  I was in disbelief that I actually seen that happen to

04:03PM   18    me.  I was like, yo, that's me.  It's not every day you see

04:03PM   19    yourself getting assaulted on the news.

04:03PM   20          MR. CONNORS:  Your Honor, he just asked about the

04:03PM   21    tweet I think the rest of that is irrelevant.

04:03PM   22          THE COURT:  Overruled.

04:03PM   23    BY MR. MANGO:

04:03PM   24    Q.  Now do you recall any post on Twitter the next day in

04:04PM   25    which you mentioned you still had bruises on your legs from

FORD  --  BY MR. MANGO  --  7/18/19

176

04:04PM    1   two weeks ago?

04:04PM    2   A.  Yes, sir.  If I'm not mistaken, I might have -- it's

04:04PM    3   really hard to remember because it was five years ago but if

04:04PM    4   I'm not mistaken, I wrote something like that's crazy.  I

04:04PM    5   can't believe they showed that happening to me.  I still got

04:04PM    6   bruises from a month ago.  If I'm not mistaken or I'm wrong,

04:04PM    7   but that might be what I said.

04:04PM    8   Q.  If I showed you a tweet, would that refresh your

04:04PM    9   recollection on that point?

04:04PM   10   A.  Yes, sir.

04:04PM   11   Q.  Judge, I'd like to approach the witness with Defense

04:04PM   12   Exhibit 27.  It's a tweet from December 12th, 2014.

04:04PM   13   A.  Do you want me to read that out loud?

04:04PM   14   Q.  No.  I just want you to read that and look up when you

04:04PM   15   are ready.  Now, Mr. Ford, did you post or tweet whatever the

04:05PM   16   term is on December 12th something about still having bruises

04:05PM   17   on your legs?

04:05PM   18   A.  Yes, sir.

04:05PM   19   Q.  Do you recall being shown the Notice of Claim that was

04:05PM   20   filed on your behalf noticing the City that you intended to

04:05PM   21   file a civil lawsuit?  Do you remember those questions on

04:05PM   22   cross-examination?

04:05PM   23   A.  Yes, sir.

04:05PM   24   Q.  And you were asked specifically questions about spending

04:05PM   25   sums of money for medical assistance or legal assistance?

04:05PM   1   A.  Yes, sir.

04:05PM   2   Q.  Are you aware that that Notice of Claim says and/or was

04:05PM   3   otherwise damaged?

04:06PM   4   A.  Yes, sir.

04:06PM   5   Q.  And then you subsequently file your civil lawsuit?

04:06PM   6   A.  Correct.

04:06PM   7   Q.  So it wasn't that you were simply putting them on Notice

04:06PM   8   of Claim of sums of money for medical or legal, but it also

04:06PM   9   says and/or was otherwise damaged?

04:06PM   10           MR. CONNORS:  Excuse me.  That's a leading question.

04:06PM   11           THE COURT:  I don't understand the question.

04:06PM   12           MR. MANGO:  I'll move on, Judge.

04:06PM   13   BY MR. MANGO:

04:06PM   14   Q.  And you did since file a formal civil lawsuit against the

04:06PM   15   defendant and the City?

04:06PM   16   A.  That's correct.

04:06PM   17   Q.  And although, in your Notice of Claim, you included John

04:06PM   18   Does 1 through 30, in your actual civil lawsuit, is it true

04:06PM   19   that it only includes John Does 1 through 10?

04:06PM   20   A.  That's correct, sir.

04:06PM   21   Q.  And in that civil lawsuit, you have a number of damages

04:06PM   22   that you're seeking redress for?

04:06PM   23   A.  Yes, sir.

04:06PM   24   Q.  Including substantial emotional distress?

04:06PM   25   A.  Yes.  That's the main thing.

04:07PM   1             MR. MANGO:  Judge, if I could just have a moment?

04:07PM   2             THE COURT:  All right.

04:07PM   3             MR. MANGO:  If we could pull up Exhibit 40, please,

04:07PM   4   at 8:45?

04:07PM   5   (The recording was played.)

04:07PM   6             MR. MANGO:  You can stop it there.

04:07PM   7   BY MR. MANGO:

04:07PM   8   Q.  Now did the tap on the leg, Mr. Ford, occur before the

04:07PM   9   camera's focus turned toward you?

04:07PM   10            MR. CONNORS:  Excuse me.  Object to the form of that

04:07PM   11  question, Your Honor.  How would he know if --

04:07PM   12            THE COURT:  Sustained.

04:08PM   13  BY MR. MANGO:

04:08PM   14  Q.  Mr. Ford, you mentioned emotional distress.  Has this

04:08PM   15  incident caused you emotional distress?

04:08PM   16  A.  Honestly, I couldn't even put it in words the way I feel

04:08PM   17  on the inside.

04:08PM   18            MR. MANGO:  Thank you.  Nothing further, Judge.

04:08PM   19            THE COURT:  All right.  Thank you sir, you are

04:08PM   20  excused.

          21  (The witness was excused at 4:08 p.m.)

          22

          23

          24

          25

1                    *    *    *    *    *    *    *

2

3              I certify that the foregoing is a

4         correct transcription of the proceedings

5         recorded by me in this matter.

6

7

8

9                              s/ Megan E. Pelka, RPR

10                             Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25